# EXHIBIT 1

## Case Information

### SPIVEY 60 LLC vs NATONWIDE GENERAL INSURANCE COMPANY

24-A-11141-1

Location
Gwinnett - Superior Court

Case Category
Civil

Case Type
Contract/Account*

Case Filed Date
12/14/2024

Judge
Hutchinson, George F., III

Case Status
Open (Pending)

### Parties ☐2

| Type | Name | Nickname/Alias | Attorneys |
|------|------|----------------|-----------|
| Plaintiff | SPIVEY 60 LLC | | J REMINGTON HUGGINS, MICHAEL D TURNER |
| Defendant | NATONWIDE GENERAL INSURANCE COMPANY | | Pro Se |

### Events ☐6

| Date | Event | Type | Comments | Documents |
|------|-------|------|----------|-----------|
| 12/14/2024 | Service | Summons | - | - |
| 12/14/2024 | Filing | Certificate of Service | | 2024.12.14 - Spivey 60 - CofS.pdf |
| 12/14/2024 | Filing | Summons | | 2024.12.14 - Spivey 60 - Summons.pdf |
| 12/14/2024 | Filing | Complaint with Jury Demand | | 2024.12.14 - Spivey 60 - Complaint w Exhibits.pdf |
| 12/14/2024 | Filing | General Civil/Domestic Relations Case Filing Info | | Gwinnett Civil Domestic Filing Form.pdf |
| 12/27/2024 | Filing | Sheriffs Entry of Service | | Sheriffs Entry of Service.pdf |

© 2025 Tyler Technologies, Inc. | All Rights Reserved

Version: 2024.6.0.471


EMPOWERED BY
TYLER TECHNOLOGIES



null / ALL
**Transmittal Number: 30484266**
**Date Processed: 12/20/2024**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | SOP Team nwsop@nationwide.com<br>Nationwide Mutual Insurance Company<br>1 Nationwide Plz<br>Columbus, OH 43215-2226 |

| | |
|---|---|
| **Electronic copy provided to:** | Ashley Roberts |

| | |
|---|---|
| **Entity:** | Nationwide General Insurance Company<br>Entity ID Number  3286564 |
| **Entity Served:** | Nationwide General Insurance Company |
| **Title of Action:** | Spivey 60 LLC vs. Nationwide General Insurance Company |
| **Matter Name/ID:** | Spivey 60 LLC vs. Nationwide General Insurance Company (16669880) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Gwinnett County Probate Court, GA |
| **Case/Reference No:** | 24-A-11141-1 |
| **Jurisdiction Served:** | Georgia |
| **Date Served on CSC:** | 12/20/2024 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | The Huggins Law Firm, LLC<br>N/A |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

SHERIFF'S ENTRY OF SERVICE

Civil Action No. 24-A-11141-1

Date Filed 12/16/2024

Attorney's Address

Huggins Law Firm, LLC

110 Norcross St.

Roswell, GA 30075

Name and Address of Party to Served

Corporation Service Company

C/O Nationwide General Insurance Company

2 Sun Court, Suite 400, Peachtree Corners, GA, 30092

| Superior Court ☒ | Magistrate Court ☐ |
|---|---|
| State Court ☐ | Probate Court ☐ |
| Juvenile Court ☐ | |

Georgia, Gwinnett COUNTY

Spivey 60 LLC

**Plaintiff**

VS.

Nationwide General Insurance Company

**Defendant**

**Garnishee**

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place abode in this County.

Delivered same into hands of _____ described as follows:
age, about _____ years; weight _____ pounds; height _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**
Served the defendant _____ a corporation
by leaving a copy of the within action and summons with _____
In charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This _____ day of _____, 20____

DEPUTY

**CLERK'S | DEFENDANT'S | PLAINTIFF'S COPY**

E-FILED IN OFFICE - YS
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
24-A-11141-1
12/14/2024 1:00 PM
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

**Spivey 60 LLC**
2507 Rex Road
Ellenwood, GA 30294

**PLAINTIFF**

24-A-11141-1

**VS**

**CIVIL ACTION NUMBER:** _____

**Nationwide General Insurance Company**
**RA: Corporation Service Company**
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

**DEFENDANT**

---

### SUMMONS

---

**TO THE ABOVE-NAMED DEFENDANT:**

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Michael D. Turner**
**Attorney For the Plaintiff**
**THE HUGGINS LAW FIRM, LLC**
**110 Norcross Street**
**Roswell, GA 30075**
**(770) 913-6229**
mdturner@lawhuggins.com

an Answer to the Complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This ___16th day of December, 2024___ day of _____, 2024.

Tiana P. Garner,
Clerk of Superior Court

BY: _Yvonne Scott_

Deputy Clerk

E-FILED IN OFFICE - YS
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA

**24-A-11141-1**

**12/14/2024 1:00 PM**
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| **SPIVEY 60 LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION FILE NO.:** |
| | ) | 24-A-11141-1 |
| **NATIONWIDE GENERAL INSURANCE** | ) | |
| **COMPANY,** | ) | |
| a foreign corporation, | ) | |
| | ) | |
| **Defendant.** | ) | |

### COMPLAINT

**COMES NOW** Plaintiff **Spivey 60 LLC**, by and through the undersigned counsel, and

files this Complaint for breach of first party property insurance contract and bad faith denial of

insurance coverage against Defendant, **Nationwide General Insurance Company**, and in support

hereof, states as follows:

### PARTIES

1.

Plaintiff is a Georgia corporation with its principal place of business in Tift County,

Georgia.

2.

Upon information and belief, Defendant is a foreign insurance company, registered to

transact business in, and in fact transacts business in, the State of Georgia. Defendant is in the

business of insuring risks and properties located throughout the United States, including Georgia.

Defendant maintains an office at 2 Sun Court, Suite 400, Peachtree Corners, GA 30092 where it

may be served with process through its registered agent, Corporation Service Company, as

identified by the state of Georgia Secretary of State registry.

**JURISDICTION AND VENUE**

3.

This Court has subject matter jurisdiction over this action for breach of contract and bad faith denial of an insurance claim because the breached contract was entered into, and concerned property in, the state of Georgia and the amount in controversy exceeds $15,000.00. This Court has personal jurisdiction over Defendant because Defendant is transacting business and insuring properties in the state of Georgia and has appointed a registered agent for service of process in Georgia pursuant to O.C.G.A. § 33-4-1 and O.C.G.A. § 33-4-4.

4.

Venue is proper in this Court because Defendant has a registered agent doing business in Gwinnett County pursuant to O.C.G.A. § 33-4-1, O.C.G.A. § 33-4-4.

5.

In addition, by virtue of the express terms of the insurance policy at issue, Defendant has consented to jurisdiction and venue of this Court.

**THE POLICY**

6.

Prior to August 7, 2023, and in consideration of the premiums paid to Defendant by the Plaintiff, Defendant issued a policy with Policy No. ACP BP 013210620241 (the "Policy"). A true and accurate copy of the Policy is attached hereto as Exhibit "A."

7.

The Policy provides numerous coverages for the real and personal property located at 2507 Rex Road, Ellenwood, GA 30294 (the "Insured Property," or the "Property"). The Policy likewise

insures against loss due to Wind & Hail, and Water, subject to a deductible of $25,000.00 per occurrence. (*See* Ex. A).

8.

The Policy is an all-perils policy providing coverage for sudden and accidental direct physical loss to the Property, other structures, and business personal property. The Policy covers property repairs and business personal property on a full replacement cost basis. (*See* Ex. A).

9.

The Policy covers various types of expenses, including reasonable and necessary costs incurred for temporary repairs to protect covered property from further imminent covered loss and business income. (*See* Ex. A).

### AUGUST 7, 2023 CLAIM – CLAIM NO. 961129GO

10.

On or about August 7, 2023, the above-referenced property suffered damage from a sudden and accidental direct physical loss resulting from Wind and Hail (the "Loss"). The Policy was in effect at the time of the Loss.

11.

Plaintiff promptly and timely notified Defendant of the damage to the Property resulting from the Loss and made a claim pursuant to the Policy. As a result, Defendant assigned Claim Number 961129GO to the claim and assigned an adjuster ("Adjuster") to investigate Plaintiff's claim for sudden and accidental direct physical loss. The Adjuster was authorized as Defendant's representative and agent for the purposes of the claim.

12.

At all times, Plaintiff made themselves and the Property available to, and fully cooperated with, the Defendant and its representative and agent to inspect and investigate the damages caused by the loss.

13.

Defendant, through its authorized representative and agent, Adjuster, performed a site inspection of the Property.

14.

Defendant's authorized representative and agent, Adjuster, incurred the duty of acting with due diligence in achieving a proper disposition of the Plaintiff's claim when Adjuster undertook the handling of the claim.

15.

Defendant, through its authorized representative and agent, Adjuster, grossly underestimated the scope of loss suffered by the Plaintiff as a result of the Wind and Hail event. Defendant failed to properly indemnify the Plaintiff and estimated Plaintiff's total loss to be $2,896.86. Plaintiff's deductible is $25,000.00 per occurrence, and Defendant withheld $0.00 in recoverable depreciation; thus, after deductions for depreciation and Plaintiff's deductible, Defendant claims Plaintiff was due $0.00 as indemnification under the Policy. A true and accurate copy of the Defendant's estimate is attached hereto as Exhibit "B."

16.

As a result of Defendant's gross underestimation, Plaintiff requested multiple times that Defendant reconsider its position regarding Defendant's estimate. Defendant refused to comply with the Plaintiff's requests and continued to frivolously and baselessly deny any additional

4

payment on Plaintiff's claim. Furthermore, the Defendant continued to ignore the opinions of the Plaintiff's experts as to the extent of damage and the amount it will cost the Plaintiff to be properly indemnified for the Loss.

17.

Plaintiff made repeated requests for payment of the claim, including a written demand sent to Defendant on October 14, 2024. A true and accurate copy of the written demand is attached hereto as Exhibit "C." Despite this demand for **$825,462.97** less previous payments and the applicable deductible, Defendant continued to frivolously deny Plaintiff's claim without just cause when, under one or more portions of the Policy, the obligation to settle the claim became reasonably clear.

18.

The Plaintiff's October 14, 2024, correspondence (Ex. C) to Defendant was a letter of representation from Plaintiff's counsel and a formal 60-Day demand, pursuant to the guidelines set forth in O.C.G.A. §33-4-6. After putting Defendant on notice of a potential lawsuit through the formal 60-Day demand, the Defendant continued to deny Plaintiff's claim without just cause.

19.

Defendant did not act fairly or honestly toward the Plaintiff, or with due regard to the Plaintiff's claim and interests, when Defendant, under all circumstances articulated herein, failed to indemnify the Plaintiff for their damages in direct breach of the terms and conditions of the Policy.

20.

Plaintiff has fulfilled all conditions precedent and contractual obligations under the Policy prior to this lawsuit, or the same were waived.

5

21.

There exists a genuine, justifiable controversy between the Plaintiff and the Defendant as to whether Defendant is responsible for further indemnification owed to the Plaintiff as a result of the Loss. Plaintiff has exhausted every reasonable means possible to resolve this dispute with the Defendant. With no other option, Plaintiff was constrained to hire legal counsel, incur additional expenses, and file this lawsuit.

22.

Plaintiff has suffered loss under the Policy in an amount to be determined at trial.

**AUGUST 23, 2023 CLAIM – CLAIM NO. 261561GO (Water)**

23.

On or about August 23, 2023, the above-referenced property suffered damage from a sudden and accidental direct physical loss resulting from Water (the "Loss"). The Policy was in effect at the time of the Loss.

24.

Plaintiff promptly and timely notified Defendant of the damage to the Property resulting from the Loss and made a claim pursuant to the Policy. As a result, Defendant assigned Claim Number 261561GO to the claim and assigned an adjuster ("Adjuster") to investigate Plaintiff's claim for sudden and accidental direct physical loss. The Adjuster was authorized as Defendant's representative and agent for purposes of the claim.

25.

At all times, Plaintiff made themselves and the Property available to, and fully cooperated with, the Defendant and its representative and agent to inspect and investigate the damages caused by the loss.

6

26.

Defendant, through its authorized representative and agent, Adjuster, performed a site inspection of the Property.

27.

Defendant's authorized representative and agent, Adjuster, incurred the duty of acting with due diligence in achieving a proper disposition of the Plaintiff's claim when Adjuster undertook the handling of the claim.

28.

Defendant, through its authorized representative and agent, Adjuster, grossly underestimated the scope of loss suffered by the Plaintiff as a result of the Water event. Upon information and belief, Defendant failed to properly indemnify the Plaintiff and estimated Plaintiff's total loss to be $5,000.00 which was maximum coverage Nationwide claimed was owed as indemnification under the Policy.

29.

As a result of Defendant's gross underestimation, Plaintiff requested multiple times that Defendant reconsider its position regarding Defendant's estimate. Defendant refused to comply with the Plaintiff's requests and continued to frivolously and baselessly deny any additional payment on Plaintiff's claim. Furthermore, the Defendant continued to ignore the opinions of the Plaintiff's experts as to the extent of damage and the amount it will cost the Plaintiff to be properly indemnified for the Loss.

30.

Plaintiff made repeated requests for payment of the claim, including a written demand sent to Defendant on October 14, 2024. A true and accurate copy of the written demand is attached

7

hereto as Exhibit "C." Despite this demand for **$2,981,082.67** less previous payments and the applicable deductible, Defendant continued to frivolously deny Plaintiff's claim without just cause when, under one or more portions of the Policy, the obligation to settle the claim became reasonably clear.

31.

The Plaintiff's October 14, 2024, correspondence (Ex. C) to Defendant was a letter of representation from Plaintiff's counsel and a formal 60-Day demand, pursuant to the guidelines set forth in O.C.G.A. §33-4-6. After putting Defendant on notice of a potential lawsuit through the formal 60-Day demand, the Defendant continued to deny Plaintiff's claim without just cause.

32.

Defendant did not act fairly or honestly toward the Plaintiff, or with due regard to the Plaintiff's claim and interests, when Defendant, under all circumstances articulated herein, failed to indemnify the Plaintiff for their damages in direct breach of the terms and conditions of the Policy.

33.

Plaintiff has fulfilled all conditions precedent and contractual obligations under the Policy prior to this lawsuit, or the same were waived.

34.

There exists a genuine, justifiable controversy between the Plaintiff and the Defendant as to whether Defendant is responsible for further indemnification owed to the Plaintiff as a result of the Loss. Plaintiff has exhausted every reasonable means possible to resolve this dispute with the Defendant. With no other option, Plaintiff was constrained to hire legal counsel, incur additional expenses, and file this lawsuit.

8

35.

Plaintiff has suffered loss under the Policy in an amount to be determined at trial.

## COUNT I: BREACH OF CONTRACT – CLAIM NO. 961129GO

36.

Plaintiff hereby adopts, re-alleges, and incorporates their allegations set forth in Paragraphs 1-22 of this Complaint as if fully set forth herein.

37.

Plaintiff has performed all conditions precedent to the Defendant's obligation to perform under the Policy including, without limitation, the timely payment of premiums, timely notice of the claim, and post loss obligations, or the Defendant has waived any and all other conditions.

38.

Under the terms of the Policy, Defendant is required to fully indemnify the Plaintiff for the damages sustained from the Loss.

39.

Despite Plaintiff's timely written demand, Defendant failed to provide full indemnification to the Plaintiff under the terms of the Policy.

40.

Defendant failed to act in good faith and fair dealing under the terms of the Policy by refusing to properly investigate and fully indemnify the Plaintiff according to the terms of the Policy.

41.

As a result of the Defendant's denying and delaying payment in Plaintiff's claim, Plaintiff sustained additional covered losses from mitigation and temporary repairs of the direct physical damage to the Property in an amount to be determined at trial.

42.

The Plaintiff suffered damages as a direct result of Defendant's failure to indemnify the Plaintiff for their loss.

43.

All foregoing conduct constitutes a breach of contract that has resulted in damages to the Plaintiff.

44.

**WHEREFORE,** Plaintiff prays for this Court to enter an award in Plaintiff's favor of compensatory damages, attorneys' fees, pre- and post-judgment interest, and such other and further relief as the Court may deem just and proper.

## COUNT II: BREACH OF CONTRACT – CLAIM NO. 1143W754D

45.

Plaintiff hereby adopts, re-alleges, and incorporates their allegations set forth in Paragraphs 1-9 and 23-35 of this Complaint as if fully set forth herein.

46.

Plaintiff has performed all conditions precedent to the Defendant's obligation to perform under the Policy including, without limitation, the timely payment of premiums, timely notice of the claim, and post loss obligations, or the Defendant has waived any and all other conditions.

10

47.

Under the terms of the Policy, Defendant is required to fully indemnify the Plaintiff for the damages sustained from the Loss.

48.

Despite Plaintiff's timely written demand, Defendant failed to provide full indemnification to the Plaintiff under the terms of the Policy.

49.

Defendant failed to act in good faith and fair dealing under the terms of the Policy by refusing to properly investigate and fully indemnify the Plaintiff according to the terms of the Policy.

50.

As a result of the Defendant's denying and delaying payment in Plaintiff's claim, Plaintiff sustained additional covered losses from mitigation and temporary repairs of the direct physical damage to the Property in an amount to be determined at trial.

51.

The Plaintiff suffered damages as a direct result of Defendant's failure to indemnify the Plaintiff for their loss.

52.

All foregoing conduct constitutes a breach of contract that has resulted in damages to the Plaintiff.

53.

**WHEREFORE,** Plaintiff prays for this Court to enter an award in Plaintiff's favor of compensatory damages, attorneys' fees, pre- and post-judgment interest, and such other and further relief as the Court may deem just and proper.

## COUNT III: BAD FAITH PURSUANT TO O.C.G.A. § 33-4-6

54.

Plaintiff hereby adopts, re-alleges, and incorporates their allegations set forth in Paragraphs 1-53 of this Complaint as if fully set forth herein.

55.

By failing to achieve a proper disposition of Plaintiff's claims, Defendant acted frivolously, and without a reasonable basis or justification, in contravention of its duty of good faith and fair dealing.

56.

Defendant did not attempt in good faith to settle the Plaintiff's claims when it could have, and should have, done so under all attendant circumstances had it acted fairly and honestly toward the Plaintiff and with due regard for the Plaintiff's interests.

57.

Defendant's failures to adjust Plaintiff's claims in good faith include, but are not limited to:

(1) Knowingly misrepresenting to claimants, and insureds, relevant facts or policy provisions relating to coverages at issue (*see* O.C.G.A. § 33-6-34(1));

(2) Failing to acknowledge with reasonable promptness pertinent communications with respect to claims arising under its policies (*see* O.C.G.A. § 33-6-34(2));

12

(3) Failing to adopt and implement procedures for the prompt investigation and settlement of claims arising under its policies (*see* O.C.G.A. § 33-6-34(3));

(4) Not attempting in good faith to effectuate prompt, fair, and equitable settlement of claims submitted in which liability has become reasonable clear (*see* O.C.G.A. § 33-6-34(4));

(5) Compelling insureds or beneficiaries to institute suits to recover amounts due under its policies by offering substantially less than the amounts ultimately recovered in suits brought by them (*see* O.C.G.A. § 33-6-34(5));

(6) Refusing to pay claims without conducting a reasonable investigation (*see* O.C.G.A. § 33-6-34(6));

(7) When requested by the insured in writing, failing to affirm or deny coverage of claims within a reasonable time after having completed its investigation related to such claim or claims (*see* O.C.G.A. § 33-6-34(7)); and

(8) When requested by the insured in writing, failing in the case of payments or offers of compromise to provide promptly a reasonable and accurate explanation of the basis for such action (or, in the case of claims denials, providing said denial to the insured in writing) (*see* O.C.G.A. § 33-6-34(10)).

58.

The above and foregoing actions of Defendant constitute bad faith pursuant to O.C.G.A. § 33-4-6, as the Defendant refused to pay Plaintiff's covered losses within sixty (60) days after Plaintiff's timely written demand (Ex. C) for payment without a reasonable basis for doing so.

59.

Defendant frivolously, and without a reasonable basis, denied proper indemnification to the Plaintiff for their covered losses.

60.

Defendant's refusal to indemnify the Plaintiff was done frivolously, without a reasonable basis, and in bad faith.

61.

As a result of Defendant's above-referenced bad faith breach of the Policy issued to the Plaintiff, and pursuant to O.C.G.A. § 33-4-6(a), Defendant is liable for penalties in the amount of "not more than fifty percent (50%) of the liability of the insurer for the loss, or $5,000.00, whichever is greater, and all reasonable attorneys' fees for the prosecution of the action against the Insurer."

62.

**WHEREFORE,** Plaintiff prays for this Court to enter an award, in Plaintiff's favor, of the statutory award in an amount of fifty percent (50%) of the total compensatory damages awarded or $5,000.00, whichever is greater, along with a statutory allowance for reasonable attorneys' fees in prosecuting this action, pursuant to O.C.G.A. § 33-4-6, for Defendant's unfair claims settlement practices and bad faith refusal to pay Plaintiff's loss claim when it could and should have done so, had it acted fairly and reasonably toward the insured.

## DEMAND FOR JURY TRIAL

63.

Plaintiff requests a trial by Jury on all counts of the Complaint.

## PRAYER FOR RELIEF

64.

**WHEREFORE,** Plaintiff requests that after due proceedings are had, all appropriate penalties be assessed against the Defendant and that the Plaintiff receive any and all damages at

14

law to which they are justly entitled, and thus prays for judgment against the Defendant, as follows:

a. That this Court grant judgment in favor of the Plaintiff and against Defendant in an amount to be determined at trial for breach of insurance contract.

b. Compensatory damages, including all damages to the Plaintiff by the Defendant and any resulting expenses.

c. Bad faith damages in an amount of fifty percent (50%) of the total compensatory damages awarded or $5,000.00, whichever is greater, for Defendant's bad faith delay, denial, and its intentional, frivolous failure to conduct a reasonable investigation of the Plaintiff's claim without a reasonable basis;

d. Plaintiff's attorneys' fees and costs of suit in this action;

e. Plaintiff's consultant and expert fees;

f. Pre- and post-judgment interest in the maximum amount allowed by law;

g. All statutory penalties;

h. Any and all applicable multipliers; and,

i. Any and all other relief that the Court may deem just and proper, whether such relief sounds in law or equity.

Respectfully submitted, this 14th day of December, 2024.

THE HUGGINS LAW FIRM, LLC

J. Remington Huggins, Esq.
Georgia Bar No.: 348736
Michael D. Turner, Esq.
Georgia Bar No.: 216414
*Attorneys for the Plaintiff*

110 Norcross Street
Roswell, GA 30075
(o) (770) 913-6229
(e) remington@lawhuggins.com
(e) mdturner@lawhuggins.com

15

# EXHIBIT A



**Nationwide®**
is on your side

## Certification

I, BRIAN PENDERGHEST, as a duly authorized NATIONWIDE GENERAL INSURANCE COMPANY associate entrusted with oversight of the system of record from which this copy was produced, based upon information and belief; certify under the penalty of perjury that this attached copy of ACP BP013210620241 effective 12/21/22 to 12/21/23 issued to SPIVEY 60 LLC was made at or near the time of certification, as part of regularly conducted business activities, and is a true and accurate copy of the official record kept as part of regular business activities.

*Brian Penderghest*

boxSIGN    4QHQHZQ1-4PPPJ6WW

**Sep 19, 2023**

_____          _____
Brian Penderghest                          Date
Supervisor, Processing – Commercial Lines



NATIONWIDE
ONE WEST NATIONWIDE BLVD
COLUMBUS, OH 43215-2220
1-877 On Your Side
1 (877) 669-6877

**Nationwide®**

**COMMERCIAL PORTFOLIO ACP**

**3200620241**

**ACCOUNT NUMBER**

ACP    3200620241

**BILLING ACCOUNT NUMBER**

300828826

SPIVEY 60 LLC
2507 REX RD
ELLENWOOD, GA 30294-4092

4330000242016

## PLEASE KEEP THIS FOR YOUR RECORDS

We are pleased to serve your business insurance needs. Our company is committed to providing you high quality insurance protection and superior service.

If you should have any questions about your insurance portfolio or if you wish to make a change to your policy, please contact your agent.

## IMPORTANT INFORMATION ABOUT YOUR POLICY

Please spend a few minutes to read and understand your policy. Some items to which you should pay special attention are as follows:

- **Special Required State Notices.** These notices, when included, point out specific items concerning your policy. We urge you to read them.
- **Declarations Page.** This shows such information as your name, address, the coverages provided, the policy term, policy limits, list of coverages forms, premium amounts, and other individualized information.
- **Coverage and Endorsement Forms.** This is the section of your policy which provides policy and coverage information. Please read it carefully.

INSURED COPY

ME 48825

## Your Commercial Insurance Portfolio

Courtesy of:

| | |
|---|---|
| Agency: | CROSS INSURANCE - BELFAST |
| Agency Number: | 48825 |
| Region Code: | 044 |
| Producer: | WOODROW CROSS |
| Producer Number: | 026 |
| Agency Address: | 5 CHANDLER DR<br>BATH, ME 04530 |
| Agency Phone Number: | (207) 443-3336 |

**Nationwide Mutual Insurance Company and Affiliated Companies, One Nationwide Plaza, Columbus, Ohio 43215-2220** nationwide.com. Nationwide, the Nationwide N and Eagle and Nationwide is on your side are service marks of Nationwide Mutual Insurance Company. © 2017 Nationwide

MP001 A 01 17



NATIONWIDE
ONE WEST NATIONWIDE BLVD
COLUMBUS, OH 43215-2220
1-877 On Your Side
1 (877) 669-6877

## COMMERCIAL PACKAGE SUMMARY

### PRINTED 10-17-2022

| | |
|---|---|
| Account Number: | ACP   3200620241 |
| Named Insured: | SPIVEY 60 LLC |
| Mailing Address: | 2507 REX RD<br>ELLENWOOD, GA 30294-4092 |
| Agency: | CROSS INSURANCE - BELFAST |
| Agency Number: | 48825 |
| Producer: | WOODROW CROSS |
| Producer Number: | 026 |
| Region Code: | 044 |
| Agency Address: | 5 CHANDLER DR<br>BATH, ME 04530 |
| Agency Phone Number: | (207) 443-3336 |

**Premiums/Fees**

| | |
|---|---|
| Total Account Premium | $45,878.00 |

| Line of Business | Premium |
|---|---|
| Businessowners | $42,853.00 |
| Commercial Umbrella | $3,025.00 |

4330000024202S

INSURED COPY

ME  48825

**Not a bill. Your bill is sent separately.**

This Commercial  Package is a portfolio of individual policies which serves to combine various insurance coverages written under a group of separate contracts of insurance.

**Nationwide®**

BUSINESSOWNERS

4330000242104

INSURED COPY

ME 48825



**Nationwide®**

# IMPORTANT NOTICE

### NOTICE OF TERRORISM INSURANCE COVERAGE

### NOTICE - DISCLOSURE OF PREMIUM

**Applies to all Commercial Policies, except for Farmowners Multiperil, Business Auto and Crime**

**(This disclosure notice does not provide coverage, and it does not replace any provisions of your policy. You should read your policy for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.)**

43300000242113

Coverage for acts of terrorism is included in your policy. You are hereby notified that the Terrorism Risk Insurance Act, as amended in 2019, defines an act of terrorism in Section 102(1) of the Act: The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 80% beginning on January 1, 2020, of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.



Other than for Workers Compensation, the portion of your annual premium that is attributable to coverage for acts of terrorism is $0 and does not include any charges for that portion of losses covered by the United States Government under the Act.

For Workers Compensation, the portion of your annual premium that is attributable to coverage for acts of terrorism is shown on your declarations page and does not include any charges for the portion of losses covered by the United States government under the Act.

We appreciate your business and look forward to continuing to serve you. If you have any questions, or would like to learn about additional coverage options, please contact your Nationwide agent.

NI 00 62 01 21

INSURED COPY

ME 48825



# IMPORTANT NOTICE

**Flood Insurance Notice**
Thank you for choosing Nationwide® to help you protect what's important to you. We value your business and want to ensure you have current information about your policy.

**What you need to know**
Your policy does not cover damage from floods to any property resulting directly or indirectly from "water".

Excluded "water" losses include, but are not limited to those caused by:
- Flood
- Surface water
- Waves
- Tides
- Tidal waves
- Overflow of any body of water, or their spray, all whether driven by wind or not.

These types of loss or damage caused by "water" are excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. You'll need to read your policy for all of the details about excluded water losses. This is just a summary of the excluded water losses to highlight some important flood-related issues.

**Additional information**
In most communities you can obtain flood insurance policies backed by the federal government's National Flood Insurance Program, through your agent. In those qualifying communities, you can obtain flood insurance protection for your property regardless of your flood zone or flood risk.

Your agent can assist you in:
- Determining if your community participates in the National Flood Insurance Program
- Assessing your flood risk
- Understanding flood policy availability

To learn more about flood insurance and your risk of flooding, access the National Flood Insurance Program's consumer website at www.FloodSmart.gov.

As you consider the risk of flooding in your area and consider your options for obtaining valuable protection, consider that:
- All property is in a flood zone, regardless of whether an area has been defined as high risk or low risk.
- Nearly 25% of all flood claims are for properties located in lower-risk flood areas or locations where flooding is not expected.
- Floods can happen anywhere, at any time, causing anguish, destruction, and financial damage.
- Changing weather patterns, as well as residential and business development, may increase your chance of experiencing a flood.
- Flooding can occur as a result of clogged, overloaded, or inadequate storm drains. You don't have to live near a body of water to be flooded.
- Federal disaster assistance is often a loan and must be repaid with interest.

Ask your agent about obtaining flood insurance for your property today.

NI 00 18 01 17

_(left margin, vertical text)_ 4330000024 2122



_(left margin, vertical text)_ INSURED COPY    ME 48825



# IMPORTANT NOTICE

**Nationwide®**

### Information for Insureds Who Have Tenants
Thank you for choosing Nationwide® to help you protect what's important to you. We value your business and want to ensure you have current information about your policy.

### What's "subrogation"
Subrogation is the ability to recover damages from a responsible party. The subrogation clause in your insurance contract permits us to pursue recovery against those parties responsible for losses under your policy. Subrogation plays an important role in the claims settlement process when a loss occurs.

### What you need to know
The "Anti-Subrogation Rule/Implied Co-Insured Doctrine" may limit subrogation on your policy by preventing landlords and their insurance companies from recovering damages caused by tenants. These damages may include:
*   The property deductible you pay
*   Uninsured or partially covered losses
*   Losses that occur as a result of tenants' negligence

If this doctrine is applied where your buildings are located, you may be unable to seek repayment from your tenants if they negligently cause a fire in your building. To prevent this from occurring, additional provisions may be needed in your lease agreements to clarify who is responsible for damages when property damage or injury is caused by a tenant's negligence.

### What you need to do
This information is not intended to be legal advice and is provided for informational purposes only. We recommend that you contact an attorney for more guidance on the "Anti-Subrogation Rule/Implied Co-Insured Doctrine" and how it affects the lease agreement between you and your tenants.

Please read this notice carefully. No coverage is provided by this notice nor can it be construed to replace any provision of your policy. You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

### You can always count on us to be there
We appreciate your business and look forward to continuing to serve you. If you have any questions, or would like to learn about additional coverage options, please contact your Nationwide agent.

NI 90 09 01 17



INSURED COPY

ME 48825

4330000242131



# IMPORTANT NOTICE

Thank you for choosing Nationwide® to help you protect what's important to you. We value your business and want to ensure you have current information about your policy.

**What you need to do**
Please read this notice carefully. No coverage is provided by this notice nor can it be construed to replace any provision of your policy. You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

**You can always count on us to be there**
We appreciate your business and look forward to continuing to serve you. If you have any questions, or would like to learn about additional coverage options, please contact your Nationwide agent.

## Important Notice Description(s)

## Cyber Liability

If your expiring policy contained CyberOne Coverage (PB 58 07), Data Compromise (PB 58 08), and/or Identity Recovery Coverage (PB 58 09) this has been changed to our new Cyber Suite Coverage form (PB 9074) on your renewal policy. Please note, state specific endorsement numbers may apply.

The following summarizes the differences between the old forms and the new updated form:

**BROADENINGS**

### Data Compromise

- Additional coverages provided for Regulatory Fines & Penalties and PCI Fines & Penalties (where allowed by law);
- Additional coverages provided for Misdirected Payment Fraud and Computer Fraud.
- Increased sublimits for Forensic IT and Legal Review coverages
- Data Compromise Liability coverage changed to claims-made and regulatory defense coverage added;
- Data Compromise Liability now provides for an Extended Reporting Period;
- The exclusion for data transmitted electronically has been removed.

### Cyber

- Additional coverage provided for Cyber Extortion;
- Data Re-creation sublimit has been removed;
- Electronic Media Liability coverage has been added;
- Standard deductibles have been reduced to begin at $1,000;
- Sublimit for Loss of Business coverage has been increased;
- Computer Attack coverage has been increased to include an authorized person accessing a computer system for unauthorized purposes.

### Other Changes

- All coverages are available in a single form.

INSURED COPY

ME 48825

43300000242140

If you do not wish to continue with the new coverage, you may cancel this coverage by contacting your agent. If you cancel, you have the right to an Automatic Extended Reporting Period of 60 days after the effective date of "Termination of Coverage" and solely with respect to the coverage terminated hereunder at no additional premium during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring prior to "termination of coverage" and which is otherwise insured by your Cyber Coverage.

You also have the right to purchase a Supplemental Extended Reporting Period. Upon payment of an additional premium, you shall obtain a Supplemental Extended Reporting Period of one year immediately following the effective date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring prior to "termination of coverage" and which is otherwise insured by your Cyber Coverage.

To obtain the Supplemental Extended Reporting Period, you must request it in writing and pay the additional premium due, before the later of 60 days after the effective date of the "termination of coverage" or 30 days after we have advised you in writing of the automatic extended reporting period and the availability of, the premium for and the importance of purchasing additional extended reporting period coverage. The additional premium for the Supplemental Extended Reporting Period shall be fully earned at the inception of the Supplemental Extended Reporting Period. If we do not receive the written request as required, you may not exercise this right at a later date.

This insurance, provided during the Supplemental Extended Reporting Period, is excess over any other valid and collectible insurance that begins or continues in effect after the Supplemental Extended Reporting Period becomes effective, whether the other insurance applies on a primary, excess, contingent, or any other basis.



The Supplemental Extended Reporting Period will be available upon "termination of coverage" if: (i) you, as the first Named Insured, have been placed in liquidation or bankruptcy or permanently cease operations; (ii) you, as the first Named Insured, or your designated trustee does not purchase extended reporting period coverage; (iii) any individual person covered under the policy requests the extended reporting period coverage within 120 days of the "termination of coverage". We will charge the person for whom extended reporting period coverage is provided a premium commensurate with such coverage.

NI 90 29 04 22



# IMPORTANT NOTICE

Thank you for choosing Nationwide® to help you protect what's important to you. We value your business and want to ensure you have current information about your policy.

**What you need to do**
Please read this notice carefully. No coverage is provided by this notice nor can it be construed to replace any provision of your policy. You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

**You can always count on us to be there**
We appreciate your business and look forward to continuing to serve you. If you have any questions, or would like to learn about additional coverage options, please contact your Nationwide agent.

## Important Notice Description(s)

**Important Notice for Renewal Policies**
In an effort to keep your insurance premium as low as possible, we have streamlined your renewal policy. We have not included printed copies of policy forms and endorsements that have not changed from your expiring policy unless they include variable information that is unique to you.

Please refer to your prior policies for printed copies of these forms. If you desire copies, they are available upon request from your agent.

NI 00 04 01 17



**Data Breach & Identity Recovery Services**
Through a partnership with Hartford Steam Boiler, you have access to a data breach risk management portal called the eRisk Hub. The portal is designed to help you understand data information exposures, help you plan and be prepared for a data breach, and establish a response plan to manage the costs and minimize the effects of a data breach.

Key features of the portal include:
- **Incident Response Plan Roadmap** – Suggested steps your business can take following data breach incident; having an incident response plan prepared in advance of a breach can be useful for defense of potential litigation
- **Online Training Modules** – Ready-to-use training for your business on privacy best practices and Red Flag Rules
- **Risk Management Tools** – Assist your business in managing data breach exposures including self-assessments and state breach notification laws
- **eRisk Resources** – A directory to quickly find external resources on pre and post-breach disciplines
- **News Center** – Cyber risk stories, security and compliance blogs, security news, risk management events, and helpful industry links
- **Learning Center** – Best practices and white papers written by leading authorities

To access the eRisk Hub portal:
- Enter https://www.eriskhub.com/nationwide.php in your browser
- Complete the information, including your name and company; your User ID and Password are case-sensitive
- Enter your assigned access code: **12116-73**
- Enter the challenge word on the screen, and click "Submit" and follow the instructions to complete your profile setup

4330000242159

INSURED COPY

ME 48825

- You can now login to the portal

You also have access to a help-line to answer breach related questions. Insureds having questions pertaining to how to prepare for a breach, help in identifying a breach, or other questions pertaining to breach related best practices can call our breach preparedness help-line. Experienced professionals are able to provide insights to help insureds understand the complicated environment pertaining to breaches of personal information. The breach preparedness help-line is 877-800-5028.

In addition, you have the ability to purchase Data Compromise Insurance coverage and CyberOne Insurance coverage.

The Data Compromise coverage covers the costs incurred by an insured to respond to a data breach, including expenses related to forensic information technology review, legal review, notification to affected individuals, services to affected individuals, public relations services. Insureds will also have the ability to include Data Compromise Defense and Liability coverage which covers the liability from a suit brought by an individual affected by the data breach.

CyberOne coverage protects businesses against damage to electronic data and computer systems from a virus or other computer attack. It also protects a business's liability to third parties that may have suffered damage due to security weaknesses in the business's computer system.

**Identity Recovery Services Information:**
Through a partnership Hartford Steam Boiler, you will have access to a Toll-Free Identity Recovery Help Line designed to provide education about identity theft and identity theft risks. The toll-free Help Line is staffed by experienced identity theft counsellors who can answer questions and provide useful information and resources to identity theft victims. The Identity Recovery Help Line number is 877-800-5028.

In addition, you have the ability to buy Identity Recovery insurance coverage as an included element of Data Compromise coverage or separately, on its own. The Identity Recovery coverage insures against the theft of identities of the insured's key owners, officers, and resident family members. The coverage provides the services of an identity theft case manager and pays for various out-of-pocket expenses due to a covered identity theft, including: 
- Legal fees for answer of civil judgments and defense of criminal charges
- Phone, postage, shipping fees
- Notary and filing fees
- Credit bureau reports
- Lost Wages and Child or Elder Care
- Mental Health Counseling costs (Not Available in NY)
- Miscellaneous Expense coverage

NI 00 35 01 17

---

## CONSUMER REPORT INQUIRY NOTICE

Consumer reports, including credit history may have been ordered from a consumer reporting agency to underwrite and/or rate your insurance policy. You have the right to access this information and request correction of any inaccuracies. Your consumer reports, including your credit history are not affected in any way by our inquiry.

We are committed to respecting your privacy and safeguarding your personal information.

NI 00 75 01 17

---



NATIONWIDE GENERAL INSURANCE COMPANY
ONE WEST NATIONWIDE BLVD
COLUMBUS, OH 43215-2220
1-877 On Your Side
1 (877) 669-6877

**RENEWAL**

**Nationwide®**

---

## PREMIER BUSINESSOWNERS POLICY

### HABITATIONAL

### COMMON DECLARATIONS

---

| | |  *Premiums/Fees* |
|---|---|---|
| Policy Number: | ACP BP013210620241 | |
| Named Insured: | SPIVEY 60 LLC | Total Annual Premium $42,853.00 |
| Mailing Address: | 2507 REX RD | **Total Policy Premium** **$42,853.00** |
| | ELLENWOOD, GA 30294-4092 | |
| Agency: | CROSS INSURANCE - BELFAST | |
| Address: | 5 CHANDLER DR | |
| | BATH, ME 04530 | |
| Agency Phone Number: | (207) 443-3336 | |
| Producer: | WOODROW CROSS | |
| Policy Period: | Effective From 12-21-2022 To 12-21-2023 | |
| | 12:01 AM Standard Time at your principal place of business | |

4330000242168



INSURED COPY

ME 48825

| Form of your business entity: | Limited Liability Company |
|---|---|

IN RETURN FOR THE PAYMENT OF THE PREMIUM AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE TO PROVIDE THE INSURANCE STATED IN THIS POLICY.

These Common Policy Declarations, together with the Common Policy Conditions, Coverage Form Declarations,
Coverage Forms and any endorsements issued to form a part thereof, complete the Policy numbered above.

---

**PB DS 01 01 18**

**Page 1 of 58**



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## COMMON DECLARATIONS

| Policy Number: | ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
|---|---|---|---|

### SCHEDULE OF NAMED INSUREDS

**Named Insured:**

SPIVEY 60 LLC



PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL
## PROPERTY DECLARATIONS

**Nationwide®**

| | |
|---|---|
| Policy Number:  ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 001**

**Premises Address:** 2507 REX RD
ELLENWOOD, GA 30294-4092

**Classification:** Apartment Complex - Multiple Buildings - 1-4 Unit Buildings (No Mercantile or Office)

**Construction Type:** Frame

**Occupancy Type:** Building Owner - Lessors risk

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanket Limit | $25,000 | $8,904,400 |
|    Replacement Cost | | |
| Business Personal Property | | Not Provided |
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Business Income | | Included |
|    Actual Loss Sustained | | 12 Months |
|    Waiting Period | | 0 Hours |
|    Ordinary Payroll | | 60 Days |
|    Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
|    Actual Loss Sustained | | 12 Months |
|    Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
|    Per Building Limit | | $5,000 |
|    Back Up Aggregate Limit | | $25,000 |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |

4330000024 2177



INSURED COPY

ME 48825



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 001**

| Coverages | Deductible | Limit |
|---|---|---|
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
| Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
| Demolition Cost And Broadened Increased Costs Of Construction | | $58,500 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
| Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
| Property Away From Premises | $15,000 | | $15,000 |
| Property Away From Premises - Transit | $15,000 | | $15,000 |
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |
|---|---|

## MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

**PROTECTIVE SAFEGUARDS**
Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**



INSURED COPY

ME 48825

4330000242186



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 002**

**Premises Address:** 2507 REX RD
ELLENWOOD, GA 30294-4092

**Classification:** Apartment Complex - Multiple Buildings - 1-4 Unit Buildings (No Mercantile or Office)

**Construction Type:** Frame

**Occupancy Type:** Building Owner - Lessors risk

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
| Replacement Cost | | |
| Business Personal Property | | Not Provided |



| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Ordinary Payroll | | 60 Days |
| Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
| Per Building Limit | | $5,000 |
| Back Up Aggregate Limit | | $25,000 |



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:   ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
|---|---|---|

**Premises: 001 / Building: 002**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |

| Optional Coverages - Other frequently purchased coverage options | | |
|---|---|---|
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
|   Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
|   Demolition Cost And Broadened Increased Costs Of Construction | | $52,600 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
|   Inside the Premises | $10,000 | | $10,000 |
|   Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
|   Property Away From Premises | $15,000 | | $15,000 |
|   Property Away From Premises - Transit | $15,000 | | $15,000 |



4330000242192

INSURED COPY

ME  48825



**Nationwide®**

# PREMIER BUSINESSOWNERS POLICY
## HABITATIONAL
## PROPERTY DECLARATIONS

| Policy Number: ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 002**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

## MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

**PROTECTIVE SAFEGUARDS**
Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**



**Nationwide®**

# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

| | |
|---|---|
| **Policy Number:** ACP BP013210620241 | **Policy Period:** From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 003**

**Premises Address:** 2507 REX RD
ELLENWOOD, GA 30294-4092

**Classification:** Apartment Complex - Multiple Buildings - 1-4 Unit Buildings (No Mercantile or Office)

**Construction Type:** Frame

**Occupancy Type:** Building Owner - Lessors risk

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
| Replacement Cost | | |
| Business Personal Property | | Not Provided |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Ordinary Payroll | | 60 Days |
| Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
| Per Building Limit | | $5,000 |
| Back Up Aggregate Limit | | $25,000 |

4330000242201

INSURED COPY

ME 48825





# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

---

| Policy Number:  ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
| --- | --- | --- |

**Premises: 001 / Building: 003**

| Coverages | Deductible | Limit |
| --- | --- | --- |
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| | | |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
| Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
| Demolition Cost And Broadened Increased Costs Of Construction | | $37,000 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |



| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
| --- | --- | --- | --- |
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
| Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
| Property Away From Premises | $15,000 | | $15,000 |
| Property Away From Premises - Transit | $15,000 | | $15,000 |

---

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 003**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

### MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

**PROTECTIVE SAFEGUARDS**
Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**



4330000242210

INSURED COPY

ME  48825



# Nationwide®

# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

| | |
|---|---|
| Policy Number:  ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 004**

**Premises Address:**  2507 REX RD
ELLENWOOD, GA 30294-4092

**Classification:** Apartment Complex - Multiple Buildings - 1-4 Unit Buildings (No Mercantile or Office)

**Construction Type:** Frame

**Occupancy Type:** Building Owner - Lessors risk

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
| Replacement Cost | | |
| Business Personal Property | | Not Provided |



| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Ordinary Payroll | | 60 Days |
| Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
| Per Building Limit | | $5,000 |
| Back Up Aggregate Limit | | $25,000 |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

4330000242229

INSURED COPY

ME 48825



| Policy Number:   ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
|---|---|---|

**Premises: 001 / Building: 004**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| | | |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
| Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
| Demolition Cost And Broadened Increased Costs Of Construction | | $30,500 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
| Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
| Property Away From Premises | $15,000 | | $15,000 |
| Property Away From Premises - Transit | $15,000 | | $15,000 |





# PREMIER BUSINESSOWNERS POLICY
## HABITATIONAL
## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 004**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

## MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

## PROTECTIVE SAFEGUARDS
Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:    ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 005**

| **Premises Address:** | 2507 REX RD<br>ELLENWOOD, GA 30294-4092 | **Classification:** | Apartment Complex - Multiple Buildings -<br>1-4 Unit Buildings (No Mercantile or<br>Office) |
|---|---|---|---|
| **Construction Type:** | Frame | **Occupancy Type:** | Building Owner - Lessors risk |


43300000242238

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
| Replacement Cost | | |
| Business Personal Property | | Not Provided |

| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
|---|---|---|
| Business Income | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Ordinary Payroll | | 60 Days |
| Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate<br>Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
| Per Building Limit | | $5,000 |
| Back Up Aggregate Limit | | $25,000 |




INSURED COPY

ME 48825



## PREMIER BUSINESSOWNERS POLICY

### HABITATIONAL

### PROPERTY DECLARATIONS

**Nationwide®**

---

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 005**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| | | |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
| Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
| Demolition Cost And Broadened Increased Costs Of Construction | | $40,900 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
| Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
| Property Away From Premises | $15,000 | | $15,000 |
| Property Away From Premises - Transit | $15,000 | | $15,000 |

---

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:  ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 005**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |



### MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

**PROTECTIVE SAFEGUARDS**

Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**

INSURED COPY

ME 48825

4330000242247



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 006**

**Premises Address:** 2507 REX RD
ELLENWOOD, GA 30294-4092

**Classification:** Apartment Complex - Multiple Buildings - 1-4 Unit Buildings (No Mercantile or Office)

**Construction Type:** Frame

**Occupancy Type:** Building Owner - Lessors risk

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
| Replacement Cost | | |
| Business Personal Property | | Not Provided |



| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Ordinary Payroll | | 60 Days |
| Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
| Per Building Limit | | $5,000 |
| Back Up Aggregate Limit | | $25,000 |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL
## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 006**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| | | |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
|    Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
|    Demolition Cost And Broadened Increased Costs Of Construction | | $39,000 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
|    Inside the Premises | $10,000 | | $10,000 |
|    Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
|    Property Away From Premises | $15,000 | | $15,000 |
|    Property Away From Premises - Transit | $15,000 | | $15,000 |





4330000242256

INSURED COPY

ME 48825



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 006**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

## MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |



**PROTECTIVE SAFEGUARDS**
Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**



**Nationwide®**

# PREMIER BUSINESSOWNERS POLICY

HABITATIONAL

## PROPERTY DECLARATIONS

| | |
|---|---|
| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 007**

**Premises Address:** 2507 REX RD
ELLENWOOD, GA 30294-4092

**Classification:** Apartment Complex - Multiple Buildings - 1-4 Unit Buildings (No Mercantile or Office)

**Construction Type:** Frame

**Occupancy Type:** Building Owner - Lessors risk

4330000242265

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
|    Replacement Cost | | |
| Business Personal Property | | Not Provided |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
|    Actual Loss Sustained | | 12 Months |
|    Waiting Period | | 0 Hours |
|    Ordinary Payroll | | 60 Days |
|    Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
|    Actual Loss Sustained | | 12 Months |
|    Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
|    Per Building Limit | | $5,000 |
|    Back Up Aggregate Limit | | $25,000 |





INSURED COPY



ME 48825



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

---

| Policy Number: ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
|---|---|---|

**Premises: 001 / Building: 007**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| | | |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
|    Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
|    Demolition Cost And Broadened Increased Costs Of Construction | | $44,800 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |



| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
|    Inside the Premises | $10,000 | | $10,000 |
|    Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
|    Property Away From Premises | $15,000 | | $15,000 |
|    Property Away From Premises - Transit | $15,000 | | $15,000 |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 007**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |



## MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

**PROTECTIVE SAFEGUARDS**

Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**

4330000242274

INSURED COPY

ME 48825



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| | |
|---|---|
| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 008**

**Premises Address:** 2507 REX RD
ELLENWOOD, GA 30294-4092

**Classification:** Apartment Complex - Multiple Buildings - 1-4 Unit Buildings (No Mercantile or Office)

**Construction Type:** Frame

**Occupancy Type:** Building Owner - Lessors risk

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
|    Replacement Cost | | |
| Business Personal Property | | Not Provided  |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
|    Actual Loss Sustained | | 12 Months |
|    Waiting Period | | 0 Hours |
|    Ordinary Payroll | | 60 Days |
|    Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
|    Actual Loss Sustained | | 12 Months |
|    Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
|    Per Building Limit | | $5,000 |
|    Back Up Aggregate Limit | | $25,000 |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
|---|---|---|

**Premises: 001 / Building: 008**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| | | |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
| Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
| Demolition Cost And Broadened Increased Costs Of Construction | | $53,900 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
| Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
| Property Away From Premises | $15,000 | | $15,000 |
| Property Away From Premises - Transit | $15,000 | | $15,000 |



433000000242283

INSURED COPY

ME 48825



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:  ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 008**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

## MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |



**PROTECTIVE SAFEGUARDS**

Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 009**

| | |
|---|---|
| **Premises Address:** 2507 REX RD<br>ELLENWOOD, GA 30294-4092 | **Classification:** Apartment Complex - Multiple Buildings -<br>1-4 Unit Buildings (No Mercantile or<br>Office) |
| **Construction Type:** Frame | **Occupancy Type:** Building Owner - Lessors risk |

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
|    Replacement Cost | | |
| Business Personal Property | | Not Provided |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
|    Actual Loss Sustained | | 12 Months |
|    Waiting Period | | 0 Hours |
|    Ordinary Payroll | | 60 Days |
|    Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
|    Actual Loss Sustained | | 12 Months |
|    Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate<br>Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
|    Per Building Limit | | $5,000 |
|    Back Up Aggregate Limit | | $25,000 |

4330000024 2299





INSURED COPY

ME 48825



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

---

| Policy Number:  ACP BP013210620241 | Policy Period:  From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 009**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| | | |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
|    Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
|    Demolition Cost And Broadened Increased Costs Of Construction | | $29,200 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |




| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
|    Inside the Premises | $10,000 | | $10,000 |
|    Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
|    Property Away From Premises | $15,000 | | $15,000 |
|    Property Away From Premises - Transit | $15,000 | | $15,000 |

---



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 009**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

### MORTGAGEE ASSIGNMENT INFORMATION



| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

**PROTECTIVE SAFEGUARDS**
Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

**APPLICABLE PROTECTIVE SAFEGUARDS: NOT APPLICABLE**

4330000242308

INSURED COPY

ME 48825



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

---

| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 010**

| | | | |
|---|---|---|---|
| **Premises Address:** | 2507 REX RD<br>ELLENWOOD, GA 30294-4092 | **Classification:** | Apartment Complex - Multiple Buildings -<br>1-4 Unit Buildings (No Mercantile or<br>Office) |
| **Construction Type:** | Frame | **Occupancy Type:** | Building Owner - Lessors risk |

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
|     Replacement Cost | | |
| Business Personal Property | | Not Provided |



| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
|     Actual Loss Sustained | | 12 Months |
|     Waiting Period | | 0 Hours |
|     Ordinary Payroll | | 60 Days |
|     Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
|     Actual Loss Sustained | | 12 Months |
|     Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate<br>Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
|     Per Building Limit | | $5,000 |
|     Back Up Aggregate Limit | | $25,000 |



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
|---|---|---|

**Premises: 001 / Building: 010**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| | | |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
|    Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
|    Demolition Cost And Broadened Increased Costs Of Construction | | $44,800 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
|    Inside the Premises | $10,000 | | $10,000 |
|    Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
|    Property Away From Premises | $15,000 | | $15,000 |
|    Property Away From Premises - Transit | $15,000 | | $15,000 |

4330000242317

INSURED COPY

ME 48825






# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 010**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

### MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |



**PROTECTIVE SAFEGUARDS**

Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 011**

| Premises Address: | 2507 REX RD<br>ELLENWOOD, GA 30294-4092 | Classification: | Apartment Complex - Multiple Buildings -<br>1-4 Unit Buildings (No Mercantile or<br>Office) |
|---|---|---|---|
| **Construction Type:** Frame | | **Occupancy Type:** Building Owner - Lessors risk | |

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
| Replacement Cost | | |
| Business Personal Property | | Not Provided |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Ordinary Payroll | | 60 Days |
| Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate<br>Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
| Per Building Limit | | $5,000 |
| Back Up Aggregate Limit | | $25,000 |

4330000242326

INSURED COPY

ME 48825






## PREMIER BUSINESSOWNERS POLICY

### HABITATIONAL

### PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:   ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 011**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| | | |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
| Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
| Demolition Cost And Broadened Increased Costs Of Construction | | $57,200 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |



| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
| Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
| Property Away From Premises | $15,000 | | $15,000 |
| Property Away From Premises - Transit | $15,000 | | $15,000 |



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: | ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
|---|---|---|---|

**Premises: 001 / Building: 011**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

## MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

**PROTECTIVE SAFEGUARDS**
Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

**APPLICABLE PROTECTIVE SAFEGUARDS: NOT APPLICABLE**



4330000242335



INSURED COPY

ME 48825



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| | |
|---|---|
| Policy Number:  ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 012**

**Premises Address:** 2507 REX RD
ELLENWOOD, GA 30294-4092

**Classification:** Apartment Complex - Multiple Buildings - 1-4 Unit Buildings (No Mercantile or Office)

**Construction Type:** Frame

**Occupancy Type:** Building Owner - Lessors risk

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
| Replacement Cost | | |
| Business Personal Property | | Not Provided  |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Ordinary Payroll | | 60 Days |
| Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
| Per Building Limit | | $5,000 |
| Back Up Aggregate Limit | | $25,000 |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:  ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
|---|---|---|

**Premises: 001 / Building: 012**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| | | |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
| Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
| Demolition Cost And Broadened Increased Costs Of Construction | | $57,200 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
| Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
| Property Away From Premises | $15,000 | | $15,000 |
| Property Away From Premises - Transit | $15,000 | | $15,000 |

43300000242344



INSURED COPY

ME 48825



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

| Policy Number:   ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 012**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

### MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |



**PROTECTIVE SAFEGUARDS**
Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| | |
|---|---|
| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 013**

**Premises Address:** 2507 REX RD
ELLENWOOD, GA 30294-4092

**Classification:** Apartment Complex - Multiple Buildings - 1-4 Unit Buildings (No Mercantile or Office)

**Construction Type:** Frame

**Occupancy Type:** Building Owner - Lessors risk

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
|    Replacement Cost | | |
| Business Personal Property | | Not Provided |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
|    Actual Loss Sustained | | 12 Months |
|    Waiting Period | | 0 Hours |
|    Ordinary Payroll | | 60 Days |
|    Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
|    Actual Loss Sustained | | 12 Months |
|    Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
|    Per Building Limit | | $5,000 |
|    Back Up Aggregate Limit | | $25,000 |

4330000242353



INSURED COPY



ME 48825



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:  ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
|---|---|---|

**Premises: 001 / Building: 013**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
| Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
| Demolition Cost And Broadened Increased Costs Of Construction | | $48,750 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |



| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
| Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
| Property Away From Premises | $15,000 | | $15,000 |
| Property Away From Premises - Transit | $15,000 | | $15,000 |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
|---|---|---|

**Premises: 001 / Building: 013**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

### MORTGAGEE ASSIGNMENT INFORMATION



| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

**PROTECTIVE SAFEGUARDS**

Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**

4330000242362

INSURED COPY

ME 48825



**Nationwide®**

# PREMIER BUSINESSOWNERS POLICY

HABITATIONAL

## PROPERTY DECLARATIONS

| | |
|---|---|
| Policy Number:  ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 014**

| | | |
|---|---|---|
| **Premises Address:**  2507 REX RD<br>ELLENWOOD, GA 30294-4092 | **Classification:** | Apartment Complex - Multiple Buildings -<br>1-4 Unit Buildings (No Mercantile or<br>Office) |
| **Construction Type:** Frame | **Occupancy Type:** | Building Owner - Lessors risk |

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
| Replacement Cost | | |
| Business Personal Property | | Not Provided  |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Ordinary Payroll | | 60 Days |
| Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate<br>Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
| Per Building Limit | | $5,000 |
| Back Up Aggregate Limit | | $25,000 |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
|---|---|---|

**Premises: 001 / Building: 014**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |

| Optional Coverages - Other frequently purchased coverage options | | |
|---|---|---|
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
| Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
| Demolition Cost And Broadened Increased Costs Of Construction | | $57,200 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
| Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
| Property Away From Premises | $15,000 | | $15,000 |
| Property Away From Premises - Transit | $15,000 | | $15,000 |

4330000024237 1



INSURED COPY

ME 48825



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 014**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

## MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |



### PROTECTIVE SAFEGUARDS

Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| | |
|---|---|
| Policy Number:  ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 015**

**Premises Address:** 2507 REX RD
ELLENWOOD, GA 30294-4092

**Classification:** Apartment Complex - Multiple Buildings - 1-4 Unit Buildings (No Mercantile or Office)

**Construction Type:** Frame

**Occupancy Type:** Building Owner - Lessors risk

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
| Replacement Cost | | |
| Business Personal Property | | Not Provided |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Ordinary Payroll | | 60 Days |
| Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
| Per Building Limit | | $5,000 |
| Back Up Aggregate Limit | | $25,000 |

4330000242380



INSURED COPY

ME 48825



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
|---|---|---|

**Premises: 001 / Building: 015**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| | | |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
| Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
| Demolition Cost And Broadened Increased Costs Of Construction | | $49,400 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |



| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
| Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
| Property Away From Premises | $15,000 | | $15,000 |
| Property Away From Premises - Transit | $15,000 | | $15,000 |



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 015**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

### MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

**PROTECTIVE SAFEGUARDS**

Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**



4330000242396

INSURED COPY

ME 48825



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

---

| Policy Number:  ACP BP013210620241 | Policy Period:  From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 016**

**Premises Address:** 2507 REX RD
ELLENWOOD, GA 30294-4092

**Classification:** Apartment Complex - Multiple Buildings - 1-4 Unit Buildings (No Mercantile or Office)

**Construction Type:** Frame

**Occupancy Type:** Building Owner - Lessors risk

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
| Replacement Cost | | |
| Business Personal Property | | Not Provided  |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Ordinary Payroll | | 60 Days |
| Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
| Per Building Limit | | $5,000 |
| Back Up Aggregate Limit | | $25,000 |

---



## PREMIER BUSINESSOWNERS POLICY

### HABITATIONAL

### PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
|---|---|---|

**Premises: 001 / Building: 016**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |

| **Optional Coverages - Other frequently purchased coverage options** | | |
|---|---|---|
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
| Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
| Demolition Cost And Broadened Increased Costs Of Construction | | $48,700 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
| Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
| Property Away From Premises | $15,000 | | $15,000 |
| Property Away From Premises - Transit | $15,000 | | $15,000 |

43300000242405

INSURED COPY

ME 48825





# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:  ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 016**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

### MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |



### PROTECTIVE SAFEGUARDS

Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**



**Nationwide®**

# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

| | |
|---|---|
| Policy Number:  ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 017**

**Premises Address:** 2507 REX RD
ELLENWOOD, GA 30294-4092

**Classification:** Apartment Complex - Multiple Buildings - 1-4 Unit Buildings (No Mercantile or Office)

**Construction Type:** Frame

**Occupancy Type:** Building Owner - Lessors risk

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
| Replacement Cost | | |
| Business Personal Property | | Not Provided |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Ordinary Payroll | | 60 Days |
| Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
| Per Building Limit | | $5,000 |
| Back Up Aggregate Limit | | $25,000 |

4330000242414



INSURED COPY

ME 48825





# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 017**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |

| Optional Coverages - Other frequently purchased coverage options | | |
|---|---|---|
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
| Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
| Demolition Cost And Broadened Increased Costs Of Construction | | $57,200 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |



| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
| Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
| Property Away From Premises | $15,000 | | $15,000 |
| Property Away From Premises - Transit | $15,000 | | $15,000 |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

| Policy Number:   ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 017**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

### MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

**PROTECTIVE SAFEGUARDS**

Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**



4330000024242З



INSURED COPY

ME 48825



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## LIABILITY DECLARATIONS

**Nationwide®**

| Policy Number: | ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
| --- | --- | --- | --- |

| Limits Of Insurance | | Limit |
| --- | --- | --- |
| Each Occurrence Limit of Insurance | Per Occurrence | $1,000,000 |
| Medical Payments Sub Limit | Per Person | $5,000 |
| Tenants Property Damage Legal Liability Sublimit | Per Covered Loss | $300,000 |
| Personal And Advertising Injury | Per Person Or Organization | $1,000,000 |
| Products-Completed Operations Aggregate Limit | All Occurrences | $2,000,000 |
| General Aggregate (Other Than Products-Completed Operations) | All Occurrences | $2,000,000 |

## Automatic Additional Insureds Status

The following persons or organizations are automatically insureds when you and they have agreed in a written contract or agreement that such person or organization be added as an additional insured on your policy.



Co-Owners of Insured Premises
Controlling Interest
Grantor of Franchise or License
Lessors of Leased Equipment
Managers or Lessors of Leased Premises
Mortgagee, Assignee or Receiver
Owners or Other Interest from Whom Land has been Leased
State or Political Subdivisions - Permits Relating to Premises

| Liability Deductible | Deductible |
| --- | --- |

None



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL
## LIABILITY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
| --- | --- |

| Optional Coverages | Deductible | Limit |
| --- | --- | --- |
| Cyber Coverage | | |
| Data Compromise Response Expense | | |
| Annual Aggregate Limit | | $50,000 |
| Deductible Per Occurrence | $1,000 | |
| Forensic IT Sublimit | | $25,000 |
| Legal Review Sublimit | | $25,000 |
| Data Compromise Public Relations Sublimit | | $5,000 |
| Regulatory Fines and Penalties Sublimit | | $25,000 |
| PCI Fines and Penalties Sublimit | | $25,000 |
| Computer Attack | | |
| Annual Aggregate Limit | | $50,000 |
| Deductible Per Occurrence | $1,000 | |
| Loss of Business Sublimit | | $25,000 |
| Computer Attack Public Relations Sublimit | | $5,000 |
| Extortion Sublimit | | $10,000 |
| Misdirected Payment Fraud Sublimit | | $10,000 |
| Computer Fraud Sublimit | | $10,000 |

43300000242432



INSURED COPY

ME 48825



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## LIABILITY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

| Optional Coverages | Deductible | Limit |
|---|---|---|
| Data Compromise | | |
| Data Compromise Liability & Defense Expense | | $50,000 |
| Deductible Per Occurrence | $1,000 | |
| Network Security | | |
| Network Security Liability & Defense Expense | | $50,000 |
| Deductible Per Occurrence | $1,000 | |
| Electronic Media | | |
| Electronic Media Liability & Defense Expense | | $50,000 |
| Deductible Per Occurrence | $1,000 | |
| Identity Recovery | | |
| Annual Aggregate Limit | | $25,000 |
| Deductible Per Occurrence | None | |
| Lost Wages and Child and Elder Care Expenses | | $5,000 |
| Mental Health Counseling | | $1,000 |
| Miscellaneous Unnamed Costs | | $1,000 |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

**Nationwide®**

| Policy Number:  ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |
|---|---|

### FORMS AND ENDORSEMENTS SUMMARY

| Form Number | Title |
|---|---|
| PBDS01 01 18 | Premier Businessowners Declarations |
| PB81S1 01 17 | Premier Businessowners Policy - Statement Of Values |
| PB0002 01 18 | Premier Businessowners Property Coverage Form |
| PB0006 01 17 | Premier Businessowners Liability Coverages Form |
| PB0009 01 17 | Premier Businessowners Common Policy Conditions |
| NIL7000 01 17 | Blank Endorsement |
| PB0008 01 17 | Nuclear Energy Exclusion |
| PB0412 01 01 | Limitation Of Coverage To Designated Premises |
| PB0523 07 15 | Cap on Losses from Certified Acts of Terrorism |
| PB0588 04 11 | Georgia - Limited Fungi or Bacteria Coverage |
| PB1203 01 01 | Loss Payable Provisions |
| PB1478 01 17 | Exclusion of Loss Due to By-products of Production or Processing Operations (Rental Properties) |
| PB1486 11 14 | Communicable Disease Exclusion |
| PB2003 01 17 | Habitational PLUS Endorsement |
| PB5910 12 13 | Georgia Changes - Diminished Value Exclusion Endorsement |
| PB9010 08 22 | Georgia Amendatory Endorsement |
| PB9074 04 22 | Cyber Suite Coverage Endorsement |

### IMPORTANT NOTICES

| Form Number | Title |
|---|---|
| NI0062 01 21 | Notice of Terrorism Insurance Coverage |
| NI0018 01 17 | Flood Insurance Notice |
| NI9009 01 17 | Information for Insureds Who Have Tenants |
| NI9029 04 22 | Cyber Liability Important Notice |
| NI0004 01 17 | Important Notice for Renewal Policies |

4330000024241

INSURED COPY

ME 48825



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

| Policy Number: | ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |

### IMPORTANT NOTICES

| Form Number | Title |
| --- | --- |
| NI0035 01 17 | Data Breach & Identity Recovery Services |
| NI0075 01 17 | Consumer Report Inquiry Notice |

**IN WITNESS WHEREOF**, the Company has caused this policy to be signed by its Secretary and President.

_____
**Secretary**

_____
**President**

PB DS 01 01 18



## PREMIER BUSINESSOWNERS POLICY

### HABITATIONAL

**STATEMENT OF VALUES**

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
| --- | --- |

The values shown on this Statement of Values reflect the values you have requested or agreed to for each individual item that was included in the Blanket Limit of Insurance shown in the Declarations of your policy.

By your acceptance of this policy in the payment of the premium due, you are acknowledging that the values shown below are correct to the best of your knowledge and belief.

| Premises/ Building | Description/ Coverage Type | Value | Valuation of Property |
| --- | --- | --- | --- |
| 001/001 | Building | $597,800 | Replacement Cost |
| 001/002 | Building | $553,700 | Replacement Cost |
| 001/003 | Building | $434,600 | Replacement Cost |
| 001/004 | Building | $351,000 | Replacement Cost |
| 001/005 | Building | $464,700 | Replacement Cost |
| 001/006 | Building | $449,700 | Replacement Cost |
| 001/007 | Building | $494,600 | Replacement Cost |
| 001/008 | Building | $563,400 | Replacement Cost |
| 001/009 | Building | $341,000 | Replacement Cost |
| 001/010 | Building | $494,600 | Replacement Cost |
| 001/011 | Building | $620,800 | Replacement Cost |
| 001/012 | Building | $620,800 | Replacement Cost |
| 001/013 | Building | $557,100 | Replacement Cost |
| 001/014 | Building | $620,800 | Replacement Cost |
| 001/015 | Building | $561,900 | Replacement Cost |
| 001/016 | Building | $557,100 | Replacement Cost |
| 001/017 | Building | $620,800 | Replacement Cost |

4330000024450

INSURED COPY

ME 48825

NIL 70 00 01 17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEMPORARY AI #1

**Policy Level Coverages**

**Manuscript Number:** TEMPAI

**Coverage Description:**

(MORTGAGEE)(Federal Home loan Mortgage corporation, as master Servicer, on behalf of U.S Bank national Association, as Trustee, for the benefit of holders of J.P morgan chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB56, as their interests appearC/O sabal TLI LLC ISAOA)465 N Halstead st, Suite 105Pasadena, CA, 91107



4330000242469

INSURED COPY

ME 48825

NIL 70 00 01 17

BUSINESSOWNERS
PB 90 10 08 22

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# GEORGIA AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS COMMON POLICY CONDITIONS
PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

## A. CANCELLATION

In the COMMON POLICY CONDITIONS, under Condition A. CANCELLATION paragraphs 1. and 5. are replaced by the following:

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation stating a future date on which the policy is to be cancelled, subject to the following:

    a. If only the interest of the first Named Insured is affected, the effective date of cancellation will be either the date we receive notice from the first Named Insured or the date specified in the notice, whichever is later. However, upon receiving a written notice of cancellation from the first Named Insured, we may waive the requirement that the notice state the future date of cancellation, by confirming the date and time of cancellation in writing to the first Named Insured.

    b. If by statute, regulation or contract this policy may not be cancelled unless notice is given to a governmental agency, mortgagee or other third party, we will mail or deliver at least 10 days notice to the first Named Insured and third party as soon as practicable after receiving the first Named Insured's request for cancellation.

    Our notice will state the effective date of cancellation, which will be the later of the following:

    (1) 10 days from the date of mailing or delivering our notice, or

    (2) The effective date of cancellation stated in the first Named Insured's notice to us.

5. **Premium Refund**

    a. If this policy is cancelled, we will send the first Named Insured any premium refund due.

    b. If we cancel, the refund will be pro rata, except as provided in c. below.

    c. If the cancellation results from failure of the first Named Insured to pay, when due, any premium to us or any amount, when due, under a premium finance agreement, then the refund may be less than pro rata. Calculation of the return premium at less than pro rata represents a penalty charged on unearned premium.

    d. If the first Named Insured cancels, the refund may be less than pro rata.

    e. The cancellation will be effective even if we have not made or offered a refund.

B. n the COMMON POLICY CONDITIONS, under Condition A. CANCELLATION, the following is added and supersedes any other provisions to the contrary:

    If we decide to:

    1. Cancel or nonrenew this policy; or

    2. Increase current policy premium by more than 15% (other than any increase due to change in risk, exposure or experience modification or resulting from an audit of auditable coverages); or

    3. Change any policy provision which would limit or restrict coverage;

    Then we will mail or deliver notice of our action (including the dollar amount of any increase in renewal premium of more than 15%) to the first Named Insured and lienholder, if any, at the last mailing address known to us.

    Except as applicable as described in Paragraph C. or D. below, we will mail or deliver notice at least:

    1. 10 days before the effective date of cancellation if this policy has been in effect less than 60 days or if we cancel for nonpayment of premium; or

    2. 45 days before the effective date of cancellation if this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium; or

**PB 90 10 08 22**

3. 45 days before the expiration date of this policy if we decide to nonrenew, increase the premium or limit or restrict coverage.

C. The following provisions apply to insurance covering residential real property only if the Named Insured is a natural person.

In the COMMON POLICY CONDITIONS, under Condition A. CANCELLATION, the following is added and supersedes any other provisions to the contrary except as applicable as described in Paragraph D.:

1. When this policy has been in effect for 60 days or less and is not a renewal with us, we may cancel for any reason by notifying the first Named Insured at least 10 days before the date cancellation takes effect.

2. When this policy has been in effect for more than 60 days, or at any time if it is a renewal with us, we may cancel only for one or more of the following reasons:

   a. Nonpayment of premium, whether payable to us or to our agent;

   b. Upon discovery of fraud, concealment of a material fact, or material misrepresentation made by or with the knowledge of any person insured under this policy in obtaining this policy, continuing this policy or presenting a claim under this policy;

   c. Upon the occurrence of a change in the risk which substantially increases any hazard insured against; or

   d. Upon the violation of any of the material terms or conditions of this policy by any person insured under this policy.

   We may cancel by providing notice to the first Named Insured at least:

   (1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   (2) 45 days before the effective date of cancellation if we cancel for any of the reasons listed in b., c. or d. above.

D. In the COMMON POLICY CONDITIONS, under Condition A. CANCELLATION, with respect to a policy that is written to permit an audit, the following is added:

If you fail to submit to or allow an audit for the current or most recently expired term, we may cancel this policy subject to the following:

1. We will make two documented efforts to send you and your agent notification of potential cancellation. After the second notice has been sent, we have the right to cancel this policy by mailing or delivering a written notice of

cancellation to the first Named Insured at least 10 days before the effective date of cancellation, but not within 20 days of the first documented effort.

2. If we cancel this policy based on your failure to submit to or allow an audit, we will send the written notice of cancellation to the first Named Insured at the last known mailing address by certified mail or statutory overnight delivery with return receipt requested.

E. In the COMMON POLICY CONDITIONS, under Condition C. CONCEALMENT, MISREPRESENTATION OR FRAUD paragraphs 1. through 3. are replaced by the following:

1. We will not pay for any loss or damage in any case involving misrepresentations, omissions, concealment of facts or incorrect statements.

2. We will not pay for any loss if you, your authorized representative or any other insured, at any time, conceal or misrepresent any material fact, or violate any material representation, concerning:

   a. This policy, including your application for this policy;

   b. The Covered Property;

   c. Your interest in the Covered Property; or

   d. A claim under this policy.

3. We also have the right to not pay for any loss on this policy based upon any other grounds provided by law.



F. **AMENDMENTS TO THE PREMIER BUSINESS-OWNERS PROPERTY COVERAGE FORM**

Under Section B. EXCLUSIONS, the following exclusion is added to paragraph 2.:

We will also not pay for loss or damage arising out of any act committed:

1. By or at the direction of any insured; and

2. With the intent to cause a loss.

HOWEVER, this exclusion will not apply to deny coverage to an innocent co-insured, provided the loss:

a. Is otherwise covered under this Policy; and

b. Arose out of an act of family violence by an insured, against whom a family violence complaint is brought for such act.

If we pay a claim to such innocent co-insured, our payment is limited to that insured's legal interest in the property less any payments we first made to a mortgageholder or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

G. **AMENDMENTS TO THE CYBER SUITE COVERAGE ENDORSEMENT**

If Cyber Suite coverage for m PB 90 74 is a part of this policy, then coverage provided on that form is amended as follows:

1. **A. COVERAGE, 1. Data Compromise Response Expenses,** paragraph a.(1) is deleted and replaced with the following:

   (1) There has been a "personal data compromise" that occurred after the first inception of this Cyber Coverage or, if prior to first inception, occurred while the insured had coverage similar to that described in this coverage form; and

2. **A. COVERAGE, 2. Computer Attack**, paragraph a.(1) is deleted and replaced with the following:

   (1) There has been a "computer attack" that occurred after the first inception of this Cyber Coverage or, if prior to first inception, occurred while the insured had coverage similar to that described in this coverage form; and

3. **A. COVERAGE, 3. Cyber Extortion**, paragraph a.(1) is deleted and replaced with the following:

   (1) There has been a "cyber extortion threat" that occurred after the first inception of this Cyber Coverage or, if prior to first inception, occurred while the insured had coverage similar to that described in this coverage form; and

4. **A. COVERAGE, 4. Misdirected Payment Fraud,** paragraph a. (1) is deleted and replaced with the following:

   (1) There has been a "wrongful transfer event" against you that occurred after the first inception of this Cyber Coverage, or, if prior to first inception, occurred while the insured had coverage similar to that described in this coverage form;

5. **A. COVERAGE, 5. Computer Fraud,** paragraph a.(1) is deleted and replaced with the following:

   (1) There has been a "computer fraud event" against you that occurred after the first inception of this Cyber Coverage, or, if prior to first inception, occurred while the insured had coverage similar to that described in this coverage form; and

6. **A. COVERAGE, 6. Data Compromise Liability,** paragraph a. is deleted and replaced with the following:

   a. Data Compromise Liability applies only if all of the following conditions are met:

      (1) During the "policy period" or any applicable Extended Reporting Period, you first receive notice of one of the following:

         (a) A "claim" brought by or on behalf of one or more "affected individuals"; or

         (b) A "regulatory proceeding" brought by

a government entity; and

      (2) Such "claim" or "regulatory proceeding" must arise from a "personal data compromise" that:

         (a) Occurred after the first inception of this Cyber Coverage, or, if prior to first inception, occurred while the insured had coverage similar to that described in this coverage form;

         (b) Took place in the "coverage territory"; and

         (c) Was submitted to us and insured under Data Compromise Response Expenses; and

      (3) Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

7. **A. COVERAGE, 7. Network Security Liability**, paragraph a. is deleted and replaced with the following:

   a. Network Security Liability applies only if all of the following conditions are met:

      (1) During the "policy period" or any applicable Extended Reporting Period, you first receive notice of a "claim" which arises from a "network security incident" that:

         (a) Occurred after the first inception of this Cyber Coverage, or, if prior to first inception, occurred while the insured had coverage similar to that described in this coverage form; and

         (b) Took place in the "coverage territory"; and

      (2) Such "claim is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

8. **A. COVERAGE, 8. Electronic Media Liability**, paragraph a. is deleted and replaced with the following:

   a. Electronic Media Liability applies only if all of the following conditions are met:

      1) During the "policy period" or any applicable Extended Reporting Period, you first receive notice of a "claim" which arises from an "electronic media incident" that:

         (a) Occurred after the first inception of this Cyber Coverage, or, if prior to first inception, occurred while the insured had coverage similar to that described in this coverage form; and

4330000242487

INSURED COPY

ME 48825

PB 90 10 08 22

    **(b)** Took place in the "coverage territory"; and

    **(2)** Such "claim is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

**9.** **B. EXCLUSIONS**, paragraph **11.** is deleted and replaced with the following:

    **11.** Any "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event", "computer fraud event" or "wrongful act" discovered by you prior to the first inception of this Cyber Coverage or any coverage substantially similar to that described in this coverage.

**10.** The following are added to **B. EXCLUSIONS:**

    Any "claim" of which you first receive notice prior to the first inception of this Cyber Coverage.

    Any "wrongful act" that occurred prior to the first inception of this Cyber Coverage but did not occur while the insured had coverage similar to that described in this endorsement.

**11.** **E. ADDITIONAL CONDITIONS**, paragraph **9.** Is deleted and replaced with the following:

    **9.** **Other Insurance**

    If there is other insurance that applies to the same "loss", we will pay our share of the covered "loss". Our share is the proportion that the applicable limit bears to the Limits of Insurance of all insurance covering on the same basis.

    In all events, we will not pay more than the applicable limit as specified in the Cyber Suite Supplemental Declarations.

**12.** **F. DEFINTIONS, 6. "Claim"**, paragraph **c.** is deleted and replaced with the following:

    **c.** The "personal data compromise" giving rise to the proceeding was covered under Data Compromise Response Expenses section of this Cyber Coverage, and you submitted a "claim" to us and provided notifications to "affected individuals" in consultation with us pursuant to Data Compromise Response Expenses in connection with such "personal data compromise".

**H.** In the PROPERTY LOSS CONDITIONS, paragraph 4. Legal Action Against Us, is replaced with:

    **4.** **Legal Action Against Us**

    No one may bring a legal action against us under this insurance unless:

    **a.** There has been full compliance with all of the terms of this insurance; and

    **b.** The action is brought within two years after the date on which the direct physical loss or damage occurred.

## CONDOMINIUM OR TOWNHOUSE ASSOCIATION AMENDMENTS

If you are a Condominium or Townhouse Association, the following amendments also apply to you:

**J.** Under the CONDOMINIUM ASSOCIATION COVERAGE endorsement, form PB 17 01, paragraph C. is replaced by the following:

    **C.** Under the PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM, the following is added to Section II. Who Is An Insured:

    **7.** All agents of the condominium association.

    **8.** All unit-owners and other persons entitled to occupy any unit or other portion of the condominium but only with respect to liability arising out of, or in connection with, the use, ownership, maintenance or repair of the common elements or other portion of the condominium which the association has the responsibility to maintain.



**K.** **AMENDMENTS TO THE DIRECTORS AND OFFICERS LIABILITY (COOPERATIVES OR CONDOMINIUMS ENDORSEMENTS**

    **1.** If the Directors and Officers Liability (Cooperatives or Condominiums) Endorsement, form PB 41 00, is a part of this policy, paragraph A.4.i. is removed.

    **2.** If the Directors and Officers Liability (Cooperatives or Condominiums) With Non-Monetary Relief Endorsement, form PB 41 51 is a part of this policy, paragraph A.4.h. is removed.

**L.** **REPLACEMENT TO THE PROTECTIVE SAFEGUARDS ENDORSEMENT**

If Protective Safeguards Coverage Form Coverage form PB 04 30 is a part of this policy, then paragraphs B.1.a and B.2.a are replaced respectively with the following;

    **B.** **EXCLUSIONS**

    **1.** FIRE PROTECTIVE SAFEGUARDS

    We will not pay for loss or damages caused by or resulting from fire if, prior to the fire, you:

    **a.** Knew of any suspension or impairment in any protective safeguard as designated at each premises by symbol in the Declarations and failed to notify us of that fact, or

**PB 90 10 08 22**

2. BURGLARY AND REBBERY PROTECTIVE SAFEGUARDS

We will not pay for loss or damage caused by or resulting from theft if, prior to the theft you:

a. Knew of any suspension or impairment in any protective safeguard designated at each premises by symbol in the Declarations and failed to notify us of that fact, or

M. REPLACEMENT TO THE FUNCTIONAL BUILDING VALUATION OPTION ENDORSEMENT

If Functional Building Valuation Coverage Form PB 54 02 is a part of this policy, then paragraph A.2.B is removed.

N. **AMENDMENT TO THE COMMON POLICY CONDITIONS**

Under the Common Policy Conditions, form PB 00 09, paragraph H. is replaced by the following:

H. Other Insurance.

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this policy. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this policy bears to the Limit of insurance of all covering on the same basis. If there is other insurance covering the same loss or damage, other than that described in a. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**All terms and conditions of this policy apply unless modified by this endorsement.**

4330000242493



INSURED COPY

ME 48825

BUSINESSOWNERS
PB 90 74 04 22

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CYBER SUITE COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the follow:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

Throughout this Coverage Endorsement (hereinafter referred to as "Cyber Coverage"), the words "you" and "your" refer to the Named Insured(s) shown in the Cyber Suite Supplemental Declarations of this Cyber Coverage and any other person(s) or organization(s) qualifying as a Named Insured under this Cyber Coverage. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotations have special meaning. Refer to **DEFINITIONS**.

The terms and conditions of the Cancellation Clause of the Common Policy Conditions and any amendment to such terms incorporated by endorsement are hereby incorporated herein and shall apply to coverage as is afforded by this Cyber Coverage, unless specifically stated otherwise in an endorsement(s) attached hereto.

Under Section A. COVERAGES, 5. ADDITIONAL COVERAGES, the following Additional Coverage is added:

SECTION 1 – DATA COMPROMISE

This section lists the coverages that apply if indicated in the Cyber Suite Supplemental Declarations.

1. **Data Compromise Response Expenses**

   a. Data Compromise Response Expenses applies only if all of the following conditions are met:

      (1) There has been a "personal data compromise"; and

      (2) Such "personal data compromise" took place in the "coverage territory"; and

      (3) Such "personal data compromise" is first discovered by you during the "policy period"; and

      (4) Such "personal data compromise" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

   b. If the conditions listed in a. above have been met, then we will provide coverage for the following expenses when they arise directly from such "personal data compromise" and are necessary and reasonable. Items **(4)** and **(5)** below apply only if there has been a notification of the "personal data compromise" to "affected individuals" as covered under item **(3)** below.

(1) **Forensic IT Review**

   We will pay for a professional information technologies review if needed to determine, within the constraints of what is possible and reasonable, the nature and extent of the "personal data compromise" and the number and identities of the "affected individuals".

   This does not include costs to analyze, research or determine any of the following:

   (a) Vulnerabilities in systems, procedures or physical security;

   (b) Compliance with Payment Card Industry or other industry security standards; or

   (c) The nature or extent of "loss" or damage to data that is not "personally identifying information" or "personally sensitive information".

   If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Forensic IT Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

4330000242502

INSURED COPY

ME 48825

**PB 90 74 04 22**

**(2) Legal Review**

We will pay for a professional legal counsel review of the "personal data compromise" and how you should best respond to it.

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Legal Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

**(3) Notification to Affected Individuals**

We will pay your necessary and reasonable costs to provide notification of the "personal data compromise" to "affected individuals".

**(4) Services to Affected Individuals**

We will pay your necessary and reasonable costs to provide the following services to "affected individuals". Services (c) and (d) below apply only to "affected individuals" from "personal data compromise" events involving "personally identifying information".

**(a) Informational Materials**

A packet of loss prevention and customer support information.

**(b) Help Line**

A toll-free telephone line for "affected individuals" with questions about the "personal data compromise". Where applicable, the line can also be used to request additional services as listed in (c) and (d) below.

**(c) Credit Report and Monitoring**

A credit report and an electronic service automatically monitoring for activities affecting an individual's credit records. This service is subject to the "affected individual" enrolling for this service with the designated service provider.

**(d) Identity Restoration Case Management**

As respects any "affected individual" who is or appears to be a victim of "identity theft" that may reasonably have arisen from the "personal data compromise", the services of an identity restoration professional who will assist that "affected individual" through the process of correcting credit and other records and, within the constraints of what is possible and reasonable, restoring control over his or her personal identity.

**(5) Public Relations**

We will pay for a professional public relations firm review of, and response to, the potential impact of the "personal data compromise" on your business relationships.

This includes necessary and reasonable costs to implement public relations recommendations of such firm. This may include advertising and special promotions designed to retain your relationship with "affected individuals". However, we will not pay for:

**(a)** Promotions provided to any of your directors or employees; or

**(b)** Promotion costs exceeding $25 per "affected individual".

**(6) Regulatory Fines and Penalties**

We will pay for any fine or penalty imposed by law, to the extent such fine or penalty is legally insurable under the law of the applicable jurisdiction.

**(7) PCI Fines and Penalties**

We will pay for any Payment Card Industry fine or penalty imposed under a contract to which you are a party. PCI Fines and Penalties do not include any increased transaction costs.

**SECTION 2 -Computer Attack**

**a.** Computer Attack applies only if all of the following conditions are met:

**(1)** There has been a "computer attack"; and

**(2)** Such "computer attack" occurred in the "coverage territory"; and

**(3)** Such "computer attack" is first



discovered by you during the "policy period"; and

(4) Such "computer attack" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

**b.** If the conditions listed in **a.** above have been met, then we will provide you the following coverages for "loss" directly arising from such "computer attack".

**(1) Data Restoration**

We will pay your necessary and reasonable "data restoration costs".

**(2) Data Re-creation**

We will pay your necessary and reasonable "data re-creation costs".

**(3) System Restoration**

We will pay your necessary and reasonable "system restoration costs".

**(4) Loss of Business**

We will pay your actual "business income and extra expense loss" incurred during the "period of restoration".

**(5) Extended Income Recovery**

If you suffer a covered "business income and extra expense loss" resulting from a "computer attack" on a "computer system" owned or leased by you and operated under your control, we will pay your actual "extended income loss".

**(6) Public Relations**

If you suffer a covered "business income and extra expense loss", we will pay for the services of a professional public relations firm to assist you in communicating your response to the "computer attack" to the media, the public and your customers, clients or members.

**Section 3 - Cyber Extortion**

**a.** Cyber Extortion applies only if all of the following conditions are met:

(1) There has been a "cyber extortion threat"; and

(2) Such "cyber extortion threat" is first made against you during the "policy period"; and

(3) Such "cyber extortion threat" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first made against you.

**b.** If the conditions listed in **a.** above have been met, then we will pay for your necessary and reasonable "cyber extortion expenses" arising directly from such "cyber extortion threat". The payment of "cyber extortion expenses" must be approved in advance by us. We will not pay for "cyber extortion expenses" that have not been approved in advance by us. We will not unreasonably withhold our approval.

**c.** You must make every reasonable effort not to divulge the existence of this Cyber Extortion coverage.

**Section 4 - Misdirected Payment Fraud**

**a.** Misdirected Payment Fraud applies only if all of the following conditions are met:

(1) There has been a "wrongful transfer event" against you;

(2) Such "wrongful transfer event" took place in the "coverage territory";

(3) Such "wrongful transfer event" is first discovered by you during the "policy period";

(4) Such "wrongful transfer event" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you; and

(5) Such "wrongful transfer event" is reported in writing by you to the police.

**b.** If the conditions listed above in **a.** have been met, then we will pay your necessary and reasonable "wrongful transfer costs" arising directly from the "wrongful transfer event".

**Section 5 - Computer Fraud**

a. Computer Fraud applies only if all of the following conditions are met:

(1) There has been a "computer fraud event" against you; and

(2) Such "computer fraud event" took place in the "coverage territory"; and

(3) Such "computer fraud event" is first discovered by you during the "policy period"; and

(4) Such "computer fraud event" is reported to us within 60 days after the date it is first discovered by you; and

(5) Such "computer fraud event" is reported in writing by you to the police.

43300000242511

INSURED COPY

ME 48825



b If the conditions listed in **a.** above have been met, then we will pay your necessary and reasonable "computer fraud costs" arising directly from the "computer fraud event".

## Section 6 - Data Compromise Liability

a. Data Compromise Liability applies only if all of the following conditions are met:

(1) During the "policy period" or any applicable Extended Reporting Period, you first receive notice of one of the following:

(a) A "claim"; or

(b) A "regulatory proceeding".

(2) Such "claim" or "regulatory proceeding" must arise from a "personal data compromise" that:

(a) Took place during the "coverage term";

(b) Took place in the "coverage territory"; and

(c) Was submitted to us and insured under Data Compromise Response Expenses.

(3) Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

b. If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered:

(1) "Loss" directly arising from the "claim"; or

(2) "Defense costs" directly arising from a "regulatory proceeding".

c. All "claims" and "regulatory proceedings" arising from a single "personal data compromise" or interrelated "personal data compromises" will be deemed to have been made at the time that notice of the first of those "claims" or "regulatory proceedings" is received by you.

## Section 7 - Network Security Liability

a. Network Security Liability applies only if all of the following conditions are met:

(1) During the "policy period" or any applicable Extended Reporting Period, you first receive notice of a "claim" which arises from a "network security incident" that:

(a) Took place during the "coverage term"; and

(b) Took place in the "coverage

territory"; and

(2) Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

b. If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered "loss" directly arising from the "claim".

c. All "claims" arising from a single "network security incident" or interrelated "network security incidents" will be deemed to have been made at the time that notice of the first of those "claims" is received by you.

## Section 8 - Electronic Media Liability

a. Electronic Media Liability applies only if all of the following conditions are met:

(1) During the "policy period" or any applicable Extended Reporting Period, you first receive notice of a "claim" which arises from an "electronic media incident" that:

(a) Took place during the "coverage term"; and

(b) Took place in the "coverage territory"; and

(2) Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

b. If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered "loss" directly arising from the "claim".

c. All "claims" arising from a single "electronic media incident" or interrelated "electronic media incidents" will be deemed to have been made at the time that notice of the first of those "claims" is received by you.

## Section 9 - Identity Recovery

a. Identity Recovery applies only if all of the following conditions are met:

(1) There has been an "identity theft" involving the personal identity of an "identity recovery insured" under this Cyber Coverage; and

(2) Such "identity theft" took place in the "coverage territory"; and

(3) Such "identity theft" is first discovered by the "identity recovery insured" during the "policy period"; and

(4) Such "identity theft" is reported to us



within 60 days after it is first discovered by the "identity recovery insured".

**b.** If the conditions listed in a. above have been met, then we will provide the following to the "identity recovery insured":

**(1) Case Management Service**

We will pay for the services of an "identity recovery case manager" as needed to respond to the "identity theft"; and

**(2) Expense Reimbursement**

We will pay for reimbursement of necessary and reasonable "identity recovery expenses" incurred as a direct result of the "identity theft".

## EXCLUSIONS

### EXCLUSIONS

The following additional exclusions apply to this coverage:

We will not pay for costs or "loss" arising from the following:

1. Nuclear reaction or radiation or radioactive contamination, however caused.

2. War and military action including any of the following and any consequence of any of the following:

   **a.** War, including undeclared or civil war;

   **b.** Warlike action by military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

   **c.** Insurrection, rebellion, revolution, usurped power, political violence or action taken by governmental authority in hindering or defending against any of these.

3. Failure or interruption of, or damage to, any electrical power supply network or telecommunications network not owned and operated by you including, but not limited to, the internet, internet service providers, Domain Name System (DNS) service providers, cable and wireless providers, internet exchange providers, search engine providers, internet protocol networks (and similar networks that may have different designations) and other providers of telecommunications or internet infrastructure.

4. Any attack on, incident involving, or loss to any computer or system of computers that is not a "computer system".

5. Costs to research or correct any deficiency.

6. Any fines or penalties other than those explicitly covered under Data Compromise Response Expenses.

7. Any criminal investigations or proceedings.

8. Your intentional or willful complicity in a covered "loss" event.

9. Your reckless disregard for the security of your "computer system" or data, including confidential or sensitive information of others in your care, custody or control.

10. Any criminal, fraudulent or dishonest act, error or omission, or any intentional or knowing violation of the law by you.

11. Any "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event", "computer fraud event" or "wrongful act" occurring before the "coverage term".

12. That part of any "claim" seeking any non-monetary relief. However, this exclusion does not apply to "defense costs" arising from an otherwise insured "wrongful act".

13. The propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers in connection with hardware or software created, produced or modified by you for sale, lease or license to third parties.

14. Any oral or written publication of material, if done by you or at your direction with knowledge of its falsity.

15. "Property damage" or "bodily injury" other than mental anguish or mental injury alleged in a "claim" covered under Electronic Media Liability.

16. The theft of a professional or business identity.

17. Any fraudulent, dishonest or criminal act by an "identity recovery insured" or any person aiding or abetting an "identity recovery insured", or by any "authorized representative" of an "identity recovery insured", whether acting alone or in collusion with others. However, this exclusion will not apply to the interests of an "identity recovery insured" who has no knowledge of or involvement in such fraud, dishonesty or criminal act.

18. An "identity theft" that is not reported in writing to the police.

43300000242520

INSURED COPY

ME 48825

PB 90 74 04 22

## LIMITS OF INSURANCE

### 1. Aggregate Limits

Except for post-judgment interest, the Annual Aggregate Limit for each coverage section shown in the Cyber Suite Supplemental Declarations is the most we will pay for all "loss" under that coverage section in any one "policy period" or any applicable Extended Reporting Period. The Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations applies regardless of the number of insured events first discovered or "claims" or "regulatory proceedings" first received during the "policy period" or any applicable Extended Reporting Period.

### 2. Coverage Sublimits

#### a. Data Compromise Sublimits

The most we will pay under Data Compromise Response Expenses for Forensic IT Review, Legal Review, Public Relations, Regulatory Fines and Penalties and PCI Fines and Penalties coverages for "loss" arising from any one "personal data compromise" is the applicable sublimit for each of those coverages shown in the Cyber Suite Supplemental Declarations.

These sublimits are part of, and not in addition to, the Data Compromise Response Expenses Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations. Public Relations coverage is also subject to a limit per "affected individual" as described in **A.1.b.(5)**.

#### b. Computer Attack Sublimits

The most we will pay under Computer Attack for Loss of Business and Extended Income Recovery coverages for "loss" arising from any one "computer attack" is the applicable Loss of Business sublimit shown in the Cyber Suite Supplemental Declarations. The most we will pay under Computer Attack for Public Relations coverage for "loss" arising from any one "computer attack" is the applicable Public Relations sublimit shown in the Cyber Suite Supplemental Declarations. These sublimits are part of, and not in addition to, the Computer Attack Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations.

#### c. Cyber Extortion Sublimit

The most we will pay under Cyber Extortion coverage for "loss" arising from one "cyber extortion threat" is the applicable sublimit shown in the Cyber

Suite Supplemental Declarations. This sublimit is part of, and not in addition to, the Computer Attack Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations.

#### d. Misdirected Payment Fraud Sublimit

The most we will pay under Misdirected Payment Fraud coverage for "loss" arising from one "wrongful transfer event" is the applicable sublimit shown in the Cyber Suite Supplemental Declarations. This sublimit is part of, and not in addition to, the Computer Attack Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations.

#### e. Computer Fraud Sublimit

The most we will pay under Computer Fraud coverage for "loss" arising from one "computer fraud event" is the applicable sublimit shown in the Cyber Suite Supplemental Declarations. This sublimit is part of, and not in addition to, the Computer Attack Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations.

#### f. Identity Recovery Sublimits



The following provisions are applicable only to the Identity Recovery Coverage.

**(1)** Case Management Service is available as needed for any one "identity theft" for up to 12 consecutive months from the inception of the service. Expenses we incur to provide Case Management Services do not reduce the annual aggregate limit for Identity Recovery.

**(2)** Costs covered under item d. (Legal Costs) of the definition of "identity recovery expenses" are part of, and not in addition to, the annual aggregate limit for Identity Recovery.

**(3)** Costs covered under item e. (Lost Wages) and item f. (Child and Elder Care Expenses) of the definition of "identity recovery expenses" are jointly subject to the Lost Wages and Child and Elder Care sublimit shown in the Cyber Suite Supplemental Declarations. This sublimit is part of, and not in addition to, the annual aggregate limit for Identity Recovery. Coverage is limited to wages lost and expenses incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

 © 2018, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved. PB 90 74 04 22

(4) Costs covered under item g. (Mental Health Counseling) of the definition of "identity recovery expenses" is subject to the Mental Health Counseling sublimit shown in the Cyber Suite Supplemental Declarations. This sublimit is part of, and not in addition to, the annual aggregate limit for Identity Recovery. Coverage is limited to counseling that takes place within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

(5) Costs covered under item h. (Miscellaneous Unnamed Costs) of the definition of "identity recovery expenses" is subject to the Miscellaneous Unnamed Costs sublimit shown in the Cyber Suite Supplemental Declarations. This sublimit is part of, and not in addition to, the annual aggregate limit for Identity Recovery. Coverage is limited to costs incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

**3. Application of Limits**

a. A "computer attack", "cyber extortion threat", "personal data compromise", "wrongful transfer event", "computer fraud event" or "identity theft" may be first discovered by you in one "policy period" but it may cause insured "loss" in one or more subsequent "policy periods". If so, all insured "loss" arising from such "computer attack", "cyber extortion threat", "personal data compromise", "wrongful transfer event", "computer fraud event" or "identity theft" will be subject to the limit of insurance applicable to the "policy period" when the "computer attack", "cyber extortion threat", "personal data compromise", "wrongful transfer event", "computer fraud event" or "identity theft" was first discovered by you.

b. You may first receive notice of a "claim" or "regulatory proceeding" in one "policy period" but it may cause insured "loss" in one or more subsequent "policy periods". If so, all insured "loss" arising from such "claim" or "regulatory proceeding" will be subject to the limit of insurance applicable to the "policy period" when notice of the "claim" or "regulatory proceeding" was first received by you.

c. The limit of insurance for the Extended Reporting Periods (if applicable) will be

part of, and not in addition to, the limit of insurance for the immediately preceding "policy period".

d. Coverage for Services to Affected Individuals under Data Compromise Response Expenses is limited to costs to provide such services for a period of up to one year from the date of the notification to the "affected individuals". Notwithstanding, coverage for Identity Restoration Case Management services initiated within such one year period may continue for a period of up to one year from the date such Identity Restoration Case Management services are initiated.

## DEDUCTIBLES

1. We will not pay for "loss" until the amount of the insured "loss" exceeds the deductible amount shown in the Cyber Suite Supplemental Declarations. We will then pay the amount of "loss" in excess of the applicable deductible amount, subject to the applicable limits shown in the Cyber Suite Supplemental Declarations. You will be responsible for the applicable deductible amount.

2. The deductible will apply to all:

a. "Loss" arising from the same insured event or interrelated insured events under Data Compromise Response Expenses, Computer Attack, Cyber Extortion, Misdirected Payment Fraud, or Computer Fraud.

b. "Loss" resulting from the same "wrongful act" or interrelated "wrongful acts" insured under Data Compromise Liability, Network Security Liability or Electronic Media Liability.

3. In the event that "loss" is insured under more than one coverage section, only the single highest deductible applies.

4. Insurance coverage under Identity Recovery is not subject to a deductible.

## ADDITIONAL CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

**1. Bankruptcy**

The bankruptcy or insolvency of you or your estate, will not relieve you or us of any obligation under this Cyber Coverage.

**2. Defense And Settlement**

a. We shall have the right and the duty to assume the defense of any applicable "claim" or "regulatory proceeding"

4330000024539

INSURED COPY

ME 48825

PB 90 74 04 22

against you. You shall give us such information and cooperation as we may reasonably require.

b. You shall not admit liability for or settle any "claim" or "regulatory proceeding" or incur any defense costs without our prior written consent.

c. At the time a "claim" or "regulatory proceeding" is first reported to us, you may request that we appoint a defense attorney of your choice. We will give full consideration to any such request.

d. If you refuse to consent to any settlement recommended by us and acceptable to the claimant, we may then withdraw from your defense by tendering control of the defense to you. From that point forward, you shall, at your own expense, negotiate or defend such "claim" or "regulatory proceeding" independently of us. Our liability shall not exceed the amount for which the "claim" or suit could have been settled if such recommendation was consented to, plus "defense costs" incurred by us, and "defense costs" incurred by you with our written consent, prior to the date of such refusal.

e. We will not be obligated to pay any "loss" or "defense costs", or to defend or continue to defend any "claim" or "regulatory proceeding" after the applicable limit of insurance has been exhausted.

f. We will pay all interest on that amount of any judgment within the applicable limit of insurance which accrues:

(1) After entry of judgment; and

(2) Before we pay, offer to pay or deposit in court that part of the judgment within the applicable limit of insurance or, in any case, before we pay or offer to pay the entire applicable limit of insurance.

These interest payments will be in addition to and not part of the applicable limit of insurance.

3. **Due Diligence**

You agree to use due diligence to prevent and mitigate "loss" insured under this Cyber Coverage. This includes, but is not limited to, complying with, and requiring your vendors to comply with, reasonable and industry-accepted protocols for:

a. Providing and maintaining appropriate physical security for your premises, "computer systems" and hard copy files;

b. Providing and maintaining appropriate computer and Internet security;

c. Maintaining and updating at appropriate intervals backups of computer data;

d. Protecting transactions, such as processing credit card, debit card and check payments; and

e. Appropriate disposal of files containing "personally identifying information", "personally sensitive information" or "third party corporate data", including shredding hard copy files and destroying physical media used to store electronic data.

4. **Duties in the Event of a Claim, Regulatory Proceeding or Loss**

a. If, during the "policy period", incidents or events occur which you reasonably believe may give rise to a "claim" or "regulatory proceeding" for which coverage may be provided hereunder, such belief being based upon either written notice from the potential claimant or the potential claimant's representative; or notice of a complaint filed with a federal, state or local agency; or upon an oral "claim", allegation or threat, you shall give written notice to us as soon as practicable and either: 

(1) Anytime during the "policy period"; or

(2) Anytime during the extended reporting periods (if applicable).

b. If a "claim" or "regulatory proceeding" is brought against you, you must:

(1) Immediately record the specifics of the "claim" or "regulatory proceeding" and the date received;

(2) Provide us with written notice, as soon as practicable, but in no event more than 60 days after the date the "claim" or "regulatory proceeding" is first received by you;

(3) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "regulatory proceeding";

(4) Authorize us to obtain records and other information;

(5) Cooperate with us in the investigation, settlement or defense of the "claim" or "regulatory proceeding";

(6) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to you because of "loss" or "defense costs" to which this

© 2018, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.    PB 90 74 04 22

insurance may also apply; and

(7) Not take any action, or fail to take any required action, that prejudices your rights or our rights with respect to such "claim" or "regulatory proceeding".

c. In the event of a "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event", "computer fraud event" or "identity theft", insured under this Cyber Coverage, you and any involved "identity recovery insured" must see that the following are done:

(1) Notify the police if a law may have been broken.

(2) Notify us as soon as practicable, but in no event more than 60 days after the "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event", "computer fraud event" or "identity theft". Include a description of any property involved.

(3) As soon as possible, give us a description of how, when and where the "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event", "computer fraud event" or "identity theft" occurred.

(4) As often as may be reasonably required, permit us to:

(a) Inspect the property proving the "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event", "computer fraud event" or "identity theft";

(b) Examine your books, records, electronic media and records and hardware;

(c) Take samples of damaged and undamaged property for inspection, testing and analysis; and

(d) Make copies from your books, records, electronic media and records and hardware.

(5) Send us signed, sworn proof of "loss" containing the information we request to investigate the "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event", "computer fraud event" or "identity theft". You must do this within 60 days after our request. We will supply you with the

necessary forms.

(6) Cooperate with us in the investigation or settlement of the "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event", "computer fraud event" or "identity theft".

(7) If you intend to continue your business, you must resume all or part of your operations as quickly as possible.

(8) Make no statement that will assume any obligation or admit any liability, for any "loss" for which we may be liable, without our prior written consent.

(9) Promptly send us any legal papers or notices received concerning the "loss".

d. We may examine you under oath at such times as may be reasonably required, about any matter relating to this insurance or the "claim", "regulatory proceeding" or "loss", including your books and records. In the event of an examination, your answers must be signed.

e. You may not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our prior written consent.

## Extended Reporting Periods

a. You will have the right to the Extended Reporting Periods described in this section, in the event of a "termination of coverage".

b. If a "termination of coverage" has occurred, you will have the right to the following:

(1) At no additional premium, an Automatic Extended Reporting Period of 30 days immediately following the effective date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring before the end of the "policy period" and which is otherwise insured by this Cyber Coverage; and

(2) Upon payment of the additional premium of 100% of the full annual premium associated with the

**PB 90 74 04 22**

relevant coverage, a Supplemental Extended Reporting Period of one year immediately following the effective date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring before the end of the "policy period" and which is otherwise insured by this Cyber Coverage.

To obtain the Supplemental Extended Reporting Period, you must request it in writing and pay the additional premium due, within 30 days after the effective date of "termination of coverage". The additional premium for the Supplemental Extended Reporting Period will be fully earned at the inception of the Supplemental Extended Reporting Period. If we do not receive the written request as required, you may not exercise this right at a later date.

This insurance, provided during the Supplemental Extended Reporting Period, is excess over any other valid and collectible insurance that begins or continues in effect after the Supplemental Extended Reporting Period becomes effective, whether the other insurance applies on a primary, excess, contingent, or any other basis.

## Identity Recovery Help Line

For assistance, if Identity Recovery applies, the "identity recovery insured" should call the

**Identity Recovery Help Line at 1-877-800-5028.**

The **Identity Recovery Help Line** can provide the "identity recovery insured" with:

a. Information and advice for how to respond to a possible "identity theft"; and

b. Instructions for how to submit a service request for Case Management Service and/or a claim form for Expense Reimbursement Coverage.

In some cases, we may provide Case Management services at our expense to an "identity recovery insured" prior to a determination that a covered "identity theft" has occurred. Our provision of such services is not an admission of liability under the Cyber Coverage. We reserve the right to deny further coverage or service if, after

investigation, we determine that a covered "identity theft" has not occurred.

As respects Expense Reimbursement Coverage, the "identity recovery insured" must send to us, within 60 days after our request, receipts, bills or other records that support his or her "claim" for "identity recovery expenses".

## Legal Action Against Us

No one may bring a legal action against us under this insurance unless:

a. There has been full compliance with all of the terms of this insurance; and

b. The action is brought within two years after the date the "loss" or "identity theft" is first discovered by you, or the date on which you first receive notice of a "claim" or "regulatory proceeding".

### Legal Advice

We are not your legal advisor. Our determination of what is or is not insured under this Cyber Coverage does not represent advice or counsel from us about what you should or should not do.

### Other Insurance



If there is other insurance that applies to the same "loss", this Cyber Coverage shall apply only as excess insurance after all other applicable insurance has been exhausted.

### Pre-Notification Consultation

You agree to consult with us prior to the issuance of notification to "affected individuals". We assume no responsibility under Data Compromise Response Expenses for any services promised to "affected individuals" without our prior agreement. If possible, this pre-notification consultation will also include the designated service provider(s) as agreed to under the Service Providers condition below. You must provide the following at our pre-notification consultation with you:

a. The exact list of "affected individuals" to be notified, including contact information.

b. Information about the "personal data compromise" that may appropriately be communicated with "affected individuals".

c. The scope of services that you desire for the "affected individuals". For example, coverage may be structured to provide fewer services in order to make those services available to more "affected individuals" without exceeding the available Data

 © 2018, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

Compromise Response Expenses limit of insurance.

## Service Providers

**a.** We will only pay under this Cyber Coverage for services that are provided by service providers approved by us. You must obtain our prior approval for any service provider whose expenses you want covered under this Cyber Coverage. We will not unreasonably withhold such approval.

**b.** Prior to the Pre-Notification Consultation described in the Pre-Notification Consultation Condition above, you must come to agreement with us regarding the service provider(s) to be used for the Notification to Affected Individuals and Services to Affected Individuals. We will suggest a service provider. If you prefer to use an alternate service provider, our coverage is subject to the following limitations:

  **(1)** Such alternate service provider must be approved by us;

  **(2)** Such alternate service provider must provide services that are reasonably equivalent or superior in both kind and quality to the services that would have been provided by the service provider we had suggested; and

  **(3)** Our payment for services provided by any alternate service provider will not exceed the amount that we would have paid using the service provider we had suggested.

## Services

The following conditions apply as respects any services provided to you or any "affected individual" or "identity recovery insured" by us, our designees or any service firm paid for in whole or in part under this Cyber Coverage:

**a.** The effectiveness of such services depends on the cooperation and assistance of you, "affected individuals" and "identity recovery insureds".

**b.** All services may not be available or applicable to all individuals. For example, "affected individuals" and "identity recovery insureds" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

**c.** We do not warrant or guarantee that the services will end or eliminate all problems

associated with the covered events.

**d.** Except for the services of an "identity recovery case manager" under Identity Recovery, which we will provide directly, you will have a direct relationship with the professional service firms paid for in whole or in part under this Cyber Coverage. Those firms work for you.

## Valuation

We will determine the value of "money" as follows:

Our payment for loss of "money" or loss payable in "money" will be, at your option, in the "money" of the country in which the "wrongful transfer event" or "computer fraud event" took place or in the United States of America dollar equivalent thereof determined at the rate of exchange published by the Wall Street Journal at the time of payment of such loss.

## DEFINITIONS

1. **"Affected Individual"** means any person whose "personally identifying information" or "personally sensitive information" is lost, stolen, accidentally released or accidentally published by a "personal data compromise" covered under this Cyber Coverage. This definition is subject to the following provisions:

   **a.** "Affected individual" does not include any business or organization. Only an individual person may be an "affected individual".

   **b.** An "affected individual" may reside anywhere in the world.

2. **"Authorized Representative"** means a person or entity authorized by law or contract to act on behalf of an "identity recovery insured".

3. **"Authorized Third Party User"** means a party who is not an employee or a director of you who is authorized by contract or other agreement to access the "computer system" for the receipt or delivery of services.

4. **"Bodily Injury"** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

5. **"Business Income and Extra Expense Loss"** means loss of Business Income and Extra Expense.

   **a.** As used in this definition, Business Income means the sum of:

      **(1)** Net income (net profit or loss before income taxes) that would have been

PB 90 74 04 22      © 2018, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.      Page 11 of 19

4330000024 2557

INSURED COPY

ME 48825

earned or incurred; and

(2) Continuing normal and necessary operating expenses incurred, including employee and director payroll.

b. As used in this definition, Extra Expense means the additional cost you incur to operate your business over and above the cost that you normally would have incurred to operate your business during the same period had no "computer attack" occurred.

6. "Claim"

a. "Claim" means:

(1) A written demand for monetary damages or non-monetary relief, including injunctive relief;

(2) A civil proceeding commenced by the filing of a complaint;

(3) An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent;

(4) Any other alternative dispute resolution proceeding in which such damages are claimed and to which you must submit or to which we agree you should submit to;

arising from a "wrongful act" or a series of interrelated "wrongful acts" including any resulting appeal.

b. "Claim" does not mean or include:

(1) Any demand or action brought by or on behalf of someone who is:

(a) Your director;

(b) Your owner or part-owner; or

(c) A holder of your securities;

in their capacity as such, whether directly, derivatively, or by class action. "Claim" will include proceedings brought by such individuals in their capacity as "affected individuals", but only to the extent that the damages claimed are the same as would apply to any other "affected individual"; or

(2) A "regulatory proceeding".

c. Includes a demand or proceeding arising from a "wrongful act" that is a "personal data compromise" only when the "personal data compromise" giving rise to the proceeding was covered under Data Compromise Response Expenses section of this Cyber Coverage, and you submitted a "claim" to us and provided notifications and services to "affected

individuals" in consultation with us pursuant to Data Compromise Response Expenses in connection with such "personal data compromise".

7. "Computer Attack"

a. "Computer attack" means one of the following involving the "computer system":

(1) An "unauthorized access incident";

(2) A "malware attack"; or

(3) A "denial of service attack" against a "computer system".

b. A "computer attack" ends at the earlier of:

(1) The time that the active attacking behavior ceases, the time that you have regained control over the "computer system" or the time that all unauthorized creation, destruction or movement of data associated with the "computer attack" has ceased, whichever happens latest; or

(2) 30 days after your discovery of the "computer attack".

8. "Computer System" means a computer or other electronic hardware that:

a. Is owned or leased by you and operated under your control; or 

b. Is operated by a third party service provider used for the purpose of providing hosted computer application services to you or for processing, maintaining, hosting or storing your electronic data, pursuant to a written contract with you for such services. However, such computer or other electronic hardware operated by such third party shall only be considered to be a "computer system" with respect to the specific services provided by such third party to you under such contract.

9. "Computer Fraud Costs" means

a. The amount of "money" fraudulently obtained from you. "Computer fraud costs" include the direct financial loss only.

b. "Computer fraud costs" do not include any of the following:

(1) Other expenses that arise from the "computer fraud event";

(2) Indirect loss, such as "bodily injury", lost time, lost wages, "identity

    © 2018, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

recovery expenses" or damaged reputation;

(3) Any interest, time value or potential investment gain on the amount of financial loss; or

(4) Any portion of such amount that has been or can reasonably be expected to be reimbursed by a third party, such as a financial institution.

10. **"Computer Fraud Event"** means:

a. An "unauthorized access incident" that leads to the intentional, unauthorized and fraudulent entry of or change to data or instructions within a "computer system" owned or leased by you and operated under your control. Such fraudulent entry or change must be conducted by a person who is not an "employee", "executive" or "independent contractor". Such fraudulent entry or change must cause "money" to be sent or diverted. The fraudulent entry or change must result in direct financial loss to you.

b. "Computer fraud event" does not mean or include any occurrence:

(1) In which you are threatened or coerced to send money or divert a payment; or

(2) Arising from a dispute or a disagreement over the completeness, authenticity or value of a product, a service or a financial instrument.

11. **"Coverage Term"** means the increment of time:

a. Commencing on the earlier of the first inception date of this Cyber Coverage or the first inception date of any coverage substantially similar to that described in this Cyber Coverage and held immediately prior to this Cyber coverage; and

b. Ending upon the "termination of coverage".

12. **"Coverage Territory"** means:

a. With respect to Data Compromise Response Expenses, Computer Attack, Cyber Extortion, Misdirected Payment Fraud, Computer Fraud and Identity Recovery, "coverage territory" means anywhere in the world.

b. With respect to Data Compromise Liability, Network Security Liability and Electronic Media Liability, "coverage territory" means anywhere in the world, however "claims" must be brought within the United States (including its territories and possessions) or Puerto Rico.

13. **"Cyber Extortion Expenses"** means:

a. The cost of a negotiator or investigator retained by you in connection with a "cyber extortion threat"; and

b. Any amount paid by you in response to a "cyber extortion threat" to the party that made the "cyber extortion threat" for the purposes of eliminating the "cyber extortion threat" when such expenses are necessary and reasonable and arise directly from a "cyber extortion threat". The payment of "cyber extortion expenses" must be approved in advance by us. We will not pay for "cyber extortion expenses" that have not been approved in advance by us. We will not unreasonably withhold our approval.

14. **"Cyber Extortion Threat"** means:

a. "Cyber extortion threat" means a demand for money from you based on a credible threat, or series of related credible threats, to:

(1) Launch a "denial of service attack" against the "computer system" for the purpose of denying "authorized third party users" access to your services provided through the "computer system" via the Internet;

(2) Gain access to a "computer system" and use that access to steal, release or publish "personally identifying information", "personally sensitive information" or "third party corporate data";

(3) Alter, damage or destroy electronic data or software while such electronic data or software is stored within a "computer system";

(4) Launch a "computer attack" against a "computer system" in order to alter, damage or destroy electronic data or software while such electronic data or software is stored within a "computer system"; or

(5) Cause you to transfer, pay or deliver any funds or property using a "computer system" without your authorization.

b. "Cyber extortion threat" does not mean or include any threat made in connection with a legitimate commercial dispute.

15. **"Data Re-creation Costs"**

a. "Data re-creation costs" means the costs

INSURED COPY

43300000242596

ME 48825

of an outside professional firm hired by you to research, re- create and replace data that has been lost or corrupted and for which there is no electronic source available or where the electronic source does not have the same or similar functionality to the data that has been lost or corrupted.

b. "Data re-creation costs" does not mean or include costs to research, re-create or replace:

   (1) Software programs or operating systems that are not commercially available; or

   (2) Data that is obsolete, unnecessary or useless to you.

### 16. "Data Restoration Costs"

a. "Data restoration costs" means the costs of an outside professional firm hired by you to replace electronic data that has been lost or corrupted. In order to be considered "data restoration costs", such replacement must be from one or more electronic sources with the same or similar functionality to the data that has been lost or corrupted.

b. "Data restoration costs" does not mean or include costs to research, re-create or replace:

   (1) Software programs or operating systems that are not commercially available; or

   (2) Data that is obsolete, unnecessary or useless to you.

### 17. "Defense Costs"

a. "Defense costs" means reasonable and necessary expenses consented to by us resulting solely from the investigation, defense and appeal of any "claim" or "regulatory proceeding" against you. Such expenses may include premiums for any appeal bond, attachment bond or similar bond. However, we have no obligation to apply for or furnish such bond.

b. "Defense costs" does not mean or include the salaries or wages of your employees or directors, or your loss of earnings.

### 18. "Denial of Service Attack" means an intentional attack against a target computer or network of computers designed to overwhelm the capacity of the target computer or network in order to deny or impede authorized users from gaining access to the target computer or network through the Internet.

### 19. "Electronic Media Incident" means an allegation that the display of information in

electronic form by you on a website resulted in:

a. Infringement of another's copyright, title, slogan, trademark, trade name, trade dress, service mark or service name;

b. Defamation against a person or organization that is unintended; or

c. A violation of a person's right of privacy, including false light and public disclosure of private facts.

### 20. "Employee" means any natural person, other than an "executive", who was, now is or will be:

a. Employed on a full-time or part-time basis by you;

b. Furnished temporarily to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions;

c. Leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in paragraph b.; or 

d. Your volunteer worker, which includes unpaid interns.

### 21. "Executive" means any natural person who was, now is or will be:

a. The owner of your sole proprietorship; or

b. A duly elected or appointed:

   (1) Director;

   (2) Officer;

   (3) Managing Partner;

   (4) General Partner;

   (5) Member (if a limited liability company);

   (6) Manager (if a limited liability company); or

   (7) Trustee;
   of your business.

### 22. "Extended Income Loss" means your actual "business income and extra expense loss" incurred during the "extended recovery period".

### 23. "Extended Recovery Period" means a fixed period of 180 days immediately following the end of the "period of

 © 2018, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

restoration".

24. **"Identity Recovery Case Manager"** means one or more individuals assigned by us to assist an "identity recovery insured" with communications we deem necessary for re-establishing the integrity of the personal identity of the "identity recovery insured". This includes, with the permission and cooperation of the "identity recovery insured", written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

25. **"Identity Recovery Expenses"** means the following when they are reasonable and necessary expenses that are incurred as a direct result of an "identity theft" suffered by an "identity recovery insured":

   a. **Re-Filing Costs**

   Costs for re-filing applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft".

   b. **Notarization, Telephone and Postage Costs**

   Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of the "identity recovery insured's" efforts to report an "identity theft" or amend or rectify records as to the "identity recovery insured's" true name or identity as a result of an "identity theft".

   c. **Credit Reports**

   Costs for credit reports from established credit bureaus.

   d. **Legal Costs**

   Fees and expenses for an attorney approved by us for the following:

   (1) The defense of any civil suit brought against an "identity recovery insured".

   (2) The removal of any civil judgment wrongfully entered against an "identity recovery insured".

   (3) Legal assistance for an "identity recovery insured" at an audit or hearing by a governmental agency.

   (4) Legal assistance in challenging the accuracy of the "identity recovery insured's" consumer credit report.

   (5) The defense of any criminal charges brought against an "identity recovery insured" arising from the actions of a third party using the personal identity of the "identity recovery insured".

   e. **Lost Wages**

Actual lost wages of the "identity recovery insured" for time reasonably and necessarily taken away from work and away from the work premises. Time away from work includes partial or whole work days. Actual lost wages may include payment for vacation days, discretionary days, floating holidays and paid personal days. Actual lost wages does not include sick days or any loss arising from time taken away from self-employment. Necessary time off does not include time off to do tasks that could reasonably have been done during non-working hours.

   f. **Child and Elder Care Expenses**

   Actual costs for supervision of children or elderly or infirm relatives or dependents of the "identity recovery insured" during time reasonably and necessarily taken away from such supervision. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured".

   g. **Mental Health Counseling**

   Actual costs for counseling from a licensed mental health professional. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured".

   h. **Miscellaneous Unnamed Costs**

   Any other reasonable costs necessarily incurred by an "identity recovery insured" as a direct result of the "identity theft".

   (1) Such costs include:

      (a) Costs by the "identity recovery insured" to recover control over his or her personal identity.

      (b) Deductibles or service fees from financial institutions.

   (2) Such costs do not include:

      (a) Costs to avoid, prevent or detect "identity theft" or other loss.

      (b) Money lost or stolen.

      (c) Costs that are restricted or excluded elsewhere in this Cyber Coverage or policy.

26. **"Identity Recovery Insured"** means the following:

   a. When the entity insured under this Cyber Coverage is a sole proprietorship, the "identity recovery insured" is the individual person who is the sole proprietor of the insured identity.

   b. When the entity insured under this Cyber Coverage is a partnership, the "identity

43300000242575

INSURED COPY

ME 48825

PB 90 74 04 22

recovery insureds" are the current partners.

   c. When the entity insured under this Cyber Coverage is a corporation or other form of organization, other than those described in a. or b. above, the "identity recovery insureds" are all individuals having an ownership position of 20% or more of the insured entity. However, if, and only if, there is no one who has such an ownership position, then the "identity recovery insured" will be:

     (1) The chief executive of the Insured entity; or

     (2) As respects a religious institution, the senior ministerial employee.

An "identity recovery insured" must always be an individual person. If the entity insured under this Cyber Coverage is a legal entity, that legal entity is not an "identity recovery insured".

**27.** "Identity Theft"

   a. "Identity theft" means the fraudulent use of "personally identifying information". This includes fraudulently using such information to establish credit accounts, secure loans, enter into contracts or commit crimes.

   b. "Identity theft" does not mean or include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

**28.** "Independent Contractor" means a natural person that provides goods or services to you under terms specified in a written contract, but only while acting on behalf of, at the direction of, and under the supervision of you.

**29.** "Loss"

   a. With respect to Data Compromise Response Expenses, "loss" means those expenses enumerated in Data Compromise Response Expenses, paragraph **b.**

   b. With respect to Computer Attack, "loss" means those expenses enumerated in Computer Attack, paragraph **b.**

   c. With respect to Cyber Extortion, "loss" means "cyber extortion expenses".

   d. With respect to Misdirected Payment Fraud, "loss" means "wrongful transfer costs".

   e. With respect to Computer Fraud, "loss" means "computer fraud costs".

   f. With respect to Data Compromise Liability, Network Security Liability and Electronic Media Liability, "loss" means "defense costs" and "settlement costs".

   g. With respect to Identity Recovery, "loss"

means those expenses enumerated in Identity Recovery, paragraph **b.**

**30.** "Malware Attack"

   a. "Malware attack" means an attack that damages a "computer system" or data contained therein arising from malicious code, including viruses, worms, Trojans, spyware and keyloggers.

   b. "Malware attack" does not mean or include damage from shortcomings or mistakes in legitimate electronic code or damage from code installed on your "computer system" during the manufacturing process or normal maintenance.

**31.** "Money" means:

   a. "Money" means a medium of exchange in current use and authorized or adopted by a domestic or foreign government, including currency, coins, banknotes, bullion, travelers' checks, registered checks and money orders held for sale to the public.

   b. "Money" does not mean or include any cryptocurrency, whether or not authorized or adopted by a domestic or foreign government. Cryptocurrency includes, but is not limited to, Bitcoin, Ethereum and other forms of digital, virtual or electronic currency.

**32.** "Network Security Incident" means a negligent security failure or weakness with respect to a "computer system" which allowed one or more of the following to happen:

   a. The unintended propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers. Malware does not include shortcomings or mistakes in legitimate electronic code;

   b. The unintended abetting of a "denial of service attack" against one or more other systems; or

   c. The unintended loss, release or disclosure of "third party corporate data".

**33.** "Period of Restoration" means the period of time that begins 8 hours after the time that a "computer attack" is discovered by you and continues until the earliest of:

   a. The date that all data restoration, data re-creation and system restoration directly related to the "computer attack" has been completed;

   b. The date on which such data restoration, data re-creation and system restoration could have been completed with the exercise of due diligence and dispatch; or

   c. If no data restoration, data re-creation or



system restoration is required, the end of the "computer attack".

34. **"Personal Data Compromise"** means the loss, theft, accidental release or accidental publication of "personally identifying information" or "personally sensitive information" as respects one or more "affected individuals". If the loss, theft, accidental release or accidental publication involves "personally identifying information", such loss, theft, accidental release or accidental publication must result in or have the reasonable possibility of resulting in the fraudulent use of such information. This definition is subject to the following provisions:

a. At the time of the loss, theft, accidental release or accidental publication, the "personally identifying information" or "personally sensitive information" need not be at the insured premises but must be in the direct care, custody or control of:

(1) You; or

(2) A professional entity with which you have a direct relationship and to which you (or an "affected individual" at your direction) have turned over (directly or via a professional transmission or transportation provider) such information for storage, processing, transmission or transportation of such information.

b. "Personal data compromise" includes disposal or abandonment of "personally identifying information" or "personally sensitive information" without appropriate safeguards such as shredding or destruction, provided that the failure to use appropriate safeguards was accidental and not reckless or deliberate.

c. "Personal data compromise" includes situations where there is a reasonable cause to suspect that such "personally identifying information" or "personally sensitive information" has been lost, stolen, accidentally released or accidentally published, even if there is no firm proof.

d. All incidents of "personal data compromise" that are discovered at the same time or arise from the same cause will be considered one "personal data compromise".

35. **"Personally Identifying Information"**

a. "Personally identifying information" means information, including health information, that could be used to commit fraud or other illegal activity involving the credit, access to health care or identity of an "affected individual" or "identity recovery

insured". This includes, but is not limited to, Social Security numbers or account numbers.

b. "Personally identifying information" does not mean or include information that is otherwise available to the public, such as names and addresses.

36. **"Personally Sensitive Information"**

a. "Personally sensitive information" means private information specific to an individual the release of which requires notification of "affected individuals" under any applicable law.

b. "Personally sensitive information" does not mean or include "personally identifying information".

37. **"Policy Period"** means the period commencing on the effective date shown in the Cyber Suite Supplemental Declarations. The "policy period" ends on the expiration date or the cancellation date of this Cyber Coverage, whichever comes first.

38. **"Property Damage"** means

a. Physical injury to or destruction of tangible property including all resulting loss of use; or

b. Loss of use of tangible property that is not physically injured.

39. **"Regulatory Proceeding"** means an investigation, demand or proceeding alleging a violation of law or regulation arising from a "personal data compromise" brought by, or on behalf of, the Federal Trade Commission, Federal Communications Commission or other administrative or regulatory agency, or any federal, state, local or foreign governmental entity in such entity's regulatory or official capacity.

40. **"Settlement Costs"**

a. "Settlement costs" means the following, when they arise from a "claim":

(1) Damages, judgments or settlements; and

(2) Attorney's fees and other litigation costs added to that part of any judgment paid by us, when such fees and costs are awarded by law or court order; and

(3) Pre-judgment interest on that part of any judgment paid by us.

b. "Settlement costs" does not mean or include:

(1) Civil or criminal fines or penalties imposed by law, except for civil fines and penalties expressly covered

43300000242584



INSURED COPY

ME 48825

**PB 90 74 04 22**

under Data Compromise Response Expenses;

(2) Punitive and exemplary damages;

(3) The multiple portion of any multiplied damages;

(4) Taxes; or

(5) Matters which may be deemed uninsurable under the applicable law.

c. With respect to fines and penalties, the law of the jurisdiction most favorable to the insurability of those fines, or penalties will control for the purpose of resolving any dispute between us and you regarding whether the fines, or penalties specified in this definition above are insurable under this Cyber Coverage, provided that such jurisdiction:

(1) Is where those fines, or penalties were awarded or imposed;

(2) Is where any "wrongful act" took place for which such fines, or penalties were awarded or imposed;

(3) Is where you are incorporated or you have your principal place of business; or

(4) Is where we are incorporated or have our principal place of business.

**41. "System Restoration Costs"**

a. "System restoration costs" means the costs of an outside professional firm hired by you to do any of the following in order to restore your "computer system" to its pre-"computer attack" level of functionality:

(1) Replace or reinstall computer software programs;

(2) Remove any malicious code; and

(3) Configure or correct the configuration of your "computer system".

b. "System restoration costs" does not mean or include:

(1) Costs to increase the speed, capacity or utility of a "computer system" beyond what existed immediately prior to the "computer attack";

(2) Labor costs of your employees or directors;

(3) Any costs in excess of the actual cash value of your "computer system"; or

(4) Costs to repair or replace hardware.

**42. "Termination of Coverage"** means:

a. You or we cancel this coverage;

b. You or we refuse to renew this coverage; or

c. We renew this coverage on an other than claims-made basis or with a retroactive date later than the date of the first inception of this coverage or any coverage substantially similar to that described in this Cyber Coverage.

**43. "Third Party Corporate Data"**

a. "Third party corporate data" means any trade secret, data, design, interpretation, forecast, formula, method, practice, credit or debit card magnetic strip information, process, record, report or other item of information of a third party not an insured under this Cyber Coverage which is not available to the general public and is provided to you subject to a mutually executed written confidentiality agreement or which you are legally required to maintain in confidence.

b. "Third party corporate data" does not mean or include "personally identifying information" or "personally sensitive information".

**44. "Unauthorized Access Incident"** means the gaining of access to a "computer system" by:

a. An unauthorized person or persons; or

b. An authorized person or persons for unauthorized purposes.



**45. "Wrongful Act"**

a. With respect to Data Compromise Liability, "wrongful act" means a "personal data compromise".

b. With respect to Network Security Liability, "wrongful act" means a "network security incident".

c. With respect to Electronic Media Liability, "wrongful act" means an "electronic media incident".

**46. "Wrongful Transfer Costs"** means the amount of "money" fraudulently obtained from you. "Wrongful transfer costs" include the direct financial loss only. "Wrongful transfer costs" do not include any of the following:

a. Other expenses that arise from the "wrongful transfer event";

b. Indirect loss, such as "bodily injury", lost time, lost wages, identity recovery expenses or damaged reputation;

c. Any interest, time value or potential investment gain on the amount of financial loss; or

d. Any portion of such amount that has been or can reasonably be expected to be reimbursed by a third party, such as a financial institution.

PB 90 74 04 228

### 47. "Wrongful Transfer Event"

**a.** "Wrongful transfer event" means an intentional and criminal deception of you or a financial institution with which you have an account. The deception must be perpetrated by a person who is not an "employee", "executive" or "independent contractor" using email, facsimile or telephone communications to induce you or the financial institution to send or divert "money". The deception must result in direct financial loss to you.

**b.** "Wrongful transfer event" does not mean or include any occurrence:

**(1)** In which you are threatened or coerced to send money or divert a payment; or

**(2)** Arising from a dispute or disagreement over the completeness, authenticity or value of a product, a service or a financial instrument.

## ALL OTHER PROVISIONS OF THIS POLICY APPLY.

43300000242590



INSURED COPY

ME 48825



# PREMIER BUSINESSOWNERS POLICY

## CHANGE OF DECLARATIONS ENDORSEMENT

| | |
|---|---|
| Policy Number: | ACP BP013210620241 |
| Named Insured: | SPIVEY 60 LLC |
| Mailing Address: | 2507 REX RD<br>ELLENWOOD, GA 30294-4092 |
| Agency: | CROSS INSURANCE - BELFAST |
| Agency Number: | 48825 |
| Producer Number: | 026 |
| Region Code: | 044 |
| Agency Address: | 5 CHANDLER DR<br>BATH, ME 04530 |
| Policy Period: | Effective From 12-21-2022 To<br>12-21-2023 |
| Effective Date of<br>Change: | 04-26-2023<br>12:01 AM Standard Time at your<br>principal place of business |

### Premiums/Fees

| | |
|---|---|
| No Change | $0.00 |

**NOT A STATEMENT - YOUR BILLING WILL FOLLOW**

**PLEASE READ CAREFULLY.**

**Premises: 001 / Building: 001**

**Premises Address:**   2507 REX RD
ELLENWOOD, GA 30294-4092

5237700015 0012



INSURED COPY

ME 48825



# PREMIER BUSINESSOWNERS POLICY

### CHANGE OF DECLARATIONS ENDORSEMENT

**Nationwide®**

| | |
|---|---|
| Policy Number:   ACP BP013210620241 | Policy Period:  From 12-21-2022 To 12-21-2023 |

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

PB DS 02 01 18



# PREMIER BUSINESSOWNERS POLICY

### CHANGE OF DECLARATIONS ENDORSEMENT

**Nationwide®**

| | |
|---|---|
| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 002**          **Premises Address:**   2507 REX RD
                                                    ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

5237700015002 1

INSURED COPY

ME 48825



# PREMIER BUSINESSOWNERS POLICY

## CHANGE OF DECLARATIONS ENDORSEMENT

Nationwide®

---

Policy Number:  ACP BP013210620241                    Policy Period:  From 12-21-2022 To 12-21-2023

---

**Premises: 001 / Building: 003**          **Premises Address:**   2507 REX RD
                                                                    ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

---



# PREMIER BUSINESSOWNERS POLICY

### CHANGE OF DECLARATIONS ENDORSEMENT

**Nationwide®**

| | |
|---|---|
| Policy Number:  ACP BP013210620241 | Policy Period:  From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 004**

**Premises Address:**    2507 REX RD
ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

5237700015003

INSURED COPY

ME 48825






# PREMIER BUSINESSOWNERS POLICY

### CHANGE OF DECLARATIONS ENDORSEMENT

**Nationwide®**

---

Policy Number:  ACP BP013210620241

Policy Period:  From 12-21-2022 To 12-21-2023

---

**Premises: 001 / Building: 005**

**Premises Address:**   2507 REX RD
ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

---

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:



**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

---

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

---

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

---

**PB DS 02 01 18**



# PREMIER BUSINESSOWNERS POLICY

### CHANGE OF DECLARATIONS ENDORSEMENT

**Nationwide®**

---

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 006**

**Premises Address:** 2507 REX RD
ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:



5237000150049

INSURED COPY

ME 48825

---



**Nationwide®**

# PREMIER BUSINESSOWNERS POLICY

### CHANGE OF DECLARATIONS ENDORSEMENT

---

Policy Number:  ACP BP013210620241 | Policy Period:  From 12-21-2022 To 12-21-2023

---

**Premises: 001 / Building: 007**

**Premises Address:**  2507 REX RD
ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

---

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

---

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

---

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

---

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

---

PB DS 02 01 18



# PREMIER BUSINESSOWNERS POLICY

### CHANGE OF DECLARATIONS ENDORSEMENT

**Nationwide®**

| | |
|---|---|
| Policy Number:  ACP BP013210620241 | Policy Period:  From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 008**          **Premises Address:**    2507 REX RD
ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

5237700015058

INSURED COPY

ME 48825






**Nationwide®**

# PREMIER BUSINESSOWNERS POLICY

### CHANGE OF DECLARATIONS ENDORSEMENT

| Policy Number:  ACP BP013210620241 | Policy Period:  From 12-21-2022 To 12-21-2023 |
| --- | --- |

**Premises: 001 / Building: 009**     **Premises Address:**     2507 REX RD
ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

PB DS 02 01 18



# PREMIER BUSINESSOWNERS POLICY

### CHANGE OF DECLARATIONS ENDORSEMENT

**Nationwide®**

| | |
|---|---|
| Policy Number:   ACP BP013210620241 | Policy Period:  From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 010**

**Premises Address:**    2507 REX RD
ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

5237000150067

INSURED COPY

ME 48825

PB DS 02 01 18



# PREMIER BUSINESSOWNERS POLICY

## CHANGE OF DECLARATIONS ENDORSEMENT

**Nationwide®**

---

Policy Number:   ACP BP013210620241                    Policy Period:  From 12-21-2022 To 12-21-2023

---

**Premises: 001 / Building: 011**          **Premises Address:**   2507 REX RD
ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

---

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

---



# PREMIER BUSINESSOWNERS POLICY

## CHANGE OF DECLARATIONS ENDORSEMENT

**Nationwide®**

| | |
|---|---|
| Policy Number:  ACP BP013210620241 | Policy Period:  From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 012**

**Premises Address:**   2507 REX RD
ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**



**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:



**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

5237700015007%

INSURED COPY

ME 48825





# PREMIER BUSINESSOWNERS POLICY

## CHANGE OF DECLARATIONS ENDORSEMENT

**Nationwide®**

---

Policy Number:  ACP BP013210620241 | Policy Period:  From 12-21-2022 To 12-21-2023

**Premises: 001 / Building: 013** | **Premises Address:** 2507 REX RD
ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

---

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

---

**PB DS 02 01 18**



# PREMIER BUSINESSOWNERS POLICY

## CHANGE OF DECLARATIONS ENDORSEMENT

**Nationwide®**

| | |
|---|---|
| Policy Number:  ACP BP013210620241 | Policy Period:  From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 014**     **Premises Address:**   2507 REX RD
ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

5237000150085

INSURED COPY

ME 48825



# PREMIER BUSINESSOWNERS POLICY

### CHANGE OF DECLARATIONS ENDORSEMENT

**Nationwide®**

---

Policy Number:  ACP BP013210620241 | Policy Period:  From 12-21-2022 To 12-21-2023

---

**Premises: 001 / Building: 015**

**Premises Address:** 2507 REX RD
ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

---

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

---

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

---

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

---

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

---

**PB DS 02 01 18**



# PREMIER BUSINESSOWNERS POLICY

## CHANGE OF DECLARATIONS ENDORSEMENT

**Nationwide®**

| | |
|---|---|
| Policy Number:   ACP BP013210620241 | Policy Period:  From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 016**

**Premises Address:**   2507 REX RD
ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

5237700015 0094



INSURED COPY

ME 48825





# PREMIER BUSINESSOWNERS POLICY

## CHANGE OF DECLARATIONS ENDORSEMENT

**Nationwide®**

| | |
|---|---|
| Policy Number:  ACP BP013210620241 | Policy Period:  From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 017**

**Premises Address:**  2507 REX RD
ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

PB DS 02 01 18

NIL 70 00 01 17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEMPORARY AI #1

**Policy Level Coverages**

**Manuscript Number:** TEMPAI

**Coverage Description:**

(Mortgage and Lenders Loss Payable)Federal Home loan Mortgage corporation, as master Servicer, on behalf of U.S Bank national Association, as Trustee, for the benefit of holders of J.P morgan chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB56, as their interests appearC/O sabal TLI LLC ISAOA680 EAST COLORADO BLVD STE 350PASADENA CA 91101-6148

52377000150100



INSURED COPY

ME 48825

NIL 70 00 01 17

**BUSINESSOWNERS**
**PB 90 83 06 21**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NAMED INSUREDS ENDORSEMENT

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

The insurance afforded under this Property Coverage Form applies to all persons or organizations listed in the SCHEDULE OF NAMED INSUREDS, subject to the following provisions:

1. The first Named Insured is authorized to act on behalf of each Named Insured in all matters pertaining to this insurance.

2. The first Named Insured declares that all firms named in the policy as Named Insureds are owned or financially controlled by the same interests.

**All terms and conditions of this policy apply unless modified by this endorsement.**



INSURED COPY

ME 48825



# IMPORTANT NOTICE

Thank you for choosing Nationwide® to help you protect what's important to you. We value your business and want to ensure you have current information about your policy.

**What you need to do**
Please read this notice carefully. No coverage is provided by this notice nor can it be construed to replace any provision of your policy. You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

**You can always count on us to be there**
We appreciate your business and look forward to continuing to serve you. If you have any questions, or would like to learn about additional coverage options, please contact your Nationwide agent.

## Important Notice Description(s)

**Important Notice for Renewal Policies**
In an effort to keep your insurance premium as low as possible, we have streamlined your renewal policy. We have not included printed copies of policy forms and endorsements that have not changed from your expiring policy unless they include variable information that is unique to you.

Please refer to your prior policies for printed copies of these forms. If you desire copies, they are available upon request from your agent.

NI 00 04 01 17



# IMPORTANT NOTICE

**Flood Insurance Notice**
Thank you for choosing Nationwide® to help you protect what's important to you. We value your business and want to ensure you have current information about your policy.

**What you need to know**
Your policy does not cover damage from floods to any property resulting directly or indirectly from "water".

Excluded "water" losses include, but are not limited to those caused by:
- Flood
- Surface water
- Waves
- Tides
- Tidal waves
- Overflow of any body of water, or their spray, all whether driven by wind or not.

These types of loss or damage caused by "water" are excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. You'll need to read your policy for all of the details about excluded water losses. This is just a summary  of the excluded water losses to highlight some important flood-related issues.

**Additional information**
In most communities you can obtain flood insurance policies backed by the federal government's National Flood Insurance Program, through your agent. In those qualifying communities, you can obtain flood insurance protection for your property regardless of your flood zone or flood risk.

Your agent can assist you in:
- Determining if your community participates in the National Flood Insurance Program
- Assessing your flood risk
- Understanding flood policy availability

To learn more about flood insurance and your risk of flooding, access the National Flood Insurance Program's consumer website at www.FloodSmart.gov.

As you consider the risk of flooding in your area and consider your options for obtaining valuable protection, consider that:
- All property is in a flood zone, regardless of whether an area has been defined as high risk or low risk.
- Nearly 25% of all flood claims are for properties located in lower-risk flood areas or locations where flooding is not expected.
- Floods can happen anywhere, at any time, causing anguish, destruction, and financial damage.
- Changing weather patterns, as well as residential and business development, may increase your chance of experiencing a flood.
- Flooding can occur as a result of clogged, overloaded, or inadequate storm drains. You don't have to live near a body of water to be flooded.
- Federal disaster assistance is often a loan and must be repaid with interest.

Ask your agent about obtaining flood insurance for your property today.

NI 00 18 01 17



# IMPORTANT NOTICE

Thank you for choosing Nationwide® to help you protect what's important to you. We value your business and want to ensure you have current information about your policy.

**What you need to do**
Please read this notice carefully. No coverage is provided by this notice nor can it be construed to replace any provision of your policy. You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

**You can always count on us to be there**
We appreciate your business and look forward to continuing to serve you. If you have any questions, or would like to learn about additional coverage options, please contact your Nationwide agent.

## Important Notice Description(s)

**Data Breach & Identity Recovery Services**
Through a partnership with Hartford Steam Boiler, you have access to a data breach risk management portal called the eRisk Hub. The portal is designed to help you understand data information exposures, help you plan and be prepared for a data breach, and establish a response plan to manage the costs and minimize the effects of a data breach.

Key features of the portal include:

- **Incident Response Plan Roadmap** – Suggested steps your business can take following data breach incident; having an incident response plan prepared in advance of a breach can be useful for defense of potential litigation
- **Online Training Modules** – Ready-to-use training for your business on privacy best practices and Red Flag Rules
- **Risk Management Tools** – Assist your business in managing data breach exposures including self-assessments and state breach notification laws
- **eRisk Resources** – A directory to quickly find external resources on pre and post-breach disciplines
- **News Center** – Cyber risk stories, security and compliance blogs, security news, risk management events, and helpful industry links
- **Learning Center** – Best practices and white papers written by leading authorities

To access the eRisk Hub portal:

- Enter https://www.eriskhub.com/nationwide.php in your browser
- Complete the information, including your name and company; your User ID and Password are case-sensitive
- Enter your assigned access code: **12116-73**
- Enter the challenge word on the screen, and click "Submit" and follow the instructions to complete your profile setup
- You can now login to the portal

You also have access to a help-line to answer breach related questions. Insureds having questions pertaining to how to prepare for a breach, help in identifying a breach, or other questions pertaining to breach related best practices can call our breach preparedness help-line. Experienced professionals are able to provide insights to help insureds understand the complicated environment pertaining to breaches of personal information. The breach preparedness help-line is 877-800-5028.

In addition, you have the ability to purchase Data Compromise Insurance coverage and CyberOne Insurance coverage.

The Data Compromise coverage covers the costs incurred by an insured to respond to a data breach, including expenses related to forensic information technology review, legal review, notification to affected individuals, services to affected individuals, public relations services. Insureds will also have the ability to include Data Compromise Defense and Liability coverage which covers the liability from a suit brought by an individual affected by the data breach.

CyberOne coverage protects businesses against damage to electronic data and computer systems from a virus or other computer attack. It also protects a business's liability to third parties that may have suffered damage due to security weaknesses in the business's computer system.

**Identity Recovery Services Information:**
Through a partnership Hartford Steam Boiler, you will have access to a Toll-Free Identity Recovery Help Line designed to provide education about identity theft and identity theft risks. The toll-free Help Line is staffed by experienced identity theft counsellors who can answer questions and provide useful information and resources to identity theft victims. The Identity Recovery Help Line number is 877-800-5028.

In addition, you have the ability to buy Identity Recovery insurance coverage as an included element of Data Compromise coverage or separately, on its own. The Identity Recovery coverage insures against the theft of identities of the insured's key owners, officers, and resident family members. The coverage provides the services of an identity theft case manager and pays for various out-of-pocket expenses due to a covered identity theft, including:
- Legal fees for answer of civil judgments and defense of criminal charges
- Phone, postage, shipping fees
- Notary and filing fees
- Credit bureau reports
- Lost Wages and Child or Elder Care
- Mental Health Counseling costs (Not Available in NY)
- Miscellaneous Expense coverage

NI 00 35 01 17

_____

![Nationwide logo]

# IMPORTANT NOTICE

**NOTICE OF TERRORISM INSURANCE COVERAGE**

**NOTICE - DISCLOSURE OF PREMIUM**

**Applies to all Commercial Policies, except for Farmowners Multiperil, Business Auto and Crime**

**(This disclosure notice does not provide coverage, and it does not replace any provisions of your policy. You should read your policy for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.)**

Coverage for acts of terrorism is included in your policy. You are hereby notified that the Terrorism Risk Insurance Act, as amended in 2019, defines an act of terrorism in Section 102(1) of the Act: The term "act of terrorism" means any act or acts that are certified by the Secretary of the Treasury—in consultation with the Secretary of Homeland Security, and the Attorney General of the United States—to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 80% beginning on January 1, 2020, of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

Other than for Workers Compensation, the portion of your annual premium that is attributable to coverage for acts of terrorism is $0 and does not include any charges for that portion of losses covered by the United States Government under the Act.

For Workers Compensation, the portion of your annual premium that is attributable to coverage for acts of terrorism is shown on your declarations page and does not include any charges for the portion of losses covered by the United States government under the Act.

We appreciate your business and look forward to continuing to serve you. If you have any questions, or would like to learn about additional coverage options, please contact your Nationwide agent.

NI 00 62 01 21



# IMPORTANT NOTICE

Thank you for choosing Nationwide® to help you protect what's important to you. We value your business and want to ensure you have current information about your policy.

**What you need to do**
Please read this notice carefully. No coverage is provided by this notice nor can it be construed to replace any provision of your policy. You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

**You can always count on us to be there**
We appreciate your business and look forward to continuing to serve you. If you have any questions, or would like to learn about additional coverage options, please contact your Nationwide agent.

## Important Notice Description(s)

---

## CONSUMER REPORT INQUIRY NOTICE

Consumer reports, including credit history may have been ordered from a consumer reporting agency to underwrite and/or rate your insurance policy. You have the right to access this information and request correction of any inaccuracies. Your consumer reports, including your credit history are not affected in any way by our inquiry.

We are committed to respecting your privacy and safeguarding your personal information.

NI 00 75 01 17

---

**Page 1 of 1**


**Nationwide®**

# IMPORTANT NOTICE

**Information for Insureds Who Have Tenants**
Thank you for choosing Nationwide® to help you protect what's important to you. We value your business and want to ensure you have current information about your policy.

**What's "subrogation"**
Subrogation is the ability to recover damages from a responsible party. The subrogation clause in your insurance contract permits us to pursue recovery against those parties responsible for losses under your policy. Subrogation plays an important role in the claims settlement process when a loss occurs.

**What you need to know**
The "Anti-Subrogation Rule/Implied Co-Insured Doctrine" may limit subrogation on your policy by preventing landlords and their insurance companies from recovering damages caused by tenants. These damages may include:
- The property deductible you pay
- Uninsured or partially covered losses
- Losses that occur as a result of tenants' negligence

If this doctrine is applied where your buildings are located, you may be unable to seek repayment from your tenants if they negligently cause a fire in your building. To prevent this from occurring, additional provisions may be needed in your lease agreements to clarify who is responsible for damages when property damage or injury is caused by a tenant's negligence.

**What you need to do**
This information is not intended to be legal advice and is provided for informational purposes only. We recommend that you contact an attorney for more guidance on the "Anti-Subrogation Rule/Implied Co-Insured Doctrine" and how it affects the lease agreement between you and your tenants.

Please read this notice carefully. No coverage is provided by this notice nor can it be construed to replace any provision of your policy. You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

**You can always count on us to be there**
We appreciate your business and look forward to continuing to serve you. If you have any questions, or would like to learn about additional coverage options, please contact your Nationwide agent.

NI 90 09 01 17



**Nationwide®**

# IMPORTANT NOTICE

Thank you for choosing Nationwide® to help you protect what's important to you. We value your business and want to ensure you have current information about your policy.

**What you need to do**
Please read this notice carefully. No coverage is provided by this notice nor can it be construed to replace any provision of your policy. You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

**You can always count on us to be there**
We appreciate your business and look forward to continuing to serve you. If you have any questions, or would like to learn about additional coverage options, please contact your Nationwide agent.

## Important Notice Description(s)

## Cyber Liability

If your expiring policy contained CyberOne Coverage (PB 58 07), Data Compromise (PB 58 08), and/or Identity Recovery Coverage (PB 58 09) this has been changed to our new Cyber Suite Coverage form (PB 9074) on your renewal policy. Please note, state specific endorsement numbers may apply.

The following summarizes the differences between the old forms and the new updated form:

**BROADENINGS**

**Data Compromise**

- Additional coverages provided for Regulatory Fines & Penalties and PCI Fines & Penalties (where allowed by law);
- Additional coverages provided for Misdirected Payment Fraud and Computer Fraud.
- Increased sublimits for Forensic IT and Legal Review coverages
- Data Compromise Liability coverage changed to claims-made and regulatory defense coverage added;
- Data Compromise Liability now provides for an Extended Reporting Period;
- The exclusion for data transmitted electronically has been removed.

**Cyber**

- Additional coverage provided for Cyber Extortion;
- Data Re-creation sublimit has been removed;
- Electronic Media Liability coverage has been added;
- Standard deductibles have been reduced to begin at $1,000;
- Sublimit for Loss of Business coverage has been increased;
- Computer Attack coverage has been increased to include an authorized person accessing a computer system for unauthorized purposes.

**Other Changes**
- All coverages are available in a single form.

If you do not wish to continue with the new coverage, you may cancel this coverage by contacting your agent. If you cancel, you have the right to an Automatic Extended Reporting Period of 60 days after the effective date of "Termination of Coverage" and solely with respect to the coverage terminated hereunder at no additional premium during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring prior to "termination of coverage" and which is otherwise insured by your Cyber Coverage.

You also have the right to purchase a Supplemental Extended Reporting Period. Upon payment of an additional premium, you shall obtain a Supplemental Extended Reporting Period of one year immediately following the effective date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring prior to "termination of coverage" and which is otherwise insured by your Cyber Coverage.

To obtain the Supplemental Extended Reporting Period, you must request it in writing and pay the additional premium due, before the later of 60 days after the effective date of the "termination of coverage" or 30 days after we have advised you in writing of the automatic extended reporting period and the availability of, the premium for and the importance of purchasing additional extended reporting period coverage. The additional premium for the Supplemental Extended Reporting Period shall be fully earned at the inception of the Supplemental Extended Reporting Period. If we do not receive the written request as required, you may not exercise this right at a later date.

This insurance, provided during the Supplemental Extended Reporting Period, is excess over any other valid and collectible insurance that begins or continues in effect after the Supplemental Extended Reporting Period becomes effective, whether the other insurance applies on a primary, excess, contingent, or any other basis.

The Supplemental Extended Reporting Period will be available upon "termination of coverage" if: (i) you, as the first Named Insured, have been placed in liquidation or bankruptcy or permanently cease operations; (ii) you, as the first Named Insured, or your designated trustee does not purchase extended reporting period coverage; (iii) any individual person covered under the policy requests the extended reporting period coverage within 120 days of the "termination of coverage". We will charge the person for whom extended reporting period coverage is provided a premium commensurate with such coverage.

NI 90 29 04 22

NIL 70 00 01 17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEMPORARY AI #1

**Policy Level Coverages**

**Manuscript Number:** TEMPAI

**Coverage Description:**

(MORTGAGEE)
(Federal Home loan Mortgage corporation, as master Servicer, on behalf of U.S Bank national Association, as Trustee, for the benefit of holders of J.P morgan chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB56, as their interests appear
C/O sabal TLI LLC ISAOA)
465 N Halstead st, Suite 105
Pasadena, CA, 91107

NIL 70 00 01 17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# TEMPORARY AI #1

**Policy Level Coverages**

**Manuscript Number:** TEMPAI

**Coverage Description:**

(Mortgage and Lenders Loss Payable)
Federal Home loan Mortgage corporation, as master Servicer, on behalf of U.S Bank national Association, as Trustee, for the benefit of holders of J.P morgan chase Commercial Mortgage Securities Corp., Multifamily Mortgage Pass-Through Certificates, Series 2018-SB56, as their interests appear
C/O sabal TLI LLC ISAOA
680 EAST COLORADO BLVD STE 350
PASADENA CA 91101-6148

# PREMIER BUSINESSOWNERS
# PROPERTY COVERAGE FORM

### TABLE OF CONTENTS

A. COVERAGES ............................................................................................................................................ 2
   1.   COVERED PROPERTY ............................................................................................................... 2
   2.   PROPERTY NOT COVERED ...................................................................................................... 3
   3.   COVERED CAUSES OF LOSS .................................................................................................. 3
   4.   LIMITATIONS ............................................................................................................................. 4
   5.   ADDITIONAL COVERAGES ....................................................................................................... 4
       a.   Debris Removal ................................................................................................................. 4
       b.   Preservation Of Property .................................................................................................. 5
       c.   Fire Department Service Charge ....................................................................................... 5
       d.   Fire Extinguisher Recharge .............................................................................................. 5
       e.   Collapse ............................................................................................................................ 5
       f.   Water Damage, Other Liquids, Powder Or Molten Material Damage ................................ 7
       g.   Business Income ............................................................................................................... 7
       h.   Extra Expense .................................................................................................................. 8
       i.   Pollutant Clean Up And Removal ..................................................................................... 8
       j.   Civil Authority .................................................................................................................... 8
       k.   Money Orders And Counterfeit Money .............................................................................. 9
       l.   Forgery And Alteration ...................................................................................................... 9
       m.   Increased Cost Of Construction – Damaged Property ...................................................... 9
       n.   Equipment Breakdown ...................................................................................................... 10
       o.   Arson Reward for Conviction ............................................................................................ 13
       p.   Money And Securities ....................................................................................................... 13
       q.   Appurtenant Structures ..................................................................................................... 14
       r.   Back Up Of Sewer Or Drain Water Damage ..................................................................... 14
       s.   Dependent Properties – Business Income ......................................................................... 15
       t.   Limited Coverage for Fungi, Wet Rot Or Dry Rot .............................................................. 15
       u.   Building Property of Others ................................................................................................ 16
       v.   Unauthorized Business Card Use ..................................................................................... 17
       w.   Computer Fraud And Funds Transfer Fraud ..................................................................... 17
   6.   COVERAGE EXTENSIONS ........................................................................................................ 17
       a.   Newly Acquired or Constructed Property .......................................................................... 17
       b.   Newly Acquired Property - Business Income ..................................................................... 18
       c.   Personal Property Off-premises ........................................................................................ 18
       d.   Outdoor Trees, Shrubs, Plants, and Lawns ...................................................................... 18
       e.   Outdoor Signs ................................................................................................................... 19
       f.   Personal Effects ............................................................................................................... 19
       g.   Valuable Papers And Records ........................................................................................... 19
       h.   Accounts Receivable ........................................................................................................ 20
       i.   Salespersons Samples ..................................................................................................... 20
       j.   Business Income and Extra Expense –Increased Period of Restoration Due to Ordinance or Law . 20
       k.   Removal Permit ................................................................................................................. 20
       l.   Electronic Data ................................................................................................................. 20
       m.   Interruption of Computer Operations ................................................................................. 21
B. EXCLUSIONS ......................................................................................................................................... 22
C. LIMITS OF INSURANCE ......................................................................................................................... 27
D. DEDUCTIBLES ....................................................................................................................................... 28
E. PROPERTY LOSS CONDITIONS ........................................................................................................... 29
F. PROPERTY GENERAL CONDITIONS .................................................................................................... 33
G. OPTIONAL COVERAGES ....................................................................................................................... 34
   1.   Employee Dishonesty Optional Coverage ................................................................................. 34
   2.   Ordinance or Law Optional Coverages ...................................................................................... 36
   3.   Optional Amendment of Coverage - Exclude Theft .................................................................... 39
H. PROPERTY DEFINITIONS ...................................................................................................................... 39

PB 00 02 01 18

# PREMIER BUSINESSOWNERS
# PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Please read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insureds shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance. Other words and phrases that appear in quotation marks have special meaning. Please refer to Section H. PROPERTY DEFINITIONS.

## A. COVERAGES

We will pay for direct physical loss of or damage to Covered Property at the described premises in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. COVERED PROPERTY

Covered Property includes Buildings as described under paragraph a. below, Business Personal Property as described under paragraph b. below, or both, depending on whether a Limit of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under paragraph 2. PROPERTY NOT COVERED.

a. **Buildings**, meaning the described buildings and structures at the described premises, including:

(1) Completed additions;

(2) Fixtures, including outdoor fixtures;

(3) Permanently installed:

(a) Machinery;

(b) Equipment; and

(c) Tanks, including pumps;

(4) Your personal property in apartments, rooms or common areas furnished by you as landlord;

(5) Personal property owned by you that is used to maintain or service buildings or structures or the premises, including:

(a) Fire extinguishing equipment;

(b) Outdoor furniture;

(c) Floor coverings;

(d) Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering; and

(e) Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, mast and towers;

(6) If not covered by other insurance:

(a) Additions under construction, alterations and repairs to the buildings or structures;

(b) Materials, equipment, supplies and temporary structures, on or within 1,000 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures; and

(7) Garages, storage buildings, spas, swimming pools, fences, retaining walls, paved surfaces or other appurtenant structures usual to your business, but only if:

(a) Coverage is not provided for such structures under the Appurtenant Structures Additional Coverage; and

(b) Such structures are then described in the Declarations.

b. **Business Personal Property** located in or on the buildings or structures at the described premises or in the open (or in a vehicle) within 1,000 feet of the building or structures or within 1,000 feet of the premises described in the Declarations, whichever distance is greater, consisting of the following:

(1) Personal property you own that is used in your business, including but not limited to furniture, fixtures, machinery, equipment and "stock";

(2) Personal property of others that is in your care, custody or control, except as otherwise provided in Condition 5. Loss Payment under Section E. PROPERTY LOSS CONDITIONS;

(3) Tenant improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

(a) Made a part of the building or structure you occupy but do not own; and

(b) You acquired or made at your expense but cannot legally remove; and

(4) Leased personal property which you have a contractual responsibility to insure, unless otherwise provided for under paragraph (2) personal property of others above.

(5) Exterior building glass, if you are a tenant and no Limit of Insurance is shown in the Declarations for Building property. The glass must be owned by you or in your care, custody or control and you must be contractually obligated to repair or replace it. We will also pay for necessary repair or replacement of encasing frames, lettering or ornamentation that is part of the exterior glass.

Regardless of the amount of the Deductible, the most we will deduct from any loss or damage to exterior building glass in any one occurrence is listed in paragraph D.2. DEDUCTIBLES.

2. **PROPERTY NOT COVERED**

Covered Property does not include:

a. Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

b. "Money" or "securities" except as provided in:

(1) Money and Securities Additional Coverage;

(2) Computer Fraud And Funds Transfer Fraud Additional Coverage; or

(3) Employee Dishonesty under Section G. OPTIONAL COVERAGES;

c. Contraband, or property in the course of illegal transportation or trade;

d. Land (including land on which the property is located), water (including water that is natural, metered water that is purchased from a utility company or other supplier, water that is located within a swimming pool, and/or bulk containerized water which is utilized for a fire suppression system. This does not include containerized water that is stock), growing crops or lawns (other than lawns which are part of a vegetated roof);

e. Outdoor signs (other than signs attached to buildings), trees, shrubs, plants or lawns (other than "stock" of trees, shrubs

or plants and trees, shrubs or plants which are part of a vegetated roof), all except as provided in the:

(1) Outdoor Signs Coverage Extension; or

(2) Outdoor Trees, Shrubs, Plants and Lawns Coverage Extension.

f. Watercraft (including motors, equipment and accessories) while afloat;

g. Gasoline or diesel fuel contained in above ground or underground storage tanks;

h. Property that is covered under another coverage form of this or any other policy issued to the Named Insured listed on this policy in which it is more specifically described, except for the excess of the amount due (whether you can collect it or not) from that other insurance;

i. Grain, hay, straw or other crops while in the open;

j. Accounts, bills, food stamps, other evidences of debt, accounts receivable or "valuable papers and records"; except as otherwise provided in this policy;

k. "Computer(s)" which are permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration. This paragraph does not apply to "computer(s)" while held as "stock";

l. "Electronic data", except as provided in the Electronic Data or Equipment Breakdown Additional Coverages. This paragraph l. does not apply to your "stock" of prepackaged software or to "electronic data" which is integrated in and operates or controls the building's elevator, lightning, heating, ventilation, air conditioning or security system.

3. **COVERED CAUSES OF LOSS**

This Coverage Form insures against direct physical loss unless the loss is:

a. Excluded in Section B. EXCLUSIONS;

b. Limited in paragraph A.4. LIMITATIONS in this section; or

c. Limited or excluded in Section E. PROPERTY LOSS CONDITIONS or Section F. PROPERTY GENERAL CONDITIONS.

   Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PB 00 02 01 18

4. **LIMITATIONS**

a. We will not pay for loss of or damage to:

(1) Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through with the gases of combustion pass.

This limitation does not apply to loss or damage provided under the Equipment Breakdown Additional Coverage.

(2) Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

This limitation does not apply to loss or damage provided under the Equipment Breakdown Additional Coverage.

(3) Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This limitation does not apply to Money and Securities Additional Coverage.

(4) Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

This limitation does not apply to loss or damage provided under the Unauthorized Business Card Use or Computer Fraud.

(5) Fences, spas, outdoor swimming pools and related equipment, retaining walls, pavements, bulkheads, pillars, wharves or docks caused by freezing or thawing, impact of watercraft, or by the pressure or weight of snow, sleet, ice or water whether driven by wind or not.

(6) The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice,

sand or dust, whether driven by wind or not, unless:

(a) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

(b) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

b. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

(1) Fragile articles such as glassware, statuary, marbles, chinaware and porcelains, if broken. This limitation does not apply to:

(a) Glass that is part of the exterior or interior of a building or structure;

(b) Containers of property held for sale; or

(c) Photographic or scientific instrument lenses.

c. For loss or damage by theft, the following types of property are covered only up to the limits shown:

(1) $2,500 for furs, fur garments and garments trimmed with fur.

(2) $5,000 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $250 or less per item.

(3) $2,500 for patterns, dies, molds and forms.

5. **ADDITIONAL COVERAGES**

a. **Debris Removal**

(1) We will pay your expense to remove debris of Covered Property and debris from the property of others when such debris is caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

PB 00 02 01 18

(2) The most we will pay under this Debris Removal Additional Coverage is 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

This Debris Removal Additional Coverage will not increase the Limits of Insurance provided by this policy.

HOWEVER, this limitation does not apply to any additional debris removal limit provided in paragraph (4) below.

(3) This Debris Removal Additional Coverage does not apply to costs to:

(a) Remove deposits of mud or earth from the grounds of the described premises;

(b) Extract "pollutants" from land or water;

(c) Remove, restore or replace polluted land or water; or

(d) Extract "pollutants" from Covered Property.

(4) If:

(a) The sum of direct physical loss or damage and debris removal expense exceeds the Limit of Insurance; or

(b) The debris removal expense exceeds the amount payable under the 25% Debris Removal coverage limitation in paragraph (2) above;

we will pay up to an additional $25,000 for each location in any one occurrence under this Debris Removal Additional Coverage.

**b. Preservation Of Property**

(1) If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

(a) While it is being moved or while temporarily stored at another premises; and

(b) Only if the loss or damage occurs within 45 days after the property is first moved.

(2) This Preservation of Property Additional Coverage will not increase the Limits of Insurance provided by this policy.

**c. Fire Department Service Charge**

(1) When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000 for your liability for fire department service charges:

(a) Assumed by contract or agreement prior to loss; or

(b) Required by local ordinance.

(2) The limit for this Fire Department Service Charge Additional Coverage is in addition to the Limits of Insurance.

(3) No deductible applies to this Fire Department Service Charge Additional Coverage.

**d. Fire Extinguisher Recharge**

(1) We will pay the expense you incur to recharge portable fire extinguishers when used to combat a covered fire.

(2) This Fire Extinguisher Recharge Additional Coverage is not subject to the Limits of Insurance.

(3) No deductible applies to this Fire Extinguisher Recharge Additional Coverage.

**e. Collapse**

The coverage provided under this Collapse Additional Coverage applies only to an abrupt collapse as described and limited in paragraphs e.(1) through e.(7).

(1) For the purpose of this Collapse Additional Coverage abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

(2) We will pay for direct physical loss of or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this policy or that contains Covered Property insured under this policy, if such collapse is caused by one or more of the following:

(a) Building decay that is hidden from view, unless the presence of such

PB 00 02 01 18

decay is known to an insured prior to collapse.

(b) Insect or vermin damage that is hidden from view, unless the presence of such decay is known to an insured prior to collapse.

(c) Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

(d) Use of defective materials or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

(i)   A cause of loss listed in paragraph (2)(a) or (2)(b);

(ii)  One or more of the "specified causes of loss";

(iii) Breakage of building glass;

(iv) Weight of people or personal property; or

(v)  Weight of rain, snow, sleet or ice, that collects on a roof.

(3) This Collapse Additional Coverage does not apply to:

(a) A building or any part of a building that is in danger of falling down or caving in;

(b) A part of a building that is standing, even if it has separated from another part of the building; or

(c) A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

(4) With respect to the following property:

(a) Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, mast or towers;

(b) Awnings, gutters and downspouts;

(c) Yard fixtures;

(d) Outdoor swimming pools;

(e) Fences;

(f) Bulkheads, pilings, piers, wharves and docks;

(g) Beach or diving platforms or appurtenances;

(h) Retaining walls; and

(i) Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in (2)(a) through (2)(d) above, we will pay for loss or damage to that property in (a) through (i) above only if such loss or damage is a direct result of abrupt collapse of a building insured under this policy and the property is Covered Property under this policy.

(5) If personal property abruptly falls down or caves in and such collapse is not the result of abrupt collapse of a building or any part of a building, we will pay for loss of or damage to Covered Property caused by such collapse of personal property only if:

(a) The collapse of personal property was caused by a Cause of Loss listed in (2)(a) through (2)(d) above;

(b) The personal property which collapses is inside a building; and

(c) The property which collapses is not of a kind listed in paragraph (4), regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this paragraph (5) does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by collapse.

(6) This Collapse Additional Coverage does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

(7) This Collapse Additional Coverage will not increase the Limits of Insurance provided in this policy.

f. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

(1) If a covered loss to which this insurance applies was caused by or resulted from water or other liquid, powder or molten material, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

HOWEVER, we will not pay for a loss caused by or resulting from water or other liquid, powder or molten material if the system or appliance in which the water or other substance escapes from is located off of the described premises.

(2) We will not pay the cost to repair any defect that caused the loss or damage except as provided in Equipment Breakdown Additional Coverage; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

(a) Results in discharge of any substance from an automatic fire protection system; or

(b) Is directly caused by freezing.

(3) This Water Damage Additional Coverage will not increase the Limits of Insurance provided in this policy.

g. **Business Income**

(1) **Business Income with Ordinary Payroll Limitation**

(a) We will pay for the actual loss of "business income" you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

(b) With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(i) The portion of the building which you rent, lease or occupy; and

(ii) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

(c) We will only pay for loss of "business income" that you sustain during the "period of restoration" and that occurs within the number of consecutive months shown in the Declarations for Business Income – Actual Loss Sustained after the date of direct physical loss or damage. We will only pay for "ordinary payroll expenses" for the number of days shown in the Declarations for Ordinary Payroll Limit following the date of direct physical loss or damage.

(2) **Extended Business Income**

(a) If the necessary suspension of your "operations" produces a "business income" loss payable under this policy, we will pay for the actual loss of "business income" you incur during the period that:

(i) Begins on the date property except finished stock is actually repaired, rebuilt or replaced and "operations" are resumed; and

(ii) Ends on the earlier of:

i. The date you could restore your "operations", with reasonable speed, to the level which would generate the "business income" amount that would have existed if no direct physical loss or damage had occurred; or

ii. Sixty (60) consecutive days after the date determined in (2)(a)(i)

**PB 00 02 01 18**

above, unless a greater number of days is shown for Extended Business Income Increased Period of Indemnity in the Declarations at that described premises.

HOWEVER, Extended Business Income does not apply to loss of "business income" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

(b) Loss of a "business income" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

(3) This Business Income Additional Coverage is not subject to the Limits of Insurance.

h. **Extra Expense**

(1) We will pay necessary "extra expense" you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 1,000 feet of the site at which the described premises are located.

(2) With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(a) The portion of the building which you rent, lease or occupy; and

(b) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

(3) We will only pay for "extra expense" that occurs within the number of consecutive months shown in the Declarations for Extra Expense after

the date of direct physical loss or damage.

(4) This Extra Expense Additional Coverage is not subject to the Limits of Insurance.

i. **Pollutant Clean Up And Removal**

(1) We will pay your expense to extract "pollutants" from land, water or Covered Property at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) This Pollutant Clean Up And Removal Additional Coverage does not apply to:

(a) Costs to test for, monitor or assess the existence, concentration or effects of "pollutants"; or

(b) Any penalties or assessments that may be charged against you due to any statute, regulation or ordinance.

But we will pay for testing which is performed in the course of extracting the "pollutants" from land or water.

(3) The most we will pay for each location under this Pollutant Clean Up And Removal Additional Coverage is $25,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12 month period of this policy.

(4) The limit for this Pollutant Clean Up And Removal Additional Coverage is in addition to the Limits of Insurance.

j. **Civil Authority**

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is

prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority coverage for "business income" will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to 30 days after coverage begins.

Civil Authority coverage for necessary "extra expense" will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) 30 days after the time of that action; or

(2) When your Civil Authority coverage for "business income" ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits of Insurance.

k.  **Money Orders And Counterfeit Money**

(1) We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

(a) Money orders issued by any post office, express company or bank that are not paid upon presentation; or

(b) "Counterfeit money" that is acquired during the regular course of business.

(2) The most we will pay for any loss under this Money Orders And Counterfeit Money Additional Coverage is $5,000.

(3) The limit for this Money Orders And Counterfeit Money Additional

Coverage is in addition to the Limits of Insurance.

l.  **Forgery And Alteration**

(1) We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money" that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

(2) If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

(3) For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act, and will be treated the same as the original it replaced.

(4) The most we will pay for any loss, including legal expenses, under this Additional Coverage is $10,000, unless a higher Limit of Insurance is shown in the Declarations.

(5) All losses:

(a) Caused by one or more persons; or

(b) Involving a single act or series of related acts;

is considered one occurrence.

(6) The limit for this Forgery And Alteration Additional Coverage is in addition to the Limits of Insurance.

m.  **Increased Cost Of Construction – Damaged Property**

(1) This Additional Coverage applies only to buildings insured on a replacement cost basis.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with the minimum standards of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in paragraphs (3) through (8) of this

**PB 00 02 01 18**

Increased Cost Of Construction – Damaged Property Additional Coverage.

(3) The ordinance or law referred to in paragraph (2) of this Increased Cost Of Construction – Damaged Property Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Increased Cost Of Construction – Damaged Property Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Increased Cost Of Construction – Damaged Property Additional Coverage, we will not pay for:

(a) The enforcement of, or compliance with, any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot; or

(b) Any costs associated with the enforcement of, or compliance with, an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants", "fungi", wet rot or dry rot.

(6) The most we will pay under this Increased Cost Of Construction – Damaged Property Additional Coverage, for each described building insured under this Coverage Form, is $25,000.

The limit for this Increased Cost Of Construction – Damaged Property Additional Coverage is in addition to the Limits of Insurance.

(7) With respect to this Increased Cost Of Construction – Damaged Property Additional Coverage:

(a) We will not pay any costs:

(i) Until the property is actually repaired or replaced, at the same described premises or another premises; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same described premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same described premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises for a building of like, kind and quality and of the same size and use.

(8) This Increased Cost Of Construction – Damaged Property Additional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such exclusion would conflict with the provisions of this Increased Cost Of Construction – Damaged Property Additional Coverage.

n. **Equipment Breakdown**

(1) We will pay for direct physical loss of or damage to Covered Property caused by or resulting from an "accident" to "covered equipment".

If an initial "accident" causes other "accidents", all will be considered one "accident". All "accidents" that are the result of the same event will be considered one "accident".

(2) If a dollar deductible is shown in the declarations for this Equipment Breakdown Additional Coverage, we will first subtract the applicable deductible amount from any loss we

PB 00 02 01 18

would otherwise pay. We will then pay the amount of loss in excess of the applicable deductible up to the applicable limit for this coverage.

If no dollar deductible is shown for Equipment Breakdown Additional Coverage, the Property Deductible shown in the Declarations applies.

(3) The following coverages also apply to loss caused by or resulting from an "accident" to "covered equipment". These coverages do not provide additional amounts of insurance.

(a) **Expediting Expenses**

With respect to your damaged Covered Property, we will pay, up to $100,000, the reasonable extra cost to:

(i) Make temporary repairs; and

(ii) Expedite permanent repairs or replacement.

(b) **Hazardous Substances**

We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance". This includes the additional expenses to clean up or dispose of such property.

This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in (3)(c)(ii) below.

Additional costs mean those beyond what would have been required had no "hazardous substance" been involved.

The most we will pay for loss, damage or expense under this coverage, including actual loss of "business income" you sustain and necessary "extra expense" you incur is $100,000.

(c) **Perishable Goods**

(i) We will pay for physical damage to "perishable goods" due to spoilage.

(ii) We will also pay for physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia.

(iii) We will also pay necessary expenses you incur to reduce the amount of loss under this coverage. We will pay for such expenses to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.

(iv) If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident", less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with Condition 5. Loss Payment under Section E. PROPERTY LOSS CONDITIONS.

The most we will pay for loss, damage or expenses under this coverage is $100,000.

(d) **Service Interruption**

(i) The insurance provided under the Business Income Additional Coverage, the Extra Expense Additional Coverage and for (c) Perishable Goods in this Equipment Breakdown Additional Coverage, is extended to apply to your loss, damage or expense caused by the interruption of utility services. The interruption must result from an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water or steam, internet access, telecommunications services, wide area networks or data

PB 00 02 01 18

transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

(ii) Service Interruption coverage will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident".

(iii) The most we will pay for loss, damage or expense under this coverage is the limit that applies to Business Income, Extra Expense or Perishable Goods.

(e) **Electronic Data Restoration**

We will pay for your reasonable and necessary cost to research, replace and restore lost "electronic data".

The most we will pay for loss or expense under this coverage, including actual loss of "business income" you sustain and necessary "extra expense" you incur, is $100,000.

(f) **Environmental, Safety and Efficiency Improvements**

The following provision does not apply to property insured on an "actual cash value" basis.

If "covered equipment" requires replacement due to loss or damage caused by or resulting from an "accident", we will pay your additional cost to replace with equipment that is better for the environment, more efficient or safer than the equipment being replaced.

HOWEVER, we will not pay more under this additional coverage than 125% of what the cost would have been to repair or replace with like kind and quality.

This provision does not increase any of the applicable limits.

(4) **Additional Exclusions**

(a) We will not pay under this Equipment Breakdown Additional Coverage for loss, damage or expense caused by or resulting from:

(i) Any defect, programming error, programming limitation, "computer" virus, malicious code, loss of data, loss of access, loss of use, loss of functionality or other condition within "electronic data". But if an "accident" results, we will pay for the resulting loss, damage or expense; or

(ii) Any of the following tests:

i. A hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel; or

ii. An electrical insulation breakdown test of any type of electrical equipment.

(b) With respect to (d) Service Interruption coverage, we will not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except for steam or centrifugal explosion); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood; or earth movement.

(c) Exclusion B.1.h. Fungi, Wet Rot Or Dry Rot does not apply to spoilage of personal property that is "perishable goods," to the extent that spoilage is covered under (c) Perishable Goods coverage.

(d) We will not pay under this Equipment Breakdown Additional Coverage for any loss or damage to animals.

(5) **Additional Conditions**

(a) **Suspension**

Whenever "covered equipment" is found to be in, or exposed to a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment". This can be done by mailing or delivering a written notice of suspension to: your address as shown in the Declarations, or at the address

where the equipment is located. Once suspended in this way, your insurance can be reinstated only by written notice of reinstatement from us.

(b) **Jurisdictional Inspections**

If "covered equipment" under this Equipment Breakdown Additional Coverage requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

(6) The most we will pay for loss, damage or expense under this Equipment Breakdown Additional Coverage arising from any one "accident" is the applicable Limit of Insurance shown in the Declarations.

This Equipment Breakdown Additional Coverage will not increase the Limits of Insurance provided by this policy.

o. **Arson Reward for Conviction**

(1) In the event that a covered fire loss was the result of an act of arson, we will pay a reward to anyone, other than paid investigators, who gives legal authorities information that leads to the conviction of anyone who committed such arson.

(2) We will pay up to 10 percent of the amount of the insured fire loss or $10,000, whichever is less. This payment is the most we will pay in any one occurrence, regardless of the number of persons providing information or convicted of arson.

(3) The limit for this Arson Reward for Conviction Additional Coverage is in addition to the Limits of Insurance.

(4) No deductible applies to this Arson Reward for Conviction Additional Coverage.

p. **Money And Securities**

(1) We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee (including a temporary or leased employee) having use and custody of the property, at the

described premises, or in transit by direct route between any of these places, resulting directly from:

(a) Theft, meaning any act of stealing;

(b) Disappearance; or

(c) Destruction.

(2) In addition to the Limitations and Exclusions applicable to property coverage, we will not pay for loss or damage:

(a) Resulting from accounting or arithmetical errors or omissions;

(b) Due to the giving or surrendering of property in any exchange or purchase;

(c) Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device;

(d) From an unattended motor vehicle; or

(e) That is covered under the Unauthorized Business Card Use or Computer Fraud And Funds Transfer Fraud Additional Coverages.

(f) To "money" and "securities" following and directly related to the use of any computer to fraudulently cause a transfer of that property from inside the described premises, bank or savings institution:

(i) To a person (other than a messenger) outside those premises; or

(ii) To a place outside those premises.

(3) The most we will pay under this Money and Securities Additional Coverage for loss in any one occurrence is:

(a) **Inside the Premises**, $10,000 for "money" and "securities" while:

(i) In or on the described premises; or

(ii) Within a bank or savings institution;

unless a higher Limit of Insurance for "money" and "securities"

PB 00 02 01 18

inside the premises is shown in the Declarations; and

(b) **Outside the Premises**, $10,000 for "money" and "securities" while anywhere else, unless a higher Limit of Insurance for "money" and "securities" outside the premises is shown in the Declarations.

(4) All loss:

(a) Caused by one or more persons; or

(b) Involving a single act or series of related acts;

is considered one occurrence.

(5) You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

(6) The limit for this Money and Securities Additional Coverage is in addition to the Limits of Insurance.

q. **Appurtenant Structures**

(1) We will pay for direct physical loss of or damage to any separate garages, storage buildings, swimming pools, spas, fences, retaining walls, paved surfaces and other appurtenant structures usual to your business at the described premises in the Declarations caused by or resulting from any Covered Cause of Loss.

(2) The most we will pay for loss or damage under this Appurtenant Structures Additional Coverage in any one occurrence is 10% of the Building Limit of Insurance shown in the Declarations for that described building.

HOWEVER, if the value of any one garage, storage building, swimming pool, spa, fence, retaining wall, paved surfaces or other appurtenant structure exceeds $50,000, this Appurtenant Structures Additional Coverage does not apply to that structure. The value of the property covered under this Appurtenant Structures Additional Coverage will be determined at replacement cost without deduction for depreciation. If the "Actual Cash Value – Buildings" option applies to Buildings, as shown in the Declarations, we will determine the value of property covered under

this Appurtenant Structures Additional Coverage at "actual cash value".

In Section E. PROPERTY LOSS CONDITIONS, paragraph 5.e.(1)(b) under Loss Payment does not apply in determining if property is covered under this Appurtenant Structures Additional Coverage. All Loss Payment provisions are otherwise applicable for loss or damage covered by this Additional Coverage.

(3) The limit for this Appurtenant Structures Additional Coverage is in addition to the Limits of Insurance.

r. **Back Up Of Sewer Or Drain Water Damage**

(1) For the purpose of this Back Up Of Sewer Or Drain Water Damage Additional Coverage the following definition is added:

"Flood" means a general and temporary condition of partial or complete inundation of normally dry land areas from:

(a) The unusual and rapid accumulation or runoff of surface waters from any source;

(b) The overflow of inland or tidal waters; or

(c) Waves, tides or tidal waves.

(2) We will pay for loss of or damage to Covered Property caused by water that backs up or overflows from a sewer or drain pipe, sump pump well or similar device designed to prevent overflow, seepage or leakage of subsurface water.

We will also pay for loss of or damage to Covered Property caused by water that overflows from any interior plumbing fixture because the water is unable to enter into an attached drain pipe.

HOWEVER, we will not pay for loss or damage that results from:

(a) Sewer back-up or sump pump overflow that occurs during the period beginning 10 days before and ending 10 days after a "flood" on the described premises;

(b) An insured's failure to keep a sump pump or its related equipment in proper working condition;

(c) An insured's failure to perform the routine maintenance or repair necessary to keep a sewer or drain pipe free from obstructions;

(d) Sump pump failure which is caused by or results from failure of power, unless this policy is endorsed to cover power failure affecting the described premises; or

(3) The most we will pay for loss or damage under this coverage is:

(a) $5,000 per building; or

(b) $25,000 in any one policy period, regardless of the number of losses;

unless a higher Limit of Insurance for Back Up Of Sewer Or Drain Water Damage is shown in the Declarations.

(4) The limit of insurance that applies to coverage under this Back Up Of Sewer Or Drain Water Damage Additional Coverage includes any loss arising from debris removal expense, Business Income Additional Coverage and Extra Expense Additional Coverage.

(5) The limit for this Back Up Of Sewer Or Drain Water Damage Additional Coverage is in addition to the Limits of Insurance.

(6) The Debris Removal Additional Coverage does not apply to this Back Up Of Sewer Or Drain Water Damage Additional Coverage.

s. **Dependent Properties – Business Income**

(1) We will pay for the actual loss of "business income" you sustain due to the necessary and unavoidable suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to "dependent property" or "secondary dependent property" caused by or resulting from any Covered Cause of Loss.

HOWEVER, this Additional Coverage does not apply when the only loss at the premises of a Dependent Property or Secondary Dependent Property is loss or damage to "electronic data". If the Dependent Property or Secondary Dependent

Property sustains loss or damage to "electronic data" and other property, coverage under this Additional Coverage will not continue once the property is repaired, rebuilt or replaced.

(2) We will only pay for loss of "business income" that occurs within 12 consecutive months after the date of direct physical loss or damage.

(3) This Dependent Properties – Business Income Additional Coverage is not subject to the Limits of Insurance.

(4) The "dependent property" or "secondary dependent property" must be located in the coverage territory of this policy.

t. **Limited Coverage for Fungi, Wet Rot Or Dry Rot**

(1) The coverage described in paragraphs t.(2) and t.(6) only applies when the "fungi", wet rot or dry rot are the result of a "specified cause of loss" other than fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

(2) We will pay for loss or damage by "fungi", wet rot or dry rot. As used in this Limited Coverage, the term loss or damage means:

(a) Direct physical loss or damage to Covered Property caused by "fungi", wet rot or dry rot, including the cost of removal of the "fungi", wet rot or dry rot;

(b) The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot or dry rot; and

(c) The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot or dry rot are present.

(3) The coverage described under this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will

PB 00 02 01 18

pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet rot or dry rot, we will not pay more than the total of $15,000 even if the "fungi", wet rot or dry rot continues to be present or active, or recurs, in a later policy period.

(4) The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet rot or dry rot, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet rot or dry rot, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet rot or dry rot causes an increase in the loss. Any such increase in the loss will be subject to the terms of this limited coverage.

(5) The terms of this Limited Coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder Or Molten Material Damage or Collapse Additional Coverages.

(6) The following applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the suspension of "operations" satisfies all the terms and conditions of the applicable Business Income and/or Extra Expense Additional Coverage:

(a) If the loss which resulted in "fungi", wet rot or dry rot does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet rot or dry rot, then our payment under the Business Income and/or Extra

Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

(b) If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet rot or dry rot, but remediation of "fungi", wet rot or dry rot prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

u. **Building Property of Others**

(1) If you occupy a described premises as a tenant, and a written lease or rental agreement for that premises requires you to pay for loss of or damage to a part of building property you do not own, we will pay for direct physical loss of or damage to that part of building property described in section A.1.a, other than exterior glass, caused by a Covered Cause of Loss.

(2) The valuation of property covered under this Additional Coverage will be determined in accordance with the building valuation option (e.g. Actual Cash Value or Replacement Cost) shown on the policy declarations, or at the amount for which the tenant is liable under contract, whichever is less.

(3) The most we will pay for any loss or damage under this Building Property of Others Additional Coverage is $10,000, unless a higher limit is shown in the Declarations or the property is covered under another coverage form of this or all other collectible insurance. HOWEVER if a higher limit is described in the Covered Property Declarations or the property is covered under another coverage form of this or any other specifically scheduled property, that coverage amount will be in excess of the Building Property of Others Additional Coverage limit, up the applicable limit of insurance.

PB 00 02 01 18

(4) The limit for this Building Property of Others Additional Coverage is in addition to the Limits of Insurance.

**v.  Unauthorized Business Card Use**

(1) We will pay for the legal obligation you have because of the theft or unauthorized use of your business credit, debit or charge cards issued to you or registered in your name or the name of your business.

(2) The most we will pay under this Unauthorized Business Card Use Additional Coverage for loss in any one occurrence is $10,000.

(3) All loss:

(a) Caused by one or more persons; or

(b) Involving a single act or series of related acts;

is considered one occurrence.

(4) The limit for this Unauthorized Business Card Use Additional Coverage is in addition to the Limits of Insurance.

**w.  Computer Fraud And Funds Transfer Fraud**

(1) We will pay for:

(a) Loss resulting from "fraudulent instruction" directing a financial institution to transfer, pay or deliver "money" or "securities" from your "transfer account"; or

(b) Loss directly related to the use of any computer to fraudulently cause a transfer of covered property from inside the described premises to a person (other than a messenger) or place outside those premises.

(2) The most we will pay under this Computer Fraud And Funds Transfer Fraud Additional Coverage for loss in any one occurrence is $10,000 unless a higher Limit of Insurance is shown in the Declarations.

(3) All loss:

(a) Caused by one or more persons; or

(b) Involving a single act or series of related acts;

is considered one occurrence.

(4) The limit for this Computer Fraud and Funds Transfer Fraud Additional

Coverage is in addition to the Limits of Insurance.

(5) In section B. EXCLUSIONS of this Coverage Form:

(a) paragraph B.2.g. False Pretense does not apply to this additional coverage.

(b) The following exclusion is added:

We will not pay for loss or damages caused by or resulting from the use or purported use of credit, debit, charge, access, convenience, identification, stored-value or other cards or the information contained on such cards.

6.  **COVERAGE EXTENSIONS**

Except as otherwise provided, the following Extensions apply to property located in or on the described building in the Declarations or in the open (or in a vehicle) within 1,000 feet of the described premises.

In addition to the Limits of Insurance, you may extend the insurance provided by this policy as follows.

**a.  Newly Acquired or Constructed Property**

(1) **Buildings**

If this policy covers Buildings, you may extend that insurance to apply to:

(a) Your new buildings while being built on the described premises; and

(b) Buildings you acquire at premises other than the one described, intended for:

(i) Similar use as the described building in the Declarations; or

(ii) Use as a warehouse.

The most we will pay for loss or damage under this Buildings Coverage Extension is $1,000,000 at each building.

(2) **Business Personal Property**

If this policy covers Business Personal Property, you may extend that insurance to apply to:

(a) Business Personal Property, including such property that you newly acquire, other than at fairs or exhibitions, at any premises you acquire;

PB 00 02 01 18

(b) Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the described premises; or

(c) Business Personal Property that you newly acquire, located at the described premises.

This Extension does not apply to personal property that you temporarily acquire in the course of installing or performing work on such property or your wholesale activities.

The most we will pay for loss or damage under this Business Personal Property Coverage Extension is $500,000 at each building.

(3) **Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

(a) This policy expires;

(b) 180 days after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

(c) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

b. **Newly Acquired Property - Business Income**

(1) You may extend the insurance that applies to Business Income Additional Coverages to apply to property at any premises you newly acquire, other than temporary premises such as fairs or exhibitions, whether attended regularly or not.

(2) The most we will pay for loss under this Newly Acquired Property - Business Income Coverage Extension is the lesser of:

(a) The actual loss of "business income" you sustain, as provided for and described under the

Business Income Additional Coverage; or

(b) $100,000.

(3) This insurance will end the earlier of:

(a) This policy expires;

(b) 180 days after you acquire the property; or

(c) You report values to us.

We will charge you any additional premium from the date you acquire the property.

c. **Personal Property Off-premises**

You may extend the insurance provided by this policy to apply to your Covered Property, other than "money" and "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or at a premises you do not own, lease or operate.

The most we will pay for loss or damage under this Personal Property Off-premises Coverage Extension is $15,000.

d. **Outdoor Trees, Shrubs, Plants, and Lawns**

(1) You may extend the insurance provided by this policy to apply to your outdoor trees, shrubs, plants and lawns (other than "stock"), including debris removal expense, caused by or resulting from any of the following Causes of Loss:

Fire; Lightning; Explosion; Aircraft or vehicles; Riot or civil commotion; Vandalism; or Theft.

(2) The most we will pay for loss or damage under this Outdoor Trees, Shrubs, Plants, and Lawns Coverage Extension is $10,000 in any one occurrence, unless a higher limit for outdoor trees, shrubs, plants, and lawns is shown in the Declarations, but not more than $2,500 for any one tree, shrub or plant.

Subject to all aforementioned terms and limitations of coverage, this Coverage Extension includes the expense of removing from the described premises the debris of trees, shrubs and plants which are the property of others, except in the situation in which you are a tenant and such property is owned by the landlord of the described premises.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.    PB 00 02 01 18

(3) The Debris Removal Additional Coverage does not apply to this Outdoor Trees, Shrubs, Plants, and Lawns Coverage Extension.

e. **Outdoor Signs**

(1) You may extend the insurance provided by this policy to apply to your outdoor signs, including debris removal expense.

(2) The most we will pay for loss or damage under this Outdoor Signs Coverage Extension is $2,500 in any one occurrence, unless a higher limit for outdoor signs is shown in the Declarations.

(3) The Debris Removal Additional Coverage does not apply to this Outdoor Signs Coverage Extension.

f. **Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees.

HOWEVER, personal effects does not include:

(1) Tools or equipment used in your business; or

(2) "Money", "securities" or jewelry.

AND this Business Personal Property Coverage Extension does not apply to:

(a) Property while it is in the course of transit or at a premises you do not own, lease or operate.

(b) Property in storage away from the described premises.

The most we will pay for loss or damage under this Personal Effects Coverage Extension is $10,000 in any one occurrence, but not more than $2,500 for the personal effects of any one individual.

g. **Valuable Papers And Records**

(1) You may extend the insurance provided by this policy to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control, caused by or resulting from a Covered Cause of Loss. This Valuable Papers And Records Coverage Extension includes the cost to research, replace or restore the lost information on

"valuable papers and records" for which duplicates do not exist.

(2) This Valuable Papers And Records Coverage Extension does not apply to:

(a) Property held as samples or for delivery after sale;

(b) Property in storage away from the described premises.

(3) The most we will pay under this Valuable Papers And Records Coverage Extension for loss of or damage to "valuable papers and records", in any one occurrence at the described building is $25,000, unless a higher Limit of Insurance for "valuable papers and records" is shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is $25,000.

(4) Loss or damage to "valuable papers and records" will be valued at the cost of restoration or replacement of the lost or damaged information. To the extent that the contents of the "valuable papers and records" are not restored, the "valuable papers and records" will be valued at the cost of replacement with blank materials of substantially identical type.

(5) Section B. EXCLUSIONS of this Coverage Form does not apply to this Valuable Papers And Records Coverage Extension except for:

(a) Paragraph B.1.c. Governmental Action;

(b) Paragraph B.1.d. Nuclear Hazard;

(c) Paragraph B.1.f. War And Military Action;

(d) Paragraph B.2.f. Dishonesty;

(e) Paragraph B.2.g. False Pretense;

(f) Paragraph B.2.m.(2) Errors Or Omissions; and

(g) Paragraph B.3.

h. **Accounts Receivable**

(1) You may extend the insurance provided by this policy to apply to your records of accounts receivable. We will pay:

PB 00 02 01 18

(a) All amounts due from your customers that you are unable to collect;

(b) Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

(c) Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

(d) Other reasonable expenses that you incur to re-establish your records of accounts receivable;

that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

(2) The most we will pay under this Accounts Receivable Coverage Extension for loss or damage in any one occurrence at the described building is $25,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

For records of accounts receivable not at the described premises, the most we will pay is $25,000.

(3) Section B. EXCLUSIONS of this Coverage Form does not apply to this Accounts Receivable Coverage Extension except for:

(a) Paragraph B.1.c. Governmental Action;

(b) Paragraph B.1.d. Nuclear Hazard;

(c) Paragraph B.1.f. War And Military Action;

(d) Paragraph B.2.f. Dishonesty;

(e) Paragraph B.2.g. False Pretense;

(f) Paragraph B.3.; and

(g) Paragraph B.6. Accounts Receivable Exclusion.

i. **Salespersons Samples**

(1) You may extend the insurance that applies to Business Personal Property to apply to salespersons samples while away from the described premises.

(2) The most we will pay under this Salespersons Samples Coverage

Extension for loss or damage in any one occurrence is $10,000.

j. **Business Income and Extra Expense – Increased Period of Restoration Due to Ordinance or Law**

If a Covered Cause of Loss occurs to property at the described premises, coverage is extended to include the amount of actual and necessary loss you sustain during the "period of restoration" of "operations" caused by or resulting from the enforcement of, or compliance with, any ordinance or law that:

(1) Regulates the construction or repair of any property;

(2) Requires the tearing down of parts of any property not damaged by a Covered Cause of Loss; and

(3) Is in force at the time of loss.

HOWEVER, coverage is not extended under this Business Income and Extra Expense – Increased Period of Restoration Due to Ordinance or Law Extension to include loss caused by or resulting from the enforcement of or compliance with any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

k. **Removal Permit**

If Covered Personal Property is removed to a new premise that is described in the Declarations, you may extend this insurance to include that Covered Personal Property at each premise during the removal. Coverage at each premises will apply in the proportion that the value at each premises bears to the value of all Covered Personal Property being removed. This permit applies up to 30 days after the date Covered Personal Property is first removed at the previous premises; after that, this Removal Permit Coverage Extension does not apply at the previous premises.

l. **Electronic Data**

(1) You may extend the insurance provided by this policy to apply to the cost to replace or restore "electronic data" which has been destroyed or corrupted by a Covered Cause of Loss, a "computer" virus, harmful code or similar instruction introduced

into or enacted on a "computer" system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a "computer" system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

(2) To the extent that "electronic data" is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the "electronic data" was stored, with blank media of substantially identical type.

(3) The most we will pay under this Electronic Data Coverage Extension for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of buildings, locations or "computer" systems involved, is $10,000, unless a higher Limit of Insurance is shown in the Declarations. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in, but not after, that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

(4) This Electronic Data Coverage Extension does not apply to losses covered under the Equipment Breakdown Additional Coverage.

m. **Interruption of Computer Operations**

(1) You may extend the insurance that applies to Business Income and Extra Expense Additional Coverages to apply to a suspension of "operations" caused by an interruption in "computer" operations due to destruction or corruption of "electronic data" due to "specified causes of loss", Collapse or a "computer" virus, harmful code or similar instruction

introduced into or enacted on a "computer" system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a "computer" system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

(2) The most we will pay under this Interruption of Computer Operations Coverage Extension for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of buildings, locations or "computer" systems involved, is $10,000 unless a higher Limit of Insurance is shown in the Declarations. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

(3) This Interruption of Computer Operations Coverage Extension does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in (2) above has not been exhausted.

(4) Coverage for Business Income does not apply when a suspension of "operations" is caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under paragraphs (1) through (3) of this Interruption of Computer Operations Coverage Extension.

PB 00 02 01 18

(5) Coverage for Extra Expense does not apply when action is taken to avoid or minimize a suspension of "operations" caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under paragraphs (1) through (3) of this Interruption of Computer Operations Coverage Extension.

(6) This Additional Coverage does not apply when loss or damage to "electronic data" involves only "electronic data" which is integrated in and operates or controls a building's elevator, lighting, heating, ventilation, air conditioning or security system.

(7) This Interruption of Computer Operations Coverage Extension does not apply to losses covered under the Equipment Breakdown Additional Coverage.

## B. EXCLUSIONS

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

   a. **Ordinance Or Law**

   The enforcement of, or compliance with, any ordinance or law:

   (1) Regulating the construction, use or repair of any property;

   (2) Requiring the tearing down of any property, including the cost of removing its debris; or

   (3) Requiring the removal or disposal of "pollutants".

   This Ordinance Or Law Exclusion applies whether the loss results from:

   (1) An ordinance or law that is enforced even if the property has not been damaged; or

   (2) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

   b. **Earth Movement**

(1) Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event.

(2) Landslide, including any earth sinking, rising or shifting related to such event.

(3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased.

(4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in (1) through (4) above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

(5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

(a) Airborne volcanic blast or airborne shock waves;

(b) Ash, dust, or particulate matter; or

(c) Lava flow.

With respect to coverage for volcanic action as set forth in 5(a), 5(b) and 5(c), all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

This exclusion applies regardless of whether any of the above, in Paragraphs (1) through (5), is caused by an act of

nature or is otherwise caused. An example of a situation to which the 'otherwise caused' exclusion would apply are acts such as road construction, using tools such as jack hammers and causing ground vibrations in close proximity to the insured's building resulting in damage to the building's structure and foundation.

c.  **Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

d.  **Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, including but not limited to radon gas, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

e.  **Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure occurs away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

This exclusion does not apply to loss or damage provided under the Equipment Breakdown Additional Coverage.

f.  **War And Military Action**

(1)  War, including undeclared or civil war;

(2)  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3)  Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

g.  **Water**

(1)  Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

(2)  Mudslide or mudflow;

(3)  Water that backs up or overflows or is otherwise discharged from a sewer, drain pipe, sump, sump pump or related equipment, except as provided under the Back Up Of Sewer Or Drain Water Damage Additional Coverage;

(4)  Water under the ground surface pressing on, or flowing or seeping through:

(a)  Foundations, walls, floors or paved surfaces;

(b)  Basements, whether paved or not; or

(c)  Doors, windows or other openings; or

(5)  Waterborne material carried or otherwise moved by any of the water referred to in paragraph (1), (3) or (4), or material carried or otherwise moved by mudslide or mudflow.

(6)  Water that overflows from any plumbing fixture because the water is unable to enter into an attached drain pipe, or water that is unable to enter into a drain pipe through any interior or exterior drain, drain strainer, catch basin, roof drain, scupper, or similar device designed to channel water from a plumbing fixture, roof, floor or other surface area, except as provided under the Back Up Of Sewer Or Drain Water Damage Additional Coverage.

This exclusion applies regardless of whether any of the above, in paragraphs (1) through (6), is caused by an act of

    Includes copyrighted material of Insurance Services Office, Inc., with its permission.

PB 00 02 01 18

nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

HOWEVER, if electrical "covered equipment" requires drying out because of the above, we will pay for the direct expenses of such drying out subject to the applicable Limit of Insurance and deductible for Building or Business Personal Property, whichever applies.

But if any of the above paragraphs (1) through (6), results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

h. **Fungi, Wet Rot Or Dry Rot**

Presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot.

But if "fungi", wet rot or dry rot result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

(1) When "fungi", wet rot or dry rot result from fire or lightning; or

(2) To the extent that coverage is provided in the Limited Coverage For Fungi, Wet Rot Or Dry Rot Additional Coverage, with respect to loss or damage by a cause of loss other than fire or lightning.

i. **Virus Or Bacteria**

(1) Any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

(2) However, the exclusion in paragraph (1) does not apply to loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage is addressed in Exclusion h. Fungi, Wet Rot or Dry Rot.

(3) With respect to any loss or damage subject to the exclusion in paragraph (1), such exclusion supersedes any exclusion relating to "pollutants".

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. **Electrical Apparatus**

Artificially generated electrical, magnetic or electromagnetic energy that damages,

disturbs, disrupts or otherwise interferes with any:

(1) Electrical or electronic wire, device, appliance, system or network; or

(2) Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

(1) Electrical current, including arcing;

(2) Electrical charge produced or conducted by a magnetic or electromagnetic field;

(3) Pulse of electromagnetic energy; or

(4) Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by fire.

This Electrical Apparatus exclusion does not apply to the coverage provided under the Equipment Breakdown Additional Coverage.

b. **Consequential Losses**

Delay, loss of use or loss of market.

c. **Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

d. **Steam Apparatus**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

This Steam Apparatus exclusion does not apply to the coverage provided under the Equipment Breakdown Additional Coverage.

e. **Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective

systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

f. **Dishonesty**

Dishonest or criminal acts (including theft) by you, anyone else with an interest in the property, or any of your or their partners, "members", officers, "managers", employees (including temporary or leased employees), directors, trustees, or authorized representatives, whether acting alone or in collusion with each other or with any other party; or theft by any person to whom you entrust the property for any purpose, whether acting alone or in collusion with any other party.

This exclusion:

(1) Applies whether or not an act occurs during your normal hours of operation;

(2) Does not apply to acts of destruction by your employees (including temporary or leased employees) or authorized representatives; but theft by your employees (including temporary or leased employees) or authorized representatives is not covered.

With respect to Covered Property, including accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

This exclusion does not apply to coverage that is provided under the Employee Dishonesty Optional Coverage.

g. **False Pretense**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

h. **Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

i. **Collapse**

(1) Collapse, including any of the following conditions of property or any part of the property:

(a) An abrupt falling down or caving in;

(b) Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

(c) Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to paragraph i.(1)(a) or i.(1)(b).

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

(2) This Exclusion i. does not apply:

(a) To the extent that coverage is provided under the Collapse Additional Coverage; or

(b) To collapse caused by one or more of the following:

(i) The "specified causes of loss";

(ii) Breakage of building glass;

(iii) Weight of rain that collects on a roof; or

(iv) Weight of people or personal property.

j. **Pollutants**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

k. **Neglect**

Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

l. **Other Types Of Loss**

(1) Wear and tear;

(2) Rust or other corrosion, decay, deterioration, hidden or latent defect

PB 00 02 01 18

or any quality in property that causes it to damage or destroy itself;

(3) Smog;

(4) Settling, cracking, shrinking or expansion;

(5) Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

(6) Mechanical breakdown, including rupture or bursting caused by centrifugal force, except as provided under the Equipment Breakdown Additional Coverages;

(7) Growth of tree, shrub or plant roots causing physical damage to any underground property, property foundations, roadways, walks, patios or other paved surfaces;

(8) The following causes of loss to personal property:

(a) Dampness or dryness of atmosphere;

(b) Changes in or extremes of temperature;

(c) Marring or scratching.

But if an excluded cause of loss that is listed in paragraphs (1) through (8) above results in a "specified cause of loss", "accident" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss", "accident" or building glass breakage.

m. **Errors Or Omissions**

Errors or omissions in:

(1) Programming, processing or storing data, as described under "electronic data" or in any "computer" operations; or

(2) Processing or copying "valuable papers and records".

HOWEVER, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage form.

This exclusion does not apply to coverage that is provided under the Employee Dishonesty Optional Coverage.

n. **Installation, Testing, Repair**

Errors or deficiency in design, installation, testing, maintenance, modification or

repair of your "computer" system including "electronic data".

HOWEVER, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage form.

This exclusion does not apply to coverage that is provided under the Employee Dishonesty Optional Coverage.

o. **Electrical Disturbance**

Electrical or magnetic injury, disturbance or erasure of "electronic data", except as provided under the Equipment Breakdown or Electronic Data Additional Coverages.

HOWEVER, we will pay for direct loss or damage caused by lightning.

p. **Leakage or Seepage**

Constant or repeated seepage or leakage of water or steam, or the presence or condensation of humidity, moisture or vapor, whether continuous or intermittent from any:

(1) Heating, air conditioning or refrigerating system;

(2) Domestic appliance; or

(3) Plumbing system, including from or around any shower stall or other shower bath installation, bathtub or other plumbing fixture.

3. We will not pay for loss or damage caused by or resulting from any of the following B.3.a. through B.3.c. But if an excluded cause of loss that is listed in B.3.a. through B.3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

a. **Weather Conditions**

Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph B.1. above to produce the loss or damage.

b. **Acts Or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

c. **Negligent Work**

Faulty, inadequate or defective:

(1) Planning, zoning, development, surveying, siting;

(2) Design, specifications, workmanship, work methods, repair, construction, renovation, remodeling, grading, compaction, failure to protect the property;

(3) Materials used in repair, construction, renovation or remodeling; or

(4) Maintenance;

of part or all of any property on or off the described premises.

4. **Additional Exclusion**

The following applies only to the property specified in this Additional Exclusion.

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

5. **Business Income And Extra Expense Exclusions**

a. We will not pay for:

(1) Any "extra expense", or increase of "business income" loss, caused by or resulting from:

(a) Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

(b) Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage.

(2) Any other consequential loss.

b. With respect to this exclusion, suspension means:

(1) The partial slowdown or complete cessation of your business activities; and

(2) That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

6. **Accounts Receivable Exclusion**

The following additional exclusion applies to the Accounts Receivable Coverage Extension:

We will not pay for:

a. Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

b. Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

c. Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

C. **LIMITS OF INSURANCE**

1. The most we will pay for loss or damage in any one occurrence is the applicable Limits of Insurance shown in the Declarations, except as otherwise provided in this Section.

2. At a described premises, if a Limit of Insurance is shown in the Declarations for Tenant Improvements and Betterments, that limit is separate from the Limit of Insurance shown for Business Personal Property and the Limit of Insurance applicable to Business Personal Property does not apply to Tenant Improvements and Betterments

3. The limits applicable to Additional Coverages are in addition to the Limits of Insurance only if so indicated in that Section of this Coverage Form.

4. The limits applicable to the Coverage Extensions are in addition to the Limits of Insurance.

**PB 00 02 01 18**

5. **Building Limit – Automatic Increase**

a. The Limit of Insurance for Buildings will automatically increase by the annual percentage shown in the Declarations.

b. The amount of increase is calculated as follows:

(1) Multiply the Building limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Building limit, times

(2) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

(3) The number of days since the beginning of the current policy year, or the effective date of the most recent policy change amending the Building limit, divided by 365.

**Example:**

If: The applicable Building limit is $100,000; and

The annual percentage increase is 8%; and

The number of days since the beginning of the policy year (or last policy change) is 146;

Then the amount of increase is:

$100,000 x .08 x (146 / 365) = $3,200.

c. The Automatic Increase percentage for Buildings will be the percentage shown in the Declarations. This percentage may change at each renewal date, unless a different percentage is selected by you.

6. **Business Personal Property Limit – Automatic Increase**

a. The Limit of Insurance for Business Personal Property will automatically increase by the annual percentage shown in the Declarations.

b. The amount of increase is calculated as follows:

(1) Multiply the Limit of Insurance that applied on the most recent of the policy inception date, the policy renewal date, or any other policy change amending the Limit of Insurance, times

(2) The percentage of increase shown in the Declarations, expressed as a decimal (example: 2% is .02), times

(3) The number of days since the beginning of the current policy year, or since the effective date of the most recent policy change amending the Business Personal Property limit, divided by 365.

**Example:**

If: The applicable limit is $150,000; and

The annual percentage increase is 3%; and

The number of days since the beginning of the policy year (or last policy change) is 146;

Then the amount of increase is:

$150,000 x .03 x (146 / 365) = $1,800.

c. The Automatic Increase percentage for Business Personal Property will be the average annual Index shown in the Declarations. This percentage may change at each renewal date.

In no event will the Limit of Insurance be reduced unless you specifically request us to do so.

7. **Business Personal Property Limit – Seasonal Increase**

a. Subject to paragraph 7.b., the Limit of Insurance for Business Personal Property is automatically increased by 25% to provide for seasonal variations.

b. The increase described in paragraph 6.a. will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

(1) The 12 months immediately preceding the date the loss or damage occurs; or

(2) The period of time you have been in business as of the date the loss or damage occurs.

D. **DEDUCTIBLES**

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance.

2. With respect to the exterior building glass of the location identified in the Declarations, the most we will deduct from any loss or damage to the exterior building glass in any one occurrence is $250. The exterior building glass deductible of $250 will be utilized for

any loss or damage to the exterior building glass regardless of the deductible amount for the scheduled property shown in the policy Declarations.

But this $250 deductible will not increase the property deductible shown in the Declarations for the scheduled property. This $250 deductible is in addition to all other deductibles.

**Example:**

If:   The amounts of loss to the damaged property are $50,000 (building) and $1,000 (exterior building glass); and

The actual limit of insurance on the damaged property is $200,000; and

The property deductible shown in the policy declarations is $1,000.

Based on the example information and the coverage language, the most we will pay for this claim is as follows:

Exterior Glass: $1,000 (loss amount) - $250 (exterior glass deductible) = $750 (amount paid for loss).

Building: $50,000 (loss amount) - $750 (remaining deductible amount after the exterior glass deductible) = $49,250 (amount paid for loss).

The most we will pay for this loss is $50,000 ($49,250 + $750). The portion of the total loss that is not covered due to the application of each deductible documented above is $1,000 ($750 + $250).

3.   No deductible applies to the following Additional Coverages:

   a.   Fire Department Service Charge;

   b.   Fire Extinguisher Recharge;

   c.   Business Income;

   d.   Extra Expense;

   e.   Civil Authority; and

   f.   Arson Reward for Conviction.

E.   **PROPERTY LOSS CONDITIONS**

   1.   **Abandonment**

There can be no abandonment of any property to us.

   2.   **Appraisal**

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser after receiving a written request from the other, and will advise the other party of the name of such appraiser within 20 days.

The two appraisers will select an umpire. If appraisers cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of property and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   a.   Pay its chosen appraiser; and

   b.   Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

3.   **Duties In The Event Of Loss Or Damage**

   a.   You must see that the following are done in the event of loss of or damage to Covered Property:

      (1)   Notify the police if a law may have been broken.

      (2)   Give us prompt notice of the loss or damage. Include a description of the property involved.

      (3)   As soon as possible, give us a description of how, when and where the loss or damage occurred.

      (4)   Take all reasonable steps to protect the Covered Property from further damage. If feasible, set the damaged property aside and in the best possible order for examination. Also keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance.

      HOWEVER, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss.

      (5)   At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values, amount of loss claimed and a detailed description of each item.

      (6)   As often as may be reasonably required, permit us to inspect the damaged property and examine your books and records, including financial records and tax returns.

      Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis,

**PB 00 02 01 18**

and permit us to make copies from your books and records.

(7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(8) Cooperate with us in the investigation or settlement of the claim.

(9) Resume all or part of your "operations" as quickly as possible.

b. We may examine any insured or their employee under oath, while not in the presence of any other insured or employee, at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. At our option and expense, any examination under oath may be video or audio taped as well as being recorded by stenographic record. If a written transcript is prepared of the testimony, then at our request your answers under oath must be signed under penalty of perjury.

4. **Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

a. There has been full compliance with all of the terms of this insurance; and

b. The action is brought within two year after the date on which the direct physical loss or damage occurred.

5. **Loss Payment**

In the event of loss or damage covered by this policy:

a. At our option, we will either:

(1) Pay the value of lost or damaged property as described in e. below;

(2) Pay the cost of repairing or replacing the lost or damaged property;

(3) Take all or any part of the property at an agreed or appraised value; or

(4) Repair, rebuild or replace the property with other property of like kind and quality, subject to b. below.

b. The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of, or compliance with, any ordinance or law regulating the construction, use or repair of any property.

c. We will give notice of our intentions within 30 days after we receive the sworn proof of loss, provided you have complied with all of the conditions set forth in paragraph 3. above.

d. We will not pay you more than your financial interest in the Covered Property.

e. Except as provided in (2) through (9) below, we will determine the value of Covered Property as follows:

(1) At replacement cost without deduction for depreciation, subject to the following:

(a) We will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts, subject to E.5.b. above:

(i) The Limit of Insurance under this policy that applies to the lost or damaged property;

(ii) The cost to replace, on the same premises, the lost or damaged property with other property:

i. Of comparable material and quality; and

ii. Used for the same purpose; or

(iii) The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

(b) You may make a claim for loss or damage covered by this insurance on an "actual cash value" basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an "actual cash value" basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

(c) We will not pay on a replacement cost basis for any loss or damage:

Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **PB 00 02 01 18**

(i) Until the lost or damaged property is actually repaired or replaced; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

HOWEVER, if your loss qualifies for payment on a replacement cost basis and the cost of repair or replacement is $5,000 or less, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation.

(2) If the "Actual Cash Value – Buildings" option applies, as shown in the Declarations, paragraph (1) above does not apply to Buildings. Instead, we will determine the value of Buildings at "actual cash value".

(3) The following property at "actual cash value":

(a) Used or second-hand merchandise held in storage or for sale;

(b) Property of others, other than leased personal property you have a contractual responsibility to insure, but this property is not covered for more than the amount for which you are liable, plus the cost of labor, materials or services furnished or arranged by you on personal property of others;

(c) Household contents, except personal property in apartments or rooms furnished by you as landlord;

(d) Manuscripts; and

(e) Works of art, antiques or rare articles, including but not limited to etchings, pictures, statuary, marble, bronzes, porcelain and bric-a-brac.

(4) Glass at the cost of replacement with safety glazing material if required by law.

(5) Tenants' Improvements and Betterments at:

(a) Replacement cost if you make repairs promptly.

(b) A proportion of your original cost if you do not make repairs

promptly. We will determine the proportionate value as follows:

(i) Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

(ii) Divide the amount determined in (i) above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

(c) Nothing if others pay for repairs or replacement.

(6) Applicable only to Money and Securities Additional Coverage, and Employee Dishonesty Optional Coverage:

(a) "Money" at its face value and in general circulation; and

(b) "Securities" at their value at the close of business on the day the loss is discovered.

(7) Applicable only to Accounts Receivable:

(a) If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage, the following method will be used:

(i) Determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

(ii) Adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

(b) The following will be deducted from the total amount of accounts receivable, however that amount is established:

PB 00 02 01 18

(i) The amount of the accounts for which there is no loss or damage;

(ii) The amount of the accounts that you are able to reestablish or collect;

(iii) An amount to allow for probable bad debts that you are normally unable to collect; and

(iv) All unearned interest and service charges.

(8) "Stock" you have sold but not delivered at the selling price less expenses you otherwise would have had.

(9) Business Income and Extra Expense:

(a) We will determine the amount of a "business income" loss based on:

(i) The net income of your business before the direct physical loss or damage occurred;

(ii) The likely net income of your business if no physical loss or damage occurred, but not including any likely increase in net income attributable to an increase in the volume of business as a result of favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

(iii) The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

(iv) Other relevant sources of information, including:

i. Financial records and accounting procedures;

ii. Bills, invoices and other vouchers; and

iii. Deeds, liens and contracts.

(b) We will determine the amount of "extra expense" based on:

(i) All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage occurred. The following will be deducted from the total of such expenses:

i. The remaining salvage value of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

ii. Any "extra expense" that is paid for by other insurance;

(ii) All necessary expenses that reduce the "business income" loss that otherwise would have been incurred.

f. Our payment for loss of or damage to property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

g. We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

h. We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy; and

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

i. A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value

of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

6. **Recovered Property**

    If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

    HOWEVER if, at the time of loss, the amount of loss or damage to your property exceeded our Limit of Insurance and your property in excess of the Limit of Insurance was turned over to us, you retain your rights to recovery on such uninsured property. We will return to you a portion of any recovery on that property based upon the proportion of the loss in excess of our Limit of Insurance bears to the total loss.

7. **Resumption Of Operations**

    We will reduce the amount of your:

    a. Loss payable under Business Income Additional Coverage, other than "extra expense", to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

    b. Loss payable under Extra Expense Additional Coverage to the extent you can return "operations" to normal and discontinue such "extra expense".

8. **Vacancy**

    a. **Description Of Terms**

        (1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in (1)(a) and (1)(b) below:

            (a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

            (b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

                (i) Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

                (ii) Used by the building owner to conduct customary operations.

        (2) Buildings under construction or renovation are not considered vacant.

    b. **Vacancy Provisions**

        If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

        (1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

            (a) Vandalism;

            (b) Sprinkler leakage, unless you have protected the system against freezing;

            (c) Building glass breakage;

            (d) Water damage, including damage that is caused by or resulting from freezing;

            (e) Theft; or

            (f) Attempted theft.

        (2) With respect to Covered Causes of Loss other than those listed in paragraphs (1)(a) through (1)(f) above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

F. **PROPERTY GENERAL CONDITIONS**

    The following conditions apply in addition to the COMMON POLICY CONDITIONS.

    1. **Control Of Property**

**PB 00 02 01 18**

If any person other than you has control of your property after a loss, a breach of these conditions by such a person, beyond your direction or control, will not be considered a breach of these conditions by you, and it will not affect this insurance.

The breach of any condition of this Coverage Form, other than the Concealment, Misrepresentation or Fraud Common Policy Condition, at any one or more locations will not affect coverage at any locations where, at the time of loss or damage, the breach of condition did not exist.

2. **Mortgageholders**

   a. The term mortgageholder includes trustee.

   b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

   c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

   d. If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

      (1) Pays any premium due under this policy at our request if you have failed to do so;

      (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

      (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

      All of the terms of this policy will then apply directly to the mortgageholder.

   e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

      (1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

      (2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

      At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

   f. If we cancel this policy, we will give written notice to the mortgageholder at least:

      (1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

      (2) 30 days before the effective date of cancellation if we cancel for any other reason.

   g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

3. **No Benefit To Bailee**

   No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

4. **Policy Period, Coverage Territory**

   Under this form:

   a. We cover loss or damage commencing:

      (1) During the policy period shown in the Declarations; and

      (2) Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

   b. The coverage territory is:

      (1) The United States of America (including its territories and possessions);

      (2) Puerto Rico; and

      (3) Canada.

G. **OPTIONAL COVERAGES**

If shown as applicable in the Declarations, the following Optional Coverages also apply. These Optional Coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below.

1. **Employee Dishonesty Optional Coverage**

   a. We will pay for:

(1) Direct loss of or damage to Business Personal Property and "money" and "securities";

(2) The legal obligation you have because of the theft or unauthorized use of your business credit, debit or charge cards issued to you or registered in your name or the name of your business;

(3) Loss resulting from "fraudulent instruction" directing a financial institution to transfer, pay or deliver "money" or "securities" from your "transfer account"; or

(4) Loss directly related to the use of any computer to fraudulently cause a transfer of covered property from inside the described premises to a person (other than a messenger) or place outside those premises;

resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you, your partner or an officer of a closely held corporation) with the manifest intent to:

(1) Cause you to sustain loss or damage; and also

(2) Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

    (a) Any employee; or

    (b) Any other person or organization.

b. We will not pay for loss or damage:

(1) Resulting from any dishonest or criminal act that you, any of your partners, "members" or any officer of a closely held corporation commit whether acting alone or in collusion with other persons.

(2) Resulting from any dishonest act committed by any of your employees (except as provided in paragraph a.), "managers" or directors:

    (a) Whether acting alone or in collusion with other persons; or

    (b) While performing services for you or otherwise.

(3) The only proof of which as to its existence or amount is:

    (a) An inventory computation; or

    (b) A profit and loss computation.

c. The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Employee Dishonesty shown in the Declarations.

d. All loss or damage:

(1) Caused by one or more persons; or

(2) Involving a single act or series of acts;

is considered one occurrence.

e. If any loss is covered:

(1) Partly by this insurance; and

(2) Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid and regardless that previous policies were in effect, whether issued by us, any affiliated company or any other company, this coverage shall not be cumulative from year to year or period to period.

f. This Employee Dishonesty Optional Coverage is cancelled as to any employee immediately upon discovery by:

(1) You; or

(2) Any of your partners, "members", "managers", officers or directors not in collusion with the employee;

of any dishonest act committed by that employee before or after being hired by you.

g. We will pay only for covered loss or damage sustained during the policy period and discovered no later than one year from the end of the policy period.

h. If you (or any predecessor in interest) sustained loss or damage during the period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

PB 00 02 01 18

(1) This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

(2) The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

i. The insurance under paragraph h. above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

(1) This Optional Coverage as of its effective date; or

(2) The prior insurance had it remained in effect.

j. With respect to the Employee Dishonesty Optional Coverage in paragraph G.1., employee means:

(1) Any natural person:

(a) While in your service or for 30 days after termination of service;

(b) Who you compensate directly by salary, wages or commissions; and

(c) Who you have the right to direct and control while performing services for you;

(2) Any natural person who is furnished temporarily to you:

(a) To substitute for a permanent employee as defined in paragraph (1) above, who is on leave; or

(b) To meet seasonal or short-term workload conditions;

(3) Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in paragraph (2) above;

(4) Any natural person who is a former employee, director, partner, "member", "manager", representative or trustee retained as a consultant while performing services for you; or

(5) Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody

of property outside any building you occupy in conducting your business.

But employee does not mean:

(1) Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

(2) Any "manager", director or trustee except while performing acts coming within the usual duties of an employee.

2. **Ordinance or Law Optional Coverages**

a. The Coverage(s) provided by this Ordinance or Law Optional Coverage apply only if both paragraphs a.(1) and a.(2) are satisfied and are then subject to the qualifications set forth in a.(3).

(1) The ordinance or law:

(a) Regulates the demolition, construction or repair of buildings, or establishes zoning or land use requirements at the described premises; and

(b) Is in force at the time of loss.

But this Ordinance or Law Optional Coverage applies only in response to the minimum requirements of the ordinance or law. Losses and costs incurred in complying with recommended actions or standards that exceed actual requirements are not covered.

(2) The building sustains direct physical damage:

(a) That is covered under this policy and such damage results in enforcement of, or compliance with, the ordinance or law; or

(b) That is covered under this policy and direct physical damage that is not covered under this policy, and the building damage in its entirety results in enforcement of, or compliance with, the ordinance or law.

(c) But if the damage is not covered under this policy, and such damage is the subject of the ordinance or law, then there is no coverage under this Ordinance or Law Optional Coverage even if the building has also sustained covered direct physical damage.

(3) In the situation described in a.(2)(b) above, we will not pay the full amount of loss otherwise payable under the terms of this Ordinance or Law Optional Coverage. Instead, we will pay a proportion of such loss; meaning the proportion that the covered direct physical damage bears to the total direct physical damage.

(Section f. of this Ordinance or Law Optional Coverage provides an example of this procedure.)

HOWEVER, if the covered direct physical damage alone would have resulted in enforcement of, or compliance with, the ordinance or law, then we will pay the full amount of loss otherwise payable under terms of this Ordinance or Law Optional Coverage.

b. **Coverage 1 - Loss to the Undamaged Portion of Building**

When the Declarations show that Ordinance or Law - Coverage 1 applies at a described building and if a Covered Cause of Loss occurs to covered Building property, we will pay for the loss in value of the undamaged portion of the building as a consequence of enforcement of or compliance with an ordinance or law that requires demolition of undamaged parts of the same building.

This Coverage 1 of Ordinance or Law Optional Coverage is included within the Limit of Insurance shown in the Declarations as applicable to the covered Building property. This portion of the Ordinance or Law Optional Coverage does not increase the Limit of Insurance.

c. **Coverage 2 - Demolition Cost and Broadened Increased Cost of Construction**

When the Declarations show that Ordinance or Law - Coverage 2 applies at a described building and if a Covered Cause of Loss occurs to covered Building property:

(1) We will pay the cost to demolish and clear the site of undamaged parts of the same building, as a consequence of enforcement of, or compliance with, an ordinance or law that requires demolition of such undamaged property; and

(2) We will pay the increased cost to repair or reconstruct damaged portions of the building; and/or reconstruct or remodel undamaged portions of that building, whether or not demolition is required when the increased cost is a consequence of enforcement or compliance with the minimum requirements of the ordinance or law.

HOWEVER, we will not pay for the increased costs to reconstruct or remodel undamaged portions of that Building property:

(a) Unless the restored or remodeled property is intended for similar occupancy as the current property, unless such occupancy is not permitted by zoning or land use ordinance or law; or

(b) If the building is not repaired, reconstructed or remodeled.

Paragraph e. of 5. Loss Payment under Section E. PROPERTY LOSS CONDITIONS does not apply.

The most we will pay for the total of all covered losses under this Coverage 2 of Ordinance or Law Optional Coverage, in any one occurrence is the Limit of Insurance shown in the Declarations.

The $25,000 Limit of Insurance for Increased Cost of Construction – Damaged Property Additional Coverage remains available for damaged property and is separate from the Limit of Insurance shown in the Declarations for Ordinance or Law Optional Coverage 2.

This portion of the Ordinance or Law Optional Coverage is in addition to the Limits of Insurance.

d. **Additional Terms and Conditions of Ordinance or Law**

(1) The terms of this Ordinance or Law Optional Coverage apply separately to each building to which this Optional Coverage applies.

(2) With respect to this Ordinance or Law Optional Coverage, we will not pay for:

(a) Enforcement of, or compliance with, any ordinance or law which requires the demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by

PB 00 02 01 18

"pollutants" or due to the presence, growth, proliferation, spread of any activity of "fungi", wet or dry rot or bacteria; or

(b) The costs associated with the enforcement of or compliance with any ordinance, law, rule, or regulation which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify, or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet or dry rot or bacteria.

(3) Under this Ordinance or Law Optional Coverage, we will not pay for loss due to any ordinance or law that:

(a) You were required to comply with before the loss, even if the building was undamaged; and

(b) You failed to comply with.

(4) **Loss Payment**

(a) When Coverage 1 applies, loss payment for that building, including damaged and undamaged portions, will be determined as follows:

(i) If the property is repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

i. The amount you actually spend to repair, rebuild or reconstruct the building, but not for more than the amount it would cost to restore the building on the same described premises and to the same height, floor area, style and comparable quality of the original property insured; or

ii. The Limit of Insurance applicable to the covered Building property.

(ii) If the property is not repaired or replaced, we will not pay more than the lesser of:

i. The "actual cash value" of the building at the time of loss; or

ii. The Limit of Insurance applicable to the covered Building property.

(b) When Coverage 2 applies, the most we will pay for the total of all covered losses for Demolition Cost and Broadened Increased Cost of Construction is the Limit of Insurance for Coverage 2.

Subject to this Limit of Insurance, the following loss payment provisions apply:

(i) For Demolition Cost, we will not pay more than the amount you actually spend to demolish and clear the site of the described building.

(ii) With respect to Broadened Increased Cost of Construction:

i. We will not pay for the increased cost of construction until the property is actually repaired or replaced, at the same or another premises; and

ii. Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(iii) If the building is repaired or replaced at the same described premises, or if you elect to rebuild at another premises, the most we will pay under Coverage 2 is the increased cost of construction at the same described premises.

(iv) If the ordinance or law requires relocation to another premises, the most we will pay under Coverage 2 is the increased cost of construction at the new premises.

e. This Ordinance or Law Optional Coverage is not subject to the terms of the Ordinance or Law Exclusion, to the extent that such exclusion would conflict

Includes copyrighted material of Insurance Services Office, Inc., with its permission.        PB 00 02 01 18

with the provisions of this Optional Coverage.

f.  Example of Proportionate Loss Payment for Ordinance or Law Coverage Losses (procedure as set forth in Section a.(3) of this Ordinance or Law Optional Coverage).

Assume:

- Wind is a Covered Cause of Loss. Flood is an excluded Cause of Loss;

- The building has a value of $200,000;

- Total direct physical damage to building: $100,000;

- The ordinance or law in this jurisdiction is enforced when building damage equals or exceeds 50% of the building's value;

- Portion of direct physical damage that is covered (caused by wind): $30,000;

- Portion of direct physical damage that is not covered (caused by flood): $70,000; and

- Loss under Ordinance or Law Coverage 2 of this endorsement: $60,000.

Step 1: Determine the proportion that the covered direct physical damage bears to the total direct physical damage.

$30,000 divided by $100,000 = .30

Step 2: Apply that proportion to the Ordinance or Law loss.

$60,000 x .30 = $18,000

In this example, the most we will pay under this endorsement for the Coverage 2 loss is $18,000, subject to the applicable Limit of Insurance and any other applicable provisions.

NOTE: The same procedure applies to losses under Coverage 1 of this endorsement.

3.  **Optional Amendment of Coverage - Exclude Theft**

When "Excluding Theft" is stated in the Declarations after Business Personal Property coverage, then under:

a.  Paragraph 3. of Section B. EXCLUSIONS, the following exclusion is added:

**Theft**

Theft or attempted theft resulting in loss of or damage to Business Personal Property.

b.  The Money and Securities Additional Coverage, paragraph (1)(a) is deleted.

H.  **PROPERTY DEFINITIONS**

The terms "you", "your", "we", "us", "our" and "insured" are defined in the Preamble of this Coverage Form. The following words or phrases, which appear in quotation marks throughout this Coverage Form and any of its endorsements, are defined as follows:

1.  **"Accident"** means a fortuitous event that causes direct physical damage to "covered equipment". The event must be one of the following:

a.  Mechanical breakdown, including rupture or bursting caused by centrifugal force;

b.  Artificially generated electrical, magnetic or electromagnetic energy, including electric arcing, that damages, disturbs, disrupts or otherwise interferes with any electrical or electronic wire, device, appliance, system or network;

c.  Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

d.  Loss of or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

e.  Loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

2.  **"Actual Cash Value"** means the cost to repair or replace Covered Property, at the time of loss or damage, whether that property has sustained partial or total loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence.

3.  **"Business Income"** means the:

a.  Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; plus

**PB 00 02 01 18**

b. Necessary continuing normal operating expenses incurred, while "operations" are suspended, including payroll.

4. **"Computer"** means:

a. Programmable electronic equipment that is used to store, retrieve and process data; and

b. Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

"Computer" includes those used to operate production type machinery or equipment.

5. **"Counterfeit money"** means an imitation of "money" that is intended to deceive and to be taken as genuine.

6. **"Covered equipment"** means Covered Property:

a. That generates, transmits or utilizes energy, including electronic communications and data processing equipment; or

b. Which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

None of the following is "covered equipment":

a. Structure, foundation, cabinet, compartment or air supported structure or building;

b. Insulating or refractory material;

c. Sewer piping, underground vessels or piping, piping forming a part of a sprinkler system or water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;

d. Dragline, excavation or construction equipment;

e. Equipment manufactured by you for sale; or

f. Vehicle, aircraft or floating vessel or any equipment mounted on such vehicle, aircraft or floating vessel. However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power supplier will not be considered a vehicle, aircraft or floating vessel.

7. **"Dependent property"** means property owned or operated by others, not including any described premises, on whom you depend on to:

a. Deliver materials or services to you, or to others for your account. Services does not include water supply services, water removal services, steam, fuel, communication, or power supply services.

b. Purchase your products or services.

c. Manufacture products for delivery to your customers under contract of sale.

d. Attract customers to your business. But this does not include firms in the business of promoting or advertising your business.

The "Dependent property" must be located in the coverage territory of this policy.

HOWEVER, "Dependent property" does not mean any property owned or operated by others on whom you depend on to provide internet services; web hosting services; internet hosting services; space on any server, computer, computer system, or other similar equipment; web pages; social media or networking services; or similar services.

8. **"Electronic data"** means information, facts or "computer" programs stored as or on, created or used on, or transmitted to or from "computer" software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of "computer" software which are used with electronically controlled equipment. The term "computer" programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a "computer" or device connected to it, which enable the "computer" or device to receive, process, store, retrieve or send data.

9. **"Extra Expense"** means expense incurred:

a. To avoid or minimize the suspension of business and to continue "operations":

(1) At the described premises; or

(2) At replacement premises or at temporary locations, including relocation expenses and costs to equip and operate the replacement or temporary locations.

b. To minimize the suspension of business if you cannot continue "operations".

c. To:

(1) Repair or replace any property; or

(2) Research, replace or restore the lost information on damaged "valuable papers and records";

to the extent it reduces the amount of loss that otherwise would have been payable under the Extra Expense Additional Coverage or the Business Income Additional Coverage.

10 **"Fraudulent instruction"** means:

a. An electronic, telegraphic, cable, teletype, telefacsimile or telephone instruction which purports to have been transmitted by you, but which was in fact fraudulently transmitted by someone else without your knowledge or consent;

b. A written instruction (other than those described in Paragraph A.5.k.) issued by you, which was forged or altered by someone other than you without your knowledge or consent or which purports to have been issued by you, but was in fact fraudulently issued without your knowledge or consent; or

11. **"Fungi"** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

12. **"Hazardous substance"** means any substance other than ammonia that has been declared to be hazardous to health by a governmental agency.

13. **"Manager"** means a person serving in a directorial capacity for a limited liability company.

14. **"Member"** means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

15. **"Money"** means:

a. Currency, coins and bank notes whether or not in current use and having a face value; and

b. Travelers checks, register checks and money orders held for sale to the public.

16. **"Operations"** mean your business activities occurring at the described premises.

17. **"Ordinary payroll expenses"** mean payroll expenses for all your employees except:

a. Officers;

b. Executives;

c. Department Managers;

d. Employees under contract; and

e. Additional Exemptions shown in the Declarations as:

(1) Job Classifications; or

(2) Employees.

Ordinary payroll expenses include:

a. Payroll;

b. Employee benefits, if directly related to payroll;

c. FICA payments you pay;

d. Union dues you pay; and

e. Workers' compensation premiums.

18. **"Period of restoration"** means:

a. For other than the Dependent Properties – Business Income Additional Coverage and Business Income and Extra Expense – Increased Period of Restoration Due to Ordinance or Law Coverage Extension:

(1) The period of time that:

(a) Begins the number of hours shown in the Declarations after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the described premises; and

(b) Ends on the earlier of:

(i) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

(ii) The date when business is resumed at a new permanent location.

(2) "Period of restoration" does not include any increased period required due to the enforcement of, or compliance with, any ordinance or law that:

(a) Regulates the construction, use or repair, or requires the tearing down of any property; or

(b) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

(3) The expiration date of this policy will not cut short the "period of restoration".

b. For Business Income and Extra Expense – Increased Period of Restoration Due to Ordinance or Law Coverage Extension:

(1) The period of time that:

(a) Begins:

PB 00 02 01 18

    (i)   At the time of direct physical loss or damage for Business Income Additional Coverage; or

    (ii)  Immediately after the time of direct physical loss or damage for Extra Expense Additional Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

(b) Ends on the earlier of:

    (i)   The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

    (ii)  The date when business is resumed at a new permanent location.

(2) "Period of restoration" includes any increased period required to repair or reconstruct the property to conform with the minimum standards or any ordinance or law, in force at the time of loss, that regulates the construction or repair, or requires the tearing down of any property.

(3) The expiration date of this policy will not cut short the "period of restoration".

c.  For Dependent Properties Additional Coverage:

(1) The period of time that:

(a) Begins:

24 hours after the time of direct physical loss or damage for Business Income Additional Coverage caused by or resulting from any Covered Cause of Loss at the premises of the "dependent property"; and

(b) Ends on the earlier of:

    (i)   The date when the property at the premises of the "dependent property" should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

    (ii)  The date when your business is resumed at a permanent new location.

(2) "Period of restoration" does not include any increased period required

due to the enforcement of, or compliance with, any ordinance or law that:

(a) Regulates the construction, use or repair, or requires the tearing down of any property; or

(b) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

(3) The expiration date of this policy will not cut short the "period of restoration".

19. **"Perishable goods"** mean personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

20. **"Pollutants"** mean any solid, liquid, gaseous or thermal irritant or contaminant, including but not limited to smoke, vapor, soot, fumes, acids, alkalis, petroleum products and their derivatives, chemicals and waste. Such irritants or contaminants are "pollutants" whether or not they have any function in your business, operations, premises, sites or locations.

Waste includes but is not limited to materials to be recycled, reconditioned or reclaimed and livestock, poultry or other animal excrement.

21. **"Secondary dependent property"** means an entity which is not owned or operated by a Dependent property and which:

a.  Delivers materials or services to a dependent property, which in turn are used by the Dependent property in providing materials or services to you; or

b.  Accepts materials or services from a Dependent property, which in turn accepts your materials or services.

A road, bridge, tunnel, waterway, airfield, pipeline or any other similar area or structure is not a Secondary dependent property.

Any property which delivers any of the following services is not a Secondary dependent property with respect to such services:

(i)   Water supply services;

(ii)  Wastewater removal services;

(iii)  Communication supply services; or

(iv)  Power supply services.

The Secondary dependent property must be located in the coverage territory of this policy:

HOWEVER, "Secondary Dependent Property" does not mean any property owned or operated by others on whom you depend on to provide internet services; web hosting services; internet hosting services; space on any server, computer, computer system, or other similar equipment; web pages; social media or networking services; or similar services.

22. **"Securities"** mean negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) whether or not in current use; and

b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money" or lottery tickets held for sale.

23. **"Specified Causes of Loss"** means the following:

Fire; lightning; explosion, windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

(1) The cost of filling sinkholes; or

(2) Sinking or collapse of land into man-made underground cavities.

b. Falling objects does not include loss of or damage to:

(1) Personal property in the open; or

(2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c. Water damage means:

(1) Accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any

part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam; and

(2) Accidental discharge or leakage of water or waterborne material as the direct result of the breaking apart or cracking of a water or sewer pipe that is located off the described premises and is part of a municipal potable water supply system or municipal sanitary sewer system, if the breakage or cracking is caused by wear and tear.

But water damage does not include loss or damage otherwise excluded under the terms of the Water Exclusion. Therefore, for example, there is no coverage in the situation in which discharge or leakage of water results from the breaking apart or cracking of a pipe which was caused by or related to weather-induced flooding, even if wear and tear contributed to the breakage or cracking. As another example, and also in accordance with the terms of the Water Exclusion, there is no coverage for loss or damage caused by or related to weather-induced flooding which follows or is exacerbated by pipe breakage or cracking attributable to wear and tear.

To the extent that accidental discharge or leakage of water falls within the criteria set forth in c.(1) or c.(2) of this definition of "specified causes of loss", such water is not subject to the provisions of the Water Exclusion which preclude coverage for surface water or water under the ground surface.

24. **"Stock"** means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

25. **"Transfer account"** means an account maintained by you at a financial institution from which you can initiate the transfer, payment or delivery of "money" and "securities":

a. By means of electronic, telegraphic, cable, teletype, telefacsimile or telephone instructions communicated directly through an electronic funds transfer system; or

b. By means of written instructions (other than those described in Paragraph A.5.k.) establishing the conditions under which

**PB 00 02 01 18**

such transfers are to be initiated by such financial institution through an electronic funds transfer system.

26. **"Valuable papers and records"** mean inscribed, printed, or written:

   a. Documents;

   b. Manuscripts; and

   c. Records;

including abstracts, books, deeds, drawings, films, maps or mortgages.

HOWEVER, "valuable papers and records" does not mean "money" or "securities".

**All terms and conditions of this policy apply unless modified by this endorsement.**

BUSINESSOWNERS
PB 00 06 01 17

# PREMIER BUSINESSOWNERS
# LIABILITY COVERAGE FORM

## TABLE OF CONTENTS

I.   COVERAGES ...................................................................................................................................2
    COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY .......................................2
        INSURING AGREEMENT..........................................................................................................2
        EXCLUSIONS ..........................................................................................................................3
        TENANTS PROPERTY DAMAGE LEGAL LIABILITY.............................................................. 10
    COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY .........................................11
        INSURING AGREEMENT........................................................................................................ 11
        EXCLUSIONS ........................................................................................................................ 11
    COVERAGE C – MEDICAL PAYMENTS .....................................................................................15
        INSURING AGREEMENT........................................................................................................ 15
        EXCLUSIONS ........................................................................................................................ 15
    SUPPLEMENTARY PAYMENTS – COVERAGES A AND B ..........................................................16
II.  WHO IS AN INSURED.................................................................................................................. 17
    Automatic Additional Insureds ......................................................................................................18
      Co-Owners of Insured Premises.............................................................................................. 18
      Controlling Interest.................................................................................................................. 18
      Grantor of Franchise or License .............................................................................................. 18
      Lessors of Leased Equipment ................................................................................................. 18
      Managers or Lessors of Leased Premises ............................................................................... 19
      Mortgagee, Assignee or Receiver ........................................................................................... 19
      Owners or Other Interest from Whom Land has been Leased.................................................... 19
      State or Political Subdivisions - Permits Relating to Premises................................................... 19
III. LIMITS OF INSURANCE AND DEDUCTIBLE................................................................................ 19
    General Aggregate Limit of Insurance (Other than Products-Completed Operations)......................19
    Products-Completed Operations Aggregate Limit of Insurance .....................................................19
    Personal and Advertising Injury Limit of Insurance.......................................................................20
    Each Occurrence Limit of Insurance.............................................................................................20
    Tenants Property Damage Legal Liability Limit of Insurance .........................................................20
    Medical Payments Limit of Insurance ...........................................................................................20
    Property Damage Deductible........................................................................................................20
IV. LIABILITY CONDITIONS............................................................................................................. 20
    Bankruptcy .................................................................................................................................20
    Duties In The Event Of Occurrence, Offense, Claim Or Suit..........................................................20
    Legal Action Against Us...............................................................................................................21
    Separation Of Insureds................................................................................................................21
V.  DEFINITIONS ............................................................................................................................. 21

PB 00 06 01 17

# PREMIER BUSINESSOWNERS
# LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Please read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance. The word "insured" means any person or organization qualifying as such under Section II. WHO IS AN INSURED. Other words and phrases that appear in quotation marks have special meaning. Please refer to Section V. DEFINITIONS.

I. **COVERAGES**

A. **COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

  1. **INSURING AGREEMENT**

    a. We will pay those sums up to the applicable Limit of Insurance that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages for which there is coverage under this policy.

    HOWEVER, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply.

    We may, at our sole discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

      (1) The amount we will pay for damages is limited as described in Section III. LIMITS OF INSURANCE; and

      (2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under COVERAGES A or B or medical expenses under COVERAGE C.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

    b. This insurance applies to "bodily injury" and "property damage" only if:

      (1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

      (2) The "bodily injury" or "property damage" occurs during the policy period; and

      (3) Prior to the policy period, no insured listed under Paragraph 1. of Section II. WHO IS AN INSURED and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

    c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1. of Section II. WHO IS AN INSURED or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

    d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1. of Section II. WHO IS AN INSURED or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

      (1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.    PB 00 06 01 17

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e.  Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. EXCLUSIONS

This insurance, including any duty we have to defend "suits", does not apply to:

a.  **Expected Or Intended Injury**

"Bodily injury" or "property damage" which is expected or intended by the insured.

This exclusion applies even if the resulting "bodily injury" or "property damage":

(1) Is of a different kind, quality or degree than initially expected or intended; or

(2) Is sustained by a different person, entity, real property, or personal property than that initially expected or intended.

HOWEVER, this exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

b.  **Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be

damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

c.  **Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims allege negligence or other wrongdoing in:

(a) The supervision, hiring, employment, training or monitoring of others by an insured; or

(b) Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragraph (1), (2) or (3) above.

This exclusion applies only if you:

(1) Manufacture, sell or distribute alcoholic beverages;

(2) Serve or furnish alcoholic beverages for a charge whether or not such activity:

(a) Requires a license; or

(b) Is for the purpose of financial gain or livelihood; or

(3) Serve or furnish alcoholic beverages without a charge, if a license is required for such activity.

 Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**PB 00 06 01 17**

For the purposes of this exclusion, permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

d. **Laws**

Any liability or legal obligation of any insured with respect to "bodily injury" or "property damage" arising out of any of the following:

(1) Any federal, state, county, municipal or local law, ordinance, order, directive or regulation barring discrimination, including but not limited to those based on race, color, national origin, ancestry, citizenship, gender, sexual orientation, marital status, religion or religious belief, age, economic status, income, medical condition, pregnancy, parenthood or mental or physical disability;

(2) Any workers' compensation, unemployment compensation, disability benefits law, or any other statutory benefits law;

(3) The Migrant and Seasonal Agricultural Worker Protection Act;

(4) Any state, federal or governmental antitrust statute or regulation, including but not limited to the Racketeer Influenced and Corrupt Organizations Act (RICO), the Securities Act of 1933, the Securities Exchange Act of 1934, or any state Blue Sky law;

(5) The Employees' Retirement Income Security Act (E.R.I.S.A.) of 1974; or

(6) Any other similar statutes, ordinances, orders, directives or regulations.

e. **Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

f. **Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured.

HOWEVER, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify that building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

Includes copyrighted material of Insurance Services Office, Inc., with its permission.    **PB 00 06 01 17**

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor.

HOWEVER, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

HOWEVER, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

PB 00 06 01 17

g.  **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

HOWEVER, this exclusion does not apply to:

(1)  A watercraft while ashore on premises you own or rent;

(2)  A watercraft you do not own that is:

(a)  Less than 26 feet long; and

(b)  Not being used to carry persons or property for a charge;

(3)  Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4)  Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5)  "Bodily injury" or "property damage" arising out of:

(a)  The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged; or

(b)  The operation of any of the equipment listed in Paragraph f.(2) or f.(3) of the definition of "mobile equipment".

h.  **Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1)  The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2)  The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

i.  **War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1)  War, including undeclared or civil war;

(2)  Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3)  Insurrection, rebellion, revolution, usurped power, or action taken by government authority in hindering or defending against any of these.

j.  **Damage To Property**

"Property damage" to:

(1)  Property you own, rent, or occupy;

(2)  Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3)  Property loaned to you;

(4)  Personal property in the care, custody or control of the insured;

(5)  That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6)  That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Other than damage by the Covered Causes of Loss provided under Tenants Property Damage Legal Liability, paragraphs (1), (3) and (4) of this exclusion do not apply to

"property damage" to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Tenants Property Damage Legal Liability as described in Section III. LIMITS OF INSURANCE.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

k. **Damage To Your Product**

"Property damage" to "your product", arising out of it or any part of it.

l. **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

HOWEVER, this exclusion does not apply if the damaged work, or the work out of which the damage arises, was performed on your behalf by a subcontractor.

m. **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

n. **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

o. **Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

p. **Bodily Injury To Any Insured**

"Bodily injury" to:

(1) Any insured, except "volunteer workers"; or

(2) Any insured whenever the ultimate benefits of any indemnification will accrue directly or indirectly to any insured or the heirs of any insured.

q. **Damage To Named Insured's Property**

Any claim or "suit" for "property damage" by you or on your behalf against any other person or organization that is also a Named Insured under this policy.

r. **Abuse or Molestation**

"Bodily injury" or "property damage" arising out of:

(1) The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured; or

(2) The negligent:

(a) Employment;

(b) Investigation;

(c) Supervision;

(d) Reporting to the proper authorities, or failure to so report; or

(e) Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph (1) above.

s. **Asbestos, Electromagnetic, Lead or Radon**

"Bodily injury" or "property damage" arising out of:

(1) Asbestos including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence,

PB 00 06 01 17

detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of asbestos or any other duty involving asbestos;

(2) Electromagnetic emissions or radiation including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of electromagnetic emissions or radiation or any other duty involving electromagnetic emissions or radiation;

(3) Lead including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of lead or any other duty involving lead; or

(4) Radon or any other radioactive emissions, manmade or natural, including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of radon or any other radioactive emissions or any other duty involving radon or other radioactive emissions.

t. **Employment Practices**

"Bodily injury" to:

(1) A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that person's employment; or

(c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the

employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the injury-causing event described in Paragraphs (a), (b) or (c) above occurs before employment, during employment or after employment of that person;

(2) Whether the insured may be liable as an employer or in any other capacity; and

(3) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

u. **Fiduciary Responsibility**

"Bodily injury" or "property damage" arising out of the ownership, maintenance or use, including all related operations, of property in relation to which you or any insured is acting in any fiduciary or representative capacity. This exclusion does not apply if you are a trust, as described in Section II. WHO IS AN INSURED.

v. **Professional Services**

"Bodily injury" or "property damage" that arises out of or is a result of the rendering of, or failure to render, any professional service, treatment, advice or instruction. This exclusion includes, but is not limited to, any:

(1) Legal, accounting, insurance, real estate, financial, advertising or consulting service, advice or instruction;

(2) Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

(3) Supervisory, inspection, engineering, or architectural service, advice or instruction;

(4) Medical, surgical, psychiatric, chiropractic, chiropody, physiotherapy, osteopathy, acupuncture, dental, x-ray, nursing or any other health service, treatment, advice or instruction;

(5) Any psychological therapy or any other counseling or mental health service, treatment, advice or instruction;

Includes copyrighted material of Insurance Services Office, Inc., with its permission.        PB 00 06 01 17

PB 00 06 01 17

(6) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming, including but not limited to cosmetology, tonsorial, tattooing, tanning or massage;

(7) Optometry or optical or hearing aid service, treatment, advice or instruction, including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

(8) Ear or other body piercing service, treatment, advice or instruction;

(9) Service, treatment, advice or instruction in the practice of pharmacy; or

(10) Electronic data processing, computer consulting or computer programming services, advice or instruction.

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the rendering or failure to render of any professional service.

w. **Testing, Evaluating or Consulting**

"Bodily injury" or "property damage" arising out of:

(1) An error, omission, defect or deficiency:

(a) In any test performed, or any evaluation, consultation or advice given by or on behalf of you or any insured; or

(b) In experimental data or the insured's interpretation of that data.

(2) The reporting of or reliance upon any such test, evaluation, consultation or advice.

x. **Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

y. **Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

HOWEVER, this exclusion does not apply to liability for damages because of "bodily injury".

z. **Silica, Silica-Related Dust or Talc**

(1) "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" ,"silica-related dust" or "Talc".

PB 00 06 01 17

(2) "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" ,"silica-related dust" or "Talc".

(3) Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" ,"silica-related dust" or "Talc", by any insured or by any other person or entity.

**aa. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

(1) Damages, other than damages because of "personal and advertising injury", arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

(2) Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph 1. or 2. above.

HOWEVER, unless Paragraph 1. above applies, this exclusion does not apply to damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing

description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

**ab. Fungi or Bacteria**

(1) "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for:

(a) The actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents; or

(b) The failure to warn or to disclose the presence of "fungi" or bacteria;

regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

(2) Any loss, cost or expenses arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

HOWEVER, this exclusion does not apply to any "fungi" or bacteria that are, are on or are contained in, a good or product intended for bodily digestion.

**3. TENANTS PROPERTY DAMAGE LEGAL LIABILITY**

**Certain Exclusions Not Applicable**

Exclusions c. through n., p., q., r., t., u., v. and w. do not apply to "property damage" to premises while rented to you or temporarily occupied by you with permission of the owner, if such "property damage" arises out of a Covered Cause Of Loss provided under the BUSINESSOWNERS PROPERTY COVERAGE FORM. A separate limit of insurance, called Tenants Property Damage Legal Liability Limit, applies to this coverage as described in Section III. LIMITS OF INSURANCE.

B.  **COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY**

1.  **INSURING AGREEMENT**

    a.  We will pay those sums up to the applicable Limit of Insurance that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages for which there is coverage under this policy.

    HOWEVER, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply.

    We may, at our sole discretion, investigate any offense and settle any claim or "suit" that may result. But:

    (1)  The amount we will pay for damages is limited as described in Section III. LIMITS OF INSURANCE; and

    (2)  Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under COVERAGES A or B or medical expenses under COVERAGE C.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS – COVERAGES A AND B.

    b.  This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

2.  **EXCLUSIONS**

    This insurance, including any duty we have to defend "suits", does not apply to personal and advertising injury:

    a.  **Knowing Violation Of Rights Of Another**

    Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

    b.  **Material Published With Knowledge Of Falsity**

    Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

    c.  **Material Published Prior To Policy Period**

    Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

    d.  **Criminal Act**

    Arising out of a criminal act committed by or at the direction of any insured or a criminal act committed by another for which any insured is held to be vicariously liable.

    HOWEVER, this exclusion does not apply to "personal injury" resulting from the use of reasonable force to protect persons or property.

    e.  **Contractual Liability**

    For which the insured has assumed liability in a contract or agreement. HOWEVER, this exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

    f.  **Breach of Contract**

    Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

    g.  **Quality Or Performance Of Goods – Failure To Conform To Statements**

    Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

    h.  **Wrong Description Of Price**

    Arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

    i.  **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

    Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement."

    HOWEVER, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

PB 00 06 01 17

j. **Insureds In Media And Internet Type Business**

Committed by an insured whose business is:

(1) Advertising, broadcasting, publishing or telecasting;

(2) Designing or determining content of web-sites for others; or

(3) An Internet search, access, content or service provider.

HOWEVER, this exclusion does not apply to Paragraphs a., b. and c. of the definition of "personal and advertising injury" under Section V. DEFINITIONS.

k. **Electronic Chatrooms Or Bulletin Boards**

Arising out of an electronic chatroom or bulletin board the insured hosts, owns or over which the insured exercises control.

l. **Unauthorized Use Of Another's Name Or Product**

Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatags, or any other similar tactics to mislead another's potential customers.

m. **Pollution**

Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

n. **Pollution-Related**

With respect to any loss, cost or expense arising out of any:

(1) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

o. **War**

However caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by government authority in hindering or defending against any of these.

p. **Recording and Distribution Of Material In Violation Of Law**

Arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

q. **Laws**

Any liability or legal obligation of any insured arising out of any of the following:

(1) Any federal, state, county, municipal or local law, ordinance, order, directive or regulation barring discrimination, including but not limited to those based on race, color, national origin, ancestry, citizenship, gender, sexual orientation, marital status, parenthood, religion or religious belief, age, economic status,

PB 00 06 01 17

income, medical condition, pregnancy, or mental or physical disability;

(2) Any workers' compensation, unemployment compensation, disability benefits law, or any other statutory benefits law;

(3) The Migrant and Seasonal Agricultural Worker Protection Act;

(4) Any state, federal or governmental antitrust statute or regulation, including but not limited to the Racketeer Influenced and Corrupt Organizations Act (RICO), the Securities Act of 1933, the Securities Exchange Act of 1934, or any state Blue Sky law;

(5) The Employees' Retirement Income Security Act (E.R.I.S.A.) of 1974; or

(6) Any other similar statutes, ordinances, orders, directives or regulations.

r. **Abuse or Molestation**

Arising out of:

(1) The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured; or

(2) The negligent:

(a) Employment;

(b) Investigation;

(c) Supervision;

(d) Reporting to the proper authorities, or failure to so report; or

(e) Retention;

of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph (1) above.

s. **Employment Practices**

To:

(1) A person arising out of any:

(a) Refusal to employ that person;

(b) Termination of that person's employment; or

(c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or

discrimination directed at that person.

(2) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies:

(1) Whether the injury-causing event described in Paragraphs (a), (b) or (c) above occurs before employment, during employment or after employment of that person;

(2) Whether the insured may be liable as an employer or in any other capacity; and

(3) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

t. **Asbestos, Electromagnetic, Lead or Radon**

Arising out of:

(1) Asbestos including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of asbestos or any other duty involving asbestos;

(2) Electromagnetic emissions or radiation including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of electromagnetic emissions or radiation or any other duty involving electromagnetic emissions or radiation;

(3) Lead including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of lead or any other duty involving lead; or

(4) Radon or any other radioactive emissions, manmade or natural,

PB 00 06 01 17

including but not limited to any injury or damage related to, arising or alleged to have arisen out of any use, exposure, existence, detection, removal, elimination, avoidance, act, error, omission, failure to disclose or warn of the presence of radon or any other radioactive emissions or any other duty involving radon or other radioactive emissions.

u. **Fiduciary Responsibility**

That arises out of the ownership, maintenance or use, including all related operations, of property in relation to which you or any insured is acting in any fiduciary or representative capacity This exclusion does not apply if you are; a trust, as described in Section II. WHO IS AN INSURED.

v. **Professional Services**

That arises out of or is a result of the rendering of, or failure to render, any professional service, treatment, advice or instruction. This exclusion includes, but is not limited to any:

(1) Legal, accounting, insurance, real estate, financial, advertising or consulting service, advice or instruction;

(2) Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

(3) Supervisory, inspection, engineering, or architectural service, advice or instruction;

(4) Medical, surgical, psychiatric, chiropractic, chiropody, physiotherapy, osteopathy, acupuncture, dental, x-ray, nursing or any other health service, treatment, advice or instruction;

(5) Any psychological therapy or any other counseling or mental health service, treatment, advice or instruction;

(6) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming, including but not limited to cosmetology, tonsorial, tattooing, tanning or massage;

(7) Optometry or optical or hearing aid service, treatment, advice or

instruction, including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

(8) Ear or other body piercing service, treatment, advice or instruction;

(9) Service, treatment, advice or instruction in the practice of pharmacy; or

(10) Electronic data processing, computer consulting or computer programming services, advice or instruction.

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the offense which caused the "personal and advertising injury" involved the rendering or failure to render of any professional service.

w. **Testing, Evaluation or Consulting**

Arising out of:

(1) An error, omission, defect or deficiency:

(a) In any test performed, or any evaluation, consultation or advice given by or on behalf of you or any insured; or

(b) In experimental data or the insured's interpretation of that data.

(2) The reporting of or reliance upon any such test, evaluation, consultation or advice.

x. **Silica, Silica-Related Dust or Talc**

"Personal and Advertising Injury" arising, in whole or in part, out of:

(a) The actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" ,"silica-related dust" or "Talc".

(b) Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" ,"silica-related dust" or "Talc" by any insured or by any other person or entity.

y. **Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

z. **Fungi or Bacteria**

(1) "Personal and advertising injury" which would not have occurred, in whole or in part, but for:

(a) The actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents; or

(b) The failure to warn or to disclose the presence of "fungi" or bacteria; regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

(2) Any loss, cost or expenses arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

C. **COVERAGE C – MEDICAL PAYMENTS**

1. **INSURING AGREEMENT**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(1) The accident takes place in the "coverage territory" and during the policy period;

(2) The expenses are incurred and reported to us within one year of the date of the accident; and

(3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **EXCLUSIONS**

We will not pay expenses for "bodily injury":

a. **Any Insured**

To any insured, except "volunteer workers".

b. **Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. **Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

d. **Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. **Athletic Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports or athletic contests.

**PB 00 06 01 17**

    f.  **Products-Completed Operations Hazard**

        Included within the "products-completed operations hazard".

    g.  **Coverage A Exclusions**

        Excluded under COVERAGE A.

**D.  SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1.  We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

    a.  All expenses we incur.

    b.  Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

    c.  The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

    d.  All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

    e.  All court costs taxed against the insured in the "suit". HOWEVER, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

    f.  Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

    g.  All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

    These payments will not reduce the limits of insurance.

2.  If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

    a.  The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

    b.  This insurance applies to such liability assumed by the insured;

    c.  The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

    d.  The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

    e.  The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

    f.  The indemnitee:

      (1)  Agrees in writing to:

        (a)  Cooperate with us in the investigation, settlement or defense of the "suit";

        (b)  Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

        (c)  Notify any other insurer whose coverage is available to the indemnitee; and

        (d)  Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

      (2)  Provides us with written authorization to:

        (a)  Obtain records and other information related to the "suit"; and

        (b)  Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph 2.b.(2) of Section I. COVERAGE, A. COVERAGE A – BODILY INJURY AND

PB 00 06 01 17

PROPERTY DAMAGE LIABILITY, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

a. We have used up the applicable limit of insurance in the payment of judgments or settlements; or

b. The conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

## II. WHO IS AN INSURED

1. If you are:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   d. A trust, you are an insured. Your trustee or co-trustees are also insureds, but only with respect to their duties as a trustee in connection with your property, operations and activities.

   e. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

2. Each of the following is also an insured:

   a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing

duties related to the conduct of your business.

HOWEVER, none of these "employees" or "volunteer workers" is an insured for:

(1) "Bodily injury" or "personal and advertising injury":

   (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

   (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph (1)(a) above;

   (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs (1)(a) or (b) above; or

   (d) Arising out of his or her providing or failing to provide professional health care services.

(2) "Property damage" to property:

   (a) Owned, occupied or used by; or

   (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

   you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

c. Any person or organization having proper temporary custody of your property if you die, but only:

   (1) With respect to liability arising out of the maintenance or use of that property; and

PB 00 06 01 17

(2) Until your legal representative has
been appointed.

d.  Your legal representative if you die, but
only with respect to duties as such. That
representative will have all your rights
and duties under this policy.

3.  Any organization you newly acquire or form,
other than a partnership, joint venture or
limited liability company, and over which you
maintain ownership or majority interest, will
qualify as a Named Insured if there is no
other similar insurance available to that
organization.

HOWEVER:

a.  Coverage under this provision is afforded
only until the 90th day after you acquire
or form the organization or the end of the
policy period, whichever is earlier;

b.  COVERAGE A does not apply to "bodily
injury" or "property damage" that occurred
before you acquired or formed the
organization; and

c.  COVERAGE B does not apply to
"personal and advertising injury" arising
out of an offense committed before you
acquired or formed the organization.

4.  No person or organization is an insured with
respect to the conduct of any current or past
partnership, joint venture or limited liability
company that is not shown as a Named
Insured in the Declarations.

5.  **Automatic Additional Insureds**

Any of the following persons or organizations
are automatically insureds when you and
such person or organization have agreed in a
written contract or agreement that such
person or organization be added as an
additional insured on your policy providing
general liability coverage.

HOWEVER, the insurance afforded to any of
the following additional insureds only applies
to the extent permitted by law and will not be
broader than that which you are required by
the contract or agreement to provide for any
of the following additional insureds.

a.  **Co-Owners of Insured Premises**

Any person or organization with whom
you co-own a premises insured under this
policy is an additional insured, but only
with respect to their liability as the co-
owner of such premises.

HOWEVER, their status as additional
insured under this policy ends when you
cease to co-own such premises with that
person or organization.

b.  **Controlling Interest**

Any person or organization that has a
controlling interest in you is an additional
insured, but only with respect to liability
arising out of:

(1) Their financial control of you; or

(2) Their ownership, maintenance or
control of premises you lease or
occupy;

subject to the following additional
exclusion:

This insurance, including any duty we
have to defend "suits", does not apply to
structural alterations, new construction or
demolition operations performed by or for
such person or organization.

HOWEVER, their status as additional
insured under this policy ends when they
cease to have such controlling interest in
you.

c.  **Grantor of Franchise or License**

Any person or organization that has
granted you a franchise or license by
written contract or agreement is an
additional insured, but only with respect
to their liability as the grantor of a
franchise or license to you.

HOWEVER, their status as additional
insured under this policy ends when their
contract or agreement with you granting
the franchise or license ends.

d.  **Lessors of Leased Equipment**

Any person or organization from whom
you lease equipment by written contract
or agreement is an additional insured, but
only with respect to liability for "bodily
injury", "property damage" or "personal
and advertising injury" caused, in whole
or in part, by your maintenance, operation
or use of the equipment leased to you by
that person or organization, subject to the
following additional exclusion:

This insurance, including any duty we
have to defend "suits", does not apply to
"bodily injury" or "property damage"
arising out of, in whole or in part, or
results from, in whole of in part, the active
negligence of such person or
organization.

HOWEVER, their status as additional insured under this policy ends when their contract or agreement with you for such leased equipment ends.

e. **Managers or Lessors of Leased Premises**

Any person or organization from whom you lease premises is an additional insured, but only with respect to their liability arising out of your use of that part of the premises leased to you, subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to structural alterations, new construction or demolition operations performed by or for such person or organization.

HOWEVER, their status as additional insured under this policy ends when you cease to be a tenant of such premises.

f. **Mortgagee, Assignee or Receiver**

Any person or organization who has status as mortgagee, assignee or receiver of your property is an additional insured, but only with respect to their liability as mortgagee, assignee or receiver arising out of your ownership, maintenance, or use of such premises, subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to structural alterations, new construction or demolition operations performed by or for such person or organization.

HOWEVER, their status as additional insured under this policy ends when their status as mortgagee, assignee or receiver ends.

g. **Owners or Other Interest from Whom Land has been Leased**

Any person or organization from whom you lease premises is an additional insured, but only with respect to their liability arising out of your maintenance or use of that part of the land leased to you, subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to structural alterations, new construction or demolition operations performed by or for such person or organization.

HOWEVER, their status as additional insured under this policy ends when you cease to lease that land.

h. **State or Political Subdivisions - Permits Relating to Premises**

Any state or political subdivision which has issued a permit in connection with premises insured by this policy which you own, rent, or control is an additional insured, but only with respect to the following hazards:

(1) The existence, maintenance, repair, construction, erection, or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoistaway openings, sidewalk vaults, street banners, or decoration and similar exposures;

(2) The construction, erection, or removal of elevators; or

(3) The ownership, maintenance, or use of any elevators covered by this insurance.

HOWEVER, their status as additional insured under this policy ends when the permit ends.

III. **LIMITS OF INSURANCE AND DEDUCTIBLE**

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. **General Aggregate Limit of Insurance** (Other than Products-Completed Operations)

   The General Aggregate Limit is the most we will pay for the sum of:

   a. Medical expenses under COVERAGE C;

   b. Damages under COVERAGE A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

   c. Damages under COVERAGE B.

   The General Aggregate Limit applies separately to each of your described premises. For the purposes of this provision, premises means involving the same or connecting lots, or premises whose connection is interrupted only by a public

**PB 00 06 01 17**

street, roadway or waterway, or railroad right-of-way.

3. **Products-Completed Operations Aggregate Limit of Insurance**

   The Products-Completed Operations Aggregate Limit is the most we will pay under COVERAGE A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. **Personal and Advertising Injury Limit of Insurance**

   Subject to paragraph 2. above, the Personal and Advertising Injury Limit is the most we will pay under COVERAGE B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. **Each Occurrence Limit of Insurance**

   Subject to paragraph 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under COVERAGE A; and

   b. Medical expenses under COVERAGE C;

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. **Tenants Property Damage Legal Liability Limit of Insurance**

   Subject to paragraph 5. above, the Tenants Property Damage Legal Liability Limit is the most we will pay under COVERAGE A for damages because of all "property damage" to premises, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one "occurrence".

7. **Medical Payments Limit of Insurance**

   Subject to paragraph 5. above, the Medical Payments Limit is the most we will pay under COVERAGE C for all medical expenses because of "bodily injury" sustained by any one person.

8. The Limits of Insurance of this policy apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

9. **Property Damage Deductible**

   If a deductible amount is shown in the Liability Declarations, the following provisions apply:

   a. If a deductible amount for Property Damage is shown in the Liability Declarations, any obligation by us under this policy to pay sums on your behalf because of "property damage", applies only to sums in excess of the deductible amount shown in the Declarations for any one "occurrence".

   b. If a deductible amount for Car Wash Property Damage is shown in the Liability Declarations, any obligation by us under this policy to pay sums on your behalf because of "property damage", applies only to sums in excess of the deductible amount shown in the Declarations for any one claim.

   c. If we pay all or any part of a deductible to settle any claim or "suit", upon notification of such payment by us, you shall promptly reimburse us for the amount of the deductible that has been paid by us.

IV. **LIABILITY CONDITIONS**

The following conditions apply in addition to the COMMON POLICY CONDITIONS.

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You and any insured must see to it that we are notified as soon as practicable of an "occurrence" or an offense that may result in a claim. To the extent possible, notice should include:

   (1) How, when and where the "occurrence" or offense took place;

   (2) The names and addresses of any injured persons and witnesses; and

   (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

   (1) Immediately record the specifics of the claim or "suit" and the date received; and

   (2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit";

(4) Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply; and

(5) Agree to be examined under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim or "suit". At our option and expense, any examination under oath may be video or audio taped as well as being recorded by stenographic record. In the event of an examination, an insured's answers must be signed.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

No person or organization has a right under this policy:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

V. **DEFINITIONS**

The terms "you", "your", "we", "us", "our" and "insured" are defined in the Preamble of this Coverage Form. The following words or phrases, which appear in quotation marks throughout this Coverage Form and any of its endorsements, are defined as follows:

1. **"Advertisement"** means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

b. Regarding websites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. **"Auto"** means:

a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged.

HOWEVER, "auto" does not include "mobile equipment".

3. **"Bodily injury"** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. **"Coverage territory"** means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between

PB 00 06 01 17

any places included in paragraph a. above; or

c.  All other parts of the world if the injury or damage arises out of:

(1)  Goods or products made or sold by you in the territory described in paragraph a. above; or

(2)  The activities of a person whose home is in the territory described in paragraph a. above, but is away for a short time on your business; or

(3)  "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in paragraph a. above or in a settlement we agree to.

5.  **"Employee"** includes a "leased worker". "Employee" does not include a "temporary worker".

6.  **"Executive officer"** means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7.  **"Fungi"** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or byproducts produced or released by fungi.

8.  **"Hostile fire"** means one which becomes uncontrollable or breaks out from where it was intended to be.

9.  **"Impaired property"** means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a.  It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b.  You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

a.  The repair, replacement, adjustment or removal of "your product" or "your work"; or

b.  Your fulfilling the terms of the contract or agreement.

10.  **"Insured contract"** means:

a.  A contract for a lease of premises.

HOWEVER, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b.  A sidetrack agreement;

c.  Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d.  An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e.  An elevator maintenance agreement;

f.  That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1)  That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2)  That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a)  Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b)  Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3)  Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those

Includes copyrighted material of Insurance Services Office, Inc., with its permission.    PB 00 06 01 17

listed in paragraph (2) above and supervisory, inspection, architectural or engineering activities.

11. **"Leased worker"** means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

12. **"Loading or unloading"** means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

13. **"Mobile equipment"** means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, forklifts, farm machinery, farm implements and other vehicles designed for use or used principally off public roads. This includes motorized golf carts, snowmobiles, and other land vehicles designed for recreational use;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles, other than snowmobiles, that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      (1) Power cranes, shovels, loaders, diggers or drills; or

      (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   e. Vehicles not described in paragraphs a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      (1) Air compressors, pumps and generators, including spraying, welding, building cleaning,

geophysical exploration, lighting and well servicing equipment; or

      (2) Cherry pickers and similar devices used to raise or lower workers;

   f. Vehicles not described in paragraphs a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

   HOWEVER, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

      (1) Equipment designed primarily for:

         (a) Snow removal;

         (b) Road maintenance, but not construction or resurfacing; or

         (c) Street cleaning;

      (2) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; and

      (3) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers.

   HOWEVER, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where they are licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law or motor vehicle registration law are considered "autos".

14. **"Occurrence"** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

15. **"Personal and advertising injury"** means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

PB 00 06 01 17

d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

16. **"Pollutants"** mean any solid, liquid, gaseous or thermal irritant or contaminant, including but not limited to smoke, vapor, soot, fumes, acids, alkalis, petroleum products and their derivatives, chemicals and waste. Such irritants or contaminants are "pollutants" whether or not they have any function in your business, operations, premises, sites or locations.

Waste includes but is not limited to materials to be recycled, reconditioned or reclaimed and livestock, poultry or other animal excrement.

17. **"Products-completed operations hazard"**:

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned.

HOWEVER, "your work" will be deemed completed at the earliest of the following times:

(a) When all of the work called for in your contract has been completed.

(b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise

complete, will be treated as completed.

HOWEVER, if your business includes the selling, handling or distribution of "your product" for consumption on premises you own or rent, all "bodily injury" and "property damage" that arises out of "your products" is included if the "bodily injury" or "property damage" occurs after you have relinquished possession of those products.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

(2) The existence of tools, uninstalled equipment or abandoned or unused materials.

18. **"Property damage"** means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

19. **"Suit"** means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are

Includes copyrighted material of Insurance Services Office, Inc., with its permission.    PB 00 06 01 17

claimed and to which the insured submits with our consent.

20. **"Temporary worker"** means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

21. **"Volunteer worker"** means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

22. **"Your product"**:

   a.  Means:

      (1)  Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

          (a)  You;

          (b)  Others trading under your name; or

          (c)  A person or organization whose business or assets you have acquired; and

      (2)  Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

   b.  Includes:

      (1)  Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      (2)  The providing of or failure to provide warnings or instructions.

   c.  Does not include vending machines or other property rented to or located for the use of others but not sold.

23. **"Your work"**:

   a.  Means:

      (1)  Work or operations performed by you or on your behalf; and

      (2)  Materials, parts or equipment furnished in connection with such work or operations.

   b.  Includes:

      (1)  Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

      (2)  The providing of or failure to provide warnings or instructions.

24. **"Silica"** means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

25. **"Silica-related dust"** means a mixture or combination of silica and other dust or particles.

26. **"Talc"** means magnesium silicate hydroxide (a mineral that is part of the silicate group and in some forms is also known as soapstone) and includes the mineral in any form including but not limited to fibers or dust.

BUSINESSOWNERS
PB 00 08 01 17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY EXCLUSION

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

A.  This insurance does not apply:

1.  Under any Liability Coverage, to "bodily injury" or "property damage":

    a.  With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

    b.  Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

        (1) Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

        (2) The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

2.  Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

3.  Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

    a.  The "nuclear material":

        (1) Is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured"; or

        (2) Has been discharged or dispersed therefrom;

    b.  The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an insured; or

    c.  The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion c. applies only to "property damage" to such "nuclear facility" and any property thereat.

B.  As used in this endorsement:

1.  **"Hazardous properties"** includes radioactive, toxic or explosive properties.

2.  **"Nuclear material"** means "source material", "special nuclear material" or "by-product material".

3.  **"Source material", "special nuclear material"**, and **"by-product material"** have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

4.  **"Spent fuel"** means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

5.  **"Waste"** means any waste material:

    a.  Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content; and

    b.  Resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

6.  **"Nuclear facility"** means:

    a.  Any "nuclear reactor";

PB 00 08 01 17

b. Any equipment or device designed or used for:

    (1) Separating the isotopes of uranium or plutonium;

    (2) Processing or utilizing "spent fuel"; or

    (3) Handling, processing or packaging "waste";

c. Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

d. Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

7. **"Nuclear reactor"** means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

8. **"Property damage"** includes all forms of radioactive contamination of property.

**All terms and conditions of this policy apply unless modified by this endorsement.**

 Includes copyrighted material of Insurance Services Office, Inc., with its permission. PB 00 08 01 17

BUSINESSOWNERS
PB 00 09 01 17

# PREMIER BUSINESSOWNERS
# COMMON POLICY CONDITIONS

Various provisions in this policy restrict coverage. Please read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insureds shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

All coverages of this policy are subject to the following conditions.

## A. CANCELLATION

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. Five (5) days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy:

      (1) The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

         (a) Seasonal unoccupancy; or

         (b) Buildings in the course of construction, renovation or addition.

         Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

      (2) After damage by a Covered Cause of Loss, permanent repairs to the building:

         (a) Have not started; and

         (b) Have not been contracted for;

         within 30 days of initial payment of loss.

      (3) The building has:

         (a) An outstanding order to vacate;

         (b) An outstanding demolition order; or

         (c) Been declared unsafe by governmental authority.

      (4) Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

      (5) Failure to:

         (a) Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

         (b) Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

   b. Ten (10) days before the effective date of cancellation if we cancel for nonpayment of premium.

   c. Thirty (30) days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. Refunds will be calculated on a pro-rata basis regardless of who initiates the cancellation. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

PB 00 09 01 17

B. **CHANGES**

1. This policy contains all the agreements between you and us concerning the insurance afforded.

2. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent.

3. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

C. **CONCEALMENT, MISREPRESENTATION OR FRAUD**

1. This policy is void in its entirety in any case of fraud, at any time, by you or your representative as it relates to this policy.

2. This policy is also void if you, your authorized representative or any other insured, at any time, conceal or misrepresent any material fact, or violate any material warranty, concerning:

   a. This policy, including your application for this policy;

   b. The Covered Property;

   c. Your interest in the Covered Property; or

   d. A claim under this policy.

3. We also have the right to rescind this policy based upon any other grounds provided by law.

D. **EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy or to any claim arising under this policy at any time during the policy period and up to three years afterward.

E. **INSPECTIONS AND SURVEYS**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

F. **INSURANCE UNDER TWO OR MORE COVERAGES OF THIS POLICY**

If two or more of this policy's coverages apply to the same injury, loss or damage, we will not pay more than the actual amount of the injury, loss or damage, up to the highest applicable Limit of Insurance under any one coverage.

G. **LIBERALIZATION**

If we adopt any revision that would broaden the coverage under this policy without additional premium within 60 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

H. **OTHER INSURANCE**

1. Under any property coverage provided by this policy, if there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

2. Under any liability coverage provided by this policy,

   a. If, for injury or loss we cover, there is other valid and collectible insurance available to any insured under another policy:

      (1) Issued by another insurer, or if there is self insurance or similar risk retention that applies to a loss covered by this policy, then this insurance provided by us shall be excess over such other insurance; or

      (2) Issued by us or any of our affiliate companies, that applies to a loss covered by this policy, then only the highest applicable Limit of Insurance shall apply to such loss. This condition does not apply to any policy issued

by us that is designed to provide Excess or Umbrella liability insurance.

b. This insurance, if applicable, is also excess, whether that other insurance is primary, excess, contingent or provided on any other basis:

(1) Over any applicable property insurance or other insurance that insures for direct physical loss or damage;

(2) Over any valid and collectible insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured; or

(3) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. under Section I. COVERAGES, COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY of the Liability Coverage Form.

c. When this insurance is excess, we will have no duty under the liability coverage provided by this policy to defend any insured against any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to any insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this policy.

d. **Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal

amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

I. **PREMIUMS**

1. The first Named Insured shown in the Declarations:

a. Is responsible for the payment of all premiums; and

b. Will be the payee for any return premiums we pay.

2. The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

3. With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

a. Paid to us prior to the anniversary date; and

b. Determined in accordance with Paragraph 2. above.

Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

4. Undeclared exposures or changes in your business operation and acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules in effect at the inception of such policy.

J. **PREMIUM AUDIT**

1. We have the right but are not obligated to audit this policy. The first Named Insured must keep records of the information we need for premium computation, and send us copies of those records at such times as we may request.

2. If we do audit your policy, at the close of that audit period, we will compute the earned

PB 00 09 01 17

premium for that period and the final premium due based upon your actual exposures.

3. We will send notice to the first Named Insured after the audit has been completed. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

K. **TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US**

1. **Applicable to Businessowners Property Coverage:**

   If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

   a. Prior to a loss to your Covered Property.

   b. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

      (1) Someone insured by this insurance;

      (2) A business firm:

         (a) Owned or controlled by you; or

         (b) That owns or controls you; or

      (3) Your tenant, but only with our written consent.

You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

This will not restrict your insurance.

2. **Applicable to Businessowners Liability Coverage:**

   If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Payments Coverage.

   HOWEVER, in the event of any payment under this policy, we waive our right of recovery or subrogation against any person or organization with respect to which you have waived your right of recovery or subrogation in writing and prior to a loss.

L. **TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

1. Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

2. If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

**All terms and conditions of this policy apply unless modified by this endorsement.**

Includes copyrighted material of Insurance Services Office, Inc., with its permission.     PB 00 09 01 17



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

### STATEMENT OF VALUES

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

The values shown on this Statement of Values reflect the values you have requested or agreed to for each individual item that was included in the Blanket Limit of Insurance shown in the Declarations of your policy.

By your acceptance of this policy in the payment of the premium due, you are acknowledging that the values shown below are correct to the best of your knowledge and belief.

| Premises/ Building | Description/ Coverage Type | Value | Valuation of Property |
|---|---|---|---|
| 001/001 | Building | $597,800 | Replacement Cost |
| 001/002 | Building | $553,700 | Replacement Cost |
| 001/003 | Building | $434,600 | Replacement Cost |
| 001/004 | Building | $351,000 | Replacement Cost |
| 001/005 | Building | $464,700 | Replacement Cost |
| 001/006 | Building | $449,700 | Replacement Cost |
| 001/007 | Building | $494,600 | Replacement Cost |
| 001/008 | Building | $563,400 | Replacement Cost |
| 001/009 | Building | $341,000 | Replacement Cost |
| 001/010 | Building | $494,600 | Replacement Cost |
| 001/011 | Building | $620,800 | Replacement Cost |
| 001/012 | Building | $620,800 | Replacement Cost |
| 001/013 | Building | $557,100 | Replacement Cost |
| 001/014 | Building | $620,800 | Replacement Cost |
| 001/015 | Building | $561,900 | Replacement Cost |
| 001/016 | Building | $557,100 | Replacement Cost |
| 001/017 | Building | $620,800 | Replacement Cost |

**BUSINESSOWNERS**
**PB 04 12 01 01**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

This insurance applies only to "bodily injury", "property damage", "personal and advertising injury" and medical expenses arising out of the ownership, maintenance or use of those premises that are shown in the Declarations, and your operations necessary or incidental to those premises.

**All terms and conditions of this policy apply unless modified by this endorsement.**

BUSINESSOWNERS
PB 05 23 07 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM
PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

The following provisions are added to the Businessowners Policy and apply to Property and Liability Coverages:

A. **CAP ON CERTIFIED TERRORISM LOSSES**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

B. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.

**All terms and conditions of this policy apply unless modified by this endorsement.**

BUSINESSOWNERS
PB 05 88 04 11

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA - LIMITED FUNGI OR BACTERIA COVERAGE

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

## A. AMENDMENTS TO THE LIABILITY COVERAGE FORM

1. In Section I. COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY, under paragraph 2. EXCLUSIONS, the following exclusion is added:

   This insurance, including any duty we have to defend "suits", does not apply to:

   **Fungi or Bacteria Bodily Injury**

   "Bodily Injury" arising out of:

   a. A "fungi or bacteria incident"; or

   b. Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

   HOWEVER, this exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, "your product" intended for human or animal consumption.

2. In Section I. COVERAGES, COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY, under paragraph 2. EXCLUSIONS, the following exclusions are added:

   This insurance, including any duty we have to defend "suits", does not apply to:

   **Fungi or Bacteria**

   "Personal and advertising injury" which would not have occurred, in whole or in part, but for:

   a. a "fungi or bacteria incident"; or

   b. Any loss, cost or expenses arising out of the testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

3. Coverage provided by this insurance for "property damage", arising out of a "fungi or bacteria incident", is subject to the Fungi And Bacteria Property Damage Aggregate Limit as described in Paragraph 4. of this endorsement.

4. The following are added to Section III. LIMITS OF INSURANCE AND DEDUCTIBLE:

   1. The Fungi And Bacteria Property Damage Aggregate Limit of $50,000 is the most we will pay for all "property damage" arising out of a "fungi or bacteria incident".

   2. Paragraphs 5. Each Occurrence Limit of Insurance and 6. Tenants Property Damage Legal Liability Limit of Insurance continue to apply to "property damage" arising out of a "fungi or bacteria incident" but only if, and to the extent that, limits are available under the Fungi And Bacteria Liability Aggregate Limit.

## B. ADDITIONAL DEFINITIONS

The following definitions are added to the LIABILITY COVERAGE FORM, under Section V. DEFINITIONS.:

1. **"Fungi"** means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or byproducts produced or released by fungi.

2. **"Fungi or bacteria incident"** means an incident which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**All terms and conditions of this policy apply unless modified by this endorsement.**

BUSINESSOWNERS
PB 12 03 01 01

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

The following is added to Section E. PROPERTY LOSS CONDITIONS, paragraph 5. Loss Payment:

**A. LOSS PAYABLE**

If the Loss Payee shown in the Declarations on the Schedule of Mortgagees And Loss Payees is a loss payable for Covered Property in which both you and a Loss Payee have an insurable interest, the following provision applies.

We will:

1. Adjust losses with you; and

2. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**B. LENDER'S LOSS PAYABLE**

If the Loss Payee shown in the Declarations on the Schedule of Mortgagees And Loss Payees is a creditor (including a mortgageholder or trustee) with whom you have entered a contract for the sale of Covered Property, whose interest in that Covered Property is established by such written contracts as warehouse receipts, a contract for deed, bills of lading or financing statements, the following provisions apply.

1. For Covered Property in which both you and a Loss Payee have an insurable interest:

   a. We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

   b. The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure for similar action on the Covered Property.

   c. If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

      (1) Pays any premium due under this policy at our request if you have failed to do so;

      (2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

   (3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

   All of the terms of this Coverage Form will then apply directly to the Loss Payee.

   d. If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

      (1) The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

      (2) The Loss Payee's right to recover the full amount of the Loss Payee's claim will not be impaired.

   At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

2. If we cancel this policy, we will give written notice to the Loss Payee at least:

   a. 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. If we do not renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

**C. CONTRACT OF SALE**

If the Loss Payee shown in the Declarations on the Schedule of Mortgagees And Loss Payees is a person or organization you have entered a contract with for the sale of Covered Property, the following provisions apply.

1. For Covered Property in which both you and the Loss Payee have an insurable interest, we will:

**PB 12 03 01 01**

a.  Adjust losses with you; and

b.  Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

2.  The following is added to the COMMON POLICY CONDITIONS, Condition H. OTHER INSURANCE, under paragraph 1.:

For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**All terms and conditions of this policy apply unless modified by this endorsement.**

     Includes copyrighted material of Insurance Services Office, Inc., with its permission.     PB 12 03 01 01

BUSINESSOWNERS
PB 14 78 01 17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO BY-PRODUCTS OF PRODUCTION OR PROCESSING OPERATIONS (RENTAL PROPERTIES)

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

A.  The terms of this endorsement apply to rental unit(s) and to the building(s) in which such unit(s) are located, including any contents of such unit(s) and building(s).

B.  In Section B. EXCLUSIONS, under paragraph 1. the following is added:

**Loss Due to By-Products of Production or Processing Operations (Rental Properties)**

We will not pay for loss or damage to the described premises, caused by or resulting from smoke, vapor, gas or any substance released in the course of production operations or processing operations performed at the rental unit(s). This exclusion applies regardless of whether such operations are:

1.  Legally permitted or prohibited;

2.  Permitted or prohibited under the terms of the lease; or

3.  Usual to the intended occupancy of the premises.

This exclusion does not apply to loss or damage by fire or explosion that results from the release of a by-product of the production or processing operation.

C.  If the loss or damage described in Paragraph B. of this endorsement results in Business Income loss or Extra Expense, there is no coverage for such loss or expense under the Business Income or Extra Expense Additional Coverages.

D.  The conduct of a tenant's production or processing operations will not be considered to be vandalism of the rental premises regardless of whether such operations are:

1.  Legally permitted or prohibited;

2.  Permitted or prohibited under the terms of the lease; or

3.  Usual to the intended occupancy of the premises.

**All terms and conditions of this policy apply unless modified by this endorsement.**

BUSINESSOWNERS
PB 14 86 11 14

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM

A.. In Section I. COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY, under paragraph 2. EXCLUSIONS, the following exclusions are added:

This insurance, including any duty we have to defend "suits", does not apply to:

**Communicable Disease**

This insurance does not apply to "bodily injury" or "property damage" or "personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

    **a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

    **b.** Testing for a communicable disease;

    **c.** Failure to prevent the spread of the disease; or

    **d.** Failure to report the disease to authorities.

B. In Section I. COVERAGES, COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY, under paragraph 2. EXCLUSIONS, the following exclusions are added:

This insurance, including any duty we have to defend "suits", does not apply to:

**Communicable Disease**

This insurance does not apply to "personal and advertising injury" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

    **a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

    **b.** Testing for a communicable disease;

    **c.** Failure to prevent the spread of the disease; or

    **d.** Failure to report the disease to authorities.

**BUSINESSOWNERS**
**PB 20 03 01 17**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# HABITATIONAL PLUS ENDORSEMENT

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

## SCHEDULE

| Coverage Description | Limit of Insurance | Deductible |
|---|---|---|
| Reward Payment | $5,000 | $500 |
| Lock Replacement Expenses | $5,000 | $500 |
| Tenant Move-back Expenses | $15,000 | $500 |

**A. OPERATION OF THIS ENDORSEMENT**

This endorsement provides the coverage described herein only at your covered habitational premises.

**B.** The following is added to the PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM:

1. Under Section A. Coverages, the following is added to 5. Additional Coverages:

   **a. Reward Payment**

   (1) We will reimburse you for rewards paid as follows:

      (a) Up to $5,000 to an eligible person for information leading to the arrest and conviction of any person or persons committing a crime resulting in loss or damage to Covered Property from a Covered Cause of Loss.

      HOWEVER, we will pay no more than the lesser of the following amounts:

      (i) Actual cash value of the Covered Property at the time of loss or damage, but not more than the amount required to repair or replace it; or

      (ii) The amount determined by the loss settlement procedure applicable to the Covered Property under the Loss Payment Condition.

      (b) Up to $5,000 to an eligible person for the return of stolen Covered Property, when the loss is caused by theft.

      HOWEVER, we will pay no more than the lesser of the following amounts:

      (i) Actual cash value based on the condition of the Covered Property at the time it is returned, but not more than the amount required to repair or replace it; or

      (ii) The amount determined by the loss settlement procedure applicable to the returned Covered Property under the Loss Payment Condition.

   (2) This Additional Coverage applies subject to the following conditions:

      (a) An eligible person means that person designated by a law enforcement agency as being the first to voluntarily provide the information leading to the arrest and conviction or return of the stolen Covered Property, and who is not:

      (i) You or any family member;

      (ii) Your employee (including a temporary or leased employee) or any of his or her family members;

      (iii) An employee of a law enforcement agency;

PB 20 03 01 17

    (iv) An employee of a business engaged in property protection;

    (v) Any person who had custody of the Covered Property at the time the theft was committed; or

    (vi) Any person involved in the crime.

  (b) No reward will be reimbursed unless and until the person(s) committing the crime is (are) convicted or the Covered Property is returned.

  (c) The lesser of the amount of the reward or $5,000 is the most we will reimburse for loss under this Additional Coverage in any one occurrence.

**b. Lock Replacement Expenses**

  (1) We will pay the expense you incur to repair or replace door locks or tumblers at the described premises due to the theft or other loss of the keys to such door locks or tumblers.

  (2) The most we will pay under this Additional Coverage for all loss or damage in any one occurrence is $5,000.

  (3) This Lock Replacement Expenses Additional Coverage is in addition to the Limits of Insurance.

**c. Tenant Move-back Expenses**

  (1) We will pay for expenses that you incur to move your tenants back to the described premises from a temporary location in the event that your tenants must temporarily vacate a Building at the premises described in the Declarations due to untenantable conditions. The vacancy must result from a direct physical loss or damage to your Covered Property caused by or resulting from a Covered Cause of Loss.

  (2) We will only pay for the following expenses:

    (a) Packing, transporting and unpacking of tenants' property; and

    (b) The net cost to reestablish the tenants' utility and telephone services, after any refunds due the tenants.

  (3) We will only pay for expenses listed in Paragraphs (2)(a) and (2)(b) above that you incur within 60 days of the date that the damaged building has been repaired or rebuilt.

  (4) The most we will pay under this Additional Coverage in any one occurrence at each described premises is $15,000.

**C. DEDUCTIBLES**

For these Additional Coverages, we will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Schedule of this endorsement. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance shown in the Schedule of this endorsement.

**All terms and conditions of this policy apply unless modified by this endorsement.**

    Includes copyrighted material of Insurance Services Office, Inc., with its permission.     PB 20 03 01 17

BUSINESSOWNERS
PB 59 10 12 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA CHANGES – DIMINISHED VALUE EXCLUSION ENDORSEMENT

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

A.  In Section B. EXCLUSIONS, under paragraph 2., the following exclusion is added:

**Diminution of Values**

We will not pay for loss or damage caused by or resulting from diminution in value.

**All terms and conditions of this policy apply unless modified by this endorsement.**

BUSINESSOWNERS
PB 90 10 08 22

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# GEORGIA AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS COMMON POLICY CONDITIONS
PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

A. **CANCELLATION**

In the COMMON POLICY CONDITIONS, under Condition A. CANCELLATION paragraphs 1. and 5. are replaced by the following:

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation stating a future date on which the policy is to be cancelled, subject to the following:

   a. If only the interest of the first Named Insured is affected, the effective date of cancellation will be either the date we receive notice from the first Named Insured or the date specified in the notice, whichever is later. However, upon receiving a written notice of cancellation from the first Named Insured, we may waive the requirement that the notice state the future date of cancellation, by confirming the date and time of cancellation in writing to the first Named Insured.

   b. If by statute, regulation or contract this policy may not be cancelled unless notice is given to a governmental agency, mortgagee or other third party, we will mail or deliver at least 10 days notice to the first Named Insured and the third party as soon as practicable after receiving the first Named Insured's request for cancellation.

   Our notice will state the effective date of cancellation, which will be the later of the following:

   (1) 10 days from the date of mailing or delivering our notice, or

   (2) The effective date of cancellation stated in the first Named Insured's notice to us.

5. **Premium Refund**

   a. If this policy is cancelled, we will send the first Named Insured any premium refund due.

   b. If we cancel, the refund will be pro rata, except as provided in c. below.

   c. If the cancellation results from failure of the first Named Insured to pay, when due, any premium to us or any amount, when due, under a premium finance agreement, then the refund may be less than pro rata. Calculation of the return premium at less than pro rata represents a penalty charged on unearned premium.

   d. If the first Named Insured cancels, the refund may be less than pro rata.

   e. The cancellation will be effective even if we have not made or offered a refund.

B. n the COMMON POLICY CONDITIONS, under Condition A. CANCELLATION, the following is added and supersedes any other provisions to the contrary:

If we decide to:

1. Cancel or nonrenew this policy; or

2. Increase current policy premium by more than 15% (other than any increase due to change in risk, exposure or experience modification or resulting from an audit of auditable coverages); or

3. Change any policy provision which would limit or restrict coverage;

Then we will mail or deliver notice of our action (including the dollar amount of any increase in renewal premium of more than 15%) to the first Named Insured and lienholder, if any, at the last mailing address known to us.

Except as applicable as described in Paragraph C. or D. below, we will mail or deliver notice at least:

1. 10 days before the effective date of cancellation if this policy has been in effect less than 60 days or if we cancel for nonpayment of premium; or

2. 45 days before the effective date of cancellation if this policy has been in effect 60 or more days and we cancel for a reason other than nonpayment of premium; or

PB 90 10 08 22

3. 45 days before the expiration date of this policy if we decide to nonrenew, increase the premium or limit or restrict coverage.

C. The following provisions apply to insurance covering residential real property only if the Named Insured is a natural person.

In the COMMON POLICY CONDITIONS, under Condition A. CANCELLATION, the following is added and supersedes any other provisions to the contrary except as applicable as described in Paragraph D.:

1. When this policy has been in effect for 60 days or less and is not a renewal with us, we may cancel for any reason by notifying the first Named Insured at least 10 days before the date cancellation takes effect.

2. When this policy has been in effect for more than 60 days, or at any time if it is a renewal with us, we may cancel only for one or more of the following reasons:

   a. Nonpayment of premium, whether payable to us or to our agent;

   b. Upon discovery of fraud, concealment of a material fact, or material misrepresentation made by or with the knowledge of any person insured under this policy in obtaining this policy, continuing this policy or presenting a claim under this policy;

   c. Upon the occurrence of a change in the risk which substantially increases any hazard insured against; or

   d. Upon the violation of any of the material terms or conditions of this policy by any person insured under this policy.

   We may cancel by providing notice to the first Named Insured at least:

   (1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   (2) 45 days before the effective date of cancellation if we cancel for any of the reasons listed in b., c. or d. above.

D. In the COMMON POLICY CONDITIONS, under Condition A. CANCELLATION, with respect to a policy that is written to permit an audit, the following is added:

If you fail to submit to or allow an audit for the current or most recently expired term, we may cancel this policy subject to the following:

1. We will make two documented efforts to send you and your agent notification of potential cancellation. After the second notice has been sent, we have the right to cancel this policy by mailing or delivering a written notice of

cancellation to the first Named Insured at least 10 days before the effective date of cancellation, but not within 20 days of the first documented effort.

2. If we cancel this policy based on your failure to submit to or allow an audit, we will send the written notice of cancellation to the first Named Insured at the last known mailing address by certified mail or statutory overnight delivery with return receipt requested.

E. In the COMMON POLICY CONDITIONS, under Condition C. CONCEALMENT, MISREPRESENTATION OR FRAUD paragraphs 1. through 3. are replaced by the following:

1. We will not pay for any loss or damage in any case involving misrepresentations, omissions, concealment of facts or incorrect statements.

2. We will not pay for any loss if you, your authorized representative or any other insured, at any time, conceal or misrepresent any material fact, or violate any material representation, concerning:

   a. This policy, including your application for this policy;

   b. The Covered Property;

   c. Your interest in the Covered Property; or

   d. A claim under this policy.

3. We also have the right to not pay for any loss on this policy based upon any other grounds provided by law.

F. **AMENDMENTS TO THE PREMIER BUSINESS-OWNERS PROPERTY COVERAGE FORM**

Under Section B. EXCLUSIONS, the following exclusion is added to paragraph 2.:

We will also not pay for loss or damage arising out of any act committed:

1. By or at the direction of any insured; and

2. With the intent to cause a loss.

HOWEVER, this exclusion will not apply to deny coverage to an innocent co-insured, provided the loss:

a. Is otherwise covered under this Policy; and

b. Arose out of an act of family violence by an insured, against whom a family violence complaint is brought for such act.

If we pay a claim to such innocent co-insured, our payment is limited to that insured's legal interest in the property less any payments we first made to a mortgageholder or other party with a legal secured interest in the property. In no event will we pay more than the Limit of Insurance.

G. **AMENDMENTS TO THE CYBER SUITE COVERAGE ENDORSEMENT**

    Includes copyrighted material of Insurance Services Office, Inc., with its permission.    PB 90 10 08 22

If Cyber Suite coverage for m PB 90 74 is a part of this policy, then coverage provided on that form is amended as follows:

1. **A. COVERAGE, 1. Data Compromise Response Expenses**, paragraph **a.(1)** is deleted and replaced with the following:

   **(1)** There has been a "personal data compromise" that occurred after the first inception of this Cyber Coverage or, if prior to first inception, occurred while the insured had coverage similar to that described in this coverage form; and

2. **A. COVERAGE, 2. Computer Attack**, paragraph **a.(1)** is deleted and replaced with the following:

   **(1)** There has been a "computer attack" that occurred after the first inception of this Cyber Coverage or, if prior to first inception, occurred while the insured had coverage similar to that described in this coverage form; and

3. **A. COVERAGE, 3. Cyber Extortion**, paragraph **a.(1)** is deleted and replaced with the following:

   **(1)** There has been a "cyber extortion threat" that occurred after the first inception of this Cyber Coverage or, if prior to first inception, occurred while the insured had coverage similar to that described in this coverage form; and

4. **A. COVERAGE, 4. Misdirected Payment Fraud**, paragraph **a. (1)** is deleted and replaced with the following:

   **(1)** There has been a "wrongful transfer event" against you that occurred after the first inception of this Cyber Coverage, or, if prior to first inception, occurred while the insured had coverage similar to that described in this coverage form;

5. **A. COVERAGE, 5. Computer Fraud,** paragraph **a.(1)** is deleted and replaced with the following:

   **(1)** There has been a "computer fraud event" against you that occurred after the first inception of this Cyber Coverage, or, if prior to first inception, occurred while the insured had coverage similar to that described in this coverage form; and

6. **A. COVERAGE, 6. Data Compromise Liability**, paragraph **a.** is deleted and replaced with the following:

   **a.** Data Compromise Liability applies only if all of the following conditions are met:

   **(1)** During the "policy period" or any applicable Extended Reporting Period, you first receive notice of one of the following:

   **(a)** A "claim" brought by or on behalf of one or more "affected individuals"; or

   **(b)** A "regulatory proceeding" brought by

a government entity; and

**(2)** Such "claim" or "regulatory proceeding" must arise from a "personal data compromise" that:

   **(a)** Occurred after the first inception of this Cyber Coverage, or, if prior to first inception, occurred while the insured had coverage similar to that described in this coverage form;

   **(b)** Took place in the "coverage territory"; and

   **(c)** Was submitted to us and insured under Data Compromise Response Expenses; and

**(3)** Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

7. **A. COVERAGE, 7. Network Security Liability**, paragraph **a.** is deleted and replaced with the following:

   **a.** Network Security Liability applies only if all of the following conditions are met:

   **(1)** During the "policy period" or any applicable Extended Reporting Period, you first receive notice of a "claim" which arises from a "network security incident" that:

   **(a)** Occurred after the first inception of this Cyber Coverage, or, if prior to first inception, occurred while the insured had coverage similar to that described in this coverage form; and

   **(b)** Took place in the "coverage territory"; and

   **(2)** Such "claim is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

8. **A. COVERAGE, 8. Electronic Media Liability**, paragraph **a.** is deleted and replaced with the following:

   **a.** Electronic Media Liability applies only if all of the following conditions are met:

   1) During the "policy period" or any applicable Extended Reporting Period, you first receive notice of a "claim" which arises from an "electronic media incident" that:

   **(a)** Occurred after the first inception of this Cyber Coverage, or, if prior to first inception, occurred while the insured had coverage similar to that described in this coverage form; and

**PB 90 10 08 22**

   **(b)** Took place in the "coverage territory"; and

   **(2)** Such "claim is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

9. **B. EXCLUSIONS**, paragraph **11.** is deleted and replaced with the following:

   **11.** Any "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event", "computer fraud event" or "wrongful act" discovered by you prior to the first inception of this Cyber Coverage or any coverage substantially similar to that described in this coverage.

10. The following are added to **B. EXCLUSIONS**:

    Any "claim" of which you first receive notice prior to the first inception of this Cyber Coverage.

    Any "wrongful act" that occurred prior to the first inception of this Cyber Coverage but did not occur while the insured had coverage similar to that described in this endorsement.

11. **E. ADDITIONAL CONDITIONS**, paragraph **9.** Is deleted and replaced with the following:

    **9.  Other Insurance**

    If there is other insurance that applies to the same "loss", we will pay our share of the covered "loss". Our share is the proportion that the applicable limit bears to the Limits of Insurance of all insurance covering on the same basis.

    In all events, we will not pay more than the applicable limit as specified in the Cyber Suite Supplemental Declarations.

12. **F. DEFINTIONS, 6. "Claim"**, paragraph **c.** is deleted and replaced with the following:

    **c.** The "personal data compromise" giving rise to the proceeding was covered under Data Compromise Response Expenses section of this Cyber Coverage, and you submitted a "claim" to us and provided notifications to "affected individuals" in consultation with us pursuant to Data Compromise Response Expenses in connection with such "personal data compromise".

H. In the PROPERTY LOSS CONDITIONS, paragraph 4. Legal Action Against Us, is replaced with:

   **4.  Legal Action Against Us**

   No one may bring a legal action against us under this insurance unless:

   **a.** There has been full compliance with all of the terms of this insurance; and

   **b.** The action is brought within two years after the date on which the direct physical loss or damage occurred.

## CONDOMINIUM OR TOWNHOUSE ASSOCIATION AMENDMENTS

If you are a Condominium or Townhouse Association, the following amendments also apply to you:

J. Under the CONDOMINIUM ASSOCIATION COVERAGE endorsement, form PB 17 01, paragraph C. is replaced by the following:

   **C.** Under the PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM, the following is added to Section II. Who Is An Insured:

   **7.** All agents of the condominium association.

   **8.** All unit-owners and other persons entitled to occupy any unit or other portion of the condominium but only with respect to liability arising out of, or in connection with, the use, ownership, maintenance or repair of the common elements or other portion of the condominium which the association has the responsibility to maintain.

K. **AMENDMENTS TO THE DIRECTORS AND OFFICERS LIABILITY (COOPERATIVES OR CONDOMINIUMS) ENDORSEMENTS**

   1. If the Directors and Officers Liability (Cooperatives or Condominiums) Endorsement, form PB 41 00, is a part of this policy, paragraph A.4.i. is removed.

   2. If the Directors and Officers Liability (Cooperatives or Condominiums) With Non-Monetary Relief Endorsement, form PB 41 51 is a part of this policy, paragraph A.4.h. is removed.

L. **REPLACEMENT TO THE PROTECTIVE SAFEGUARDS ENDORSEMENT**

   If Protective Safeguards Coverage Form Coverage form PB 04 30 is a part of this policy, then paragraphs B.1.a and B.2.a are replaced respectively with the following;

   **B.  EXCLUSIONS**

   1.  FIRE PROTECTIVE SAFEGUARDS

   We will not pay for loss or damages caused by or resulting from fire if, prior to the fire, you:

   **a.** Knew of any suspension or impairment in any protective safeguard as designated at each premises by symbol in the Declarations and failed to notify us of that fact, or

PB 90 10 08 22

2.  BURGLARY AND REBBERY PROTECTIVE SAFEGUARDS

    We will not pay for loss or damage caused by or resulting from theft if, prior to the theft you:

    a.  Knew of any suspension or impairment in any protective safeguard designated at each premises by symbol in the Declarations and failed to notify us of that fact, or

M.  REPLACEMENT TO THE FUNCTIONAL BUILDING VALUATION OPTION ENDORSEMENT

    If Functional Building Valuation Coverage Form PB 54 02 is a part of this policy, then paragraph A.2.B is removed.

N.  **AMENDMENT TO THE COMMON POLICY CONDITIONS**

Under the Common Policy Conditions, form PB 00 09, paragraph H. is replaced by the following:

H.  Other Insurance.

1.  You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this policy. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this policy bears to the Limit of insurance of all covering on the same basis. If there is other insurance covering the same loss or damage, other than that described in a. above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

**All terms and conditions of this policy apply unless modified by this endorsement.**

BUSINESSOWNERS
PB 90 74 04 22

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CYBER SUITE COVERAGE ENDORSEMENT

This endorsement modifies insurance provided under the follow:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

Throughout this Coverage Endorsement (hereinafter referred to as "Cyber Coverage"), the words "you" and "your" refer to the Named Insured(s) shown in the Cyber Suite Supplemental Declarations of this Cyber Coverage and any other person(s) or organization(s) qualifying as a Named Insured under this Cyber Coverage. The words "we", "us" and "our" refer to the company providing this insurance.

Other words and phrases that appear in quotations have special meaning. Refer to **DEFINITIONS**.

The terms and conditions of the Cancellation Clause of the Common Policy Conditions and any amendment to such terms incorporated by endorsement are hereby incorporated herein and shall apply to coverage as is afforded by this Cyber Coverage, unless specifically stated otherwise in an endorsement(s) attached hereto.

Under Section A. COVERAGES, 5. ADDITIONAL COVERAGES, the following Additional Coverage is added:

SECTION 1 – DATA COMPROMISE

This section lists the coverages that apply if indicated in the Cyber Suite Supplemental Declarations.

1. **Data Compromise Response Expenses**

   a. Data Compromise Response Expenses applies only if all of the following conditions are met:

      (1) There has been a "personal data compromise"; and

      (2) Such "personal data compromise" took place in the "coverage territory"; and

      (3) Such "personal data compromise" is first discovered by you during the "policy period"; and

      (4) Such "personal data compromise" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

   b. If the conditions listed in a. above have been met, then we will provide coverage for the following expenses when they arise directly from such "personal data compromise" and are necessary and reasonable. Items **(4)** and **(5)** below apply only if there has been a notification of the "personal data compromise" to "affected individuals" as covered under item **(3)** below.

(1) **Forensic IT Review**

We will pay for a professional information technologies review if needed to determine, within the constraints of what is possible and reasonable, the nature and extent of the "personal data compromise" and the number and identities of the "affected individuals".

This does not include costs to analyze, research or determine any of the following:

(a) Vulnerabilities in systems, procedures or physical security;

(b) Compliance with Payment Card Industry or other industry security standards; or

(c) The nature or extent of "loss" or damage to data that is not "personally identifying information" or "personally sensitive information".

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Forensic IT Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

**PB 90 74 04 22**

**(2) Legal Review**

We will pay for a professional legal counsel review of the "personal data compromise" and how you should best respond to it.

If there is reasonable cause to suspect that a covered "personal data compromise" may have occurred, we will pay for costs covered under Legal Review, even if it is eventually determined that there was no covered "personal data compromise". However, once it is determined that there was no covered "personal data compromise", we will not pay for any further costs.

**(3) Notification to Affected Individuals**

We will pay your necessary and reasonable costs to provide notification of the "personal data compromise" to "affected individuals".

**(4) Services to Affected Individuals**

We will pay your necessary and reasonable costs to provide the following services to "affected individuals". Services **(c)** and **(d)** below apply only to "affected individuals" from "personal data compromise" events involving "personally identifying information".

**(a) Informational Materials**

A packet of loss prevention and customer support information.

**(b) Help Line**

A toll-free telephone line for "affected individuals" with questions about the "personal data compromise". Where applicable, the line can also be used to request additional services as listed in **(c)** and **(d)** below.

**(c) Credit Report and Monitoring**

A credit report and an electronic service automatically monitoring for activities affecting an individual's credit records. This service is subject to the "affected individual" enrolling for this service with the designated service provider.

**(d) Identity Restoration Case Management**

As respects any "affected individual" who is or appears to be a victim of "identity theft" that may reasonably have arisen from the "personal data compromise", the services of an identity restoration professional who will assist that "affected individual" through the process of correcting credit and other records and, within the constraints of what is possible and reasonable, restoring control over his or her personal identity.

**(5) Public Relations**

We will pay for a professional public relations firm review of, and response to, the potential impact of the "personal data compromise" on your business relationships.

This includes necessary and reasonable costs to implement public relations recommendations of such firm. This may include advertising and special promotions designed to retain your relationship with "affected individuals". However, we will not pay for:

**(a)** Promotions provided to any of your directors or employees; or

**(b)** Promotion costs exceeding $25 per "affected individual".

**(6) Regulatory Fines and Penalties**

We will pay for any fine or penalty imposed by law, to the extent such fine or penalty is legally insurable under the law of the applicable jurisdiction.

**(7) PCI Fines and Penalties**

We will pay for any Payment Card Industry fine or penalty imposed under a contract to which you are a party. PCI Fines and Penalties do not include any increased transaction costs.

**SECTION 2 -Computer Attack**

**a.** Computer Attack applies only if all of the following conditions are met:

**(1)** There has been a "computer attack"; and

**(2)** Such "computer attack" occurred in the "coverage territory"; and

**(3)** Such "computer attack" is first

      © 2018, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.      PB 90 74 04 22

PB 90 74 04 22

discovered by you during the "policy period"; and

(4) Such "computer attack" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you.

b. If the conditions listed in **a.** above have been met, then we will provide you the following coverages for "loss" directly arising from such "computer attack".

(1) **Data Restoration**

We will pay your necessary and reasonable "data restoration costs".

(2) **Data Re-creation**

We will pay your necessary and reasonable "data re-creation costs".

(3) **System Restoration**

We will pay your necessary and reasonable "system restoration costs".

(4) **Loss of Business**

We will pay your actual "business income and extra expense loss" incurred during the "period of restoration".

(5) **Extended Income Recovery**

If you suffer a covered "business income and extra expense loss" resulting from a "computer attack" on a "computer system" owned or leased by you and operated under your control, we will pay your actual "extended income loss".

(6) **Public Relations**

If you suffer a covered "business income and extra expense loss", we will pay for the services of a professional public relations firm to assist you in communicating your response to the "computer attack" to the media, the public and your customers, clients or members.

## Section 3 - Cyber Extortion

a. Cyber Extortion applies only if all of the following conditions are met:

(1) There has been a "cyber extortion threat"; and

(2) Such "cyber extortion threat" is first made against you during the "policy period"; and

(3) Such "cyber extortion threat" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first made against you.

b. If the conditions listed in **a.** above have been met, then we will pay for your necessary and reasonable "cyber extortion expenses" arising directly from such "cyber extortion threat". The payment of "cyber extortion expenses" must be approved in advance by us. We will not pay for "cyber extortion expenses" that have not been approved in advance by us. We will not unreasonably withhold our approval.

c. You must make every reasonable effort not to divulge the existence of this Cyber Extortion coverage.

## Section 4 - Misdirected Payment Fraud

a. Misdirected Payment Fraud applies only if all of the following conditions are met:

(1) There has been a "wrongful transfer event" against you;

(2) Such "wrongful transfer event" took place in the "coverage territory";

(3) Such "wrongful transfer event" is first discovered by you during the "policy period";

(4) Such "wrongful transfer event" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first discovered by you; and

(5) Such "wrongful transfer event" is reported in writing by you to the police.

b. If the conditions listed above in **a.** have been met, then we will pay your necessary and reasonable "wrongful transfer costs" arising directly from the "wrongful transfer event".

## Section 5 - Computer Fraud

a. Computer Fraud applies only if all of the following conditions are met:

(1) There has been a "computer fraud event" against you; and

(2) Such "computer fraud event" took place in the "coverage territory"; and

(3) Such "computer fraud event" is first discovered by you during the "policy period"; and

(4) Such "computer fraud event" is reported to us within 60 days after the date it is first discovered by you; and

(5) Such "computer fraud event" is reported in writing by you to the police.

**PB 90 74 04 22**

b. If the conditions listed in **a.** above have been met, then we will pay your necessary and reasonable "computer fraud costs" arising directly from the "computer fraud event".

### Section 6 - Data Compromise Liability

**a.** Data Compromise Liability applies only if all of the following conditions are met:

**(1)** During the "policy period" or any applicable Extended Reporting Period, you first receive notice of one of the following:

**(a)** A "claim"; or

**(b)** A "regulatory proceeding".

**(2)** Such "claim" or "regulatory proceeding" must arise from a "personal data compromise" that:

**(a)** Took place during the "coverage term";

**(b)** Took place in the "coverage territory"; and

**(c)** Was submitted to us and insured under Data Compromise Response Expenses.

**(3)** Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

**b.** If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered:

**(1)** "Loss" directly arising from the "claim"; or

**(2)** "Defense costs" directly arising from a "regulatory proceeding".

**c.** All "claims" and "regulatory proceedings" arising from a single "personal data compromise" or interrelated "personal data compromises" will be deemed to have been made at the time that notice of the first of those "claims" or "regulatory proceedings" is received by you.

### Section 7 - Network Security Liability

**a.** Network Security Liability applies only if all of the following conditions are met:

**(1)** During the "policy period" or any applicable Extended Reporting Period, you first receive notice of a "claim" which arises from a "network security incident" that:

**(a)** Took place during the "coverage term"; and

**(b)** Took place in the "coverage territory"; and

**(2)** Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

**b.** If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered "loss" directly arising from the "claim".

**c.** All "claims" arising from a single "network security incident" or interrelated "network security incidents" will be deemed to have been made at the time that notice of the first of those "claims" is received by you.

### Section 8 - Electronic Media Liability

**a.** Electronic Media Liability applies only if all of the following conditions are met:

**(1)** During the "policy period" or any applicable Extended Reporting Period, you first receive notice of a "claim" which arises from an "electronic media incident" that:

**(a)** Took place during the "coverage term"; and

**(b)** Took place in the "coverage territory"; and

**(2)** Such "claim" is reported to us as soon as practicable, but in no event more than 60 days after the date it is first received by you.

**b.** If the conditions listed in **a.** above have been met, then we will pay on your behalf any covered "loss" directly arising from the "claim".

**c.** All "claims" arising from a single "electronic media incident" or interrelated "electronic media incidents" will be deemed to have been made at the time that notice of the first of those "claims" is received by you.

### Section 9 - Identity Recovery

**a.** Identity Recovery applies only if all of the following conditions are met:

**(1)** There has been an "identity theft" involving the personal identity of an "identity recovery insured" under this Cyber Coverage; and

**(2)** Such "identity theft" took place in the "coverage territory"; and

**(3)** Such "identity theft" is first discovered by the "identity recovery insured" during the "policy period"; and

**(4)** Such "identity theft" is reported to us

 © 2018, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

within 60 days after it is first discovered by the "identity recovery insured".

**b.** If the conditions listed in a. above have been met, then we will provide the following to the "identity recovery insured":

**(1) Case Management Service**

We will pay for the services of an "identity recovery case manager" as needed to respond to the "identity theft"; and

**(2) Expense Reimbursement**

We will pay for reimbursement of necessary and reasonable "identity recovery expenses" incurred as a direct result of the "identity theft".

# EXCLUSIONS

## EXCLUSIONS

The following additional exclusions apply to this coverage:

We will not pay for costs or "loss" arising from the following:

**1.** Nuclear reaction or radiation or radioactive contamination, however caused.

**2.** War and military action including any of the following and any consequence of any of the following:

**a.** War, including undeclared or civil war;

**b.** Warlike action by military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**c.** Insurrection, rebellion, revolution, usurped power, political violence or action taken by governmental authority in hindering or defending against any of these.

**3.** Failure or interruption of, or damage to, any electrical power supply network or telecommunications network not owned and operated by you including, but not limited to, the internet, internet service providers, Domain Name System (DNS) service providers, cable and wireless providers, internet exchange providers, search engine providers, internet protocol networks (and similar networks that may have different designations) and other providers of telecommunications or internet infrastructure.

**4.** Any attack on, incident involving, or loss to any computer or system of computers that is not a "computer system".

**5.** Costs to research or correct any deficiency.

**6.** Any fines or penalties other than those explicitly covered under Data Compromise Response Expenses.

**7.** Any criminal investigations or proceedings.

**8.** Your intentional or willful complicity in a covered "loss" event.

**9.** Your reckless disregard for the security of your "computer system" or data, including confidential or sensitive information of others in your care, custody or control.

**10.** Any criminal, fraudulent or dishonest act, error or omission, or any intentional or knowing violation of the law by you.

**11.** Any "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event", "computer fraud event" or "wrongful act" occurring before the "coverage term".

**12.** That part of any "claim" seeking any non-monetary relief. However, this exclusion does not apply to "defense costs" arising from an otherwise insured "wrongful act".

**13.** The propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers in connection with hardware or software created, produced or modified by you for sale, lease or license to third parties.

**14.** Any oral or written publication of material, if done by you or at your direction with knowledge of its falsity.

**15.** "Property damage" or "bodily injury" other than mental anguish or mental injury alleged in a "claim" covered under Electronic Media Liability.

**16.** The theft of a professional or business identity.

**17.** Any fraudulent, dishonest or criminal act by an "identity recovery insured" or any person aiding or abetting an "identity recovery insured", or by any "authorized representative" of an "identity recovery insured", whether acting alone or in collusion with others. However, this exclusion will not apply to the interests of an "identity recovery insured" who has no knowledge of or involvement in such fraud, dishonesty or criminal act.

**18.** An "identity theft" that is not reported in writing to the police.

 © 2018, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.

PB 90 74 04 22

## LIMITS OF INSURANCE

1. **Aggregate Limits**

   Except for post-judgment interest, the Annual Aggregate Limit for each coverage section shown in the Cyber Suite Supplemental Declarations is the most we will pay for all "loss" under that coverage section in any one "policy period" or any applicable Extended Reporting Period. The Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations applies regardless of the number of insured events first discovered or "claims" or "regulatory proceedings" first received during the "policy period" or any applicable Extended Reporting Period.

2. **Coverage Sublimits**

   a. **Data Compromise Sublimits**

      The most we will pay under Data Compromise Response Expenses for Forensic IT Review, Legal Review, Public Relations, Regulatory Fines and Penalties and PCI Fines and Penalties coverages for "loss" arising from any one "personal data compromise" is the applicable sublimit for each of those coverages shown in the Cyber Suite Supplemental Declarations.

      These sublimits are part of, and not in addition to, the Data Compromise Response Expenses Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations. Public Relations coverage is also subject to a limit per "affected individual" as described in **A.1.b.(5)**.

   b. **Computer Attack Sublimits**

      The most we will pay under Computer Attack for Loss of Business and Extended Income Recovery coverages for "loss" arising from any one "computer attack" is the applicable Loss of Business sublimit shown in the Cyber Suite Supplemental Declarations. The most we will pay under Computer Attack for Public Relations coverage for "loss" arising from any one "computer attack" is the applicable Public Relations sublimit shown in the Cyber Suite Supplemental Declarations. These sublimits are part of, and not in addition to, the Computer Attack Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations.

   c. **Cyber Extortion Sublimit**

      The most we will pay under Cyber Extortion coverage for "loss" arising from one "cyber extortion threat" is the applicable sublimit shown in the Cyber

Suite Supplemental Declarations. This sublimit is part of, and not in addition to, the Computer Attack Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations.

   d. **Misdirected Payment Fraud Sublimit**

      The most we will pay under Misdirected Payment Fraud coverage for "loss" arising from one "wrongful transfer event" is the applicable sublimit shown in the Cyber Suite Supplemental Declarations. This sublimit is part of, and not in addition to, the Computer Attack Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations.

   e. **Computer Fraud Sublimit**

      The most we will pay under Computer Fraud coverage for "loss" arising from one "computer fraud event" is the applicable sublimit shown in the Cyber Suite Supplemental Declarations. This sublimit is part of, and not in addition to, the Computer Attack Annual Aggregate Limit shown in the Cyber Suite Supplemental Declarations.

   f. **Identity Recovery Sublimits**

      The following provisions are applicable only to the Identity Recovery Coverage.

      **(1)** Case Management Service is available as needed for any one "identity theft" for up to 12 consecutive months from the inception of the service. Expenses we incur to provide Case Management Services do not reduce the annual aggregate limit for Identity Recovery.

      **(2)** Costs covered under item d. (Legal Costs) of the definition of "identity recovery expenses" are part of, and not in addition to, the annual aggregate limit for Identity Recovery.

      **(3)** Costs covered under item e. (Lost Wages) and item f. (Child and Elder Care Expenses) of the definition of "identity recovery expenses" are jointly subject to the Lost Wages and Child and Elder Care sublimit shown in the Cyber Suite Supplemental Declarations. This sublimit is part of, and not in addition to, the annual aggregate limit for Identity Recovery. Coverage is limited to wages lost and expenses incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

        © 2018, The Hartford Steam Boiler Inspection and Insurance Company.  All rights reserved.        PB 90 74 04 22

(4) Costs covered under item g. (Mental Health Counseling) of the definition of "identity recovery expenses" is subject to the Mental Health Counseling sublimit shown in the Cyber Suite Supplemental Declarations. This sublimit is part of, and not in addition to, the annual aggregate limit for Identity Recovery. Coverage is limited to counseling that takes place within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

(5) Costs covered under item h. (Miscellaneous Unnamed Costs) of the definition of "identity recovery expenses" is subject to the Miscellaneous Unnamed Costs sublimit shown in the Cyber Suite Supplemental Declarations. This sublimit is part of, and not in addition to, the annual aggregate limit for Identity Recovery. Coverage is limited to costs incurred within 12 months after the first discovery of the "identity theft" by the "identity recovery insured".

**3. Application of Limits**

a. A "computer attack", "cyber extortion threat", "personal data compromise", "wrongful transfer event", "computer fraud event" or "identity theft" may be first discovered by you in one "policy period" but it may cause insured "loss" in one or more subsequent "policy periods". If so, all insured "loss" arising from such "computer attack", "cyber extortion threat", "personal data compromise", "wrongful transfer event", "computer fraud event" or "identity theft" will be subject to the limit of insurance applicable to the "policy period" when the "computer attack", "cyber extortion threat", "personal data compromise", "wrongful transfer event", "computer fraud event" or "identity theft" was first discovered by you.

b. You may first receive notice of a "claim" or "regulatory proceeding" in one "policy period" but it may cause insured "loss" in one or more subsequent "policy periods". If so, all insured "loss" arising from such "claim" or "regulatory proceeding" will be subject to the limit of insurance applicable to the "policy period" when notice of the "claim" or "regulatory proceeding" was first received by you.

c. The limit of insurance for the Extended Reporting Periods (if applicable) will be

part of, and not in addition to, the limit of insurance for the immediately preceding "policy period".

d. Coverage for Services to Affected Individuals under Data Compromise Response Expenses is limited to costs to provide such services for a period of up to one year from the date of the notification to the "affected individuals". Notwithstanding, coverage for Identity Restoration Case Management services initiated within such one year period may continue for a period of up to one year from the date such Identity Restoration Case Management services are initiated.

## DEDUCTIBLES

1. We will not pay for "loss" until the amount of the insured "loss" exceeds the deductible amount shown in the Cyber Suite Supplemental Declarations. We will then pay the amount of "loss" in excess of the applicable deductible amount, subject to the applicable limits shown in the Cyber Suite Supplemental Declarations. You will be responsible for the applicable deductible amount.

2. The deductible will apply to all:

a. "Loss" arising from the same insured event or interrelated insured events under Data Compromise Response Expenses, Computer Attack, Cyber Extortion, Misdirected Payment Fraud, or Computer Fraud.

b. "Loss" resulting from the same "wrongful act" or interrelated "wrongful acts" insured under Data Compromise Liability, Network Security Liability or Electronic Media Liability.

3. In the event that "loss" is insured under more than one coverage section, only the single highest deductible applies.

4. Insurance coverage under Identity Recovery is not subject to a deductible.

## ADDITIONAL CONDITIONS

The following conditions apply in addition to the Common Policy Conditions:

1. **Bankruptcy**

The bankruptcy or insolvency of you or your estate, will not relieve you or us of any obligation under this Cyber Coverage.

2. **Defense And Settlement**

a. We shall have the right and the duty to assume the defense of any applicable "claim" or "regulatory proceeding"

PB 90 74 04 22

against you. You shall give us such information and cooperation as we may reasonably require.

**b.** You shall not admit liability for or settle any "claim" or "regulatory proceeding" or incur any defense costs without our prior written consent.

**c.** At the time a "claim" or "regulatory proceeding" is first reported to us, you may request that we appoint a defense attorney of your choice. We will give full consideration to any such request.

**d.** If you refuse to consent to any settlement recommended by us and acceptable to the claimant, we may then withdraw from your defense by tendering control of the defense to you. From that point forward, you shall, at your own expense, negotiate or defend such "claim" or "regulatory proceeding" independently of us. Our liability shall not exceed the amount for which the "claim" or suit could have been settled if such recommendation was consented to, plus "defense costs" incurred by us, and "defense costs" incurred by you with our written consent, prior to the date of such refusal.

**e.** We will not be obligated to pay any "loss" or "defense costs", or to defend or continue to defend any "claim" or "regulatory proceeding" after the applicable limit of insurance has been exhausted.

**f.** We will pay all interest on that amount of any judgment within the applicable limit of insurance which accrues:

**(1)** After entry of judgment; and

**(2)** Before we pay, offer to pay or deposit in court that part of the judgment within the applicable limit of insurance or, in any case, before we pay or offer to pay the entire applicable limit of insurance.

These interest payments will be in addition to and not part of the applicable limit of insurance.

**3. Due Diligence**

You agree to use due diligence to prevent and mitigate "loss" insured under this Cyber Coverage. This includes, but is not limited to, complying with, and requiring your vendors to comply with, reasonable and industry-accepted protocols for:

**a.** Providing and maintaining appropriate physical security for your premises, "computer systems" and hard copy files;

**b.** Providing and maintaining appropriate computer and Internet security;

**c.** Maintaining and updating at appropriate intervals backups of computer data;

**d.** Protecting transactions, such as processing credit card, debit card and check payments; and

**e.** Appropriate disposal of files containing "personally identifying information", "personally sensitive information" or "third party corporate data", including shredding hard copy files and destroying physical media used to store electronic data.

**4. Duties in the Event of a Claim, Regulatory Proceeding or Loss**

**a.** If, during the "policy period", incidents or events occur which you reasonably believe may give rise to a "claim" or "regulatory proceeding" for which coverage may be provided hereunder, such belief being based upon either written notice from the potential claimant or the potential claimant's representative; or notice of a complaint filed with a federal, state or local agency; or upon an oral "claim", allegation or threat, you shall give written notice to us as soon as practicable and either:

**(1)** Anytime during the "policy period"; or

**(2)** Anytime during the extended reporting periods (if applicable).

**b.** If a "claim" or "regulatory proceeding" is brought against you, you must:

**(1)** Immediately record the specifics of the "claim" or "regulatory proceeding" and the date received;

**(2)** Provide us with written notice, as soon as practicable, but in no event more than 60 days after the date the "claim" or "regulatory proceeding" is first received by you;

**(3)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "claim" or "regulatory proceeding";

**(4)** Authorize us to obtain records and other information;

**(5)** Cooperate with us in the investigation, settlement or defense of the "claim" or "regulatory proceeding";

**(6)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to you because of "loss" or "defense costs" to which this

insurance may also apply; and

(7) Not take any action, or fail to take any required action, that prejudices your rights or our rights with respect to such "claim" or "regulatory proceeding".

c. In the event of a "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event", "computer fraud event" or "identity theft", insured under this Cyber Coverage, you and any involved "identity recovery insured" must see that the following are done:

(1) Notify the police if a law may have been broken.

(2) Notify us as soon as practicable, but in no event more than 60 days after the "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event", "computer fraud event" or "identity theft". Include a description of any property involved.

(3) As soon as possible, give us a description of how, when and where the "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event", "computer fraud event" or "identity theft" occurred.

(4) As often as may be reasonably required, permit us to:

(a) Inspect the property proving the "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event", "computer fraud event" or "identity theft";

(b) Examine your books, records, electronic media and records and hardware;

(c) Take samples of damaged and undamaged property for inspection, testing and analysis; and

(d) Make copies from your books, records, electronic media and records and hardware.

(5) Send us signed, sworn proof of "loss" containing the information we request to investigate the "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event", "computer fraud event" or "identity theft". You must do this within 60 days after our request. We will supply you with the

necessary forms.

(6) Cooperate with us in the investigation or settlement of the "personal data compromise", "computer attack", "cyber extortion threat", "wrongful transfer event", "computer fraud event" or "identity theft".

(7) If you intend to continue your business, you must resume all or part of your operations as quickly as possible.

(8) Make no statement that will assume any obligation or admit any liability, for any "loss" for which we may be liable, without our prior written consent.

(9) Promptly send us any legal papers or notices received concerning the "loss".

d. We may examine you under oath at such times as may be reasonably required, about any matter relating to this insurance or the "claim", "regulatory proceeding" or "loss", including your books and records. In the event of an examination, your answers must be signed.

e. You may not, except at your own cost, voluntarily make a payment, assume any obligation, or incur any expense without our prior written consent.

## Extended Reporting Periods

a. You will have the right to the Extended Reporting Periods described in this section, in the event of a "termination of coverage".

b. If a "termination of coverage" has occurred, you will have the right to the following:

(1) At no additional premium, an Automatic Extended Reporting Period of 30 days immediately following the effective date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring before the end of the "policy period" and which is otherwise insured by this Cyber Coverage; and

(2) Upon payment of the additional premium of 100% of the full annual premium associated with the

**PB 90 74 04 22**

relevant coverage, a Supplemental Extended Reporting Period of one year immediately following the effective date of the "termination of coverage" during which you may first receive notice of a "claim" or "regulatory proceeding" arising directly from a "wrongful act" occurring before the end of the "policy period" and which is otherwise insured by this Cyber Coverage.

To obtain the Supplemental Extended Reporting Period, you must request it in writing and pay the additional premium due, within 30 days after the effective date of "termination of coverage". The additional premium for the Supplemental Extended Reporting Period will be fully earned at the inception of the Supplemental Extended Reporting Period. If we do not receive the written request as required, you may not exercise this right at a later date.

This insurance, provided during the Supplemental Extended Reporting Period, is excess over any other valid and collectible insurance that begins or continues in effect after the Supplemental Extended Reporting Period becomes effective, whether the other insurance applies on a primary, excess, contingent, or any other basis.

## Identity Recovery Help Line

For assistance, if Identity Recovery applies, the "identity recovery insured" should call the

**Identity Recovery Help Line** at **1-877-800-5028**.

The **Identity Recovery Help Line** can provide the "identity recovery insured" with:

a. Information and advice for how to respond to a possible "identity theft"; and

b. Instructions for how to submit a service request for Case Management Service and/or a claim form for Expense Reimbursement Coverage.

In some cases, we may provide Case Management services at our expense to an "identity recovery insured" prior to a determination that a covered "identity theft" has occurred. Our provision of such services is not an admission of liability under the Cyber Coverage. We reserve the right to deny further coverage or service if, after

investigation, we determine that a covered "identity theft" has not occurred.

As respects Expense Reimbursement Coverage, the "identity recovery insured" must send to us, within 60 days after our request, receipts, bills or other records that support his or her "claim" for "identity recovery expenses".

## Legal Action Against Us

No one may bring a legal action against us under this insurance unless:

a. There has been full compliance with all of the terms of this insurance; and

b. The action is brought within two years after the date the "loss" or "identity theft" is first discovered by you, or the date on which you first receive notice of a "claim" or "regulatory proceeding".

### Legal Advice

We are not your legal advisor. Our determination of what is or is not insured under this Cyber Coverage does not represent advice or counsel from us about what you should or should not do.

### Other Insurance

If there is other insurance that applies to the same "loss", this Cyber Coverage shall apply only as excess insurance after all other applicable insurance has been exhausted.

### Pre-Notification Consultation

You agree to consult with us prior to the issuance of notification to "affected individuals". We assume no responsibility under Data Compromise Response Expenses for any services promised to "affected individuals" without our prior agreement. If possible, this pre-notification consultation will also include the designated service provider(s) as agreed to under the Service Providers condition below. You must provide the following at our pre-notification consultation with you:

a. The exact list of "affected individuals" to be notified, including contact information.

b. Information about the "personal data compromise" that may appropriately be communicated with "affected individuals".

c. The scope of services that you desire for the "affected individuals". For example, coverage may be structured to provide fewer services in order to make those services available to more "affected individuals" without exceeding the available Data

    © 2018, The Hartford Steam Boiler Inspection and Insurance Company.  All rights reserved.    PB 90 74 04 22

Compromise Response Expenses limit of insurance.

## Service Providers

**a.** We will only pay under this Cyber Coverage for services that are provided by service providers approved by us. You must obtain our prior approval for any service provider whose expenses you want covered under this Cyber Coverage. We will not unreasonably withhold such approval.

**b.** Prior to the Pre-Notification Consultation described in the Pre-Notification Consultation Condition above, you must come to agreement with us regarding the service provider(s) to be used for the Notification to Affected Individuals and Services to Affected Individuals. We will suggest a service provider. If you prefer to use an alternate service provider, our coverage is subject to the following limitations:

    **(1)** Such alternate service provider must be approved by us;

    **(2)** Such alternate service provider must provide services that are reasonably equivalent or superior in both kind and quality to the services that would have been provided by the service provider we had suggested; and

    **(3)** Our payment for services provided by any alternate service provider will not exceed the amount that we would have paid using the service provider we had suggested.

## Services

The following conditions apply as respects any services provided to you or any "affected individual" or "identity recovery insured" by us, our designees or any service firm paid for in whole or in part under this Cyber Coverage:

**a.** The effectiveness of such services depends on the cooperation and assistance of you, "affected individuals" and "identity recovery insureds".

**b.** All services may not be available or applicable to all individuals. For example, "affected individuals" and "identity recovery insureds" who are minors or foreign nationals may not have credit records that can be provided or monitored. Service in Canada will be different from service in the United States and Puerto Rico in accordance with local conditions.

**c.** We do not warrant or guarantee that the services will end or eliminate all problems

associated with the covered events.

**d.** Except for the services of an "identity recovery case manager" under Identity Recovery, which we will provide directly, you will have a direct relationship with the professional service firms paid for in whole or in part under this Cyber Coverage. Those firms work for you.

## Valuation

We will determine the value of "money" as follows:

Our payment for loss of "money" or loss payable in "money" will be, at your option, in the "money" of the country in which the "wrongful transfer event" or "computer fraud event" took place or in the United States of America dollar equivalent thereof determined at the rate of exchange published by the Wall Street Journal at the time of payment of such loss.

## DEFINITIONS

1. **"Affected Individual"** means any person whose "personally identifying information" or "personally sensitive information" is lost, stolen, accidentally released or accidentally published by a "personal data compromise" covered under this Cyber Coverage. This definition is subject to the following provisions:

    **a.** "Affected individual" does not include any business or organization. Only an individual person may be an "affected individual".

    **b.** An "affected individual" may reside anywhere in the world.

2. **"Authorized Representative"** means a person or entity authorized by law or contract to act on behalf of an "identity recovery insured".

3. **"Authorized Third Party User"** means a party who is not an employee or a director of you who is authorized by contract or other agreement to access the "computer system" for the receipt or delivery of services.

4. **"Bodily Injury"** means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

5. **"Business Income and Extra Expense Loss"** means loss of Business Income and Extra Expense.

    **a.** As used in this definition, Business Income means the sum of:

        **(1)** Net income (net profit or loss before income taxes) that would have been

PB 90 74 04 22

earned or incurred; and

    (2) Continuing normal and necessary operating expenses incurred, including employee and director payroll.

  b. As used in this definition, Extra Expense means the additional cost you incur to operate your business over and above the cost that you normally would have incurred to operate your business during the same period had no "computer attack" occurred.

**6. "Claim"**

  a. "Claim" means:

    (1) A written demand for monetary damages or non-monetary relief, including injunctive relief;

    (2) A civil proceeding commenced by the filing of a complaint;

    (3) An arbitration proceeding in which such damages are claimed and to which you must submit or do submit with our consent;

    (4) Any other alternative dispute resolution proceeding in which such damages are claimed and to which you must submit or to which we agree you should submit to;

arising from a "wrongful act" or a series of interrelated "wrongful acts" including any resulting appeal.

  b. "Claim" does not mean or include:

    (1) Any demand or action brought by or on behalf of someone who is:

      (a) Your director;

      (b) Your owner or part-owner; or

      (c) A holder of your securities;

in their capacity as such, whether directly, derivatively, or by class action. "Claim" will include proceedings brought by such individuals in their capacity as "affected individuals", but only to the extent that the damages claimed are the same as would apply to any other "affected individual"; or

    (2) A "regulatory proceeding".

  c. Includes a demand or proceeding arising from a "wrongful act" that is a "personal data compromise" only when the "personal data compromise" giving rise to the proceeding was covered under Data Compromise Response Expenses section of this Cyber Coverage, and you submitted a "claim" to us and provided notifications and services to "affected

individuals" in consultation with us pursuant to Data Compromise Response Expenses in connection with such "personal data compromise".

**7. "Computer Attack"**

  a. "Computer attack" means one of the following involving the "computer system":

    (1) An "unauthorized access incident";

    (2) A "malware attack"; or

    (3) A "denial of service attack" against a "computer system".

  b. A "computer attack" ends at the earlier of:

    (1) The time that the active attacking behavior ceases, the time that you have regained control over the "computer system" or the time that all unauthorized creation, destruction or movement of data associated with the "computer attack" has ceased, whichever happens latest; or

    (2) 30 days after your discovery of the "computer attack".

**8. "Computer System"** means a computer or other electronic hardware that:

  a. Is owned or leased by you and operated under your control; or

  b. Is operated by a third party service provider used for the purpose of providing hosted computer application services to you or for processing, maintaining, hosting or storing your electronic data, pursuant to a written contract with you for such services. However, such computer or other electronic hardware operated by such third party shall only be considered to be a "computer system" with respect to the specific services provided by such third party to you under such contract.

**9. "Computer Fraud Costs"** means

  a. The amount of "money" fraudulently obtained from you. "Computer fraud costs" include the direct financial loss only.

  b. "Computer fraud costs" do not include any of the following:

    (1) Other expenses that arise from the "computer fraud event";

    (2) Indirect loss, such as "bodily injury", lost time, lost wages, "identity

 © 2018, The Hartford Steam Boiler Inspection and Insurance Company.  All rights reserved.    PB 90 74 04 22

PB 90 74 04 22

recovery expenses" or damaged reputation;

(3) Any interest, time value or potential investment gain on the amount of financial loss; or

(4) Any portion of such amount that has been or can reasonably be expected to be reimbursed by a third party, such as a financial institution.

**10. "Computer Fraud Event"** means:

a. An "unauthorized access incident" that leads to the intentional, unauthorized and fraudulent entry of or change to data or instructions within a "computer system" owned or leased by you and operated under your control. Such fraudulent entry or change must be conducted by a person who is not an "employee", "executive" or "independent contractor". Such fraudulent entry or change must cause "money" to be sent or diverted. The fraudulent entry or change must result in direct financial loss to you.

b. "Computer fraud event" does not mean or include any occurrence:

(1) In which you are threatened or coerced to send money or divert a payment; or

(2) Arising from a dispute or a disagreement over the completeness, authenticity or value of a product, a service or a financial instrument.

**11. "Coverage Term"** means the increment of time:

a. Commencing on the earlier of the first inception date of this Cyber Coverage or the first inception date of any coverage substantially similar to that described in this Cyber Coverage and held immediately prior to this Cyber coverage; and

b. Ending upon the "termination of coverage".

**12. "Coverage Territory"** means:

a. With respect to Data Compromise Response Expenses, Computer Attack, Cyber Extortion, Misdirected Payment Fraud, Computer Fraud and Identity Recovery, "coverage territory" means anywhere in the world.

b. With respect to Data Compromise Response Expenses, Network Security Liability and Electronic Media Liability, "coverage territory" means anywhere in the world, however "claims" must be brought within the United States (including its territories and possessions) or Puerto Rico.

**13. "Cyber Extortion Expenses"** means:

a. The cost of a negotiator or investigator retained by you in connection with a "cyber extortion threat"; and

b. Any amount paid by you in response to a "cyber extortion threat" to the party that made the "cyber extortion threat" for the purposes of eliminating the "cyber extortion threat" when such expenses are necessary and reasonable and arise directly from a "cyber extortion threat". The payment of "cyber extortion expenses" must be approved in advance by us. We will not pay for "cyber extortion expenses" that have not been approved in advance by us. We will not unreasonably withhold our approval.

**14. "Cyber Extortion Threat"** means:

a. "Cyber extortion threat" means a demand for money from you based on a credible threat, or series of related credible threats, to:

(1) Launch a "denial of service attack" against the "computer system" for the purpose of denying "authorized third party users" access to your services provided through the "computer system" via the Internet;

(2) Gain access to a "computer system" and use that access to steal, release or publish "personally identifying information", "personally sensitive information" or "third party corporate data";

(3) Alter, damage or destroy electronic data or software while such electronic data or software is stored within a "computer system";

(4) Launch a "computer attack" against a "computer system" in order to alter, damage or destroy electronic data or software while such electronic data or software is stored within a "computer system"; or

(5) Cause you to transfer, pay or deliver any funds or property using a "computer system" without your authorization.

b. "Cyber extortion threat" does not mean or include any threat made in connection with a legitimate commercial dispute.

**15. "Data Re-creation Costs"**

a. "Data re-creation costs" means the costs

PB 90 74 04 22

of an outside professional firm hired by you to research, re-create and replace data that has been lost or corrupted and for which there is no electronic source available or where the electronic source does not have the same or similar functionality to the data that has been lost or corrupted.

**b.** "Data re-creation costs" does not mean or include costs to research, re-create or replace:

**(1)** Software programs or operating systems that are not commercially available; or

**(2)** Data that is obsolete, unnecessary or useless to you.

**16. "Data Restoration Costs"**

**a.** "Data restoration costs" means the costs of an outside professional firm hired by you to replace electronic data that has been lost or corrupted. In order to be considered "data restoration costs", such replacement must be from one or more electronic sources with the same or similar functionality to the data that has been lost or corrupted.

**b.** "Data restoration costs" does not mean or include costs to research, re-create or replace:

**(1)** Software programs or operating systems that are not commercially available; or

**(2)** Data that is obsolete, unnecessary or useless to you.

**17. "Defense Costs"**

**a.** "Defense costs" means reasonable and necessary expenses consented to by us resulting solely from the investigation, defense and appeal of any "claim" or "regulatory proceeding" against you. Such expenses may include premiums for any appeal bond, attachment bond or similar bond. However, we have no obligation to apply for or furnish such bond.

**b.** "Defense costs" does not mean or include the salaries or wages of your employees or directors, or your loss of earnings.

**18. "Denial of Service Attack"** means an intentional attack against a target computer or network of computers designed to overwhelm the capacity of the target computer or network in order to deny or impede authorized users from gaining access to the target computer or network through the Internet.

**19. "Electronic Media Incident"** means an allegation that the display of information in

electronic form by you on a website resulted in:

**a.** Infringement of another's copyright, title, slogan, trademark, trade name, trade dress, service mark or service name;

**b.** Defamation against a person or organization that is unintended; or

**c.** A violation of a person's right of privacy, including false light and public disclosure of private facts.

**20. "Employee"** means any natural person, other than an "executive", who was, now is or will be:

**a.** Employed on a full-time or part-time basis by you;

**b.** Furnished temporarily to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions;

**c.** Leased to you by a labor leasing firm under an agreement between you and the labor leasing firm to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in paragraph **b.**; or

**d.** Your volunteer worker, which includes unpaid interns.

**21. "Executive"** means any natural person who was, now is or will be:

**a.** The owner of your sole proprietorship; or

**b.** A duly elected or appointed:

**(1)** Director;

**(2)** Officer;

**(3)** Managing Partner;

**(4)** General Partner;

**(5)** Member (if a limited liability company);

**(6)** Manager (if a limited liability company); or

**(7)** Trustee;

of your business.

**22. "Extended Income Loss"** means your actual "business income and extra expense loss" incurred during the "extended recovery period".

**23. "Extended Recovery Period"** means a fixed period of 180 days immediately following the end of the "period of

      © 2018, The Hartford Steam Boiler Inspection and Insurance Company. All rights reserved.      PB 90 74 04 22

restoration".

24. **"Identity Recovery Case Manager"** means one or more individuals assigned by us to assist an "identity recovery insured" with communications we deem necessary for re-establishing the integrity of the personal identity of the "identity recovery insured". This includes, with the permission and cooperation of the "identity recovery insured", written and telephone communications with law enforcement authorities, governmental agencies, credit agencies and individual creditors and businesses.

25. **"Identity Recovery Expenses"** means the following when they are reasonable and necessary expenses that are incurred as a direct result of an "identity theft" suffered by an "identity recovery insured":

   **a. Re-Filing Costs**

      Costs for re-filing applications for loans, grants or other credit instruments that are rejected solely as a result of an "identity theft".

   **b. Notarization, Telephone and Postage Costs**

      Costs for notarizing affidavits or other similar documents, long distance telephone calls and postage solely as a result of the "identity recovery insured's" efforts to report an "identity theft" or amend or rectify records as to the "identity recovery insured's" true name or identity as a result of an "identity theft".

   **c. Credit Reports**

      Costs for credit reports from established credit bureaus.

   **d. Legal Costs**

      Fees and expenses for an attorney approved by us for the following:

      **(1)** The defense of any civil suit brought against an "identity recovery insured".

      **(2)** The removal of any civil judgment wrongfully entered against an "identity recovery insured".

      **(3)** Legal assistance for an "identity recovery insured" at an audit or hearing by a governmental agency.

      **(4)** Legal assistance in challenging the accuracy of the "identity recovery insured's" consumer credit report.

      **(5)** The defense of any criminal charges brought against an "identity recovery insured" arising from the actions of a third party using the personal identity of the "identity recovery insured".

   **e. Lost Wages**

Actual lost wages of the "identity recovery insured" for time reasonably and necessarily taken away from work and away from the work premises. Time away from work includes partial or whole work days. Actual lost wages may include payment for vacation days, discretionary days, floating holidays and paid personal days. Actual lost wages does not include sick days or any loss arising from time taken away from self-employment. Necessary time off does not include time off to do tasks that could reasonably have been done during non-working hours.

   **f. Child and Elder Care Expenses**

      Actual costs for supervision of children or elderly or infirm relatives or dependents of the "identity recovery insured" during time reasonably and necessarily taken away from such supervision. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured".

   **g. Mental Health Counseling**

      Actual costs for counseling from a licensed mental health professional. Such care must be provided by a professional care provider who is not a relative of the "identity recovery insured".

   **h. Miscellaneous Unnamed Costs**

      Any other reasonable costs necessarily incurred by an "identity recovery insured" as a direct result of the "identity theft".

      **(1)** Such costs include:

         **(a)** Costs by the "identity recovery insured" to recover control over his or her personal identity.

         **(b)** Deductibles or service fees from financial institutions.

      **(2)** Such costs do not include:

         **(a)** Costs to avoid, prevent or detect "identity theft" or other loss.

         **(b)** Money lost or stolen.

         **(c)** Costs that are restricted or excluded elsewhere in this Cyber Coverage or policy.

26. **"Identity Recovery Insured"** means the following:

   **a.** When the entity insured under this Cyber Coverage is a sole proprietorship, the "identity recovery insured" is the individual person who is the sole proprietor of the insured identity.

   **b.** When the entity insured under this Cyber Coverage is a partnership, the "identity

PB 90 74 04 22

recovery insureds" are the current partners.

   c. When the entity insured under this Cyber Coverage is a corporation or other form of organization, other than those described in a. or b. above, the "identity recovery insureds" are all individuals having an ownership position of 20% or more of the insured entity. However, if, and only if, there is no one who has such an ownership position, then the "identity recovery insured" will be:

      (1) The chief executive of the insured entity; or

      (2) As respects a religious institution, the senior ministerial employee.

An "identity recovery insured" must always be an individual person. If the entity insured under this Cyber Coverage is a legal entity, that legal entity is not an "identity recovery insured".

**27. "Identity Theft"**

   a. "Identity theft" means the fraudulent use of "personally identifying information". This includes fraudulently using such information to establish credit accounts, secure loans, enter into contracts or commit crimes.

   b. "Identity theft" does not mean or include the fraudulent use of a business name, d/b/a or any other method of identifying a business activity.

**28. "Independent Contractor"** means a natural person that provides goods or services to you under terms specified in a written contract, but only while acting on behalf of, at the direction of, and under the supervision of you.

**29. "Loss"**

   a. With respect to Data Compromise Response Expenses, "loss" means those expenses enumerated in Data Compromise Response Expenses, paragraph **b**.

   b. With respect to Computer Attack, "loss" means those expenses enumerated in Computer Attack, paragraph **b**.

   c. With respect to Cyber Extortion, "loss" means "cyber extortion expenses".

   d. With respect to Misdirected Payment Fraud, "loss" means "wrongful transfer costs".

   e. With respect to Computer Fraud, "loss" means "computer fraud costs".

   f. With respect to Data Compromise Liability, Network Security Liability and Electronic Media Liability, "loss" means "defense costs" and "settlement costs".

   g. With respect to Identity Recovery, "loss"

means those expenses enumerated in Identity Recovery, paragraph **b**.

**30. "Malware Attack"**

   a. "Malware attack" means an attack that damages a "computer system" or data contained therein arising from malicious code, including viruses, worms, Trojans, spyware and keyloggers.

   b. "Malware attack" does not mean or include damage from shortcomings or mistakes in legitimate electronic code or damage from code installed on your "computer system" during the manufacturing process or normal maintenance.

**31. "Money" means:**

   a. "Money" means a medium of exchange in current use and authorized or adopted by a domestic or foreign government, including currency, coins, banknotes, bullion, travelers' checks, registered checks and money orders held for sale to the public.

   b. "Money" does not mean or include any cryptocurrency, whether or not authorized or adopted by a domestic or foreign government. Cryptocurrency includes, but is not limited to, Bitcoin, Ethereum and other forms of digital, virtual or electronic currency.

**32. "Network Security Incident"** means a negligent security failure or weakness with respect to a "computer system" which allowed one or more of the following to happen:

   a. The unintended propagation or forwarding of malware, including viruses, worms, Trojans, spyware and keyloggers. Malware does not include shortcomings or mistakes in legitimate electronic code;

   b. The unintended abetting of a "denial of service attack" against one or more other systems; or

   c. The unintended loss, release or disclosure of "third party corporate data".

**33. "Period of Restoration"** means the period of time that begins 8 hours after the time that a "computer attack" is discovered by you and continues until the earliest of:

   a. The date that all data restoration, data re-creation and system restoration directly related to the "computer attack" has been completed;

   b. The date on which such data restoration, data re-creation and system restoration could have been completed with the exercise of due diligence and dispatch; or

   c. If no data restoration, data re-creation or

system restoration is required, the end of the "computer attack".

34. **"Personal Data Compromise"** means the loss, theft, accidental release or accidental publication of "personally identifying information" or "personally sensitive information" as respects one or more "affected individuals". If the loss, theft, accidental release or accidental publication involves "personally identifying information", such loss, theft, accidental release or accidental publication must result in or have the reasonable possibility of resulting in the fraudulent use of such information. This definition is subject to the following provisions:

a. At the time of the loss, theft, accidental release or accidental publication, the "personally identifying information" or "personally sensitive information" need not be at the insured premises but must be in the direct care, custody or control of:

   (1) You; or

   (2) A professional entity with which you have a direct relationship and to which you (or an "affected individual" at your direction) have turned over (directly or via a professional transmission or transportation provider) such information for storage, processing, transmission or transportation of such information.

b. "Personal data compromise" includes disposal or abandonment of "personally identifying information" or "personally sensitive information" without appropriate safeguards such as shredding or destruction, provided that the failure to use appropriate safeguards was accidental and not reckless or deliberate.

c. "Personal data compromise" includes situations where there is a reasonable cause to suspect that such "personally identifying information" or "personally sensitive information" has been lost, stolen, accidentally released or accidentally published, even if there is no firm proof.

d. All incidents of "personal data compromise" that are discovered at the same time or arise from the same cause will be considered one "personal data compromise".

35. **"Personally Identifying Information"**

a. "Personally identifying information" means information, including health information, that could be used to commit fraud or other illegal activity involving the credit, access to health care or identity of an "affected individual" or "identity recovery insured". This includes, but is not limited to, Social Security numbers or account numbers.

b. "Personally identifying information" does not mean or include information that is otherwise available to the public, such as names and addresses.

36. **"Personally Sensitive Information"**

a. "Personally sensitive information" means private information specific to an individual the release of which requires notification of "affected individuals" under any applicable law.

b. "Personally sensitive information" does not mean or include "personally identifying information".

37. **"Policy Period"** means the period commencing on the effective date shown in the Cyber Suite Supplemental Declarations. The "policy period" ends on the expiration date or the cancellation date of this Cyber Coverage, whichever comes first.

38. **"Property Damage"** means

a. Physical injury to or destruction of tangible property including all resulting loss of use; or

b. Loss of use of tangible property that is not physically injured.

39. **"Regulatory Proceeding"** means an investigation, demand or proceeding alleging a violation of law or regulation arising from a "personal data compromise" brought by, or on behalf of, the Federal Trade Commission, Federal Communications Commission or other administrative or regulatory agency, or any federal, state, local or foreign governmental entity in such entity's regulatory or official capacity.

40. **"Settlement Costs"**

a. "Settlement costs" means the following, when they arise from a "claim":

   (1) Damages, judgments or settlements; and

   (2) Attorney's fees and other litigation costs added to that part of any judgment paid by us, when such fees and costs are awarded by law or court order; and

   (3) Pre-judgment interest on that part of any judgment paid by us.

b. "Settlement costs" does not mean or include:

   (1) Civil or criminal fines or penalties imposed by law, except for civil fines and penalties expressly covered

**PB 90 74 04 22**

under Data Compromise Response Expenses;

**(2)** Punitive and exemplary damages;

**(3)** The multiple portion of any multiplied damages;

**(4)** Taxes; or

**(5)** Matters which may be deemed uninsurable under the applicable law.

**c.** With respect to fines and penalties, the law of the jurisdiction most favorable to the insurability of those fines, or penalties will control for the purpose of resolving any dispute between us and you regarding whether the fines, or penalties specified in this definition above are insurable under this Cyber Coverage, provided that such jurisdiction:

**(1)** Is where those fines, or penalties were awarded or imposed;

**(2)** Is where any "wrongful act" took place for which such fines, or penalties were awarded or imposed;

**(3)** Is where you are incorporated or you have your principal place of business; or

**(4)** Is where we are incorporated or have our principal place of business.

**41. "System Restoration Costs"**

**a.** "System restoration costs" means the costs of an outside professional firm hired by you to do any of the following in order to restore your "computer system" to its pre-"computer attack" level of functionality:

**(1)** Replace or reinstall computer software programs;

**(2)** Remove any malicious code; and

**(3)** Configure or correct the configuration of your "computer system".

**b.** "System restoration costs" does not mean or include:

**(1)** Costs to increase the speed, capacity or utility of a "computer system" beyond what existed immediately prior to the "computer attack";

**(2)** Labor costs of your employees or directors;

**(3)** Any costs in excess of the actual cash value of your "computer system"; or

**(4)** Costs to repair or replace hardware.

**42. "Termination of Coverage"** means:

**a.** You or we cancel this coverage;

**b.** You or we refuse to renew this coverage; or

**c.** We renew this coverage on an other than claims-made basis or with a retroactive date later than the date of the first inception of this coverage or any coverage substantially similar to that described in this Cyber Coverage.

**43. "Third Party Corporate Data"**

**a.** "Third party corporate data" means any trade secret, data, design, interpretation, forecast, formula, method, practice, credit or debit card magnetic strip information, process, record, report or other item of information of a third party not an insured under this Cyber Coverage which is not available to the general public and is provided to you subject to a mutually executed written confidentiality agreement or which you are legally required to maintain in confidence.

**b.** "Third party corporate data" does not mean or include "personally identifying information" or "personally sensitive information".

**44. "Unauthorized Access Incident"** means the gaining of access to a "computer system" by:

**a.** An unauthorized person or persons; or

**b.** An authorized person or persons for unauthorized purposes.

**45. "Wrongful Act"**

**a.** With respect to Data Compromise Liability, "wrongful act" means a "personal data compromise".

**b.** With respect to Network Security Liability, "wrongful act" means a "network security incident".

**c.** With respect to Electronic Media Liability, "wrongful act" means an "electronic media incident".

**46. "Wrongful Transfer Costs"** means the amount of "money" fraudulently obtained from you. "Wrongful transfer costs" include the direct financial loss only. "Wrongful transfer costs" do not include any of the following:

**a.** Other expenses that arise from the "wrongful transfer event";

**b.** Indirect loss, such as "bodily injury", lost time, lost wages, identity recovery expenses or damaged reputation;

**c.** Any interest, time value or potential investment gain on the amount of financial loss; or

**d.** Any portion of such amount that has been or can reasonably be expected to be reimbursed by a third party, such as a financial institution.

**47. "Wrongful Transfer Event"**

    **a.** "Wrongful transfer event" means an intentional and criminal deception of you or a financial institution with which you have an account. The deception must be perpetrated by a person who is not an "employee", "executive" or "independent contractor" using email, facsimile or telephone communications to induce you or the financial institution to send or divert "money". The deception must result in direct financial loss to you.

    **b.** "Wrongful transfer event" does not mean or include any occurrence:

        **(1)** In which you are threatened or coerced to send money or divert a payment; or

        **(2)** Arising from a dispute or disagreement over the completeness, authenticity or value of a product, a service or a financial instrument.

**ALL OTHER PROVISIONS OF THIS POLICY APPLY.**

**BUSINESSOWNERS**
**PB 90 83 06 21**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NAMED INSUREDS ENDORSEMENT

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

The insurance afforded under this Property Coverage Form applies to all persons or organizations listed in the SCHEDULE OF NAMED INSUREDS, subject to the following provisions:

1. The first Named Insured is authorized to act on behalf of each Named Insured in all matters pertaining to this insurance.
2. The first Named Insured declares that all firms named in the policy as Named Insureds are owned or financially controlled by the same interests.

**All terms and conditions of this policy apply unless modified by this endorsement.**



**Nationwide®**

NATIONWIDE GENERAL INSURANCE COMPANY

ONE WEST NATIONWIDE BLVD
COLUMBUS, OH 43215-2220
1-877 On Your Side
1 (877) 669-6877

**RENEWAL**

# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## COMMON DECLARATIONS

| | | |
|---|---|---|
| Policy Number: | ACP BP013210620241 | |
| Named Insured: | SPIVEY 60 LLC | |
| Mailing Address: | 2507 REX RD<br>ELLENWOOD, GA 30294-4092 | |
| Agency: | CROSS INSURANCE - BELFAST | |
| Address: | 5 CHANDLER DR<br>BATH, ME 04530 | |
| Agency Phone Number: | (207) 443-3336 | |
| Producer: | WOODROW CROSS | |
| Policy Period: | Effective From 12-21-2022 To<br>12-21-2023 | |
| | 12:01 AM Standard Time at your<br>principal place of business | |

### *Premiums/Fees*

| | |
|---|---|
| Total Annual Premium | $42,853.00 |
| **Total Policy Premium** | **$42,853.00** |

| Form of your business entity:    Limited Liability Company |
|---|

IN RETURN FOR THE PAYMENT OF THE PREMIUM AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE TO PROVIDE THE INSURANCE STATED IN THIS POLICY.

These Common Policy Declarations, together with the Common Policy Conditions, Coverage Form Declarations,
Coverage Forms and any endorsements issued to form a part thereof, complete the Policy numbered above.



**Nationwide®**

# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## COMMON DECLARATIONS

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

### SCHEDULE OF NAMED INSUREDS

**Named Insured:**

SPIVEY 60 LLC



# PREMIER BUSINESSOWNERS POLICY
## HABITATIONAL
## PROPERTY DECLARATIONS

**Nationwide®**

| | | | |
|---|---|---|---|
| Policy Number: | ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 001**

| | | | |
|---|---|---|---|
| **Premises Address:** | 2507 REX RD<br>ELLENWOOD, GA 30294-4092 | **Classification:** | Apartment Complex - Multiple Buildings -<br>1-4 Unit Buildings (No Mercantile or<br>Office) |
| **Construction Type:** | Frame | **Occupancy Type:** | Building Owner - Lessors risk |

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanket Limit | $25,000 | $8,904,400 |
|     Replacement Cost | | |
| Business Personal Property | | Not Provided |
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Business Income | | Included |
|     Actual Loss Sustained | | 12 Months |
|     Waiting Period | | 0 Hours |
|     Ordinary Payroll | | 60 Days |
|     Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
|     Actual Loss Sustained | | 12 Months |
|     Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate<br>Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
|     Per Building Limit | | $5,000 |
|     Back Up Aggregate Limit | | $25,000 |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum<br>$50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 001**

| Coverages | Deductible | Limit |
|---|---|---|
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
| Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
| Demolition Cost And Broadened Increased Costs Of Construction | | $58,500 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
| Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
| Property Away From Premises | $15,000 | | $15,000 |
| Property Away From Premises - Transit | $15,000 | | $15,000 |
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:  ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |
|---|---|

### MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

**PROTECTIVE SAFEGUARDS**
Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**



## PREMIER BUSINESSOWNERS POLICY

### HABITATIONAL

### PROPERTY DECLARATIONS

**Nationwide®**

| | |
|---|---|
| Policy Number:  ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |

**Premises:** 001 / **Building:** 002

**Premises Address:** 2507 REX RD
ELLENWOOD, GA 30294-4092

**Classification:** Apartment Complex - Multiple Buildings - 1-4 Unit Buildings (No Mercantile or Office)

**Construction Type:** Frame

**Occupancy Type:** Building Owner - Lessors risk

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
| Replacement Cost | | |
| Business Personal Property | | Not Provided |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Ordinary Payroll | | 60 Days |
| Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
| Per Building Limit | | $5,000 |
| Back Up Aggregate Limit | | $25,000 |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

---

| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 002**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| | | |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
| Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
| Demolition Cost And Broadened Increased Costs Of Construction | | $52,600 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
| Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
| Property Away From Premises | $15,000 | | $15,000 |
| Property Away From Premises - Transit | $15,000 | | $15,000 |

---



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 002**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

### MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

**PROTECTIVE SAFEGUARDS**

Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| | |
|---|---|
| Policy Number:    ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |

**Premises:** 001 / **Building:** 003

| | | | |
|---|---|---|---|
| **Premises Address:** | 2507 REX RD<br>ELLENWOOD, GA 30294-4092 | **Classification:** | Apartment Complex - Multiple Buildings - 1-4 Unit Buildings (No Mercantile or Office) |
| **Construction Type:** | Frame | **Occupancy Type:** | Building Owner - Lessors risk |

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
|     Replacement Cost | | |
| Business Personal Property | | Not Provided |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
|     Actual Loss Sustained | | 12 Months |
|     Waiting Period | | 0 Hours |
|     Ordinary Payroll | | 60 Days |
|     Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
|     Actual Loss Sustained | | 12 Months |
|     Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
|     Per Building Limit | | $5,000 |
|     Back Up Aggregate Limit | | $25,000 |



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:   ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises:** 001 / **Building:** 003

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| | | |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
|   Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
|   Demolition Cost And Broadened Increased Costs Of Construction | | $37,000 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
|   Inside the Premises | $10,000 | | $10,000 |
|   Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
|   Property Away From Premises | $15,000 | | $15,000 |
|   Property Away From Premises - Transit | $15,000 | | $15,000 |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:  ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 003**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

## MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

## PROTECTIVE SAFEGUARDS

Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**



# PREMIER BUSINESSOWNERS POLICY

HABITATIONAL

PROPERTY DECLARATIONS

**Nationwide®**

---

| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises:** 001 / **Building:** 004

| **Premises Address:** | 2507 REX RD<br>ELLENWOOD, GA 30294-4092 | **Classification:** | Apartment Complex - Multiple Buildings -<br>1-4 Unit Buildings (No Mercantile or<br>Office) |
|---|---|---|---|
| **Construction Type:** | Frame | **Occupancy Type:** | Building Owner - Lessors risk |

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
|    Replacement Cost | | |
| Business Personal Property | | Not Provided |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
|    Actual Loss Sustained | | 12 Months |
|    Waiting Period | | 0 Hours |
|    Ordinary Payroll | | 60 Days |
|    Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
|    Actual Loss Sustained | | 12 Months |
|    Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate<br>Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
|    Per Building Limit | | $5,000 |
|    Back Up Aggregate Limit | | $25,000 |

---

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL
## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 004**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |

| **Optional Coverages - Other frequently purchased coverage options** | | |
|---|---|---|
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
| Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
| Demolition Cost And Broadened Increased Costs Of Construction | | $30,500 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
| Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
| Property Away From Premises | $15,000 | | $15,000 |
| Property Away From Premises - Transit | $15,000 | | $15,000 |



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:  ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 004**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

### MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

**PROTECTIVE SAFEGUARDS**

Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| | | |
|---|---|---|
| **Policy Number:** ACP BP013210620241 | **Policy Period:** | From 12-21-2022 To 12-21-2023 |

**Premises:** 001 / **Building:** 005

**Premises Address:** 2507 REX RD
ELLENWOOD, GA 30294-4092

**Classification:** Apartment Complex - Multiple Buildings - 1-4 Unit Buildings (No Mercantile or Office)

**Construction Type:** Frame

**Occupancy Type:** Building Owner - Lessors risk

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
|    Replacement Cost | | |
| Business Personal Property | | Not Provided |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
|    Actual Loss Sustained | | 12 Months |
|    Waiting Period | | 0 Hours |
|    Ordinary Payroll | | 60 Days |
|    Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
|    Actual Loss Sustained | | 12 Months |
|    Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
|    Per Building Limit | | $5,000 |
|    Back Up Aggregate Limit | | $25,000 |



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
|---|---|---|

**Premises: 001 / Building: 005**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| | | |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
|     Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
|     Demolition Cost And Broadened Increased Costs Of Construction | | $40,900 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
|     Inside the Premises | $10,000 | | $10,000 |
|     Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
|     Property Away From Premises | $15,000 | | $15,000 |
|     Property Away From Premises - Transit | $15,000 | | $15,000 |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:    ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 005**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

## MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

**PROTECTIVE SAFEGUARDS**

Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 006**

**Premises Address:** 2507 REX RD
ELLENWOOD, GA 30294-4092

**Classification:** Apartment Complex - Multiple Buildings - 1-4 Unit Buildings (No Mercantile or Office)

**Construction Type:** Frame

**Occupancy Type:** Building Owner - Lessors risk

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED". Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
|    Replacement Cost | | |
| Business Personal Property | | Not Provided |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
|    Actual Loss Sustained | | 12 Months |
|    Waiting Period | | 0 Hours |
|    Ordinary Payroll | | 60 Days |
|    Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
|    Actual Loss Sustained | | 12 Months |
|    Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
|    Per Building Limit | | $5,000 |
|    Back Up Aggregate Limit | | $25,000 |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL
## PROPERTY DECLARATIONS

**Nationwide®**

---

| Policy Number: ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
|---|---|---|

**Premises:** 001 / **Building:** 006

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| | | |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
|    Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
|    Demolition Cost And Broadened Increased Costs Of Construction | | $39,000 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
|    Inside the Premises | $10,000 | | $10,000 |
|    Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
|    Property Away From Premises | $15,000 | | $15,000 |
|    Property Away From Premises - Transit | $15,000 | | $15,000 |

---



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 006**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

## MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

**PROTECTIVE SAFEGUARDS**

Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| | | |
|---|---|---|
| Policy Number: ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |

**Premises:** 001 / **Building:** 007

| | | | |
|---|---|---|---|
| **Premises Address:** | 2507 REX RD<br>ELLENWOOD, GA 30294-4092 | **Classification:** | Apartment Complex - Multiple Buildings - 1-4 Unit Buildings (No Mercantile or Office) |
| **Construction Type:** | Frame | **Occupancy Type:** | Building Owner - Lessors risk |

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building – Blanketed | $25,000 | Included |
|     Replacement Cost | | |
| Business Personal Property | | Not Provided |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
|     Actual Loss Sustained | | 12 Months |
|     Waiting Period | | 0 Hours |
|     Ordinary Payroll | | 60 Days |
|     Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
|     Actual Loss Sustained | | 12 Months |
|     Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
|     Per Building Limit | | $5,000 |
|     Back Up Aggregate Limit | | $25,000 |



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:   ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
|---|---|---|

**Premises: 001 / Building: 007**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| | | |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
| Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
| Demolition Cost And Broadened Increased Costs Of Construction | | $44,800 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
| Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
| Property Away From Premises | $15,000 | | $15,000 |
| Property Away From Premises - Transit | $15,000 | | $15,000 |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
|---|---|---|

**Premises: 001 / Building: 007**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

## MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

**PROTECTIVE SAFEGUARDS**

Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises:** 001 / **Building:** 008

**Premises Address:** 2507 REX RD
ELLENWOOD, GA 30294-4092

**Classification:** Apartment Complex - Multiple Buildings - 1-4 Unit Buildings (No Mercantile or Office)

**Construction Type:** Frame

**Occupancy Type:** Building Owner - Lessors risk

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
| Replacement Cost | | |
| Business Personal Property | | Not Provided |

| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
|---|---|---|
| Business Income | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Ordinary Payroll | | 60 Days |
| Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
| Per Building Limit | | $5,000 |
| Back Up Aggregate Limit | | $25,000 |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:   ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
|---|---|---|

**Premises: 001 / Building: 008**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| | | |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
| Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
| Demolition Cost And Broadened Increased Costs Of Construction | | $53,900 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
| Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
| Property Away From Premises | $15,000 | | $15,000 |
| Property Away From Premises - Transit | $15,000 | | $15,000 |



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 008**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

## MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

**PROTECTIVE SAFEGUARDS**
Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| | |
|---|---|
| Policy Number:  ACP BP013210620241 | Policy Period:  From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 009**

| | |
|---|---|
| **Premises Address:** 2507 REX RD<br>ELLENWOOD, GA 30294-4092 | **Classification:** Apartment Complex - Multiple Buildings -<br>1-4 Unit Buildings (No Mercantile or<br>Office) |
| **Construction Type:** Frame | **Occupancy Type:** Building Owner - Lessors risk |

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
| Replacement Cost | | |
| Business Personal Property | | Not Provided |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Ordinary Payroll | | 60 Days |
| Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate<br>Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
| Per Building Limit | | $5,000 |
| Back Up Aggregate Limit | | $25,000 |



# PREMIER BUSINESSOWNERS POLICY
## HABITATIONAL
## PROPERTY DECLARATIONS

**Nationwide®**

---

| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 009**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| | | |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
| Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
| Demolition Cost And Broadened Increased Costs Of Construction | | $29,200 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
| Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
| Property Away From Premises | $15,000 | | $15,000 |
| Property Away From Premises - Transit | $15,000 | | $15,000 |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises:** 001 / **Building:** 009

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

### MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

**PROTECTIVE SAFEGUARDS**

Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**



# PREMIER BUSINESSOWNERS POLICY

HABITATIONAL

PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises:** 001 / **Building:** 010

| | | | |
|---|---|---|---|
| **Premises Address:** | 2507 REX RD<br>ELLENWOOD, GA 30294-4092 | **Classification:** | Apartment Complex - Multiple Buildings -<br>1-4 Unit Buildings (No Mercantile or<br>Office) |
| **Construction Type:** | Frame | **Occupancy Type:** | Building Owner - Lessors risk |

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
|     Replacement Cost | | |
| Business Personal Property | | Not Provided |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
|     Actual Loss Sustained | | 12 Months |
|     Waiting Period | | 0 Hours |
|     Ordinary Payroll | | 60 Days |
|     Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
|     Actual Loss Sustained | | 12 Months |
|     Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate<br>Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
|     Per Building Limit | | $5,000 |
|     Back Up Aggregate Limit | | $25,000 |



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
|---|---|---|

**Premises: 001 / Building: 010**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| | | |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
| Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
| Demolition Cost And Broadened Increased Costs Of Construction | | $44,800 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
| Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
| Property Away From Premises | $15,000 | | $15,000 |
| Property Away From Premises - Transit | $15,000 | | $15,000 |



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |
| --- | --- |

**Premises: 001 / Building: 010**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
| --- | --- | --- | --- |
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

## MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
| --- | --- | --- |
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

## PROTECTIVE SAFEGUARDS

Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| | |
|---|---|
| Policy Number:    ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 011**

| | | | |
|---|---|---|---|
| **Premises Address:** | 2507 REX RD<br>ELLENWOOD, GA 30294-4092 | **Classification:** | Apartment Complex - Multiple Buildings -<br>1-4 Unit Buildings (No Mercantile or<br>Office) |
| **Construction Type:** | Frame | **Occupancy Type:** | Building Owner - Lessors risk |

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
|     Replacement Cost | | |
| Business Personal Property | | Not Provided |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
|     Actual Loss Sustained | | 12 Months |
|     Waiting Period | | 0 Hours |
|     Ordinary Payroll | | 60 Days |
|     Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
|     Actual Loss Sustained | | 12 Months |
|     Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate<br>Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
|     Per Building Limit | | $5,000 |
|     Back Up Aggregate Limit | | $25,000 |



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 011**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |

| **Optional Coverages - Other frequently purchased coverage options** | | |
|---|---|---|
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
|    Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
|    Demolition Cost And Broadened Increased Costs Of Construction | | $57,200 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
|    Inside the Premises | $10,000 | | $10,000 |
|    Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
|    Property Away From Premises | $15,000 | | $15,000 |
|    Property Away From Premises - Transit | $15,000 | | $15,000 |



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises:** 001 / **Building:** 011

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

## MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

**PROTECTIVE SAFEGUARDS**

Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**



**PREMIER BUSINESSOWNERS POLICY**

HABITATIONAL

PROPERTY DECLARATIONS

**Nationwide®**

---

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 012**

| **Premises Address:** | 2507 REX RD<br>ELLENWOOD, GA 30294-4092 | **Classification:** | Apartment Complex - Multiple Buildings -<br>1-4 Unit Buildings (No Mercantile or<br>Office) |
|---|---|---|---|
| **Construction Type:** | Frame | **Occupancy Type:** | Building Owner - Lessors risk |

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
|     Replacement Cost | | |
| Business Personal Property | | Not Provided |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
|     Actual Loss Sustained | | 12 Months |
|     Waiting Period | | 0 Hours |
|     Ordinary Payroll | | 60 Days |
|     Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
|     Actual Loss Sustained | | 12 Months |
|     Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate<br>Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
|     Per Building Limit | | $5,000 |
|     Back Up Aggregate Limit | | $25,000 |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

---

| Policy Number: ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
|---|---|---|

**Premises: 001 / Building: 012**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |

| Optional Coverages - Other frequently purchased coverage options | | |
|---|---|---|
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
| Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
| Demolition Cost And Broadened Increased Costs Of Construction | | $57,200 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
| Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
| Property Away From Premises | $15,000 | | $15,000 |
| Property Away From Premises - Transit | $15,000 | | $15,000 |

---



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: | ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 012**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

## MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

**PROTECTIVE SAFEGUARDS**

Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| | |
|---|---|
| **Policy Number:**  ACP BP013210620241 | **Policy Period:**   From 12-21-2022 To 12-21-2023 |

**Premises:** 001 / **Building:** 013

**Premises Address:** 2507 REX RD
ELLENWOOD, GA 30294-4092

**Classification:** Apartment Complex - Multiple Buildings - 1-4 Unit Buildings (No Mercantile or Office)

**Construction Type:** Frame

**Occupancy Type:** Building Owner - Lessors risk

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
| Replacement Cost | | |
| Business Personal Property | | Not Provided |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Ordinary Payroll | | 60 Days |
| Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
| Per Building Limit | | $5,000 |
| Back Up Aggregate Limit | | $25,000 |



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
|---|---|---|

**Premises:** 001 / **Building:** 013

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| | | |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
| Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
| Demolition Cost And Broadened Increased Costs Of Construction | | $48,750 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
| Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
| Property Away From Premises | $15,000 | | $15,000 |
| Property Away From Premises - Transit | $15,000 | | $15,000 |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 013**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

## MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

## PROTECTIVE SAFEGUARDS

Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| | |
|---|---|
| Policy Number:   ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |

**Premises:** 001 / **Building:** 014

**Premises Address:**  2507 REX RD
ELLENWOOD, GA 30294-4092

**Classification:** Apartment Complex - Multiple Buildings - 1-4 Unit Buildings (No Mercantile or Office)

**Construction Type:** Frame

**Occupancy Type:** Building Owner - Lessors risk

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
|    Replacement Cost | | |
| Business Personal Property | | Not Provided |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
|    Actual Loss Sustained | | 12 Months |
|    Waiting Period | | 0 Hours |
|    Ordinary Payroll | | 60 Days |
|    Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
|    Actual Loss Sustained | | 12 Months |
|    Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
|    Per Building Limit | | $5,000 |
|    Back Up Aggregate Limit | | $25,000 |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
|---|---|---|

**Premises: 001 / Building: 014**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| | | |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
| Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
| Demolition Cost And Broadened Increased Costs Of Construction | | $57,200 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
| Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
| Property Away From Premises | $15,000 | | $15,000 |
| Property Away From Premises - Transit | $15,000 | | $15,000 |



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 014**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

## MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

## PROTECTIVE SAFEGUARDS

Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**

PB DS 01 01 18


**Nationwide®**

# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

| | |
|---|---|
| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 015**

| | | | |
|---|---|---|---|
| **Premises Address:**  2507 REX RD<br>ELLENWOOD, GA 30294-4092 | **Classification:** Apartment Complex – Multiple Buildings –<br>1-4 Unit Buildings (No Mercantile or<br>Office) |
| **Construction Type:** Frame | **Occupancy Type:** Building Owner – Lessors risk |

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building – Blanketed | $25,000 | Included |
| Replacement Cost | | |
| Business Personal Property | | Not Provided |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Ordinary Payroll | | 60 Days |
| Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate<br>Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
| Per Building Limit | | $5,000 |
| Back Up Aggregate Limit | | $25,000 |



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
|---|---|---|

**Premises: 001 / Building: 015**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| | | |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
|     Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
|     Demolition Cost And Broadened Increased Costs Of Construction | | $49,400 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
|     Inside the Premises | $10,000 | | $10,000 |
|     Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
|     Property Away From Premises | $15,000 | | $15,000 |
|     Property Away From Premises - Transit | $15,000 | | $15,000 |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:  ACP BP013210620241 | Policy Period:  From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises:** 001 / **Building:** 015

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

## MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

## PROTECTIVE SAFEGUARDS

Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| | |
|---|---|
| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 016**

**Premises Address:** 2507 REX RD
ELLENWOOD, GA 30294-4092

**Classification:** Apartment Complex - Multiple Buildings - 1-4 Unit Buildings (No Mercantile or Office)

**Construction Type:** Frame

**Occupancy Type:** Building Owner - Lessors risk

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building - Blanketed | $25,000 | Included |
| Replacement Cost | | |
| Business Personal Property | | Not Provided |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Ordinary Payroll | | 60 Days |
| Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
| Actual Loss Sustained | | 12 Months |
| Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
| Per Building Limit | | $5,000 |
| Back Up Aggregate Limit | | $25,000 |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |
| --- | --- |

**Premises: 001 / Building: 016**

| Coverages | Deductible | Limit |
| --- | --- | --- |
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| | | |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
| Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
| Demolition Cost And Broadened Increased Costs Of Construction | | $48,700 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
| --- | --- | --- | --- |
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
| Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
| Property Away From Premises | $15,000 | | $15,000 |
| Property Away From Premises - Transit | $15,000 | | $15,000 |



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

| Policy Number:   ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 016**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

## MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

**PROTECTIVE SAFEGUARDS**

Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

---

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 017**

| **Premises Address:** 2507 REX RD<br>ELLENWOOD, GA 30294-4092 | **Classification:** Apartment Complex - Multiple Buildings -<br>1-4 Unit Buildings (No Mercantile or<br>Office) |
|---|---|
| **Construction Type:** Frame | **Occupancy Type:** Building Owner - Lessors risk |

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".
Property Coverage is subject to a **$25,000 Deductible**, unless otherwise stated.

| Coverages | Deductible | Limit |
|---|---|---|
| Building – Blanketed | $25,000 | Included |
|     Replacement Cost | | |
| Business Personal Property | | Not Provided |

| Additional Coverages - The Coverage Form includes other Additional Coverages not shown | | |
|---|---|---|
| Business Income | | Included |
|     Actual Loss Sustained | | 12 Months |
|     Waiting Period | | 0 Hours |
|     Ordinary Payroll | | 60 Days |
|     Extended Period Of Indemnity | | 60 Days |
| Extra Expense | | Included |
|     Actual Loss Sustained | | 12 Months |
|     Waiting Period | | 0 Hours |
| Equipment Breakdown | No Separate Deductible | Included |
| Building Automatic Increase Percentage | | 14% |
| Business Personal Property Automatic Increase Percentage | | Not Provided |
| Back Up Of Sewer And Drain Water | | |
|     Per Building Limit | | $5,000 |
|     Back Up Aggregate Limit | | $25,000 |

---



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

---

| Policy Number: ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |
|---|---|---|

**Premises: 001 / Building: 017**

| Coverages | Deductible | Limit |
|---|---|---|
| **Additional Coverages - The Coverage Form includes other Additional Coverages not shown** | | |
| Appurtenant Structures - 10% of Building Limit of Insurance - Maximum $50,000 any one structure | | Included |
| Increased Cost of Construction | | Not Included |
| | | |
| **Optional Coverages - Other frequently purchased coverage options** | | |
| Employee Dishonesty | | Not Provided |
| Ordinance Or Law Coverage | | |
| Loss To The Undamaged Portion Of The Building (Coverage Equal To Building Limit) | | Included |
| Demolition Cost And Broadened Increased Costs Of Construction | | $57,200 |
| Ordinance Or Law Broadened Coverage | | Not Provided |
| Habitational PLUS | | Included |
| Windstorm/Hail Deductible | No Separate Deductible | |

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Accounts Receivable | $25,000 | | $25,000 |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | $25,000 |
| Forgery Or Alteration | $10,000 | | $10,000 |
| Money And Securities | | | |
| Inside the Premises | $10,000 | | $10,000 |
| Outside the Premises (Limited) | $10,000 | | $10,000 |
| Outdoor Signs | $2,500 | | $2,500 |
| Outdoor Trees, Shrubs, Plants And Lawns | $10,000 | | $10,000 |
| Business Personal Property Off Premises | | | |
| Property Away From Premises | $15,000 | | $15,000 |
| Property Away From Premises - Transit | $15,000 | | $15,000 |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## PROPERTY DECLARATIONS

**Nationwide®**

---

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 017**

| Optional Increased Limits | Included Limit | Additional Limit | Total Limit |
|---|---|---|---|
| Electronic Data | $10,000 | | $10,000 |
| Interruption Of Computer Operations | $10,000 | | $10,000 |
| Computer Fraud And Funds Transfer | $10,000 | | $10,000 |

## MORTGAGEE ASSIGNMENT INFORMATION

| Additional Interest Type | Loan Number | Interest |
|---|---|---|
| LENDLOSS | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |
| Mortgagee | | FEDERAL HOME LOAN MORTGAGE CORPORATION SEE TEMPAI #1 |

**PROTECTIVE SAFEGUARDS**

Based on information you and/or your agent provided, this premises has Protective Safeguards as identified below. A Protective Safeguards endorsement will be added to your policy based on this information, and you risk the loss of insurance if you fail to maintain, or knew or should have known of any suspension or impairment of any Protective Safeguard(s) identified below. Note that Protective Safeguard(s) must be: in place, operational, and maintained in good working order and you must notify us immediately (at Commercial Lines Service Center by calling (866) 322-3214) in the event of any known or planned disablement of any Protective Safeguard(s).

APPLICABLE PROTECTIVE SAFEGUARDS: **NOT APPLICABLE**

---



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

## LIABILITY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

| Limits Of Insurance | | Limit |
|---|---|---|
| Each Occurrence Limit of Insurance | Per Occurrence | $1,000,000 |
| Medical Payments Sub Limit | Per Person | $5,000 |
| Tenants Property Damage Legal Liability Sublimit | Per Covered Loss | $300,000 |
| Personal And Advertising Injury | Per Person Or Organization | $1,000,000 |
| Products-Completed Operations Aggregate Limit | All Occurrences | $2,000,000 |
| General Aggregate (Other Than Products-Completed Operations) | All Occurrences | $2,000,000 |

## Automatic Additional Insureds Status

The following persons or organizations are automatically insureds when you and they have agreed in a written contract or agreement that such person or organization be added as an additional insured on your policy.

Co-Owners of Insured Premises
Controlling Interest
Grantor of Franchise or License
Lessors of Leased Equipment
Managers or Lessors of Leased Premises
Mortgagee, Assignee or Receiver
Owners or Other Interest from Whom Land has been Leased
State or Political Subdivisions - Permits Relating to Premises

| Liability Deductible | Deductible |
|---|---|

None



**PREMIER BUSINESSOWNERS POLICY**

HABITATIONAL

LIABILITY DECLARATIONS

**Nationwide®**

| Policy Number:  ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |
| --- | --- |

| Optional Coverages | Deductible | Limit |
| --- | --- | --- |
| Cyber Coverage | | |
| Data Compromise Response Expense | | |
| Annual Aggregate Limit | | $50,000 |
| Deductible Per Occurrence | $1,000 | |
| Forensic IT Sublimit | | $25,000 |
| Legal Review Sublimit | | $25,000 |
| Data Compromise Public Relations Sublimit | | $5,000 |
| Regulatory Fines and Penalties Sublimit | | $25,000 |
| PCI Fines and Penalties Sublimit | | $25,000 |
| Computer Attack | | |
| Annual Aggregate Limit | | $50,000 |
| Deductible Per Occurrence | $1,000 | |
| Loss of Business Sublimit | | $25,000 |
| Computer Attack Public Relations Sublimit | | $5,000 |
| Extortion Sublimit | | $10,000 |
| Misdirected Payment Fraud Sublimit | | $10,000 |
| Computer Fraud Sublimit | | $10,000 |



# PREMIER BUSINESSOWNERS POLICY
## HABITATIONAL
## LIABILITY DECLARATIONS

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

| Optional Coverages | Deductible | Limit |
|---|---|---|
| Data Compromise | | |
| Data Compromise Liability & Defense Expense | | $50,000 |
| Deductible Per Occurrence | $1,000 | |
| Network Security | | |
| Network Security Liability & Defense Expense | | $50,000 |
| Deductible Per Occurrence | $1,000 | |
| Electronic Media | | |
| Electronic Media Liability & Defense Expense | | $50,000 |
| Deductible Per Occurrence | $1,000 | |
| Identity Recovery | | |
| Annual Aggregate Limit | | $25,000 |
| Deductible Per Occurrence | None | |
| Lost Wages and Child and Elder Care Expenses | | $5,000 |
| Mental Health Counseling | | $1,000 |
| Miscellaneous Unnamed Costs | | $1,000 |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period:    From 12-21-2022 To 12-21-2023 |
|---|---|

### FORMS AND ENDORSEMENTS SUMMARY

| Form Number | Title |
|---|---|
| PBDS01 01 18 | Premier Businessowners Declarations |
| PB81S1 01 17 | Premier Businessowners Policy - Statement Of Values |
| PB0002 01 18 | Premier Businessowners Property Coverage Form |
| PB0006 01 17 | Premier Businessowners Liability Coverages Form |
| PB0009 01 17 | Premier Businessowners Common Policy Conditions |
| NIL7000 01 17 | Blank Endorsement |
| PB0008 01 17 | Nuclear Energy Exclusion |
| PB0412 01 01 | Limitation Of Coverage To Designated Premises |
| PB0523 07 15 | Cap on Losses from Certified Acts of Terrorism |
| PB0588 04 11 | Georgia - Limited Fungi or Bacteria Coverage |
| PB1203 01 01 | Loss Payable Provisions |
| PB1478 01 17 | Exclusion of Loss Due to By-products of Production or Processing Operations (Rental Properties) |
| PB1486 11 14 | Communicable Disease Exclusion |
| PB2003 01 17 | Habitational PLUS Endorsement |
| PB5910 12 13 | Georgia Changes - Diminished Value Exclusion Endorsement |
| PB9010 08 22 | Georgia Amendatory Endorsement |
| PB9074 04 22 | Cyber Suite Coverage Endorsement |

### IMPORTANT NOTICES

| Form Number | Title |
|---|---|
| NI0062 01 21 | Notice of Terrorism Insurance Coverage |
| NI0018 01 17 | Flood Insurance Notice |
| NI9009 01 17 | Information for Insureds Who Have Tenants |
| NI9029 04 22 | Cyber Liability Important Notice |
| NI0004 01 17 | Important Notice for Renewal Policies |

PB DS 01 01 18



# PREMIER BUSINESSOWNERS POLICY

## HABITATIONAL

**Nationwide®**

| Policy Number: | ACP BP013210620241 | Policy Period: | From 12-21-2022 To 12-21-2023 |

### IMPORTANT NOTICES

| Form Number | Title |
| --- | --- |
| NI0035 01 17 | Data Breach & Identity Recovery Services |
| NI0075 01 17 | Consumer Report Inquiry Notice |

**IN WITNESS WHEREOF,** the Company has caused this policy to be signed by its Secretary and President.

_____
**Secretary**

_____
**President**

PB DS 01 01 18


**Nationwide®**

# PREMIER BUSINESSOWNERS POLICY
## CHANGE OF DECLARATIONS ENDORSEMENT

---

Policy Number: ACP BP013210620241

Named Insured: SPIVEY 60 LLC

Mailing Address: 2507 REX RD
ELLENWOOD, GA 30294-4092

Agency: CROSS INSURANCE - BELFAST

Agency Number: 48825

Producer Number: 026

Region Code: 044

Agency Address: 5 CHANDLER DR
BATH, ME 04530

Policy Period: Effective From 12-21-2022 To
12-21-2023

Effective Date of
Change: 04-26-2023
12:01 AM Standard Time at your
principal place of business

### *Premiums/Fees*

| | |
|---|---|
| **No Change** | **$0.00** |

**NOT A STATEMENT - YOUR BILLING WILL FOLLOW**

**PLEASE READ CAREFULLY.**

---

**Premises: 001 / Building: 001**

**Premises Address:** 2507 REX RD
ELLENWOOD, GA 30294-4092

---

**PB DS 02 01 18**



**PREMIER BUSINESSOWNERS POLICY**

**CHANGE OF DECLARATIONS ENDORSEMENT**

**Nationwide®**

| | |
|---|---|
| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:



# PREMIER BUSINESSOWNERS POLICY

## CHANGE OF DECLARATIONS ENDORSEMENT

**Nationwide®**

| | |
|---|---|
| Policy Number:    ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 002**             **Premises Address:**    2507 REX RD
                                                                      ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1

680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1

680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:



**PREMIER BUSINESSOWNERS POLICY**

CHANGE OF DECLARATIONS ENDORSEMENT

---

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 003**

**Premises Address:**   2507 REX RD
ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

---

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

---

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

---

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

---

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

---



# PREMIER BUSINESSOWNERS POLICY

### CHANGE OF DECLARATIONS ENDORSEMENT

| | |
|---|---|
| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 004**

Premises Address:   2507 REX RD
ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:



# PREMIER BUSINESSOWNERS POLICY

## CHANGE OF DECLARATIONS ENDORSEMENT

**Nationwide®**

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 005**

**Premises Address:**   2507 REX RD
ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:



# PREMIER BUSINESSOWNERS POLICY

## CHANGE OF DECLARATIONS ENDORSEMENT

**Nationwide®**

| | |
|---|---|
| Policy Number:  ACP BP013210620241 | Policy Period:  From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 006**

**Premises Address:**  2507 REX RD
ELLENWOOD, GA 30294-4092

### Mortgagee or Loss Payee

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1

680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1

680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:



# PREMIER BUSINESSOWNERS POLICY

## CHANGE OF DECLARATIONS ENDORSEMENT

| Policy Number: ACP BP013210620241 | Policy Period: From 12-21-2022 To 12-21-2023 |
| --- | --- |

**Premises: 001 / Building: 007**          **Premises Address:**    2507 REX RD
                                                            ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1

680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1

680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:



# PREMIER BUSINESSOWNERS POLICY

## CHANGE OF DECLARATIONS ENDORSEMENT

| | |
|---|---|
| Policy Number:　ACP BP013210620241 | Policy Period:　From 12-21-2022 To 12-21-2023 |

**Premises:** 001 **/ Building:** 008

**Premises Address:**　2507 REX RD
ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1

680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1

680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1

680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1

680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:



# PREMIER BUSINESSOWNERS POLICY

## CHANGE OF DECLARATIONS ENDORSEMENT

**Nationwide®**

| | |
|---|---|
| Policy Number:   ACP BP013210620241 | Policy Period:  From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 009**      **Premises Address:**   2507 REX RD
ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:



**Nationwide®**

# PREMIER BUSINESSOWNERS POLICY

## CHANGE OF DECLARATIONS ENDORSEMENT

| | |
|---|---|
| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |

**Premises:** 001 / **Building:** 010

**Premises Address:**   2507 REX RD
ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:



**Nationwide®**

# PREMIER BUSINESSOWNERS POLICY

## CHANGE OF DECLARATIONS ENDORSEMENT

| | |
|---|---|
| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |

**Premises:** 001 / **Building:** 011          **Premises Address:**     2507 REX RD
ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:



# PREMIER BUSINESSOWNERS POLICY

## CHANGE OF DECLARATIONS ENDORSEMENT

**Nationwide®**

| Policy Number:  ACP BP013210620241 | Policy Period:  From 12-21-2022 To 12-21-2023 |
|---|---|

**Premises: 001 / Building: 012**   **Premises Address:**   2507 REX RD
ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1

680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1

680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1

680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1

680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

PB DS 02 01 18                                                                                   Page 13 of 18



**Nationwide®**

# PREMIER BUSINESSOWNERS POLICY

### CHANGE OF DECLARATIONS ENDORSEMENT

| | |
|---|---|
| Policy Number:   ACP BP013210620241 | Policy Period:  From 12-21-2022 To 12-21-2023 |

**Premises:** 001 / **Building:** 013

**Premises Address:**   2507 REX RD
ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1

680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1

680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1

680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1

680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:



# PREMIER BUSINESSOWNERS POLICY

## CHANGE OF DECLARATIONS ENDORSEMENT

| | |
|---|---|
| Policy Number:  ACP BP013210620241 | Policy Period:  From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building:** 014

**Premises Address:** 2507 REX RD
ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1

680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1

680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:



# PREMIER BUSINESSOWNERS POLICY

## CHANGE OF DECLARATIONS ENDORSEMENT

| Policy Number:   ACP BP013210620241 | Policy Period:  From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 015**

**Premises Address:**   2507 REX RD
ELLENWOOD, GA 30294-4092

### Mortgagee or Loss Payee

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1

680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1

680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

PB DS 02 01 18



# PREMIER BUSINESSOWNERS POLICY

## CHANGE OF DECLARATIONS ENDORSEMENT

**Nationwide®**

| | |
|---|---|
| Policy Number:   ACP BP013210620241 | Policy Period:   From 12-21-2022 To 12-21-2023 |

**Premises:** 001 **/ Building:** 016          **Premises Address:**   2507 REX RD
                                                                      ELLENWOOD, GA 30294-4092

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1

680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1

680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:



# PREMIER BUSINESSOWNERS POLICY

### CHANGE OF DECLARATIONS ENDORSEMENT

**Nationwide®**

| Policy Number:   ACP BP013210620241 | Policy Period:  From 12-21-2022 To 12-21-2023 |

**Premises: 001 / Building: 017**    **Premises Address:**    2507 REX RD
ELLENWOOD, GA 30294–4092

**Mortgagee or Loss Payee**

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**ADDED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
C/O SABAL TL1 LIC ISAOA
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: LENDLOSS
Loan Number:

**DELETED:**

FEDERAL HOME LOAN MORTGAGE CORPORATION
SEE TEMPAI #1
680 EAST COLORADO BLVD STE 350
PASADENA, CA 91101

Additional Interest Type: Mortgagee
Loan Number:

**PB DS 02 01 18**

# EXHIBIT B

 **Nationwide®**

Underpaid Claims Management
Page 1 of 4

| | |
|---|---|
| Date prepared | January 8, 2024 |
| Claim number | 961129-GO |
| Policy number | ACP BP013210620241 |
| Questions? | Contact Claims Associate
Paul Rhines - FL License
A218918
rhinesp@nationwide.com
Phone 614-284-1143
Fax 866-420-1598 |

Underpaid Claims Management
1261 S Fort Harrison Ave
Suite B
Clearwater, FL  33756

## Claim details

| | |
|---|---|
| Insurer: | Nationwide General Insurance Company |
| Policyholder: | Spivey  60 LLC |
| Claim number: | 961129-GO |
| Loss date: | August 7, 2023 |

Dear Michael Michio,

We completed our review of this wind/hail loss reported to have occurred on August 7, 2023. We made every effort to provide a fair and thorough evaluation of your policy of insurance and investigation of your loss.

Based on our investigation and review of your policy contract, Nationwide General Insurance Company's opinion is this loss was caused by hail. Therefore, we have determined a portion of your Building claim is covered under your policy. Your policy covers the covered damages as outlined in the Xactimate estimate that was provided to you under a separate cover. There was no payment made for the damages, as the damages did not exceed the $25,000.00 deductible.

## About our decision

Based off the site inspection and ensuing investigation by Keith Ciccotello with Haag Engineering Co., it was determined the roof coverings and exterior of the buildings were not damaged by wind and/or hail. Mr. Ciccotello did find hail damage to the metal roof vents and flue caps and the dents were not coincident with hail spatter marks and were likely years old. There was a total of 117 creased shingles over the gutters and the creased shingles were a result of gutter maintenance.

The ceiling water stain on Building 4 was likely the result of a tree impact event, but the remaining interior water stains on the property were a result of significant tree debris accumulation at flashing details and valley conditions trapping moisture on the roof surface and were not a result of a storm created opening.

There will be no coverage for the creased shingles, as they were not damaged by a covered cause of loss. There will no coverage for the replacement of the roof vents or flue caps, as there have been no hail events at the loss location since August 24, 2013, and the last known event occurred prior to the inception of the policy on December 21, 2021.

There will be no coverage for the interior water damage to Units 2B, 3A, 3B, 5B, 7A, 7C, 8B, 9A, 10A, 12C, 14A, 15C, 16A and 16b, as there was no covered cause of loss that created an opening in the roof or the exterior wall that would have allowed water to enter the building resulting in the interior damage.

## Policy details

Your Businessowners policy states the following:

A. **COVERAGES**

We will pay for direct physical loss of or damage to Covered Property at the described premises in the Declarations caused by or resulting from any Covered Cause of Loss.

1. **COVERED PROPERTY**

Covered Property includes Buildings as described under paragraph a. below, Business Personal Property as described under paragraph b. below, or both, depending on whether a Limit of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under paragraph 2. PROPERTY NOT COVERED.

...

4. **LIMITATIONS**

a. We will not pay for loss of or damage to:

...

(6) The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

(a) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

(b) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

...

B. **EXCLUSIONS**

...

2. We will not pay for loss or damage caused by or resulting from any of the following:

l. **Other Types Of Loss**

(1) Wear and tear;

(2) Rust or other corrosion, decay, deterioration, hidden or latent defect it to damage or destroy itself;

...

      (6) Mechanical breakdown, including
          rupture or bursting caused by
          centrifugal force, except as provided
          under the Equipment Breakdown
          Additional Coverages;

...

3. We will not pay for loss or damage caused by
or resulting from any of the following B.3.a.
through B.3.c. But if an excluded cause of
loss that is listed in B.3.a. through B.3.c.
results in a Covered Cause of Loss, we will
pay for the loss or damage caused by that
Covered Cause of Loss.

...

c. **Negligent Work**
Faulty, inadequate or defective:
(1) Planning, zoning, development,
   surveying, siting;
(2) Design, specifications, workmanship,
   work methods, repair, construction,
   renovation, remodeling, grading,
   compaction, failure to protect the
   property;
(3) Materials used in repair, construction,
   renovation or remodeling; or
(4) Maintenance;
   of part or all of any property on or off the
   described premises.

...

F. **PROPERTY GENERAL CONDITIONS**
The following conditions apply in addition to the
COMMON POLICY CONDITIONS.

...

4. **Policy Period, Coverage Territory**
Under this form:
a. We cover loss or damage commencing:
(1) During the policy period shown in the
   Declarations; and
(2) Within the coverage territory or, with
   respect to property in transit, while it
   is between points in the coverage
   territory.
b. The coverage territory is:
(1) The United States of America
   (including its territories and
   possessions);
(2) Puerto Rico; and
(3) Canada.

...

E. **PROPERTY LOSS CONDITIONS**

...

4. **Legal Action Against Us**
No one may bring a legal action against us

under this insurance unless:
a. There has been full compliance with all of
the terms of this insurance; and
b. The action is brought within two year after
the date on which the direct physical loss
or damage occurred.

## Additional information

We expressly reserve all other rights, defenses, or contentions, which are available to us under the policy of insurance, by law or otherwise, and do not waive any such rights or defenses which we now have or which may become known to us in the future.

If you have information about this claim that may affect our current decision, please forward it to us as soon as possible.

## For more information

If you have any questions or concerns, please contact me at 614-284-1143 or rhinesp@nationwide.com.

Sincerely,

Paul Rhines - FL License A218918
Nationwide General Insurance Company
P.O. Box 182068
Columbus, OH 43218-2068
cc
Cross Insurance - Belfast


Pursuant to § 817.234, Florida Statutes, any person who, with the intent to injure, defraud, or deceive any insurer or insured, prepares, presents, or causes to be presented a proof of loss or estimate of cost or repair of damaged property in support of a claim under an insurance policy knowing that the proof of loss or estimate of claim or repairs contains any false, incomplete, or misleading information concerning any fact or thing material to the claim commits a felony of the third degree, punishable as provided in § 775.082, § 775.083, or § 775.084, Florida Statutes.



**Nationwide General Insurance Company**

Paul Rhines
P.O. Box 182068
Columbus, Ohio 43218-2068
Cellular: 614-284-1143
Fax: 866-716-9757

| | | | |
|---|---|---|---|
| Insured: | Spivey 60 LLC | Business: | (919) 697-1488 |
| Property: | 2507 REX RD | | |
| | ELLENWOOD, GA 30294-4092 | | |
| Home: | 2507 REX RD | | |
| | ELLENWOOD, GA 30294-4092 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Paul Rhines | Business: | (614) 284-1143 |
| Business: | P.O. Box 182068 | E-mail: | rhinesp@nationwide.com |
| | Columbus , OH 43218 | | |

| | | | |
|---|---|---|---|
| Estimator: | Paul Rhines | Business: | (614) 284-1143 |
| Business: | P.O. Box 182068 | E-mail: | rhinesp@nationwide.com |
| | Columbus , OH 43218 | | |

**Claim Number:** 961129-GO          **Policy Number:** ACP BP013210620241          **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 8/24/2023 12:15 PM | | |
| Date of Loss: | 8/7/2023 12:00 AM | Date Received: | 8/23/2023 12:00 AM |
| Date Inspected: | | Date Entered: | 8/27/2023 9:09 AM |
| Date Est. Completed: | 9/19/2023 6:26 AM | | |

| | |
|---|---|
| Price List: | GAAT8X_AUG23 |
| | Restoration/Service/Remodel |
| Estimate: | SPIVEY_60_LLC7 |



**Nationwide General Insurance Company**

Paul Rhines
P.O. Box 182068
Columbus, Ohio 43218-2068
Cellular: 614-284-1143
Fax: 866-716-9757

Dear Valued Customer,

Please refer to the attached itemized estimate. The estimate contains our valuation of the damages for the reported loss and was prepared using usual and customary prices for your geographic area. If this is a supplemental or updated estimate and your policy includes replacement cost coverage, please refer to our communication regarding how to make a claim for any additional eligible payment.

Please note that if your mortgage company is included on your claim payment check, contact the mortgage company to discuss how to handle the proceeds of this payment.

If you choose to hire a contractor or vendor to make repairs, please provide this estimate to them. If you, your contractor, or vendor determine that there are additional building fees and/or permits associated with the estimated repairs that are not included in this estimate, please contact me immediately so that I may review and make a determination as to the appropriate payment.

If the estimate reflects a reduction for Salvage Retention, there are materials estimated for removal that have been identified as having salvage value. The amount reflected for Salvage Retention is applied using current values specific to the weight and quantity of materials to be removed and specific to your geographic region. A report is attached or can be provided upon request that provides a detailed summary of the Salvage Retention amount shown on your estimate. This amount should also be reflected on any estimates or invoicing provided by your contractor or vendor as a reduction in repair costs. Please note that the values provided are subject to change due to market conditions.

If you discover any additional damage to your property, please immediately contact me, either personally or through your contractor/vendor. We may need to re-inspect your property before authorization of supplemental payment. Please do not destroy or discard any of the damaged items until we have had an opportunity to inspect the damages and have reached an agreement with you on any supplemental cost.

Nationwide may also request to re-inspect your property, at your convenience, as part of our commitment to quality and customer service.

Please note your policy may include additional coverages, coverage extensions, and/or settlement provisions that may require you to notify us within certain times of your intent to make a claim under those portions of the policy. Please refer to your policy or contact your claim professional for more information.

Thank you for allowing Nationwide General Insurance Company to serve your insurance needs. Please contact me at the numbers listed above if you have any questions regarding this estimate or any other matter pertaining to your claim.



**Nationwide General Insurance Company**

Paul Rhines
P.O. Box 182068
Columbus, Ohio 43218-2068
Cellular: 614-284-1143
Fax: 866-716-9757

**SPIVEY_60_LLC7**

### Loc. 001/001-Unit 1

Roof

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| LOC. 001/001-UNIT 1 | | | | | | |
| There was no visible evidence of any storm related damage to the shingles | | | | | | |
| **Totals: Roof** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### Loc. 001/002-Unit 2

Roof

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| LOC. 001/002-UNIT 2 | | | | | | |
| There was no visible evidence of any storm related damage to the shingles | | | | | | |
| **Totals: Roof** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### Loc. 001/003-Unit 3

Roof

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| LOC. 001/003-UNIT 3 | | | | | | |
| There was no visible evidence of any storm related damage to the shingles | | | | | | |
| **Totals: Roof** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### Loc. 001/004-Unit 4

Roof

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|



**Nationwide General Insurance Company**

Paul Rhines
P.O. Box 182068
Columbus, Ohio 43218-2068
Cellular: 614-284-1143
Fax: 866-716-9757

**CONTINUED - Roof**

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| LOC. 001/004-UNIT 4 | | | | | | |
| There was no visible evidence of any storm related damage to the shingles | | | | | | |
| 1. Remove Laminated - comp. shingle rfg (per SHINGLE) | 6.00 EA | 8.01 | 0.00 | 48.06 | (0.00) | 48.06 |
| 2. Laminated - comp. shingle rfg (per SHINGLE) | 6.00 EA | 18.60 | 1.28 | 112.88 | (0.00) | 112.88 |
| **Loc. 001/004-Unit 4 Totals:** | | | 1.28 | 160.94 | | 160.94 |
| **Totals: Roof** | | | 1.28 | 160.94 | 0.00 | 160.94 |

| | Bedroom | | | LxWxH 12' x 12' x 8' |
|---|---|---|---|---|
| | 384.00 SF Walls | | 144.00 SF Ceiling | |
| | 528.00 SF Walls & Ceiling | | 144.00 SF Floor | |
| | 16.00 SY Flooring | | 48.00 LF Floor Perimeter | |
| | 96.00 SF Long Wall | | 96.00 SF Short Wall | |
| | 48.00 LF Ceil. Perimeter | | | |

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| LOC. 001/004-UNIT 4 | | | | | | |
| 3. R&R Batt insulation - 10" - R30 - unfaced batt | 32.00 SF | 2.24 | 3.17 | 74.85 | (0.00) | 74.85 |
| 4. Drywall patch / small repair, ready for paint | 1.00 EA | 99.86 | 0.33 | 100.19 | (0.00) | 100.19 |
| 5. Seal/prime (1 coat) then paint (1 coat) the walls and ceiling | 528.00 SF | 1.37 | 9.29 | 732.65 | (0.00) | 732.65 |
| 6. Floor protection - plastic and tape - 10 mil | 144.00 SF | 0.40 | 1.38 | 58.98 | (0.00) | 58.98 |
| 7. Contents - move out then reset | 1.00 EA | 67.10 | 0.00 | 67.10 | (0.00) | 67.10 |
| 8. Haul debris - per pickup truck load - including dump fees | 1.00 EA | 168.17 | 0.00 | 168.17 | (0.00) | 168.17 |
| **Loc. 001/004-Unit 4 Totals:** | | | 14.17 | 1,201.94 | | 1,201.94 |
| **Totals: Bedroom** | | | 14.17 | 1,201.94 | 0.00 | 1,201.94 |
| **Area Loc. 001/004-Unit 4 Total:** | | | 15.45 | 1,362.88 | | 1,362.88 |
| **Totals: Loc. 001/004-Unit 4** | | | 15.45 | 1,362.88 | 0.00 | 1,362.88 |

**Loc. 001/005-Unit 5**



**Nationwide General Insurance Company**

Paul Rhines
P.O. Box 182068
Columbus, Ohio 43218-2068
Cellular: 614-284-1143
Fax: 866-716-9757

Roof

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| LOC. 001/005-UNIT 5 | | | | | | |
| There was no visible evidence of any storm related damage to the shingles | | | | | | |
| **Totals: Roof** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### Loc. 001/006-Unit 6

Roof

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| LOC. 001/006-UNIT 6 | | | | | | |
| There was no visible evidence of any storm related damage to the shingles | | | | | | |
| **Totals: Roof** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### Loc. 001/007-Unit 7

Roof

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| LOC. 001/007-UNIT 7 | | | | | | |
| There was no visible evidence of any storm related damage to the shingles | | | | | | |
| **Totals: Roof** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### Loc. 001/008-Unit 8

Roof

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| LOC. 001/008-UNIT 8 | | | | | | |
| There was no visible evidence of any storm related damage to the shingles | | | | | | |
| **Totals: Roof** | | | 0.00 | 0.00 | 0.00 | 0.00 |



**Nationwide General Insurance Company**

Paul Rhines
P.O. Box 182068
Columbus, Ohio 43218-2068
Cellular: 614-284-1143
Fax: 866-716-9757

**Loc. 001/009-Unit 9**

Roof

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| LOC. 001/009-UNIT 9 | | | | | | |
| There was no visible evidence of any storm related damage to the shingles | | | | | | |
| **Totals: Roof** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**Loc. 001/010-Unit 10**

Roof

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| LOC. 001/010-UNIT 10 | | | | | | |
| There was no visible evidence of any storm related damage to the shingles | | | | | | |
| **Totals: Roof** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**Loc. 001/011-Unit 12**

Roof

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| LOC. 001/011-UNIT 12 | | | | | | |
| There was no visible evidence of any storm related damage to the shingles | | | | | | |
| **Totals: Roof** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**Loc. 001/012-Unit 13**

Roof

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| LOC. 001/013-UNIT 14 | | | | | | |
| There was no visible evidence of any storm related damage to the shingles | | | | | | |



**Nationwide General Insurance Company**

Paul Rhines
P.O. Box 182068
Columbus, Ohio 43218-2068
Cellular: 614-284-1143
Fax: 866-716-9757

### CONTINUED - Roof

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| **Totals: Roof** | | | 0.00 | 0.00 | 0.00 | 0.00 |

#### Exterior

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| LOC. 001/012-UNIT 13 | | | | | | |
| 9.  Reglaze double-pane thermal window unit, 1 - 9 sf | 2.00 EA | 160.50 | 16.23 | 337.23 | (0.00) | 337.23 |
| **Loc. 001/012-Unit 13 Totals:** | | | 16.23 | 337.23 | | 337.23 |
| **Totals: Exterior** | | | 16.23 | 337.23 | 0.00 | 337.23 |
| **Area Loc. 001/012-Unit 13 Total:** | | | 16.23 | 337.23 | | 337.23 |
| **Totals: Loc. 001/012-Unit 13** | | | 16.23 | 337.23 | 0.00 | 337.23 |

### Loc. 001/013-Unit 14

#### Roof

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| LOC. 001/013-UNIT 14 | | | | | | |
| There was no visible evidence of any storm related damage to the shingles | | | | | | |
| **Totals: Roof** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### Loc. 001/014-Unit 15

#### Roof

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| LOC. 001/014-UNIT 15 | | | | | | |
| There was no visible evidence of any storm related damage to the shingles | | | | | | |



**Nationwide General Insurance Company**

Paul Rhines
P.O. Box 182068
Columbus, Ohio 43218-2068
Cellular: 614-284-1143
Fax: 866-716-9757

### CONTINUED - Roof

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| Totals: Roof | | | 0.00 | 0.00 | 0.00 | 0.00 |

### Loc. 001/015-Unit 16

Roof

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| LOC. 001/015-UNIT 16 | | | | | | |
| There was no visible evidence of any storm related damage to the shingles | | | | | | |
| Totals: Roof | | | 0.00 | 0.00 | 0.00 | 0.00 |

### Loc. 001/016-Unit 17

Roof

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| LOC. 001/016-UNIT 17 | | | | | | |
| There was no visible evidence of any storm related damage to the shingles | | | | | | |
| Totals: Roof | | | 0.00 | 0.00 | 0.00 | 0.00 |

### Loc. 001/017-Unit 18

Roof

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| LOC. 001/017-UNIT 18 | | | | | | |
| There was no visible evidence of any storm related damage to the shingles | | | | | | |
| Totals: Roof | | | 0.00 | 0.00 | 0.00 | 0.00 |



**Nationwide General Insurance Company**

Paul Rhines
P.O. Box 182068
Columbus, Ohio 43218-2068
Cellular: 614-284-1143
Fax: 866-716-9757

**Labor Minimums Applied**

| DESCRIPTION | QTY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| LOC. 001/004-UNIT 4 | | | | | | |
| 10. Insulation labor minimum | 1.00 EA | 176.01 | 0.00 | 176.01 | (0.00) | 176.01 |
| 11. Drywall labor minimum | 1.00 EA | 407.15 | 0.00 | 407.15 | (0.00) | 407.15 |
| 13. Roofing labor minimum | 1.00 EA | 440.82 | 0.00 | 440.82 | (0.00) | 440.82 |
| LOC. 001/012-UNIT 13 | | | | | | |
| 12. Window labor minimum | 1.00 EA | 172.77 | 0.00 | 172.77 | (0.00) | 172.77 |
| **Loc. 001/004-Unit 4 Totals:** | | | **0.00** | **1,023.98** | | **1,023.98** |
| **Loc. 001/012-Unit 13 Totals:** | | | **0.00** | **172.77** | | **172.77** |
| **Totals: Labor Minimums Applied** | | | **0.00** | **1,196.75** | **0.00** | **1,196.75** |
| **Area Loc. 001/004-Unit 4 Total:** | | | **15.45** | **2,386.86** | | **2,386.86** |
| **Area Loc. 001/012-Unit 13 Total:** | | | **16.23** | **510.00** | | **510.00** |
| **Line Item Totals: SPIVEY_60_LLC7** | | | **31.68** | **2,896.86** | **0.00** | **2,896.86** |

**Grand Total Areas:**

| | | | | |
|---|---|---|---|---|
| 384.00 | SF Walls | 144.00 SF Ceiling | 528.00 | SF Walls and Ceiling |
| 144.00 | SF Floor | 16.00 SY Flooring | 48.00 | LF Floor Perimeter |
| 96.00 | SF Long Wall | 96.00 SF Short Wall | 48.00 | LF Ceil. Perimeter |
| | | | | |
| 0.00 | Floor Area | 0.00 Total Area | 0.00 | Interior Wall Area |
| 0.00 | Exterior Wall Area | 0.00 Exterior Perimeter of Walls | | |
| | | | | |
| 0.00 | Surface Area | 0.00 Number of Squares | 0.00 | Total Perimeter Length |
| 0.00 | Total Ridge Length | 0.00 Total Hip Length | | |



**Nationwide General Insurance Company**

Paul Rhines
P.O. Box 182068
Columbus, Ohio 43218-2068
Cellular: 614-284-1143
Fax: 866-716-9757

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Loc. 001/001-Unit 1 | 0.00 | 0.00% | 0.00 | 0.00% |
| Loc. 001/002-Unit 2 | 0.00 | 0.00% | 0.00 | 0.00% |
| Loc. 001/003-Unit 3 | 0.00 | 0.00% | 0.00 | 0.00% |
| Loc. 001/004-Unit 4 | 2,386.86 | 82.39% | 2,386.86 | 82.39% |
| Loc. 001/005-Unit 5 | 0.00 | 0.00% | 0.00 | 0.00% |
| Loc. 001/006-Unit 6 | 0.00 | 0.00% | 0.00 | 0.00% |
| Loc. 001/007-Unit 7 | 0.00 | 0.00% | 0.00 | 0.00% |
| Loc. 001/008-Unit 8 | 0.00 | 0.00% | 0.00 | 0.00% |
| Loc. 001/009-Unit 9 | 0.00 | 0.00% | 0.00 | 0.00% |
| Loc. 001/010-Unit 10 | 0.00 | 0.00% | 0.00 | 0.00% |
| Loc. 001/011-Unit 12 | 0.00 | 0.00% | 0.00 | 0.00% |
| Loc. 001/012-Unit 13 | 510.00 | 17.61% | 510.00 | 17.61% |
| Loc. 001/013-Unit 14 | 0.00 | 0.00% | 0.00 | 0.00% |
| Loc. 001/014-Unit 15 | 0.00 | 0.00% | 0.00 | 0.00% |
| Loc. 001/015-Unit 16 | 0.00 | 0.00% | 0.00 | 0.00% |
| Loc. 001/016-Unit 17 | 0.00 | 0.00% | 0.00 | 0.00% |
| Loc. 001/017-Unit 18 | 0.00 | 0.00% | 0.00 | 0.00% |
| Total | 2,896.86 | 100.00% | 2,896.86 | 100.00% |



**Nationwide General Insurance Company**

Paul Rhines
P.O. Box 182068
Columbus, Ohio 43218-2068
Cellular: 614-284-1143
Fax: 866-716-9757

### Summary for Loc. 001/004-Unit 4

| | | |
|---|---|---:|
| Line Item Total | | 2,371.41 |
| Material Sales Tax | | 15.45 |
| **Replacement Cost Value** | | **$2,386.86** |
| Less Deductible | [Full Deductible = 24,490.00] | (2,386.86) |
| **Net Claim** | | **$0.00** |

Paul Rhines



**Nationwide General Insurance Company**

Paul Rhines
P.O. Box 182068
Columbus, Ohio 43218-2068
Cellular: 614-284-1143
Fax: 866-716-9757

### Summary for Loc. 001/012-Unit 13

| | |
|---|---:|
| Line Item Total | 493.77 |
| Material Sales Tax | 16.23 |
| **Replacement Cost Value** | **$510.00** |
| Less Deductible | (510.00) |
| **Net Claim** | **$0.00** |

_____
Paul Rhines

# EXHIBIT C



**HUGGINS** LAW FIRM

**Michael D. Turner, Esq.**
110 Norcross Street
Roswell, GA 30075
mdturner@lawhuggins.com
(770) 913-6229

October 14, 2024

Nationwide General Insurance Company
One West Nationwide Blvd
Columbus, OH 43215

**Sent Via email:**
rhinesp@nationwide.com

Re:  Named Insured(s):  60 Spivey LLC
      Policy Number:  ACP BP 013210620241
      Claim Number:  961129GO (Wind/Hail) and 261561GO (Water)
      Date of Loss:  August 7, 2023 and August 23, 2023

To Whom it May Concern:

I have been retained by 60 Spivey LLC to represent them regarding the above referenced property insurance claims. All further communication regarding this claim should be directed to my office.

Please also accept this letter as a formal request for the following documents:

1) Certified copy of the relevant insurance policy, to include the original policy, any renewals, and any endorsements;
2) Any written or verbal statements taken from Insured(s) as well as any of their representatives or contractors;
3) A copy of all repair estimates drafted for these Claims;
4) A copy of any and all engineer's reports, weather reports, or any other reports concerning these Claims; and
5) A record of all prior payments made on these Claims.

My client has complied with all conditions contained in the insurance policy. My client is at a loss as to why Nationwide General Insurance Company ("Nationwide") has not afforded the proper coverage under the applicable policy. This lack of good faith has forced Your Insured to retain my legal services in order to fairly settle their claims. It is our belief that Nationwide has violated the Unfair Claims Settlement Practice Act pursuant to O.C.G.A. § 33-6-34 and has breached the insurance policy.

Bad faith claims handling triggers additional liability on your part under O.C.G.A. § 33-4-6 that includes the amount of the claim, plus a penalty of an additional fifty percent (50%) of the value of the claim and reasonable attorneys' fees and costs.

Therefore, per the enclosed spreadsheets of damages to 60 Spivey LLC's property, we are hereby making formal demand that you settle the above claims for the sum of **$825,462.97**

To: Nationwide General Insurance Company
Client: 60 Spivey LLC
October 14, 2024
Page **2** of **2**

**(Wind/Hail claim) and $2,981,082.67 (Water claim), less previous payments and the applicable deductible.** The invoice & estimate of damages is attached for your review. This demand is being made pursuant to O.C.G.A. § 33-4-6, and you have sixty (60) days in which to make payment on this claim or be subject to a lawsuit containing a claim for breach of contract and bad faith seeking all compensation allowed by law, including attorneys' fees and a penalty of fifty percent (50%) of the loss amount.

This letter constitutes a "proper demand" for payment under O.C.G.A. § 33-4-6. If you contend that a proper demand has not been made, you must immediately notify us of the reasons for such an allegation. Otherwise, it will be assumed you agree this letter constitutes a proper demand.

The purpose of this correspondence is to encourage Nationwide to resolve Your Insured's claims in a fair and equitable manner in hopes of avoiding litigation. If you fail to respond to this letter with an offer of settlement that is acceptable to Your Insured, we will have no alternative other than recommending to Your Insured that a lawsuit be filed against you.

Payment must be received in my office within sixty (60) days of your receipt of this letter in order to avoid a suit for bad faith penalties and attorney's fees. Any check issued should list Huggins Law Firm, LLC as sole payee. Any objection to these payment terms shall be submitted in writing to Huggins Law Firm, LLC within 10 days of receipt of this letter.

I look forward to working with you to resolve this matter quickly and amicably. Please feel free to contact me should you have any questions regarding this formal 60-day demand. Should you have any questions or concerns, please reach out to me at mdturner@lawhuggins.com  or by phone at (770) 913-6229.

Sincerely,

Michael D. Turner, Esq.
Attorney at Law

MDT/aak
Encl.

 **Underpaid Claims Management**

| | |
|---|---|
| Insured: | 60 Spivey LLC |
| Property: | 2507 Rex Road |
| | Ellenwood, GA 30294 |

| | | | |
|---|---|---|---|
| Claim Rep.: | Michael Michio | E-mail: | help@undrpd.com |
| Estimator: | Michael Michio | E-mail: | help@undrpd.com |

**Claim Number:** 961129GO          **Policy Number:** ACPBP013210620241          **Type of Loss:** hail and wind damage

| | | | |
|---|---|---|---|
| Date of Loss: | 8/7/2023 4:00 PM | Date Received: | |
| Date Inspected: | | Date Entered: | |

| | |
|---|---|
| Price List: | GAAT8X_OCT23 |
| | Restoration/Service/Remodel |
| Estimate: | 60SPIVEYWINDANDHAIL |

This estimate was prepared with the information that we have available to us at this time. Should additional information become available, we reserve the right to modify our estimate to reflect the most accurate information. Any estimate submitted in the future will supersede and replace this estimate.

 **Underpaid Claims Management**

**60SPIVEYWINDANDHAIL**

**DOCUMENT1**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 1. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 2,000.00 | 0.00 | 420.00 | 2,420.00 |
| $2,000.00 based on the size of the job | | | | | | |
| 2. Material Only Sheathing - plywood - 3/4" CDX | 1,280.00 SF | 0.00 | 1.33 | 153.22 | 389.67 | 2,245.29 |
| 4 dumpsters at a time | | | | | | |
| Protect driveway from dumpster and vehicle traffic - laid prior to drop off of the container.  Sheating is good for the entire job and multiple drops of container. | | | | | | |
| 3. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 32.00 EA | 816.00 | 0.00 | 0.00 | 5,483.52 | 31,595.52 |
| 4 dumpsters at a time - 8 unloads | | | | | | |
| **For non roof related debris.** | | | | | | |
| 4. Material Only Tarp - all-purpose poly - per sq ft (labor and material) | 17,000.00 SF | 0.00 | 0.30 | 459.00 | 1,167.39 | 6,726.39 |
| 1000 sq ft per tarp per building | | | | | | |
| Tarp used to catch debris around dwelling perimeter | | | | | | |
| 5. General Demolition - per hour | 120.00 HR | 50.47 | 0.00 | 0.00 | 1,271.84 | 7,328.24 |
| 4 people per day - 1 hour per day - 30 work days | | | | | | |
| General labor to broom sweep and clean up work site. | | | | | | |
| Totals: General Conditions | | | | 612.22 | 8,732.42 | 50,315.44 |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 6. Roofing (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. Replace Fall protection harness and lanyard (per day) | 1,200.00 DA | 0.00 | 8.00 | 0.00 | 2,016.00 | 11,616.00 |
| 40 workers per day - 30 work days | | | | | | |
| 8. Administrative/supervisor labor charge (Bid Item) | 300.00 HR | 0.00 | 75.00 | 0.00 | 4,725.00 | 27,225.00 |
| OSHA regulation manager - not commercial supervisor | | | | | | |
| 10 hours per day/ 30 working days | | | | | | |

 **Underpaid Claims Management**

## CONTINUED - OSHA and Legal Requirements

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| **1926.502(h)** | | | | | | |
| "Safety monitoring systems." Safety monitoring systems [See 1926.501(b)(10) and 1926.502(k)] and their use shall comply with the following provisions: | | | | | | |
| **1926.502(h)(1)** | | | | | | |
| The employer shall designate a competent person to monitor the safety of other employees and the employer shall ensure that the safety monitor complies with the following requirements: | | | | | | |
| **1926.502(h)(1)(i)** | | | | | | |
| The safety monitor shall be competent to recognize fall hazards; | | | | | | |
| **1926.502(h)(1)(ii)** | | | | | | |
| The safety monitor shall warn the employee when it appears that the employee is unaware of a fall hazard or is acting in an unsafe manner; | | | | | | |
| **1926.502(h)(1)(iii)** | | | | | | |
| The safety monitor shall be on the same walking/working surface and within visual sighting distance of the employee being monitored; | | | | | | |
| **1926.502(h)(1)(iv)** | | | | | | |
| The safety monitor shall be close enough to communicate orally with the employee; and | | | | | | |
| **1926.502(h)(1)(v)** | | | | | | |
| The safety monitor shall not have other responsibilities which could take the monitor's attention from the monitoring function. | | | | | | |
| 9.  Replace Temporary toilet (per month) | 5.00 MO | 0.00 | 174.00 | 0.00 | 182.70 | 1,052.70 |
| 5 portable toilets - 1 month | | | | | | |
| **1915.88(d)(3)(i)** | | | | | | |
| The employer shall provide portable toilets, pursuant to paragraph (d)(2)(i) and Table to paragraph (d)(2) of this section, only when the employer demonstrates that it is not feasible to provide sewered toilets, or when there is a temporary increase in the number of employees for a short duration of time. | | | | | | |
| 10.  Replace Temporary hand washing station (per month) | 5.00 MO | 0.00 | 240.00 | 0.00 | 252.00 | 1,452.00 |
| 1 month / 5 hand washing stations | | | | | | |
| 11.  Commercial Supervision / Project Management - per hour | 300.00 HR | 0.00 | 83.82 | 0.00 | 5,280.66 | 30,426.66 |
| 1 commercial supervisor - 10 hour work days - 30 days | | | | | | |
| Totals:  OSHA and Legal Requirements | | | | 0.00 | 12,456.36 | 71,772.36 |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 12.  Roof repairs to each building | 17.00 EA | 0.00 | 2,000.00 | 0.00 | 0.00 | 34,000.00 |
| $2,000.00 per building - includes roofer time, material to fix damages shingles (shingles are available and pass brittle test, flashing damage repairs, etc | | | | | | |
| Totals:  Roof Repairs All Buildings | | | | 0.00 | 0.00 | 34,000.00 |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|

 **Underpaid Claims Management**

CONTINUED - Exterior Siding Building 1

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 13. R&R House wrap (air/moisture barrier) | 1,576.00 SF | 0.05 | 0.33 | 24.11 | 130.83 | 753.82 |
| 14. R&R Siding trim - 1" x 4" hardboard trim board | 55.00 LF | 0.37 | 7.86 | 8.07 | 96.76 | 557.48 |
| 15. R&R Siding - cedar slat, 1" x 4" over plywood (excludes ply) | 1,576.00 SF | 0.47 | 9.27 | 490.77 | 3,326.62 | 19,167.63 |
| 16. Seal & paint wood siding | 1,576.00 SF | 0.00 | 2.63 | 80.85 | 887.41 | 5,113.14 |
| 17. Siding Installer - per hour | 8.00 HR | 0.00 | 119.88 | 0.00 | 201.39 | 1,160.43 |
| To ensure all siding is finished to proper specification and finishing touches | | | | | | |
| 18. R&R House numbers/letters - plastic or metal - up to 4" | 1.00 EA | 4.18 | 17.91 | 0.86 | 4.83 | 27.78 |
| Totals: Exterior Siding Building 1 | | | | 604.66 | 4,647.84 | 26,780.28 |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 19. R&R House wrap (air/moisture barrier) | 1,320.00 SF | 0.05 | 0.33 | 20.20 | 109.58 | 631.38 |
| 20. R&R Siding trim - 1" x 4" hardboard trim board | 48.00 LF | 0.37 | 7.86 | 7.04 | 84.43 | 486.51 |
| 21. R&R Siding - cedar slat, 1" x 4" over plywood (excludes ply) | 1,320.00 SF | 0.47 | 9.27 | 411.05 | 2,786.25 | 16,054.10 |
| 22. Seal & paint wood siding | 1,320.00 SF | 0.00 | 2.63 | 67.72 | 743.26 | 4,282.58 |
| 23. Siding Installer - per hour | 6.00 HR | 0.00 | 119.88 | 0.00 | 151.05 | 870.33 |
| To ensure all siding is finished to proper specification and finishing touches | | | | | | |
| 24. R&R House numbers/letters - plastic or metal - up to 4" | 1.00 EA | 4.18 | 17.91 | 0.86 | 4.83 | 27.78 |
| Totals: Exterior Siding Building 2 | | | | 506.87 | 3,879.40 | 22,352.68 |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 25. R&R House wrap (air/moisture barrier) | 2,040.00 SF | 0.05 | 0.33 | 31.21 | 169.34 | 975.75 |
| 26. R&R Siding trim - 1" x 4" hardboard trim board | 2,040.00 LF | 0.37 | 7.86 | 299.27 | 3,588.58 | 20,677.05 |
| 27. R&R Siding - cedar slat, 1" x 4" over plywood (excludes ply) | 2,040.00 SF | 0.47 | 9.27 | 635.26 | 4,306.03 | 24,810.89 |
| 28. Seal & paint wood siding | 2,040.00 SF | 0.00 | 2.63 | 104.65 | 1,148.67 | 6,618.52 |



**Underpaid Claims Management**

### CONTINUED - Exterior Siding Building 3

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 29.  Siding Installer - per hour | 10.00 HR | 0.00 | 119.88 | 0.00 | 251.75 | 1,450.55 |
| To ensure all siding is finished to proper specification and finishing touches | | | | | | |
| 30.  R&R House numbers/letters - plastic or metal - up to 4" | 1.00 EA | 4.18 | 17.91 | 0.86 | 4.83 | 27.78 |
| Totals:  Exterior Siding Building 3 | | | | 1,071.25 | 9,469.20 | 54,560.54 |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 31.  R&R House wrap (air/moisture barrier) | 2,808.00 SF | 0.05 | 0.33 | 42.96 | 233.10 | 1,343.10 |
| 32.  R&R Siding trim - 1" x 4" hardboard trim board | 72.00 LF | 0.37 | 7.86 | 10.56 | 126.65 | 729.77 |
| 33.  R&R Siding - cedar slat, 1" x 4" over plywod (excludes ply) | 2,808.00 SF | 0.47 | 9.27 | 874.41 | 5,927.12 | 34,151.45 |
| 34.  Seal & paint wood siding | 2,808.00 SF | 0.00 | 2.63 | 144.05 | 1,581.11 | 9,110.20 |
| 35.  Siding Installer - per hour | 12.00 HR | 0.00 | 119.88 | 0.00 | 302.10 | 1,740.66 |
| To ensure all siding is finished to proper specification and finishing touches | | | | | | |
| 36.  R&R House numbers/letters - plastic or metal - up to 4" | 1.00 EA | 4.18 | 17.91 | 0.86 | 4.83 | 27.78 |
| Totals:  Exterior Siding Building 4 | | | | 1,072.84 | 8,174.91 | 47,102.96 |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 37.  R&R House wrap (air/moisture barrier) | 1,680.00 SF | 0.05 | 0.33 | 25.70 | 139.46 | 803.56 |
| 38.  R&R Siding trim - 1" x 4" hardboard trim board | 64.00 LF | 0.37 | 7.86 | 9.39 | 112.58 | 648.69 |
| 39.  R&R Siding - cedar slat, 1" x 4" over plywood (excludes ply) | 1,680.00 SF | 0.47 | 9.27 | 523.15 | 3,546.15 | 20,432.50 |
| 40.  Seal & paint wood siding | 1,680.00 SF | 0.00 | 2.63 | 86.18 | 945.96 | 5,450.54 |
| 41.  Siding Installer - per hour | 8.00 HR | 0.00 | 119.88 | 0.00 | 201.39 | 1,160.43 |
| To ensure all siding is finished to proper specification and finishing touches | | | | | | |
| 42.  R&R House numbers/letters - plastic or metal - up to 4" | 1.00 EA | 4.18 | 17.91 | 0.86 | 4.83 | 27.78 |
| Totals:  Exterior Siding Building 5 | | | | 645.28 | 4,950.37 | 28,523.50 |



**Underpaid Claims Management**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 43. R&R House wrap (air/moisture barrier) | 1,680.00 SF | 0.05 | 0.33 | 25.70 | 139.46 | 803.56 |
| 44. R&R Siding trim - 1" x 4" hardboard trim board | 64.00 LF | 0.37 | 7.86 | 9.39 | 112.58 | 648.69 |
| 45. R&R Siding - cedar slat, 1" x 4" over plywood (excludes ply) | 1,680.00 SF | 0.47 | 9.27 | 523.15 | 3,546.15 | 20,432.50 |
| 46. Seal & paint wood siding | 1,680.00 SF | 0.00 | 2.63 | 86.18 | 945.96 | 5,450.54 |
| 47. Siding Installer - per hour | 8.00 HR | 0.00 | 119.88 | 0.00 | 201.39 | 1,160.43 |
| To ensure all siding is finished to proper specification and finishing touches | | | | | | |
| 48. R&R House numbers/letters - plastic or metal - up to 4" | 1.00 EA | 4.18 | 17.91 | 0.86 | 4.83 | 27.78 |
| Totals: Exterior Siding Building 6 | | | | 645.28 | 4,950.37 | 28,523.50 |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 49. R&R House wrap (air/moisture barrier) | 1,680.00 SF | 0.05 | 0.33 | 25.70 | 139.46 | 803.56 |
| 50. R&R Siding trim - 1" x 4" hardboard trim board | 64.00 LF | 0.37 | 7.86 | 9.39 | 112.58 | 648.69 |
| 51. R&R Siding - cedar slat, 1" x 4" over plywood (excludes ply) | 1,680.00 SF | 0.47 | 9.27 | 523.15 | 3,546.15 | 20,432.50 |
| 52. Seal & paint wood siding | 1,680.00 SF | 0.00 | 2.63 | 86.18 | 945.96 | 5,450.54 |
| 53. Siding Installer - per hour | 8.00 HR | 0.00 | 119.88 | 0.00 | 201.39 | 1,160.43 |
| To ensure all siding is finished to proper specification and finishing touches | | | | | | |
| 54. R&R House numbers/letters - plastic or metal - up to 4" | 1.00 EA | 4.18 | 17.91 | 0.86 | 4.83 | 27.78 |
| Totals: Exterior Siding Building 7 | | | | 645.28 | 4,950.37 | 28,523.50 |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 55. R&R House wrap (air/moisture barrier) | 1,680.00 SF | 0.05 | 0.33 | 25.70 | 139.46 | 803.56 |
| 56. R&R Siding trim - 1" x 4" hardboard trim board | 64.00 LF | 0.37 | 7.86 | 9.39 | 112.58 | 648.69 |
| 57. R&R Siding - cedar slat, 1" x 4" over plywood (excludes ply) | 1,680.00 SF | 0.47 | 9.27 | 523.15 | 3,546.15 | 20,432.50 |

 **Underpaid Claims Management**

### CONTINUED - Exterior Siding Building 8

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 58. Seal & paint wood siding | 1,680.00 SF | 0.00 | 2.63 | 86.18 | 945.96 | 5,450.54 |
| 59. Siding Installer - per hour | 8.00 HR | 0.00 | 119.88 | 0.00 | 201.39 | 1,160.43 |
| To ensure all siding is finished to proper specification and finishing touches | | | | | | |
| 60. R&R House numbers/letters - plastic or metal - up to 4" | 1.00 EA | 4.18 | 17.91 | 0.86 | 4.83 | 27.78 |
| Totals: Exterior Siding Building 8 | | | | 645.28 | 4,950.37 | 28,523.50 |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 61. R&R House wrap (air/moisture barrier) | 3,654.00 SF | 0.05 | 0.33 | 55.91 | 303.33 | 1,747.76 |
| 62. R&R Siding trim - 1" x 4" hardboard trim board | 110.00 LF | 0.37 | 7.86 | 16.14 | 193.51 | 1,114.95 |
| 63. R&R Siding - cedar slat, 1" x 4" over plywood (excludes ply) | 3,654.00 SF | 0.47 | 9.27 | 1,137.86 | 7,712.85 | 44,440.67 |
| 64. Seal & paint wood siding | 3,654.00 SF | 0.00 | 2.63 | 187.45 | 2,057.47 | 11,854.94 |
| 65. Siding Installer - per hour | 16.00 HR | 0.00 | 119.88 | 0.00 | 402.80 | 2,320.88 |
| To ensure all siding is finished to proper specification and finishing touches | | | | | | |
| 66. R&R House numbers/letters - plastic or metal - up to 4" | 1.00 EA | 4.18 | 17.91 | 0.86 | 4.83 | 27.78 |
| Totals: Exterior Siding Building 9 | | | | 1,398.22 | 10,674.79 | 61,506.98 |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 67. R&R House wrap (air/moisture barrier) | 2,270.00 SF | 0.05 | 0.33 | 34.73 | 188.44 | 1,085.77 |
| 68. R&R Siding trim - 1" x 4" hardboard trim board | 88.00 LF | 0.37 | 7.86 | 12.91 | 154.81 | 891.96 |
| 69. R&R Siding - cedar slat, 1" x 4" over plywood (excludes ply) | 2,270.00 SF | 0.47 | 9.27 | 706.88 | 4,791.51 | 27,608.19 |
| 70. Seal & paint wood siding | 2,270.00 SF | 0.00 | 2.63 | 116.45 | 1,278.18 | 7,364.73 |
| 71. Siding Installer - per hour | 12.00 HR | 0.00 | 119.88 | 0.00 | 302.10 | 1,740.66 |
| To ensure all siding is finished to proper specification and finishing touches | | | | | | |
| 72. R&R House numbers/letters - plastic or metal - up to 4" | 1.00 EA | 4.18 | 17.91 | 0.86 | 4.83 | 27.78 |

 **Underpaid Claims Management**

## CONTINUED - Exterior Siding Building 10

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| Totals: Exterior Siding Building 10 | | | | 871.83 | 6,719.87 | 38,719.09 |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 73. R&R House wrap (air/moisture barrier) | 1,680.00 SF | 0.05 | 0.33 | 25.70 | 139.46 | 803.56 |
| 74. R&R Siding trim - 1" x 4" hardboard trim board | 64.00 LF | 0.37 | 7.86 | 9.39 | 112.58 | 648.69 |
| 75. R&R Siding - cedar slat, 1" x 4" over plywood (excludes ply) | 1,680.00 SF | 0.47 | 9.27 | 523.15 | 3,546.15 | 20,432.50 |
| 76. Seal & paint wood siding | 1,680.00 SF | 0.00 | 2.63 | 86.18 | 945.96 | 5,450.54 |
| 77. Siding Installer - per hour | 8.00 HR | 0.00 | 119.88 | 0.00 | 201.39 | 1,160.43 |
| To ensure all siding is finished to proper specification and finishing touches | | | | | | |
| 78. R&R House numbers/letters - plastic or metal - up to 4" | 1.00 EA | 4.18 | 17.91 | 0.86 | 4.83 | 27.78 |
| Totals: Exterior Siding Building 11 | | | | 645.28 | 4,950.37 | 28,523.50 |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 79. R&R House wrap (air/moisture barrier) | 1,680.00 SF | 0.05 | 0.33 | 25.70 | 139.46 | 803.56 |
| 80. R&R Siding trim - 1" x 4" hardboard trim board | 64.00 LF | 0.37 | 7.86 | 9.39 | 112.58 | 648.69 |
| 81. R&R Siding - cedar slat, 1" x 4" over plywood (excludes ply) | 1,680.00 SF | 0.47 | 9.27 | 523.15 | 3,546.15 | 20,432.50 |
| 82. Seal & paint wood siding | 1,680.00 SF | 0.00 | 2.63 | 86.18 | 945.96 | 5,450.54 |
| 83. Siding Installer - per hour | 8.00 HR | 0.00 | 119.88 | 0.00 | 201.39 | 1,160.43 |
| To ensure all siding is finished to proper specification and finishing touches | | | | | | |
| 84. R&R House numbers/letters - plastic or metal - up to 4" | 1.00 EA | 4.18 | 17.91 | 0.86 | 4.83 | 27.78 |
| Totals: Exterior Siding Building 12 | | | | 645.28 | 4,950.37 | 28,523.50 |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|

 **Underpaid Claims Management**

### CONTINUED - Exterior Siding Building 13

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 85.  R&R House wrap (air/moisture barrier) | 1,680.00 SF | 0.05 | 0.33 | 25.70 | 139.46 | 803.56 |
| 86.  R&R Siding trim - 1" x 4" hardboard trim board | 64.00 LF | 0.37 | 7.86 | 9.39 | 112.58 | 648.69 |
| 87.  R&R Siding - cedar slat, 1" x 4" over plywood (excludes ply) | 1,680.00 SF | 0.47 | 9.27 | 523.15 | 3,546.15 | 20,432.50 |
| 88.  Seal & paint wood siding | 1,680.00 SF | 0.00 | 2.63 | 86.18 | 945.96 | 5,450.54 |
| 89.  Siding Installer - per hour | 8.00 HR | 0.00 | 119.88 | 0.00 | 201.39 | 1,160.43 |
| To ensure all siding is finished to proper specification and finishing touches | | | | | | |
| 90.  R&R House numbers/letters - plastic or metal - up to 4" | 1.00 EA | 4.18 | 17.91 | 0.86 | 4.83 | 27.78 |
| Totals:  Exterior Siding Building 13 | | | | 645.28 | 4,950.37 | 28,523.50 |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 91.  R&R House wrap (air/moisture barrier) | 228.00 SF | 0.05 | 0.33 | 3.49 | 18.92 | 109.05 |
| 92.  R&R Siding trim - 1" x 4" hardboard trim board | 72.00 LF | 0.37 | 7.86 | 10.56 | 126.65 | 729.77 |
| 93.  R&R Siding - cedar slat, 1" x 4" over plywood (excludes ply) | 2,280.00 SF | 0.47 | 9.27 | 709.99 | 4,812.62 | 27,729.81 |
| 94.  Seal & paint wood siding | 2,280.00 SF | 0.00 | 2.63 | 116.96 | 1,283.81 | 7,397.17 |
| 95.  Siding Installer - per hour | 8.00 HR | 0.00 | 119.88 | 0.00 | 201.39 | 1,160.43 |
| To ensure all siding is finished to proper specification and finishing touches | | | | | | |
| 96.  R&R House numbers/letters - plastic or metal - up to 4" | 1.00 EA | 4.18 | 17.91 | 0.86 | 4.83 | 27.78 |
| Totals:  Exterior Siding Building 14 | | | | 841.86 | 6,448.22 | 37,154.01 |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 97.  R&R House wrap (air/moisture barrier) | 2,376.00 SF | 0.05 | 0.33 | 36.35 | 197.25 | 1,136.48 |
| 98.  R&R Siding trim - 1" x 4" hardboard trim board | 92.00 LF | 0.37 | 7.86 | 13.50 | 161.83 | 932.49 |
| 99.  R&R Siding - cedar slat, 1" x 4" over plywood (excludes ply) | 2,376.00 SF | 0.47 | 9.27 | 739.89 | 5,015.25 | 28,897.38 |
| 100.  Seal & paint wood siding | 2,376.00 SF | 0.00 | 2.63 | 121.89 | 1,337.87 | 7,708.64 |

 **Underpaid Claims Management**

### CONTINUED - Exterior Siding Building 15

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 101. Siding Installer - per hour | 10.00 HR | 0.00 | 119.88 | 0.00 | 251.75 | 1,450.55 |
| To ensure all siding is finished to proper specification and finishing touches | | | | | | |
| 102. R&R House numbers/letters - plastic or metal - up to 4" | 1.00 EA | 4.18 | 17.91 | 0.86 | 4.83 | 27.78 |
| Totals: Exterior Siding Building 15 | | | | 912.49 | 6,968.78 | 40,153.32 |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 103. R&R House wrap (air/moisture barrier) | 1,680.00 SF | 0.05 | 0.33 | 25.70 | 139.46 | 803.56 |
| 104. R&R Siding trim - 1" x 4" hardboard trim board | 64.00 LF | 0.37 | 7.86 | 9.39 | 112.58 | 648.69 |
| 105. R&R Siding - cedar slat, 1" x 4" over plywood (excludes ply) | 1,680.00 SF | 0.47 | 9.27 | 523.15 | 3,546.15 | 20,432.50 |
| 106. Seal & paint wood siding | 1,680.00 SF | 0.00 | 2.63 | 86.18 | 945.96 | 5,450.54 |
| 107. Siding Installer - per hour | 8.00 HR | 0.00 | 119.88 | 0.00 | 201.39 | 1,160.43 |
| To ensure all siding is finished to proper specification and finishing touches | | | | | | |
| 108. R&R House numbers/letters - plastic or metal - up to 4" | 1.00 EA | 4.18 | 17.91 | 0.86 | 4.83 | 27.78 |
| Totals: Exterior Siding Building 16 | | | | 645.28 | 4,950.37 | 28,523.50 |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 109. R&R House wrap (air/moisture barrier) | 1,746.00 SF | 0.05 | 0.33 | 26.71 | 144.94 | 835.13 |
| 110. R&R Siding trim - 1" x 4" hardboard trim board | 82.00 LF | 0.37 | 7.86 | 12.03 | 144.24 | 831.13 |
| 111. R&R Siding - cedar slat, 1" x 4" over plywood (excludes ply) | 1,746.00 SF | 0.47 | 9.27 | 543.70 | 3,685.45 | 21,235.19 |
| 112. Seal & paint wood siding | 1,746.00 SF | 0.00 | 2.63 | 89.57 | 983.13 | 5,664.68 |
| 113. Siding Installer - per hour | 8.00 HR | 0.00 | 119.88 | 0.00 | 201.39 | 1,160.43 |
| To ensure all siding is finished to proper specification and finishing touches | | | | | | |
| 114. R&R House numbers/letters - plastic or metal - up to 4" | 1.00 EA | 4.18 | 17.91 | 0.86 | 4.83 | 27.78 |
| Totals: Exterior Siding Building 17 | | | | 672.87 | 5,163.98 | 29,754.34 |

 **Underpaid Claims Management**

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 115. R&R House wrap (air/moisture barrier) | 1,680.00 SF | 0.05 | 0.33 | 25.70 | 139.46 | 803.56 |
| 116. R&R Siding trim - 1" x 4" hardboard trim board | 64.00 LF | 0.37 | 7.86 | 9.39 | 112.58 | 648.69 |
| 117. R&R Siding - cedar slat, 1" x 4" over plywood (excludes ply) | 1,680.00 SF | 0.47 | 9.27 | 523.15 | 3,546.15 | 20,432.50 |
| 118. Seal & paint wood siding | 1,680.00 SF | 0.00 | 2.63 | 86.18 | 945.96 | 5,450.54 |
| 119. Siding Installer - per hour | 8.00 HR | 0.00 | 119.88 | 0.00 | 201.39 | 1,160.43 |
| To ensure all siding is finished to proper specification and finishing touches | | | | | | |
| 120. R&R House numbers/letters - plastic or metal - up to 4" | 1.00 EA | 4.18 | 17.91 | 0.86 | 4.83 | 27.78 |
| Totals: Building 0 - Office | | | | 645.28 | 4,950.37 | 28,523.50 |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 121. R&R House wrap (air/moisture barrier) | 1,680.00 SF | 0.05 | 0.33 | 25.70 | 139.46 | 803.56 |
| 122. R&R Siding trim - 1" x 4" hardboard trim board | 64.00 LF | 0.37 | 7.86 | 9.39 | 112.58 | 648.69 |
| 123. R&R Siding - cedar slat, 1" x 4" over plywood (excludes ply) | 1,680.00 SF | 0.47 | 9.27 | 523.15 | 3,546.15 | 20,432.50 |
| 124. Seal & paint wood siding | 1,680.00 SF | 0.00 | 2.63 | 86.18 | 945.96 | 5,450.54 |
| 125. Siding Installer - per hour | 8.00 HR | 0.00 | 119.88 | 0.00 | 201.39 | 1,160.43 |
| To ensure all siding is finished to proper specification and finishing touches | | | | | | |
| 126. R&R House numbers/letters - plastic or metal - up to 4" | 1.00 EA | 4.18 | 17.91 | 0.86 | 4.83 | 27.78 |
| Totals: Exterior Siding Building 18 | | | | 645.28 | 4,950.37 | 28,523.50 |

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 127. Replace Fall protection harness and lanyard (per day) | 600.00 DA | 0.00 | 8.00 | 0.00 | 1,008.00 | 5,808.00 |
| 60 work days - 10 workers per day | | | | | | |
| 128. Replace Scaffolding Setup & Take down - per hour | 152.00 HR | 0.00 | 46.08 | 0.00 | 1,470.88 | 8,475.04 |

 **Underpaid Claims Management**

### CONTINUED - Scaffolding

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 19 buildings - 8 hours per building | | | | | | |
| 129.  Replace Scaffold - per section (per week) | 152.00 WK | 0.00 | 60.43 | 0.00 | 1,928.93 | 11,114.29 |
| 8 sections per building @ 19 buildings | | | | | | |
| Totals:  Scaffolding | | | | 0.00 | 4,407.81 | 25,397.33 |
| Total: DOCUMENT1 | | | | 15,017.91 | 137,247.28 | 824,804.33 |

### Labor Minimums Applied

| DESCRIPTION | QTY | REMOVE | REPLACE | TAX | O&P | TOTAL |
|---|---|---|---|---|---|---|
| 130.  Framing labor minimum | 1.00 EA | 0.00 | 272.16 | 0.00 | 57.16 | 329.32 |
| 131.  Temporary repair services labor minimum | 1.00 EA | 0.00 | 272.16 | 0.00 | 57.16 | 329.32 |
| Totals:  Labor Minimums Applied | | | | 0.00 | 114.32 | 658.64 |
| Line Item Totals: 60SPIVEYWINDANDHAIL | | | | 15,017.91 | 137,361.60 | 825,462.97 |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 791,462.97 | 95.88% | 791,462.97 | 95.88% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 34,000.00 | 4.12% | 34,000.00 | 4.12% |
| Total | 825,462.97 | 100.00% | 825,462.97 | 100.00% |

 **Underpaid Claims Management**

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 639,083.46 |
| Material Sales Tax | 15,017.91 |
| Subtotal | 654,101.37 |
| Overhead | 65,410.31 |
| Profit | 71,951.29 |
| **Replacement Cost Value** | **$791,462.97** |
| **Net Claim** | **$791,462.97** |

Michael Michio

 **Underpaid Claims Management**

## Summary for Contents

Line Item Total                                                          34,000.00

**Replacement Cost Value**                                          **$34,000.00**
**Net Claim**                                                       **$34,000.00**

_____
Michael Michio

 **Underpaid Claims Management**

## Recap of Taxes, Overhead and Profit

|  | Overhead (10%) | Profit (10%) | Material Sales Tax (9%) | Storage Rental Tax (9%) | Local Food Tax (5%) |
|---|---|---|---|---|---|
| Line Items | 65,410.31 | 71,951.29 | 15,017.91 | 0.00 | 0.00 |
| **Total** | **65,410.31** | **71,951.29** | **15,017.91** | **0.00** | **0.00** |

 **Underpaid Claims Management**

## Recap by Room

**Estimate: 60SPIVEYWINDANDHAIL**

**Area: DOCUMENT1**

| | | | |
|---|---|---|---|
| **General Conditions** | | **40,970.80** | **6.09%** |
| Coverage: Dwelling | 100.00% = | 40,970.80 | |
| **OSHA and Legal Requirements** | | **59,316.00** | **8.81%** |
| Coverage: Dwelling | 100.00% = | 59,316.00 | |
| **Roof Repairs All Buildings** | | **34,000.00** | **5.05%** |
| Coverage: Contents | 100.00% = | 34,000.00 | |
| **Exterior Siding Building 1** | | **21,527.78** | **3.20%** |
| Coverage: Dwelling | 100.00% = | 21,527.78 | |
| **Exterior Siding Building 2** | | **17,966.41** | **2.67%** |
| Coverage: Dwelling | 100.00% = | 17,966.41 | |
| **Exterior Siding Building 3** | | **44,020.09** | **6.54%** |
| Coverage: Dwelling | 100.00% = | 44,020.09 | |
| **Exterior Siding Building 4** | | **37,855.21** | **5.62%** |
| Coverage: Dwelling | 100.00% = | 37,855.21 | |
| **Exterior Siding Building 5** | | **22,927.85** | **3.41%** |
| Coverage: Dwelling | 100.00% = | 22,927.85 | |
| **Exterior Siding Building 6** | | **22,927.85** | **3.41%** |
| Coverage: Dwelling | 100.00% = | 22,927.85 | |
| **Exterior Siding Building 7** | | **22,927.85** | **3.41%** |
| Coverage: Dwelling | 100.00% = | 22,927.85 | |
| **Exterior Siding Building 8** | | **22,927.85** | **3.41%** |
| Coverage: Dwelling | 100.00% = | 22,927.85 | |
| **Exterior Siding Building 9** | | **49,433.97** | **7.34%** |
| Coverage: Dwelling | 100.00% = | 49,433.97 | |
| **Exterior Siding Building 10** | | **31,127.39** | **4.62%** |
| Coverage: Dwelling | 100.00% = | 31,127.39 | |
| **Exterior Siding Building 11** | | **22,927.85** | **3.41%** |
| Coverage: Dwelling | 100.00% = | 22,927.85 | |
| **Exterior Siding Building 12** | | **22,927.85** | **3.41%** |
| Coverage: Dwelling | 100.00% = | 22,927.85 | |
| **Exterior Siding Building 13** | | **22,927.85** | **3.41%** |
| Coverage: Dwelling | 100.00% = | 22,927.85 | |
| **Exterior Siding Building 14** | | **29,863.93** | **4.44%** |
| Coverage: Dwelling | 100.00% = | 29,863.93 | |
| **Exterior Siding Building 15** | | **32,272.05** | **4.79%** |
| Coverage: Dwelling | 100.00% = | 32,272.05 | |
| **Exterior Siding Building 16** | | **22,927.85** | **3.41%** |
| Coverage: Dwelling | 100.00% = | 22,927.85 | |
| **Exterior Siding Building 17** | | **23,917.49** | **3.55%** |
| Coverage: Dwelling | 100.00% = | 23,917.49 | |

 **Underpaid Claims Management**

| | | | |
|---|---|---|---|
| **Building 0 - Office** | | **22,927.85** | **3.41%** |
| Coverage: Dwelling | 100.00% = | 22,927.85 | |
| **Exterior Siding Building 18** | | **22,927.85** | **3.41%** |
| Coverage: Dwelling | 100.00% = | 22,927.85 | |
| **Scaffolding** | | **20,989.52** | **3.12%** |
| Coverage: Dwelling | 100.00% = | 20,989.52 | |
| **Area Subtotal:  DOCUMENT1** | | **672,539.14** | **99.92%** |
| Coverage: Dwelling | 94.94% = | 638,539.14 | |
| Coverage: Contents | 5.06% = | 34,000.00 | |
| **Labor Minimums Applied** | | **544.32** | **0.08%** |
| Coverage: Dwelling | 100.00% = | 544.32 | |
| **Subtotal of Areas** | | **673,083.46** | **100.00%** |
| Coverage: Dwelling | 94.95% = | 639,083.46 | |
| Coverage: Contents | 5.05% = | 34,000.00 | |
| **Total** | | **673,083.46** | **100.00%** |

 **Underpaid Claims Management**

## Recap by Category

| O&P Items | | | | Total | % |
|---|---|---|---|---:|---:|
| **GENERAL DEMOLITION** | | | | **52,538.25** | **6.36%** |
| Coverage: Dwelling | @ | 100.00% | = | 52,538.25 | |
| **PERMITS AND FEES** | | | | **2,000.00** | **0.24%** |
| Coverage: Dwelling | @ | 100.00% | = | 2,000.00 | |
| **FINISH HARDWARE** | | | | **340.29** | **0.04%** |
| Coverage: Dwelling | @ | 100.00% | = | 340.29 | |
| **FRAMING & ROUGH CARPENTRY** | | | | **1,974.56** | **0.24%** |
| Coverage: Dwelling | @ | 100.00% | = | 1,974.56 | |
| **INSULATION** | | | | **11,489.94** | **1.39%** |
| Coverage: Dwelling | @ | 100.00% | = | 11,489.94 | |
| **LABOR ONLY** | | | | **68,025.60** | **8.24%** |
| Coverage: Dwelling | @ | 100.00% | = | 68,025.60 | |
| **PAINTING** | | | | **96,968.10** | **11.75%** |
| Coverage: Dwelling | @ | 100.00% | = | 96,968.10 | |
| **SCAFFOLDING** | | | | **30,589.52** | **3.71%** |
| Coverage: Dwelling | @ | 100.00% | = | 30,589.52 | |
| **SIDING** | | | | **367,715.04** | **44.55%** |
| Coverage: Dwelling | @ | 100.00% | = | 367,715.04 | |
| **TEMPORARY REPAIRS** | | | | **7,442.16** | **0.90%** |
| Coverage: Dwelling | @ | 100.00% | = | 7,442.16 | |
| **O&P Items Subtotal** | | | | **639,083.46** | **77.42%** |

| Non-O&P Items | | | | Total | % |
|---|---|---|---|---:|---:|
| **USER DEFINED ITEMS** | | | | **34,000.00** | **4.12%** |
| Coverage: Contents | @ | 100.00% | = | 34,000.00 | |
| **Non-O&P Items Subtotal** | | | | **34,000.00** | **4.12%** |
| **O&P Items Subtotal** | | | | **639,083.46** | **77.42%** |
| **Material Sales Tax** | | | | **15,017.91** | **1.82%** |
| Coverage: Dwelling | @ | 100.00% | = | 15,017.91 | |
| **Overhead** | | | | **65,410.31** | **7.92%** |
| Coverage: Dwelling | @ | 100.00% | = | 65,410.31 | |
| **Profit** | | | | **71,951.29** | **8.72%** |
| Coverage: Dwelling | @ | 100.00% | = | 71,951.29 | |
| **Total** | | | | **825,462.97** | **100.00%** |

This estimate was prepared with the information that we have available to us at this time. Should additional information become available, we reserve the right to modify our estimate to reflect the most accurate information. Any estimate submitted in the future will supersede and replace this estimate.



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

|  |  |
|---|---|
| Insured: | Spivey 60, LLC_Bldg 1 |
| Property: | 2507 Rex Road |
|  | Ellenwood, GA 30294 |

|  |  |
|---|---|
| Estimator: | Michael Michio |
| Company: | Underpaid Claims Management |
| Business: | 1261 S. Fort Harrison Ave., Ste. B |
|  | Clearwater, FL 33756 |

**Claim Number:** 261561GO          **Policy Number:** ACP BP013200620241          **Type of Loss:** Water Damage

|  |  |  |
|---|---|---|
| Date of Loss: | Date Received: | |
| Date Inspected: | Date Entered: | 2/20/2024 2:00 PM |

|  |  |
|---|---|
| Price List: | GAAT8X_FEB24 |
|  | Restoration/Service/Remodel |
| Estimate: | 60SPIVEY_LLC_BLDG1 |

*This estimate was prepared with the information that we have available to use at this time. Should additional information become available, we reserve the right to modify our estimate to reflect the most accurate information. Any estimate submitted in the future will supersede this estimate.*



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### 60SPIVEY_LLC_BLDG1

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| $15,000.00 based on the size of the job | | | | | | | |
| 2. Material Only Sheathing - plywood - 3/4" CDX | 320.00 SF | 1.35 | 34.56 | 93.32 | 559.88 | (0.00) | 559.88 |
| 1 dumpsters at a time | | | | | | | |
| Protect driveway from dumpster and vehicle traffic - laid prior to drop off of the container.    Sheating is good for the entire job and multiple drops of container. | | | | | | | |
| 3. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 816.00 | 0.00 | 163.20 | 979.20 | (0.00) | 979.20 |
| For non roof related debris. | | | | | | | |
| 4. General Demolition - per hour | 30.00 HR | 50.78 | 0.00 | 304.68 | 1,828.08 | (0.00) | 1,828.08 |
| 4 people per day - 1 hour per day - 30 work days | | | | | | | |
| General labor to broom sweep and clean up work site. | | | | | | | |
| **Totals:  General Conditions** | | | **34.56** | **561.20** | **3,367.16** | **0.00** | **3,367.16** |

#### OSHA and Legal Requirements

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 5. Temporary toilet (per month) | 3.00 MO | 174.00 | 0.00 | 104.40 | 626.40 | (0.00) | 626.40 |
| 5 portable toilets - 1 month | | | | | | | |
| **1915.88(d)(3)(i)** The employer shall provide portable toilets, pursuant to paragraph (d)(2)(i) and Table to paragraph (d)(2) of this section, only when the employer demonstrates that it is not feasible to provide sewered toilets, or when there is a temporary increase in the number of employees for a short duration of time. | | | | | | | |
| 6. Temporary hand washing station (per month) | 3.00 MO | 240.00 | 0.00 | 144.00 | 864.00 | (0.00) | 864.00 |
| 1 month / 5 hand washing stations | | | | | | | |
| 7. Commercial Supervision / Project Management - per hour | 168.00 HR | 84.08 | 0.00 | 2,825.08 | 16,950.52 | (0.00) | 16,950.52 |
| 1 commercial supervisors - 8 hour work days - 21 days | | | | | | | |
| **Totals:  OSHA and Legal Requirements** | | | **0.00** | **3,073.48** | **18,440.92** | **0.00** | **18,440.92** |

#### Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 9.  Open and close slab for plumbing work - per LF | 50.00 LF | 435.70 | 55.52 | 4,368.10 | 26,208.62 | (0.00) | 26,208.62 |
| 10.  R&R Concrete slab on grade - 2" - finished in place | 1,721.00 SF | 6.79 | 228.55 | 2,382.84 | 14,296.98 | (0.00) | 14,296.98 |
| 11.  Concrete floor sawing - 4" slab | 50.00 LF | 12.19 | 0.00 | 121.90 | 731.40 | (0.00) | 731.40 |
| 12.  R&R Carpet | 1,721.00 SF | 3.41 | 318.04 | 1,237.32 | 7,423.97 | (0.00) | 7,423.97 |
| 13.  R&R Carpet pad | 1,721.00 SF | 0.77 | 71.59 | 279.34 | 1,676.10 | (0.00) | 1,676.10 |
| 14.  R&R Baseboard - 3 1/4" | 210.00 LF | 5.06 | 33.60 | 219.24 | 1,315.44 | (0.00) | 1,315.44 |
| 15.  Paint baseboard - two coats | 210.00 LF | 1.71 | 3.02 | 72.42 | 434.54 | (0.00) | 434.54 |
| 16.  Painter - per hour | 4.00 HR | 79.59 | 0.00 | 63.68 | 382.04 | (0.00) | 382.04 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Living Area** | | | **715.32** | **9,156.24** | **54,937.45** | **0.00** | **54,937.45** |

### Kitchen 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 18.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 19.  R&R Concrete slab on grade - 2" - finished in place | 144.00 SF | 6.79 | 19.12 | 199.38 | 1,196.26 | (0.00) | 1,196.26 |
| 20.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 21.  Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 22.  Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 23.  Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 24.  R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 25.  R&R Baseboard - 3 1/4" | 48.00 LF | 5.06 | 7.68 | 50.10 | 300.66 | (0.00) | 300.66 |
| 26.  Paint baseboard - two coats | 48.00 LF | 1.71 | 0.69 | 16.56 | 99.33 | (0.00) | 99.33 |
| 27.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Kitchen 1** | | | **62.85** | **1,822.68** | **10,936.09** | **0.00** | **10,936.09** |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Kitchen 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 28. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 29. Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 30. R&R Concrete slab on grade - 2" - finished in place | 144.00 SF | 6.79 | 19.12 | 199.38 | 1,196.26 | (0.00) | 1,196.26 |
| 31. Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 32. Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 33. Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 34. Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 35. R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 36. R&R Baseboard - 3 1/4" | 48.00 LF | 5.06 | 7.68 | 50.10 | 300.66 | (0.00) | 300.66 |
| 37. Paint baseboard - two coats | 48.00 LF | 1.71 | 0.69 | 16.56 | 99.33 | (0.00) | 99.33 |
| 38. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Kitchen 2** | | | **62.85** | **1,822.68** | **10,936.09** | **0.00** | **10,936.09** |

### Bathroom 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 39. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 40. Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 41. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 42. Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 43. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 44. R&R Cabinetry - lower (base) units - Deluxe grade | 5.00 LF | 631.93 | 228.93 | 677.72 | 4,066.30 | (0.00) | 4,066.30 |
| Cabinets have direct physical loss from water damage | | | | | | | |
| To access pipes must detach cabinets from walls; cabinets are permanently affixed and will not be able to be detached and reset | | | | | | | |
| R&R required | | | | | | | |
| Vanity | | | | | | | |
| 45. Custom tile shower - remove and replace to access broken pipes* | 1.00 EA | 5,785.00 | 0.00 | 0.00 | 5,785.00 | (0.00) | 5,785.00 |
| 46. Plumber - per hour | 4.00 HR | 156.00 | 0.00 | 124.80 | 748.80 | (0.00) | 748.80 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 47. Sink - single - Detach & reset | 2.00 EA | 208.84 | 0.11 | 83.56 | 501.35 | (0.00) | 501.35 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## CONTINUED - Bathroom 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 48.  Toilet - Detach & reset | 1.00 EA | 338.42 | 0.68 | 67.82 | 406.92 | (0.00) | 406.92 |
| 49.  R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 50.  Paint baseboard - two coats | 40.00 SF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 51.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 1** | | | **278.74** | **2,395.74** | **20,159.29** | **0.00** | **20,159.29** |

### Bathroom 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 52.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 53.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 54.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 55.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 56.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 57.  R&R Cabinetry - lower (base) units - Deluxe grade | 5.00 LF | 631.93 | 228.93 | 677.72 | 4,066.30 | (0.00) | 4,066.30 |
| Cabinets have direct physical loss from water damage | | | | | | | |
| To access pipes must detach cabinets from walls; cabinets are permanently affixed and will not be able to be detached and reset | | | | | | | |
| R&R required | | | | | | | |
| Vanity | | | | | | | |
| 58.  Custom tile shower - remove and replace to access broken pipes* | 1.00 EA | 5,785.00 | 0.00 | 0.00 | 5,785.00 | (0.00) | 5,785.00 |
| 59.  Plumber - per hour | 4.00 HR | 156.00 | 0.00 | 124.80 | 748.80 | (0.00) | 748.80 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 60.  Sink - single - Detach & reset | 2.00 EA | 208.84 | 0.11 | 83.56 | 501.35 | (0.00) | 501.35 |
| 61.  Toilet - Detach & reset | 1.00 EA | 338.42 | 0.68 | 67.82 | 406.92 | (0.00) | 406.92 |
| 62.  R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 63.  Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 64.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 2** | | | **278.74** | **2,395.74** | **20,159.29** | **0.00** | **20,159.29** |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Bathroom 3

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 65.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 66.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 67.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 68.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 69.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 70.  R&R Cabinetry - lower (base) units - Deluxe grade | 5.00 LF | 631.93 | 228.93 | 677.72 | 4,066.30 | (0.00) | 4,066.30 |

Cabinets have direct physical loss from water damage

To access pipes must detach cabinets from walls; cabinets are permanently affixed and will not be able to be detached and reset

R&R required
Vanity

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 71.  Custom tile shower - remove and replace to access broken pipes* | 1.00 EA | 5,785.00 | 0.00 | 0.00 | 5,785.00 | (0.00) | 5,785.00 |
| 72.  Plumber - per hour | 4.00 HR | 156.00 | 0.00 | 124.80 | 748.80 | (0.00) | 748.80 |

To rerun p traps and sink hook ups for detach and reset

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 73.  Sink - single - Detach & reset | 2.00 EA | 208.84 | 0.11 | 83.56 | 501.35 | (0.00) | 501.35 |
| 74.  Toilet - Detach & reset | 1.00 EA | 338.42 | 0.68 | 67.82 | 406.92 | (0.00) | 406.92 |
| 75.  R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 76.  Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 77.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |

Touch up work to walls from base trim removal

| | | | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals:  Bathroom 3** | | | **278.74** | **2,395.74** | **20,159.29** | **0.00** | **20,159.29** |

### Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 78.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 79.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 80.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 81.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 82.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 83.  R&R Cabinetry - lower (base) units - Deluxe grade | 5.00 LF | 631.93 | 228.93 | 677.72 | 4,066.30 | (0.00) | 4,066.30 |

Cabinets have direct physical loss from water damage



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

**CONTINUED - Bathroom 4**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| To access pipes must detach cabinets from walls; cabinets are permanently affixed and will not be able to be detached and reset | | | | | | | |
| R&R required | | | | | | | |
| Vanity | | | | | | | |
| 84. Custom tile shower - remove and replace to access broken pipes* | 1.00 EA | 5,785.00 | 0.00 | 0.00 | 5,785.00 | (0.00) | 5,785.00 |
| 85. Plumber - per hour | 4.00 HR | 156.00 | 0.00 | 124.80 | 748.80 | (0.00) | 748.80 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 86. Sink - single - Detach & reset | 2.00 EA | 208.84 | 0.11 | 83.56 | 501.35 | (0.00) | 501.35 |
| 87. Toilet - Detach & reset | 1.00 EA | 338.42 | 0.68 | 67.82 | 406.92 | (0.00) | 406.92 |
| 88. R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 89. Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 90. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 4** | | | 278.74 | 2,395.74 | 20,159.29 | 0.00 | 20,159.29 |

**Contents Packout**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 91. Contents pack out and pack in for construction * | 1.00 EA | 4,750.00 | 0.00 | 0.00 | 4,750.00 | (0.00) | 4,750.00 |
| Movers pack out $1,500.00 | | | | | | | |
| Storage $500.00/ month for 3 months = $1,500.00 | | | | | | | |
| Moving truck rental pack out $125.00 | | | | | | | |
| Moving truck rental pack in $125.00 | | | | | | | |
| Pack in $1,500.00 | | | | | | | |
| $4,750.00 total | | | | | | | |
| **Totals:  Contents Packout** | | | 0.00 | 0.00 | 4,750.00 | 0.00 | 4,750.00 |

**Engineering**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 92. Engineering* | 1.00 EA | 5,000.00 | 0.00 | 0.00 | 5,000.00 | (0.00) | 5,000.00 |
| Engineering drawings required by municipality and city for construction | | | | | | | |
| **Totals:  Engineering** | | | 0.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 93. Open- Unknown if plumbers will need to open slab in this area for plumbing access* | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **Totals: Exterior** | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

### Loss of Use

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 94. Loss of Rents* | 6.00 MO | 3,600.00 | 0.00 | 0.00 | 21,600.00 | (0.00) | 21,600.00 |
| LOSS OF USE/LOSS OF RENTS - $1800 per Month Per Unit x 2 = $3,600 | | | | | | | |
| **Totals: Loss of Use** | | | **0.00** | **0.00** | **21,600.00** | **0.00** | **21,600.00** |

### Final Cleaning

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 95. Final cleaning - construction - Commercial | 2,718.00 SF | 0.25 | 0.00 | 135.90 | 815.40 | (0.00) | 815.40 |
| **Totals: Final Cleaning** | | | **0.00** | **135.90** | **815.40** | **0.00** | **815.40** |

### Mitigation Allowance

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 96. Mitigation Allowance* | 1.00 EA | 10,000.00 | 0.00 | 0.00 | 10,000.00 | (0.00) | 10,000.00 |
| Drying equipment and general water mitigation cleanup | | | | | | | |
| **Totals: Mitigation Allowance** | | | **0.00** | **0.00** | **10,000.00** | **0.00** | **10,000.00** |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 97. Framing labor minimum | 1.00 EA | 274.41 | 0.00 | 54.88 | 329.29 | (0.00) | 329.29 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **54.88** | **329.29** | **0.00** | **329.29** |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

**Line Item Totals: 60SPIVEY_LLC_BLDG1**          1,990.54     26,210.02     221,749.56          0.00     221,749.56

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 216,999.56 | 97.86% | 216,999.56 | 97.86% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 4,750.00 | 2.14% | 4,750.00 | 2.14% |
| Total | 221,749.56 | 100.00% | 221,749.56 | 100.00% |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 188,799.00 |
| Material Sales Tax | 1,990.54 |
| | |
| Subtotal | 190,789.54 |
| Overhead | 13,105.01 |
| Profit | 13,105.01 |
| | |
| **Replacement Cost Value** | **$216,999.56** |
| **Net Claim** | **$216,999.56** |

Michael Michio



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Contents

| | |
|---|---:|
| Line Item Total | 4,750.00 |
| **Replacement Cost Value** | **$4,750.00** |
| **Net Claim** | **$4,750.00** |

Michael Michio



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| | |
|---|---|
| Insured: | Spivey 60, LLC_Bldg 2 |
| Property: | 2507 Rex Road |
| | Ellenwood, GA 30294 |

| | |
|---|---|
| Estimator: | Michael Michio |
| Company: | Underpaid Claims Management |
| Business: | 1261 S. Fort Harrison Ave., Ste. B |
| | Clearwater, FL 33756 |

**Claim Number:** 261561GO        **Policy Number:** ACP BP013200620241        **Type of Loss:** Water Damage

| | | |
|---|---|---|
| Date of Loss: | Date Received: | |
| Date Inspected: | Date Entered: | 2/20/2024 2:00 PM |

| | |
|---|---|
| Price List: | GAAT8X_FEB24 |
| | Restoration/Service/Remodel |
| Estimate: | 60SPIVEY_LLC_BLDG_2 |

*This estimate was prepared with the information that we have available to use at this time. Should additional information become available, we reserve the right to modify our estimate to reflect the most accurate information. Any estimate submitted in the future will supersede this estimate.*



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### 60SPIVEY_LLC_BLDG_2

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1.  Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| $15,000.00 based on the size of the job | | | | | | | |
| 2.  Material Only Sheathing - plywood - 3/4" CDX | 320.00 SF | 1.35 | 34.56 | 93.32 | 559.88 | (0.00) | 559.88 |
| 1 dumpsters at a time | | | | | | | |
| Protect driveway from dumpster and vehicle traffic - laid prior to drop off of the container.    Sheating is good for the entire job and multiple drops of container. | | | | | | | |
| 3.  Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 816.00 | 0.00 | 163.20 | 979.20 | (0.00) | 979.20 |
| For non roof related debris. | | | | | | | |
| 4.  General Demolition - per hour | 30.00 HR | 50.78 | 0.00 | 304.68 | 1,828.08 | (0.00) | 1,828.08 |
| 4 people per day - 1 hour per day - 30 work days | | | | | | | |
| General labor to broom sweep and clean up work site. | | | | | | | |
| **Totals:  General Conditions** | | | **34.56** | **561.20** | **3,367.16** | **0.00** | **3,367.16** |

#### OSHA and Legal Requirements

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 5.  Temporary toilet (per month) | 3.00 MO | 174.00 | 0.00 | 104.40 | 626.40 | (0.00) | 626.40 |
| 5 portable toilets - 1 month | | | | | | | |
| 1915.88(d)(3)(i) The employer shall provide portable toilets, pursuant to paragraph (d)(2)(i) and Table to paragraph (d)(2) of this section, only when the employer demonstrates that it is not feasible to provide sewered toilets, or when there is a temporary increase in the number of employees for a short duration of time. | | | | | | | |
| 6.  Temporary hand washing station (per month) | 3.00 MO | 240.00 | 0.00 | 144.00 | 864.00 | (0.00) | 864.00 |
| 1 month / 5 hand washing stations | | | | | | | |
| 7.  Commercial Supervision / Project Management - per hour | 168.00 HR | 84.08 | 0.00 | 2,825.08 | 16,950.52 | (0.00) | 16,950.52 |
| 1 commercial supervisors - 8 hour work days - 21 days | | | | | | | |
| **Totals:  OSHA and Legal Requirements** | | | **0.00** | **3,073.48** | **18,440.92** | **0.00** | **18,440.92** |

#### Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 9.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 10.  R&R Concrete slab on grade - 2" - finished in place | 1,384.00 SF | 6.79 | 183.80 | 1,916.24 | 11,497.40 | (0.00) | 11,497.40 |
| 11.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 12.  R&R Carpet | 1,384.00 SF | 3.41 | 255.76 | 995.04 | 5,970.24 | (0.00) | 5,970.24 |
| 13.  R&R Carpet pad | 1,384.00 SF | 0.77 | 57.57 | 224.66 | 1,347.91 | (0.00) | 1,347.91 |
| 14.  R&R Baseboard - 3 1/4" | 170.00 LF | 5.06 | 27.20 | 177.48 | 1,064.88 | (0.00) | 1,064.88 |
| 15.  Paint baseboard - two coats | 170.00 LF | 1.71 | 2.45 | 58.64 | 351.79 | (0.00) | 351.79 |
| 16.  Painter - per hour | 4.00 HR | 79.59 | 0.00 | 63.68 | 382.04 | (0.00) | 382.04 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Living Area** | | | **540.66** | **4,565.54** | **27,393.02** | **0.00** | **27,393.02** |

### Kitchen 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 18.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 19.  R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 20.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 21.  Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 22.  Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 23.  Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 24.  R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 25.  R&R Baseboard - 3 1/4" | 48.00 LF | 5.06 | 7.68 | 50.10 | 300.66 | (0.00) | 300.66 |
| 26.  Paint baseboard - two coats | 48.00 LF | 1.71 | 0.69 | 16.56 | 99.33 | (0.00) | 99.33 |
| 27.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Kitchen 1** | | | **81.29** | **1,902.40** | **11,414.41** | **0.00** | **11,414.41** |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Kitchen 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 28.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 29.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 30.  R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 31.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 32.  Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 33.  Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 34.  Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 35.  R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 36.  R&R Baseboard - 3 1/4" | 48.00 LF | 5.06 | 7.68 | 50.10 | 300.66 | (0.00) | 300.66 |
| 37.  Paint baseboard - two coats | 48.00 LF | 1.71 | 0.69 | 16.56 | 99.33 | (0.00) | 99.33 |
| 38.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Kitchen 2** | | | **81.29** | **1,902.40** | **11,414.41** | **0.00** | **11,414.41** |

### Bathroom 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 39.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 40.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 41.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 42.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 43.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 44.  R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 45.  Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 46.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 1** | | | **49.02** | **1,441.84** | **8,650.92** | **0.00** | **8,650.92** |

### Bathroom 2



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 47.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 48.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 49.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 50.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 51.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 52.  R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 53.  Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 54.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 2** | | | **49.02** | **1,441.84** | **8,650.92** | **0.00** | **8,650.92** |

### Bathroom 3

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 55.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 56.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 57.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 58.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 59.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 60.  R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 61.  Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 62.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 3** | | | **49.02** | **1,441.84** | **8,650.92** | **0.00** | **8,650.92** |

### Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 63.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 64.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 65.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 66.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 67.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |

 **Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

**CONTINUED - Bathroom 4**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 69. Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 70. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 4** | | | **49.02** | **1,441.84** | **8,650.92** | **0.00** | **8,650.92** |

**Exterior**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 71. Open- Unknown if plumbers will need to open slab in this area for plumbing access* | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **Totals: Exterior** | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

**Contents Packout**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 72. Contents pack out and pack in for construction * | 1.00 EA | 4,750.00 | 0.00 | 0.00 | 4,750.00 | (0.00) | 4,750.00 |
| Movers pack out $1,500.00<br>Storage $500.00/ month for 3 months = $1,500.00<br>Moving truck rental pack out $125.00<br>Moving truck rental pack in $125.00<br>Pack in $1,500.00<br>$4,750.00 total | | | | | | | |
| **Totals: Contents Packout** | | | **0.00** | **0.00** | **4,750.00** | **0.00** | **4,750.00** |

**Engineering**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 73. Engineering* | 1.00 EA | 5,000.00 | 0.00 | 0.00 | 5,000.00 | (0.00) | 5,000.00 |
| Engineering drawings required by municipality and city for construction | | | | | | | |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## CONTINUED - Engineering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Engineering | | | 0.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 |

### Loss of Use

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 74. Loss of Rents* | 6.00 MO | 3,600.00 | 0.00 | 0.00 | 21,600.00 | (0.00) | 21,600.00 |
| LOSS OF USE/LOSS OF RENTS - $1800 per Month Per Unit x 2 = $3,600 | | | | | | | |
| Totals: Loss of Use | | | 0.00 | 0.00 | 21,600.00 | 0.00 | 21,600.00 |

### Final Cleaning

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 75. Final cleaning - construction - Commercial | 2,718.00 SF | 0.25 | 0.00 | 135.90 | 815.40 | (0.00) | 815.40 |
| Totals: Final Cleaning | | | 0.00 | 135.90 | 815.40 | 0.00 | 815.40 |

### Mitigation Allowance

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 76. Mitigation Allowance* | 1.00 EA | 10,000.00 | 0.00 | 0.00 | 10,000.00 | (0.00) | 10,000.00 |
| Totals: Mitigation Allowance | | | 0.00 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 77. Framing labor minimum | 1.00 EA | 274.41 | 0.00 | 54.88 | 329.29 | (0.00) | 329.29 |
| Totals: Labor Minimums Applied | | | 0.00 | 54.88 | 329.29 | 0.00 | 329.29 |
| Line Item Totals: 60SPIVEY_LLC_BLDG_2 | | | 933.88 | 17,963.16 | 149,128.29 | 0.00 | 149,128.29 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| Coverage | Item Total | % | ACV Total | % |
|----------|-----------:|------:|----------:|------:|
| Dwelling | 144,378.29 | 96.81% | 144,378.29 | 96.81% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 4,750.00 | 3.19% | 4,750.00 | 3.19% |
| Total | 149,128.29 | 100.00% | 149,128.29 | 100.00% |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 125,481.25 |
| Material Sales Tax | 933.88 |
| Subtotal | 126,415.13 |
| Overhead | 8,981.58 |
| Profit | 8,981.58 |
| **Replacement Cost Value** | **$144,378.29** |
| **Net Claim** | **$144,378.29** |

Michael Michio



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Summary for Contents

| | |
|---|---:|
| Line Item Total | 4,750.00 |
| **Replacement Cost Value** | **$4,750.00** |
| **Net Claim** | **$4,750.00** |

Michael Michio



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| | |
|---|---|
| Insured: | Spivey 60, LLC_Bldg 3 |
| Property: | 2507 Rex Road |
| | Ellenwood, GA 30294 |

| | |
|---|---|
| Estimator: | Michael Michio |
| Company: | Underpaid Claims Management |
| Business: | 1261 S. Fort Harrison Ave., Ste. B |
| | Clearwater, FL 33756 |

**Claim Number:** 261561GO    **Policy Number:** ACP BP013200620241    **Type of Loss:** Water Damage

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 2/20/2024 2:00 PM |

| | |
|---|---|
| Price List: | GAAT8X_FEB24 |
| | Restoration/Service/Remodel |
| Estimate: | 60SPIVEY_LLC_BLDG_3 |

*This estimate was prepared with the information that we have available to use at this time. Should additional information
become available, we reserve the right to modify our estimate to reflect the most accurate information. Any estimate submitted in
the future will supersede this estimate.*



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### 60SPIVEY_LLC_BLDG_3

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| $15,000.00 based on the size of the job | | | | | | | |
| 2. Material Only Sheathing - plywood - 3/4" CDX | 320.00 SF | 1.35 | 34.56 | 93.32 | 559.88 | (0.00) | 559.88 |
| 1 dumpsters at a time | | | | | | | |
| Protect driveway from dumpster and vehicle traffic - laid prior to drop off of the container.    Sheating is good for the entire job and multiple drops of container. | | | | | | | |
| 3. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 816.00 | 0.00 | 163.20 | 979.20 | (0.00) | 979.20 |
| For non roof related debris. | | | | | | | |
| 4. General Demolition - per hour | 30.00 HR | 50.78 | 0.00 | 304.68 | 1,828.08 | (0.00) | 1,828.08 |
| 4 people per day - 1 hour per day - 30 work days | | | | | | | |
| General labor to broom sweep and clean up work site. | | | | | | | |
| **Totals:  General Conditions** | | | **34.56** | **561.20** | **3,367.16** | **0.00** | **3,367.16** |

#### OSHA and Legal Requirements

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 5. Temporary toilet (per month) | 3.00 MO | 174.00 | 0.00 | 104.40 | 626.40 | (0.00) | 626.40 |
| 5 portable toilets - 1 month | | | | | | | |
| 1915.88(d)(3)(i) The employer shall provide portable toilets, pursuant to paragraph (d)(2)(i) and Table to paragraph (d)(2) of this section, only when the employer demonstrates that it is not feasible to provide sewered toilets, or when there is a temporary increase in the number of employees for a short duration of time. | | | | | | | |
| 6. Temporary hand washing station (per month) | 3.00 MO | 240.00 | 0.00 | 144.00 | 864.00 | (0.00) | 864.00 |
| 1 month / 5 hand washing stations | | | | | | | |
| 7. Commercial Supervision / Project Management - per hour | 168.00 HR | 84.08 | 0.00 | 2,825.08 | 16,950.52 | (0.00) | 16,950.52 |
| 1 commercial supervisors - 8 hour work days - 21 days | | | | | | | |
| **Totals:  OSHA and Legal Requirements** | | | **0.00** | **3,073.48** | **18,440.92** | **0.00** | **18,440.92** |

#### Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 9.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 10.  R&R Concrete slab on grade - 2" - finished in place | 2,096.00 SF | 6.79 | 278.35 | 2,902.04 | 17,412.23 | (0.00) | 17,412.23 |
| 11.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 12.  R&R Carpet | 2,096.00 SF | 3.41 | 387.34 | 1,506.94 | 9,041.64 | (0.00) | 9,041.64 |
| 13.  R&R Carpet pad | 2,096.00 SF | 0.77 | 87.19 | 340.22 | 2,041.33 | (0.00) | 2,041.33 |
| 14.  R&R Baseboard - 3 1/4" | 205.00 LF | 5.06 | 32.80 | 214.04 | 1,284.14 | (0.00) | 1,284.14 |
| 15.  Paint baseboard - two coats | 205.00 LF | 1.71 | 2.95 | 70.72 | 424.22 | (0.00) | 424.22 |
| 16.  Painter - per hour | 4.00 HR | 79.59 | 0.00 | 63.68 | 382.04 | (0.00) | 382.04 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Living Area** | | | **802.51** | **6,227.44** | **37,364.36** | **0.00** | **37,364.36** |

### Kitchen 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 18.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 19.  R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 20.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 21.  Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 22.  Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 23.  Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 24.  R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 25.  R&R Baseboard - 3 1/4" | 48.00 LF | 5.06 | 7.68 | 50.10 | 300.66 | (0.00) | 300.66 |
| 26.  Paint baseboard - two coats | 48.00 LF | 1.71 | 0.69 | 16.56 | 99.33 | (0.00) | 99.33 |
| 27.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Kitchen 1** | | | **81.29** | **1,902.40** | **11,414.41** | **0.00** | **11,414.41** |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Kitchen 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 28. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 29. Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 30. R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 31. Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 32. Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 33. Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 34. Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 35. R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 36. R&R Baseboard - 3 1/4" | 48.00 LF | 5.06 | 7.68 | 50.10 | 300.66 | (0.00) | 300.66 |
| 37. Paint baseboard - two coats | 48.00 LF | 1.71 | 0.69 | 16.56 | 99.33 | (0.00) | 99.33 |
| 38. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Kitchen 2** | | | **81.29** | **1,902.40** | **11,414.41** | **0.00** | **11,414.41** |

### Bathroom 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 39. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 40. Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 41. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 42. Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 43. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 44. R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 45. Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 46. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 1** | | | **49.02** | **1,441.84** | **8,650.92** | **0.00** | **8,650.92** |

### Bathroom 2



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 47.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 48.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 49.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 50.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 51.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 52.  R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 53.  Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 54.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 2** | | | **49.02** | **1,441.84** | **8,650.92** | **0.00** | **8,650.92** |

### Bathroom 3

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 55.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 56.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 57.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 58.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 59.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 60.  R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 61.  Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 62.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 3** | | | **49.02** | **1,441.84** | **8,650.92** | **0.00** | **8,650.92** |

### Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 63.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 64.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 65.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 66.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 67.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 69. Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 70. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 4** | | | **49.02** | **1,441.84** | **8,650.92** | **0.00** | **8,650.92** |

### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 71. Open- Unknown if plumbers will need to open slab in this area for plumbing access* | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **Totals: Exterior** | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

### Contents Packout

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 72. Contents pack out and pack in for construction * | 1.00 EA | 4,750.00 | 0.00 | 0.00 | 4,750.00 | (0.00) | 4,750.00 |
| Movers pack out $1,500.00 | | | | | | | |
| Storage $500.00/ month for 3 months = $1,500.00 | | | | | | | |
| Moving truck rental pack out $125.00 | | | | | | | |
| Moving truck rental pack in $125.00 | | | | | | | |
| Pack in $1,500.00 | | | | | | | |
| $4,750.00 total | | | | | | | |
| **Totals: Contents Packout** | | | **0.00** | **0.00** | **4,750.00** | **0.00** | **4,750.00** |

### Engineering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 73. Engineering* | 1.00 EA | 5,000.00 | 0.00 | 0.00 | 5,000.00 | (0.00) | 5,000.00 |
| Engineering drawings required by municipality and city for construction | | | | | | | |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Engineering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Engineering | | | 0.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 |

### Loss of Use

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 74. Loss of Rents* | 6.00 MO | 3,600.00 | 0.00 | 0.00 | 21,600.00 | (0.00) | 21,600.00 |
| LOSS OF USE/LOSS OF RENTS - $1800 per Month Per Unit x 2 = $3,600 | | | | | | | |
| Totals: Loss of Use | | | 0.00 | 0.00 | 21,600.00 | 0.00 | 21,600.00 |

### Final Cleaning

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 75. Final cleaning - construction - Commercial | 2,718.00 SF | 0.25 | 0.00 | 135.90 | 815.40 | (0.00) | 815.40 |
| Totals: Final Cleaning | | | 0.00 | 135.90 | 815.40 | 0.00 | 815.40 |

### Mitigation Allowance

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 76. Mitigation Allowance* | 1.00 EA | 10,000.00 | 0.00 | 0.00 | 10,000.00 | (0.00) | 10,000.00 |
| Totals: Mitigation Allowance | | | 0.00 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 77. Framing labor minimum | 1.00 EA | 274.41 | 0.00 | 54.88 | 329.29 | (0.00) | 329.29 |
| Totals: Labor Minimums Applied | | | 0.00 | 54.88 | 329.29 | 0.00 | 329.29 |
| Line Item Totals: 60SPIVEY_LLC_BLDG_3 | | | 1,195.73 | 19,625.06 | 159,099.63 | 0.00 | 159,099.63 |

 **Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 154,349.63 | 97.01% | 154,349.63 | 97.01% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 4,750.00 | 2.99% | 4,750.00 | 2.99% |
| Total | 159,099.63 | 100.00% | 159,099.63 | 100.00% |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 133,528.84 |
| Material Sales Tax | 1,195.73 |
| Subtotal | 134,724.57 |
| Overhead | 9,812.53 |
| Profit | 9,812.53 |
| **Replacement Cost Value** | **$154,349.63** |
| **Net Claim** | **$154,349.63** |

Michael Michio



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Contents

Line Item Total                                                                4,750.00

**Replacement Cost Value**                                                     **$4,750.00**
**Net Claim**                                                                   **$4,750.00**

Michael Michio



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| Insured: | Spivey 60, LLC_Bldg 4 |
| Property: | 2507 Rex Road |
| | Ellenwood, GA 30294 |

| Estimator: | Michael Michio |
| Company: | Underpaid Claims Management |
| Business: | 1261 S. Fort Harrison Ave., Ste. B |
| | Clearwater, FL 33756 |

**Claim Number:** 261561GO          **Policy Number:** ACP BP013200620241          **Type of Loss:** Water Damage

| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 2/20/2024 2:00 PM |

| Price List: | GAAT8X_FEB24 |
| | Restoration/Service/Remodel |
| Estimate: | 60SPIVEY_LLC_BLDG_4 |

*This estimate was prepared with the information that we have available to use at this time. Should additional information become available, we reserve the right to modify our estimate to reflect the most accurate information. Any estimate submitted in the future will supersede this estimate.*



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### 60SPIVEY_LLC_BLDG_4

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| $15,000.00 based on the size of the job | | | | | | | |
| 2. Material Only Sheathing - plywood - 3/4" CDX | 320.00 SF | 1.35 | 34.56 | 93.32 | 559.88 | (0.00) | 559.88 |
| 1 dumpsters at a time | | | | | | | |
| Protect driveway from dumpster and vehicle traffic - laid prior to drop off of the container. Sheating is good for the entire job and multiple drops of container. | | | | | | | |
| 3. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 816.00 | 0.00 | 163.20 | 979.20 | (0.00) | 979.20 |
| For non roof related debris. | | | | | | | |
| 4. General Demolition - per hour | 30.00 HR | 50.78 | 0.00 | 304.68 | 1,828.08 | (0.00) | 1,828.08 |
| 4 people per day - 1 hour per day - 30 work days | | | | | | | |
| General labor to broom sweep and clean up work site. | | | | | | | |
| **Totals: General Conditions** | | | **34.56** | **561.20** | **3,367.16** | **0.00** | **3,367.16** |

#### OSHA and Legal Requirements

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 5. Temporary toilet (per month) | 3.00 MO | 174.00 | 0.00 | 104.40 | 626.40 | (0.00) | 626.40 |
| 5 portable toilets - 1 month | | | | | | | |
| 1915.88(d)(3)(i) | | | | | | | |
| The employer shall provide portable toilets, pursuant to paragraph (d)(2)(i) and Table to paragraph (d)(2) of this section, only when the employer demonstrates that it is not feasible to provide sewered toilets, or when there is a temporary increase in the number of employees for a short duration of time. | | | | | | | |
| 6. Temporary hand washing station (per month) | 3.00 MO | 240.00 | 0.00 | 144.00 | 864.00 | (0.00) | 864.00 |
| 1 month / 5 hand washing stations | | | | | | | |
| 7. Commercial Supervision / Project Management - per hour | 168.00 HR | 84.08 | 0.00 | 2,825.08 | 16,950.52 | (0.00) | 16,950.52 |
| 1 commercial supervisors - 8 hour work days - 21 days | | | | | | | |
| **Totals: OSHA and Legal Requirements** | | | **0.00** | **3,073.48** | **18,440.92** | **0.00** | **18,440.92** |

#### Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## CONTINUED - Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 9.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 10.  R&R Concrete slab on grade - 2" - finished in place | 2,980.00 SF | 6.79 | 395.74 | 4,125.98 | 24,755.92 | (0.00) | 24,755.92 |
| 11.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 12.  R&R Carpet | 2,980.00 SF | 3.41 | 550.70 | 2,142.50 | 12,855.00 | (0.00) | 12,855.00 |
| 13.  R&R Carpet pad | 2,980.00 SF | 0.77 | 123.97 | 483.72 | 2,902.29 | (0.00) | 2,902.29 |
| 14.  R&R Baseboard - 3 1/4" | 230.00 LF | 5.06 | 36.80 | 240.12 | 1,440.72 | (0.00) | 1,440.72 |
| 15.  Paint baseboard - two coats | 230.00 LF | 1.71 | 3.31 | 79.32 | 475.93 | (0.00) | 475.93 |
| 16.  Painter - per hour | 4.00 HR | 79.59 | 0.00 | 63.68 | 382.04 | (0.00) | 382.04 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Living Area** | | | **1,124.40** | **8,265.12** | **49,590.66** | **0.00** | **49,590.66** |

## Kitchen 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 18.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 19.  R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 20.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 21.  Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 22.  Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 23.  Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 24.  R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 25.  R&R Baseboard - 3 1/4" | 48.00 LF | 5.06 | 7.68 | 50.10 | 300.66 | (0.00) | 300.66 |
| 26.  Paint baseboard - two coats | 48.00 LF | 1.71 | 0.69 | 16.56 | 99.33 | (0.00) | 99.33 |
| 27.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Kitchen 1** | | | **81.29** | **1,902.40** | **11,414.41** | **0.00** | **11,414.41** |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Kitchen 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 28.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 29.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 30.  R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 31.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 32.  Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 33.  Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 34.  Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 35.  R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 36.  R&R Baseboard - 3 1/4" | 48.00 LF | 5.06 | 7.68 | 50.10 | 300.66 | (0.00) | 300.66 |
| 37.  Paint baseboard - two coats | 48.00 LF | 1.71 | 0.69 | 16.56 | 99.33 | (0.00) | 99.33 |
| 38.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Kitchen 2** | | | **81.29** | **1,902.40** | **11,414.41** | **0.00** | **11,414.41** |

### Bathroom 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 39.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 40.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 41.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 42.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 43.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 44.  R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 45.  Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 46.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 1** | | | **49.02** | **1,441.84** | **8,650.92** | **0.00** | **8,650.92** |

### Bathroom 2



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 47.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 48.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 49.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 50.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 51.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 52.  R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 53.  Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 54.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 2** | | | **49.02** | **1,441.84** | **8,650.92** | **0.00** | **8,650.92** |

### Bathroom 3

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 55.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 56.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 57.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 58.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 59.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 60.  R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 61.  Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 62.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 3** | | | **49.02** | **1,441.84** | **8,650.92** | **0.00** | **8,650.92** |

### Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 63.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 64.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 65.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 66.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 67.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 69. Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 70. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 4** | | | **49.02** | **1,441.84** | **8,650.92** | **0.00** | **8,650.92** |

### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 71. Open- Unknown if plumbers will need to open slab in this area for plumbing access* | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **Totals: Exterior** | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

### Contents Packout

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 72. Contents pack out and pack in for construction * | 1.00 EA | 4,750.00 | 0.00 | 0.00 | 4,750.00 | (0.00) | 4,750.00 |
| Movers pack out $1,500.00 Storage $500.00/ month for 3 months = $1,500.00 Moving truck rental pack out $125.00 Moving truck rental pack in $125.00 Pack in $1,500.00 $4,750.00 total | | | | | | | |
| **Totals: Contents Packout** | | | **0.00** | **0.00** | **4,750.00** | **0.00** | **4,750.00** |

### Engineering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 73. Engineering* | 1.00 EA | 5,000.00 | 0.00 | 0.00 | 5,000.00 | (0.00) | 5,000.00 |
| Engineering drawings required by municipality and city for construction | | | | | | | |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## CONTINUED - Engineering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Engineering | | | 0.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 |

### Loss of Use

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 74. Loss of Rents* | 6.00 MO | 3,600.00 | 0.00 | 0.00 | 21,600.00 | (0.00) | 21,600.00 |
| LOSS OF USE/LOSS OF RENTS - $1800 per Month Per Unit x 2 = $3,600 | | | | | | | |
| Totals: Loss of Use | | | 0.00 | 0.00 | 21,600.00 | 0.00 | 21,600.00 |

### Final Cleaning

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 75. Final cleaning - construction - Commercial | 2,718.00 SF | 0.25 | 0.00 | 135.90 | 815.40 | (0.00) | 815.40 |
| Totals: Final Cleaning | | | 0.00 | 135.90 | 815.40 | 0.00 | 815.40 |

### Mitigation Allowance

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 76. Mitigation Allowance* | 1.00 EA | 10,000.00 | 0.00 | 0.00 | 10,000.00 | (0.00) | 10,000.00 |
| Totals: Mitigation Allowance | | | 0.00 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 77. Framing labor minimum | 1.00 EA | 274.41 | 0.00 | 54.88 | 329.29 | (0.00) | 329.29 |
| Totals: Labor Minimums Applied | | | 0.00 | 54.88 | 329.29 | 0.00 | 329.29 |
| Line Item Totals: 60SPIVEY_LLC_BLDG_4 | | | 1,517.62 | 21,662.74 | 171,325.93 | 0.00 | 171,325.93 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 166,575.93 | 97.23% | 166,575.93 | 97.23% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 4,750.00 | 2.77% | 4,750.00 | 2.77% |
| Total | 171,325.93 | 100.00% | 171,325.93 | 100.00% |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 143,395.57 |
| Material Sales Tax | 1,517.62 |
| Subtotal | 144,913.19 |
| Overhead | 10,831.37 |
| Profit | 10,831.37 |
| **Replacement Cost Value** | **$166,575.93** |
| **Net Claim** | **$166,575.93** |

Michael Michio



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Contents

| | |
|---|---:|
| Line Item Total | 4,750.00 |
| | |
| **Replacement Cost Value** | **$4,750.00** |
| **Net Claim** | **$4,750.00** |

Michael Michio



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

Insured:   Spivey 60, LLC_Bldg 5
Property:  2507 Rex Road
           Ellenwood, GA 30294

Estimator: Michael Michio
Company:   Underpaid Claims Management
Business:  1261 S. Fort Harrison Ave., Ste. B
           Clearwater, FL 33756

**Claim Number:** 261561GO          **Policy Number:** ACP BP013200620241          **Type of Loss:** Water Damage

Date of Loss:                        Date Received:
Date Inspected:                      Date Entered:     2/20/2024 2:00 PM

Price List:  GAAT8X_FEB24
             Restoration/Service/Remodel
Estimate:    60SPIVEY_LLC_BLDG_5

*This estimate was prepared with the information that we have available to use at this time. Should additional information become available, we reserve the right to modify our estimate to reflect the most accurate information. Any estimate submitted in the future will supersede this estimate.*



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### 60SPIVEY_LLC_BLDG_5

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| $15,000.00 based on the size of the job | | | | | | | |
| 2. Material Only Sheathing - plywood - 3/4" CDX | 320.00 SF | 1.35 | 34.56 | 93.32 | 559.88 | (0.00) | 559.88 |
| 1 dumpsters at a time | | | | | | | |
| Protect driveway from dumpster and vehicle traffic - laid prior to drop off of the container. Sheating is good for the entire job and multiple drops of container. | | | | | | | |
| 3. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 816.00 | 0.00 | 163.20 | 979.20 | (0.00) | 979.20 |
| **For non roof related debris.** | | | | | | | |
| 4. General Demolition - per hour | 30.00 HR | 50.78 | 0.00 | 304.68 | 1,828.08 | (0.00) | 1,828.08 |
| 4 people per day - 1 hour per day - 30 work days | | | | | | | |
| General labor to broom sweep and clean up work site. | | | | | | | |
| **Totals: General Conditions** | | | **34.56** | **561.20** | **3,367.16** | **0.00** | **3,367.16** |

#### OSHA and Legal Requirements

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 5. Temporary toilet (per month) | 3.00 MO | 174.00 | 0.00 | 104.40 | 626.40 | (0.00) | 626.40 |
| 5 portable toilets - 1 month | | | | | | | |
| **1915.88(d)(3)(i)** The employer shall provide portable toilets, pursuant to paragraph (d)(2)(i) and Table to paragraph (d)(2) of this section, only when the employer demonstrates that it is not feasible to provide sewered toilets, or when there is a temporary increase in the number of employees for a short duration of time. | | | | | | | |
| 6. Temporary hand washing station (per month) | 3.00 MO | 240.00 | 0.00 | 144.00 | 864.00 | (0.00) | 864.00 |
| 1 month / 5 hand washing stations | | | | | | | |
| 7. Commercial Supervision / Project Management - per hour | 168.00 HR | 84.08 | 0.00 | 2,825.08 | 16,950.52 | (0.00) | 16,950.52 |
| 1 commercial supervisors - 8 hour work days - 21 days | | | | | | | |
| **Totals: OSHA and Legal Requirements** | | | **0.00** | **3,073.48** | **18,440.92** | **0.00** | **18,440.92** |

#### Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 9.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 10.  R&R Concrete slab on grade - 2" - finished in place | 2,091.00 SF | 6.79 | 277.68 | 2,895.12 | 17,370.69 | (0.00) | 17,370.69 |
| 11.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 12.  R&R Carpet | 2,091.00 SF | 3.41 | 386.42 | 1,503.34 | 9,020.07 | (0.00) | 9,020.07 |
| 13.  R&R Carpet pad | 2,091.00 SF | 0.77 | 86.99 | 339.40 | 2,036.46 | (0.00) | 2,036.46 |
| 14.  R&R Baseboard - 3 1/4" | 211.00 LF | 5.06 | 33.76 | 220.28 | 1,321.70 | (0.00) | 1,321.70 |
| 15.  Paint baseboard - two coats | 211.00 LF | 1.71 | 3.04 | 72.76 | 436.61 | (0.00) | 436.61 |
| 16.  Painter - per hour | 4.00 HR | 79.59 | 0.00 | 63.68 | 382.04 | (0.00) | 382.04 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Living Area** | | | **801.77** | **6,224.38** | **37,346.33** | **0.00** | **37,346.33** |

### Kitchen 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 18.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 19.  R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 20.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 21.  Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 22.  Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 23.  Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 24.  R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 25.  R&R Baseboard - 3 1/4" | 48.00 LF | 5.06 | 7.68 | 50.10 | 300.66 | (0.00) | 300.66 |
| 26.  Paint baseboard - two coats | 48.00 LF | 1.71 | 0.69 | 16.56 | 99.33 | (0.00) | 99.33 |
| 27.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Kitchen 1** | | | **81.29** | **1,902.40** | **11,414.41** | **0.00** | **11,414.41** |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Kitchen 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 28. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 29. Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 30. R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 31. Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 32. Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 33. Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 34. Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 35. R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 36. R&R Baseboard - 3 1/4" | 48.00 LF | 5.06 | 7.68 | 50.10 | 300.66 | (0.00) | 300.66 |
| 37. Paint baseboard - two coats | 48.00 LF | 1.71 | 0.69 | 16.56 | 99.33 | (0.00) | 99.33 |
| 38. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Kitchen 2** | | | **81.29** | **1,902.40** | **11,414.41** | **0.00** | **11,414.41** |

### Bathroom 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 39. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 40. Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 41. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 42. Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 43. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 44. R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 45. Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 46. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 1** | | | **49.02** | **1,441.84** | **8,650.92** | **0.00** | **8,650.92** |

### Bathroom 2



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 47. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 48. Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 49. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 50. Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 51. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 52. R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 53. Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 54. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 2** | | | **49.02** | **1,441.84** | **8,650.92** | **0.00** | **8,650.92** |

### Bathroom 3

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 55. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 56. Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 57. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 58. Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 59. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 60. R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 61. Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 62. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 3** | | | **49.02** | **1,441.84** | **8,650.92** | **0.00** | **8,650.92** |

### Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 63. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 64. Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 65. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 66. Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 67. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 69. Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 70. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 4** | | | **49.02** | **1,441.84** | **8,650.92** | **0.00** | **8,650.92** |

### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 71. Open- Unknown if plumbers will need to open slab in this area for plumbing access* | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **Totals: Exterior** | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

### Contents Packout

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 72. Contents pack out and pack in for construction * | 1.00 EA | 4,750.00 | 0.00 | 0.00 | 4,750.00 | (0.00) | 4,750.00 |
| Movers pack out $1,500.00 | | | | | | | |
| Storage $500.00/ month for 3 months = $1,500.00 | | | | | | | |
| Moving truck rental pack out $125.00 | | | | | | | |
| Moving truck rental pack in $125.00 | | | | | | | |
| Pack in $1,500.00 | | | | | | | |
| $4,750.00 total | | | | | | | |
| **Totals: Contents Packout** | | | **0.00** | **0.00** | **4,750.00** | **0.00** | **4,750.00** |

### Engineering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 73. Engineering* | 1.00 EA | 5,000.00 | 0.00 | 0.00 | 5,000.00 | (0.00) | 5,000.00 |
| Engineering drawings required by municipality and city for construction | | | | | | | |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Engineering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Engineering | | | 0.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 |

### Loss of Use

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 74. Loss of Rents* | 6.00 MO | 3,600.00 | 0.00 | 0.00 | 21,600.00 | (0.00) | 21,600.00 |
| LOSS OF USE/LOSS OF RENTS - $1800 per Month Per Unit x 2 = $3,600 | | | | | | | |
| Totals: Loss of Use | | | 0.00 | 0.00 | 21,600.00 | 0.00 | 21,600.00 |

### Final Cleaning

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 75. Final cleaning - construction - Commercial | 2,718.00 SF | 0.25 | 0.00 | 135.90 | 815.40 | (0.00) | 815.40 |
| Totals: Final Cleaning | | | 0.00 | 135.90 | 815.40 | 0.00 | 815.40 |

### Mitigation Allowance

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 76. Mitigation Allowance* | 1.00 EA | 10,000.00 | 0.00 | 0.00 | 10,000.00 | (0.00) | 10,000.00 |
| Totals: Mitigation Allowance | | | 0.00 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 77. Framing labor minimum | 1.00 EA | 274.41 | 0.00 | 54.88 | 329.29 | (0.00) | 329.29 |
| Totals: Labor Minimums Applied | | | 0.00 | 54.88 | 329.29 | 0.00 | 329.29 |
| Line Item Totals: 60SPIVEY_LLC_BLDG_5 | | | 1,194.99 | 19,622.00 | 159,081.60 | 0.00 | 159,081.60 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| Coverage | Item Total | % | ACV Total | % |
|----------|-----------:|--------:|----------:|--------:|
| Dwelling | 154,331.60 | 97.01% | 154,331.60 | 97.01% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 4,750.00 | 2.99% | 4,750.00 | 2.99% |
| Total | 159,081.60 | 100.00% | 159,081.60 | 100.00% |

 **Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 133,514.61 |
| Material Sales Tax | 1,194.99 |
| Subtotal | 134,709.60 |
| Overhead | 9,811.00 |
| Profit | 9,811.00 |
| **Replacement Cost Value** | **$154,331.60** |
| **Net Claim** | **$154,331.60** |

Michael Michio



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Contents

| | |
|---|---:|
| Line Item Total | 4,750.00 |
| | |
| **Replacement Cost Value** | **$4,750.00** |
| **Net Claim** | **$4,750.00** |

Michael Michio



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| | |
|---|---|
| Insured: | Spivey 60, LLC_Bldg 6 |
| Property: | 2507 Rex Road |
| | Ellenwood, GA 30294 |

| | |
|---|---|
| Estimator: | Michael Michio |
| Company: | Underpaid Claims Management |
| Business: | 1261 S. Fort Harrison Ave., Ste. B |
| | Clearwater, FL 33756 |

**Claim Number:** 261561GO          **Policy Number:** ACP BP013200620241          **Type of Loss:** Water Damage

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 2/20/2024 2:00 PM |

| | |
|---|---|
| Price List: | GAAT8X_FEB24 |
| | Restoration/Service/Remodel |
| Estimate: | 60SPIVEY_LLC_BLDG_6 |

*This estimate was prepared with the information that we have available to use at this time. Should additional information become available, we reserve the right to modify our estimate to reflect the most accurate information. Any estimate submitted in the future will supersede this estimate.*



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### 60SPIVEY_LLC_BLDG_6

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| $15,000.00 based on the size of the job | | | | | | | |
| 2. Material Only Sheathing - plywood - 3/4" CDX | 320.00 SF | 1.35 | 34.56 | 93.32 | 559.88 | (0.00) | 559.88 |
| 1 dumpsters at a time | | | | | | | |
| Protect driveway from dumpster and vehicle traffic - laid prior to drop off of the container.   Sheating is good for the entire job and multiple drops of container. | | | | | | | |
| 3. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 816.00 | 0.00 | 163.20 | 979.20 | (0.00) | 979.20 |
| **For non roof related debris.** | | | | | | | |
| 4. General Demolition - per hour | 30.00 HR | 50.78 | 0.00 | 304.68 | 1,828.08 | (0.00) | 1,828.08 |
| 4 people per day - 1 hour per day - 30 work days | | | | | | | |
| General labor to broom sweep and clean up work site. | | | | | | | |
| **Totals:  General Conditions** | | | 34.56 | 561.20 | 3,367.16 | 0.00 | 3,367.16 |

#### OSHA and Legal Requirements

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 5. Temporary toilet (per month) | 3.00 MO | 174.00 | 0.00 | 104.40 | 626.40 | (0.00) | 626.40 |
| 5 portable toilets - 1 month | | | | | | | |
| **1915.88(d)(3)(i)**  The employer shall provide portable toilets, pursuant to paragraph (d)(2)(i) and Table to paragraph (d)(2) of this section, only when the employer demonstrates that it is not feasible to provide sewered toilets, or when there is a temporary increase in the number of employees for a short duration of time. | | | | | | | |
| 6. Temporary hand washing station (per month) | 3.00 MO | 240.00 | 0.00 | 144.00 | 864.00 | (0.00) | 864.00 |
| 1 month / 5 hand washing stations | | | | | | | |
| 7. Commercial Supervision / Project Management - per hour | 168.00 HR | 84.08 | 0.00 | 2,825.08 | 16,950.52 | (0.00) | 16,950.52 |
| 1 commercial supervisors - 8 hour work days - 21 days | | | | | | | |
| **Totals:  OSHA and Legal Requirements** | | | 0.00 | 3,073.48 | 18,440.92 | 0.00 | 18,440.92 |

#### Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## CONTINUED - Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 9.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 10.  R&R Concrete slab on grade - 2" - finished in place | 1,800.00 SF | 6.79 | 239.04 | 2,492.20 | 14,953.24 | (0.00) | 14,953.24 |
| 11.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 12.  R&R Carpet | 1,800.00 SF | 3.41 | 332.64 | 1,294.12 | 7,764.76 | (0.00) | 7,764.76 |
| 13.  R&R Carpet pad | 1,800.00 SF | 0.77 | 74.88 | 292.18 | 1,753.06 | (0.00) | 1,753.06 |
| 14.  R&R Baseboard - 3 1/4" | 190.00 LF | 5.06 | 30.40 | 198.36 | 1,190.16 | (0.00) | 1,190.16 |
| 15.  Paint baseboard - two coats | 190.00 LF | 1.71 | 2.74 | 65.52 | 393.16 | (0.00) | 393.16 |
| 16.  Painter - per hour | 4.00 HR | 79.59 | 0.00 | 63.68 | 382.04 | (0.00) | 382.04 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Living Area** | | | **693.58** | **5,535.86** | **33,215.18** | **0.00** | **33,215.18** |

## Kitchen 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 18.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 19.  R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 20.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 21.  Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 22.  Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 23.  Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 24.  R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 25.  R&R Baseboard - 3 1/4" | 48.00 LF | 5.06 | 7.68 | 50.10 | 300.66 | (0.00) | 300.66 |
| 26.  Paint baseboard - two coats | 48.00 LF | 1.71 | 0.69 | 16.56 | 99.33 | (0.00) | 99.33 |
| 27.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Kitchen 1** | | | **81.29** | **1,902.40** | **11,414.41** | **0.00** | **11,414.41** |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Kitchen 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 28.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 29.  Open and close slab for plumbing work - per LF | 12.00 LF | 435.70 | 13.32 | 1,048.34 | 6,290.06 | (0.00) | 6,290.06 |
| 30.  R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 31.  Concrete floor sawing - 4" slab | 12.00 LF | 12.19 | 0.00 | 29.26 | 175.54 | (0.00) | 175.54 |
| 32.  Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 33.  Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 34.  Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 35.  R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 36.  R&R Baseboard - 3 1/4" | 48.00 LF | 5.06 | 7.68 | 50.10 | 300.66 | (0.00) | 300.66 |
| 37.  Paint baseboard - two coats | 48.00 LF | 1.71 | 0.69 | 16.56 | 99.33 | (0.00) | 99.33 |
| 38.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Kitchen 2** | | | **85.73** | **2,261.60** | **13,569.61** | **0.00** | **13,569.61** |

### Bathroom 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 39.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 40.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 41.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 42.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 43.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 44.  R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 45.  Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 46.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 1** | | | **51.24** | **1,621.44** | **9,728.52** | **0.00** | **9,728.52** |

### Bathroom 2



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 47.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 48.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 49.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 50.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 51.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 52.  R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 53.  Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 54.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 2** | | | **51.24** | **1,621.44** | **9,728.52** | **0.00** | **9,728.52** |

### Bathroom 3

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 55.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 56.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 57.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 58.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 59.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 60.  R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 61.  Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 62.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 3** | | | **51.24** | **1,621.44** | **9,728.52** | **0.00** | **9,728.52** |

### Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 63.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 64.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 65.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 66.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 67.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 69. Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 70. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 4** | | | **51.24** | **1,621.44** | **9,728.52** | **0.00** | **9,728.52** |

#### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 71. Open- Unknown if plumbers will need to open slab in this area for plumbing access* | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **Totals: Exterior** | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

#### Contents Packout

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 72. Contents pack out and pack in for construction * | 1.00 EA | 4,750.00 | 0.00 | 0.00 | 4,750.00 | (0.00) | 4,750.00 |
| Movers pack out $1,500.00<br>Storage $500.00/ month for 3 months = $1,500.00<br>Moving truck rental pack out $125.00<br>Moving truck rental pack in $125.00<br>Pack in $1,500.00<br>$4,750.00 total | | | | | | | |
| **Totals: Contents Packout** | | | **0.00** | **0.00** | **4,750.00** | **0.00** | **4,750.00** |

#### Engineering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 73. Engineering* | 1.00 EA | 5,000.00 | 0.00 | 0.00 | 5,000.00 | (0.00) | 5,000.00 |
| Engineering drawings required by municipality and city for construction | | | | | | | |



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Engineering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Engineering | | | 0.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 |

### Loss of Use

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 74. Loss of Rents* | 6.00 MO | 3,600.00 | 0.00 | 0.00 | 21,600.00 | (0.00) | 21,600.00 |
| LOSS OF USE/LOSS OF RENTS - $1800 per Month Per Unit x 2 = $3,600 | | | | | | | |
| Totals: Loss of Use | | | 0.00 | 0.00 | 21,600.00 | 0.00 | 21,600.00 |

### Final Cleaning

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 75. Final cleaning - construction - Commercial | 2,718.00 SF | 0.25 | 0.00 | 135.90 | 815.40 | (0.00) | 815.40 |
| Totals: Final Cleaning | | | 0.00 | 135.90 | 815.40 | 0.00 | 815.40 |

### Mitigation Allowance

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 76. Mitigation Allowance* | 1.00 EA | 10,000.00 | 0.00 | 0.00 | 10,000.00 | (0.00) | 10,000.00 |
| Totals: Mitigation Allowance | | | 0.00 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 77. Framing labor minimum | 1.00 EA | 274.41 | 0.00 | 54.88 | 329.29 | (0.00) | 329.29 |
| Totals: Labor Minimums Applied | | | 0.00 | 54.88 | 329.29 | 0.00 | 329.29 |
| Line Item Totals: 60SPIVEY_LLC_BLDG_6 | | | 1,100.12 | 20,011.08 | 161,416.05 | 0.00 | 161,416.05 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 156,666.05 | 97.06% | 156,666.05 | 97.06% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 4,750.00 | 2.94% | 4,750.00 | 2.94% |
| Total | 161,416.05 | 100.00% | 161,416.05 | 100.00% |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 135,554.85 |
| Material Sales Tax | 1,100.12 |
| Subtotal | 136,654.97 |
| Overhead | 10,005.54 |
| Profit | 10,005.54 |
| **Replacement Cost Value** | **$156,666.05** |
| **Net Claim** | **$156,666.05** |

Michael Michio



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Contents

| | |
|---|---|
| Line Item Total | 4,750.00 |
| | |
| **Replacement Cost Value** | **$4,750.00** |
| **Net Claim** | **$4,750.00** |

Michael Michio



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| | |
|---|---|
| Insured: | Spivey 60, LLC_Bldg 7 |
| Property: | 2507 Rex Road |
| | Ellenwood, GA 30294 |

| | |
|---|---|
| Estimator: | Michael Michio |
| Company: | Underpaid Claims Management |
| Business: | 1261 S. Fort Harrison Ave., Ste. B |
| | Clearwater, FL 33756 |

**Claim Number:** 261561GO        **Policy Number:** ACP BP013200620241        **Type of Loss:** Water Damage

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 2/20/2024 2:00 PM |

| | |
|---|---|
| Price List: | GAAT8X_FEB24 |
| | Restoration/Service/Remodel |
| Estimate: | 60SPIVEY_LLC_BLDG_7 |

*This estimate was prepared with the information that we have available to use at this time. Should additional information become available, we reserve the right to modify our estimate to reflect the most accurate information. Any estimate submitted in the future will supersede this estimate.*



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### 60SPIVEY_LLC_BLDG_7

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| $15,000.00 based on the size of the job | | | | | | | |
| 2. Material Only Sheathing - plywood - 3/4" CDX | 320.00 SF | 1.35 | 34.56 | 93.32 | 559.88 | (0.00) | 559.88 |
| 1 dumpsters at a time | | | | | | | |
| Protect driveway from dumpster and vehicle traffic - laid prior to drop off of the container.  Sheating is good for the entire job and multiple drops of container. | | | | | | | |
| 3. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 816.00 | 0.00 | 163.20 | 979.20 | (0.00) | 979.20 |
| **For non roof related debris.** | | | | | | | |
| 4. General Demolition - per hour | 30.00 HR | 50.78 | 0.00 | 304.68 | 1,828.08 | (0.00) | 1,828.08 |
| 4 people per day - 1 hour per day - 30 work days | | | | | | | |
| General labor to broom sweep and clean up work site. | | | | | | | |
| **Totals:  General Conditions** | | | 34.56 | 561.20 | 3,367.16 | 0.00 | 3,367.16 |

#### OSHA and Legal Requirements

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 5. Temporary toilet (per month) | 3.00 MO | 174.00 | 0.00 | 104.40 | 626.40 | (0.00) | 626.40 |
| 5 portable toilets - 1 month | | | | | | | |
| **1915.88(d)(3)(i)** The employer shall provide portable toilets, pursuant to paragraph (d)(2)(i) and Table to paragraph (d)(2) of this section, only when the employer demonstrates that it is not feasible to provide sewered toilets, or when there is a temporary increase in the number of employees for a short duration of time. | | | | | | | |
| 6. Temporary hand washing station (per month) | 3.00 MO | 240.00 | 0.00 | 144.00 | 864.00 | (0.00) | 864.00 |
| 1 month / 5 hand washing stations | | | | | | | |
| 7. Commercial Supervision / Project Management - per hour | 168.00 HR | 84.08 | 0.00 | 2,825.08 | 16,950.52 | (0.00) | 16,950.52 |
| 1 commercial supervisors - 8 hour work days - 21 days | | | | | | | |
| **Totals: OSHA and Legal Requirements** | | | 0.00 | 3,073.48 | 18,440.92 | 0.00 | 18,440.92 |

#### Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

**CONTINUED - Living Area**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 9.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 10.  R&R Concrete slab on grade - 2" - finished in place | 2,253.00 SF | 6.79 | 299.20 | 3,119.42 | 18,716.49 | (0.00) | 18,716.49 |
| 11.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 12.  R&R Carpet | 2,253.00 SF | 3.41 | 416.35 | 1,619.82 | 9,718.90 | (0.00) | 9,718.90 |
| 13.  R&R Carpet pad | 2,253.00 SF | 0.77 | 93.72 | 365.70 | 2,194.23 | (0.00) | 2,194.23 |
| 14.  R&R Baseboard - 3 1/4" | 8.00 LF | 5.06 | 1.28 | 8.34 | 50.10 | (0.00) | 50.10 |
| 15.  Paint baseboard - two coats | 8.00 LF | 1.71 | 0.12 | 2.76 | 16.56 | (0.00) | 16.56 |
| 16.  Painter - per hour | 4.00 HR | 79.59 | 0.00 | 63.68 | 382.04 | (0.00) | 382.04 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Living Area** | | | 824.55 | 6,309.52 | 37,857.08 | 0.00 | 37,857.08 |

### Kitchen 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 18.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 19.  R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 20.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 21.  Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 22.  Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 23.  Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 24.  R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 25.  R&R Baseboard - 3 1/4" | 8.00 LF | 5.06 | 1.28 | 8.34 | 50.10 | (0.00) | 50.10 |
| 26.  Paint baseboard - two coats | 8.00 LF | 1.71 | 0.12 | 2.76 | 16.56 | (0.00) | 16.56 |
| 27.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Kitchen 1** | | | 74.32 | 1,846.84 | 11,081.08 | 0.00 | 11,081.08 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Kitchen 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 28. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 29. Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 30. R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 31. Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 32. Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 33. Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 34. Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 35. R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 36. R&R Baseboard - 3 1/4" | 8.00 LF | 5.06 | 1.28 | 8.34 | 50.10 | (0.00) | 50.10 |
| 37. Paint baseboard - two coats | 8.00 LF | 1.71 | 0.12 | 2.76 | 16.56 | (0.00) | 16.56 |
| 38. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Kitchen 2** | | | 74.32 | 1,846.84 | 11,081.08 | 0.00 | 11,081.08 |

### Bathroom 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 39. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 40. Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 41. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 42. Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 43. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 44. R&R Baseboard - 3 1/4" | 8.00 LF | 5.06 | 1.28 | 8.34 | 50.10 | (0.00) | 50.10 |
| 45. Paint baseboard - two coats | 8.00 LF | 1.71 | 0.12 | 2.76 | 16.56 | (0.00) | 16.56 |
| 46. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 1** | | | 43.44 | 1,397.38 | 8,384.24 | 0.00 | 8,384.24 |

### Bathroom 2



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 47.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 48.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 49.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 50.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 51.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 52.  R&R Baseboard - 3 1/4" | 8.00 LF | 5.06 | 1.28 | 8.34 | 50.10 | (0.00) | 50.10 |
| 53.  Paint baseboard - two coats | 8.00 LF | 1.71 | 0.12 | 2.76 | 16.56 | (0.00) | 16.56 |
| 54.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 2** | | | **43.44** | **1,397.38** | **8,384.24** | **0.00** | **8,384.24** |

### Bathroom 3

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 55.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 56.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 57.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 58.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 59.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 60.  R&R Baseboard - 3 1/4" | 8.00 LF | 5.06 | 1.28 | 8.34 | 50.10 | (0.00) | 50.10 |
| 61.  Paint baseboard - two coats | 8.00 LF | 1.71 | 0.12 | 2.76 | 16.56 | (0.00) | 16.56 |
| 62.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 3** | | | **43.44** | **1,397.38** | **8,384.24** | **0.00** | **8,384.24** |

### Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 63.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 64.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 65.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 66.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 67.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. R&R Baseboard - 3 1/4" | 8.00 LF | 5.06 | 1.28 | 8.34 | 50.10 | (0.00) | 50.10 |
| 69. Paint baseboard - two coats | 8.00 LF | 1.71 | 0.12 | 2.76 | 16.56 | (0.00) | 16.56 |
| 70. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 4** | | | 43.44 | 1,397.38 | 8,384.24 | 0.00 | 8,384.24 |

### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 71. Open- Unknown if plumbers will need to open slab in this area for plumbing access* | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **Totals: Exterior** | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Contents Packout

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 72. Contents pack out and pack in for construction * | 1.00 EA | 4,750.00 | 0.00 | 0.00 | 4,750.00 | (0.00) | 4,750.00 |
| Movers pack out $1,500.00 Storage $500.00/ month for 3 months = $1,500.00 Moving truck rental pack out $125.00 Moving truck rental pack in $125.00 Pack in $1,500.00 $4,750.00 total | | | | | | | |
| **Totals: Contents Packout** | | | 0.00 | 0.00 | 4,750.00 | 0.00 | 4,750.00 |

### Engineering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 73. Engineering* | 1.00 EA | 5,000.00 | 0.00 | 0.00 | 5,000.00 | (0.00) | 5,000.00 |
| Engineering drawings required by municipality and city for construction | | | | | | | |



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

**CONTINUED - Engineering**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Engineering | | | 0.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 |

### Loss of Use

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 74. Loss of Rents* | 6.00 MO | 3,600.00 | 0.00 | 0.00 | 21,600.00 | (0.00) | 21,600.00 |
| LOSS OF USE/LOSS OF RENTS - $1800 per Month Per Unit x 2 = $3,600 | | | | | | | |
| Totals: Loss of Use | · | | 0.00 | 0.00 | 21,600.00 | 0.00 | 21,600.00 |

### Final Cleaning

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 75. Final cleaning - construction - Commercial | 2,718.00 SF | 0.25 | 0.00 | 135.90 | 815.40 | (0.00) | 815.40 |
| Totals: Final Cleaning | | | 0.00 | 135.90 | 815.40 | 0.00 | 815.40 |

### Mitigation Allowance

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 76. Mitigation Allowance* | 1.00 EA | 10,000.00 | 0.00 | 0.00 | 10,000.00 | (0.00) | 10,000.00 |
| Totals: Mitigation Allowance | | | 0.00 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 77. Finish carpentry labor minimum | 1.00 EA | 59.09 | 0.00 | 11.82 | 70.91 | <0.00> | 70.91 |
| 78. Framing labor minimum | 1.00 EA | 274.41 | 0.00 | 54.88 | 329.29 | (0.00) | 329.29 |
| Totals: Labor Minimums Applied | | | 0.00 | 66.70 | 400.20 | 0.00 | 400.20 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

**Line Item Totals: 60SPIVEY_LLC_BLDG_7**                    1,181.51      19,430.00      157,929.88            0.00      157,929.88

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 153,179.88 | 96.99% | 153,179.88 | 96.99% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 4,750.00 | 3.01% | 4,750.00 | 3.01% |
| Total | 157,929.88 | 100.00% | 157,929.88 | 100.00% |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Dwelling

| | |
|---|---|
| Line Item Total | 132,568.37 |
| Material Sales Tax | 1,181.51 |
| | |
| Subtotal | 133,749.88 |
| Overhead | 9,715.00 |
| Profit | 9,715.00 |
| | |
| **Replacement Cost Value** | **$153,179.88** |
| **Net Claim** | **$153,179.88** |

Michael Michio

 **Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Contents

| | |
|---|---:|
| Line Item Total | 4,750.00 |
| **Replacement Cost Value** | **$4,750.00** |
| **Net Claim** | **$4,750.00** |

Michael Michio



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

|  |  |
|---|---|
| Insured: | Spivey 60, LLC_Bldg 8 |
| Property: | 2507 Rex Road |
|  | Ellenwood, GA 30294 |

|  |  |
|---|---|
| Estimator: | Michael Michio |
| Company: | Underpaid Claims Management |
| Business: | 1261 S. Fort Harrison Ave., Ste. B |
|  | Clearwater, FL 33756 |

**Claim Number:** 261561GO      **Policy Number:** ACP BP013200620241      **Type of Loss:** Water Damage

|  |  |  |  |
|---|---|---|---|
| Date of Loss: |  | Date Received: |  |
| Date Inspected: |  | Date Entered: | 2/20/2024 2:00 PM |

|  |  |
|---|---|
| Price List: | GAAT8X_FEB24 |
|  | Restoration/Service/Remodel |
| Estimate: | 60SPIVEY_LLC_BLDG_8 |

*This estimate was prepared with the information that we have available to use at this time. Should additional information become available, we reserve the right to modify our estimate to reflect the most accurate information. Any estimate submitted in the future will supersede this estimate.*



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### 60SPIVEY_LLC_BLDG_8

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| $15,000.00 based on the size of the job | | | | | | | |
| 2. Material Only Sheathing - plywood - 3/4" CDX | 320.00 SF | 1.35 | 34.56 | 93.32 | 559.88 | (0.00) | 559.88 |
| 1 dumpsters at a time | | | | | | | |
| Protect driveway from dumpster and vehicle traffic - laid prior to drop off of the container. Sheating is good for the entire job and multiple drops of container. | | | | | | | |
| 3. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 816.00 | 0.00 | 163.20 | 979.20 | (0.00) | 979.20 |
| For non roof related debris. | | | | | | | |
| 4. General Demolition - per hour | 30.00 HR | 50.78 | 0.00 | 304.68 | 1,828.08 | (0.00) | 1,828.08 |
| 4 people per day - 1 hour per day - 30 work days | | | | | | | |
| General labor to broom sweep and clean up work site. | | | | | | | |
| **Totals: General Conditions** | | | **34.56** | **561.20** | **3,367.16** | **0.00** | **3,367.16** |

#### OSHA and Legal Requirements

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 5. Temporary toilet (per month) | 3.00 MO | 174.00 | 0.00 | 104.40 | 626.40 | (0.00) | 626.40 |
| 5 portable toilets - 1 month | | | | | | | |
| 1915.88(d)(3)(i) The employer shall provide portable toilets, pursuant to paragraph (d)(2)(i) and Table to paragraph (d)(2) of this section, only when the employer demonstrates that it is not feasible to provide sewered toilets, or when there is a temporary increase in the number of employees for a short duration of time. | | | | | | | |
| 6. Temporary hand washing station (per month) | 3.00 MO | 240.00 | 0.00 | 144.00 | 864.00 | (0.00) | 864.00 |
| 1 month / 5 hand washing stations | | | | | | | |
| 7. Commercial Supervision / Project Management - per hour | 168.00 HR | 84.08 | 0.00 | 2,825.08 | 16,950.52 | (0.00) | 16,950.52 |
| 1 commercial supervisors - 8 hour work days - 21 days | | | | | | | |
| **Totals: OSHA and Legal Requirements** | | | **0.00** | **3,073.48** | **18,440.92** | **0.00** | **18,440.92** |

#### Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 9. Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 10. R&R Concrete slab on grade - 2" - finished in place | 2,253.00 SF | 6.79 | 299.20 | 3,119.42 | 18,716.49 | (0.00) | 18,716.49 |
| 11. Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 12. R&R Carpet | 2,253.00 SF | 3.41 | 416.35 | 1,619.82 | 9,718.90 | (0.00) | 9,718.90 |
| 13. R&R Carpet pad | 2,253.00 SF | 0.77 | 93.72 | 365.70 | 2,194.23 | (0.00) | 2,194.23 |
| 14. R&R Baseboard - 3 1/4" | 8.00 LF | 5.06 | 1.28 | 8.34 | 50.10 | (0.00) | 50.10 |
| 15. Paint baseboard - two coats | 8.00 LF | 1.71 | 0.12 | 2.76 | 16.56 | (0.00) | 16.56 |
| 16. Painter - per hour | 4.00 HR | 79.59 | 0.00 | 63.68 | 382.04 | (0.00) | 382.04 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Living Area** | | | **824.55** | **6,309.52** | **37,857.08** | **0.00** | **37,857.08** |

### Kitchen 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 18. Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 19. R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 20. Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 21. Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 22. Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 23. Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 24. R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 25. R&R Baseboard - 3 1/4" | 8.00 LF | 5.06 | 1.28 | 8.34 | 50.10 | (0.00) | 50.10 |
| 26. Paint baseboard - two coats | 8.00 LF | 1.71 | 0.12 | 2.76 | 16.56 | (0.00) | 16.56 |
| 27. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Kitchen 1** | | | **74.32** | **1,846.84** | **11,081.08** | **0.00** | **11,081.08** |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Kitchen 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 28. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 29. Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 30. R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 31. Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 32. Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 33. Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 34. Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 35. R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 36. R&R Baseboard - 3 1/4" | 8.00 LF | 5.06 | 1.28 | 8.34 | 50.10 | (0.00) | 50.10 |
| 37. Paint baseboard - two coats | 8.00 LF | 1.71 | 0.12 | 2.76 | 16.56 | (0.00) | 16.56 |
| 38. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Kitchen 2** | | | **74.32** | **1,846.84** | **11,081.08** | **0.00** | **11,081.08** |

### Bathroom 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 39. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 40. Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 41. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 42. Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 43. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 44. R&R Baseboard - 3 1/4" | 8.00 LF | 5.06 | 1.28 | 8.34 | 50.10 | (0.00) | 50.10 |
| 45. Paint baseboard - two coats | 8.00 LF | 1.71 | 0.12 | 2.76 | 16.56 | (0.00) | 16.56 |
| 46. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 1** | | | **43.44** | **1,397.38** | **8,384.24** | **0.00** | **8,384.24** |

### Bathroom 2



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 47. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 48. Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 49. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 50. Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 51. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 52. R&R Baseboard - 3 1/4" | 8.00 LF | 5.06 | 1.28 | 8.34 | 50.10 | (0.00) | 50.10 |
| 53. Paint baseboard - two coats | 8.00 LF | 1.71 | 0.12 | 2.76 | 16.56 | (0.00) | 16.56 |
| 54. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 2** | | | **43.44** | **1,397.38** | **8,384.24** | **0.00** | **8,384.24** |

### Bathroom 3

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 55. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 56. Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 57. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 58. Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 59. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 60. R&R Baseboard - 3 1/4" | 8.00 LF | 5.06 | 1.28 | 8.34 | 50.10 | (0.00) | 50.10 |
| 61. Paint baseboard - two coats | 8.00 LF | 1.71 | 0.12 | 2.76 | 16.56 | (0.00) | 16.56 |
| 62. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 3** | | | **43.44** | **1,397.38** | **8,384.24** | **0.00** | **8,384.24** |

### Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 63. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 64. Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 65. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 66. Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 67. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. R&R Baseboard - 3 1/4" | 8.00 LF | 5.06 | 1.28 | 8.34 | 50.10 | (0.00) | 50.10 |
| 69. Paint baseboard - two coats | 8.00 LF | 1.71 | 0.12 | 2.76 | 16.56 | (0.00) | 16.56 |
| 70. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 4** | | | **43.44** | **1,397.38** | **8,384.24** | **0.00** | **8,384.24** |

### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 71. Open- Unknown if plumbers will need to open slab in this area for plumbing access* | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **Totals: Exterior** | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

### Contents Packout

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 72. Contents pack out and pack in for construction * | 1.00 EA | 4,750.00 | 0.00 | 0.00 | 4,750.00 | (0.00) | 4,750.00 |
| Movers pack out $1,500.00 Storage $500.00/ month for 3 months = $1,500.00 Moving truck rental pack out $125.00 Moving truck rental pack in $125.00 Pack in $1,500.00 $4,750.00 total | | | | | | | |
| **Totals: Contents Packout** | | | **0.00** | **0.00** | **4,750.00** | **0.00** | **4,750.00** |

### Engineering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 73. Engineering* | 1.00 EA | 5,000.00 | 0.00 | 0.00 | 5,000.00 | (0.00) | 5,000.00 |
| Engineering drawings required by municipality and city for construction | | | | | | | |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Engineering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Engineering | | | 0.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 |

### Loss of Use

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 74. Loss of Rents* | 6.00 MO | 3,600.00 | 0.00 | 0.00 | 21,600.00 | (0.00) | 21,600.00 |
| LOSS OF USE/LOSS OF RENTS - $1800 per Month Per Unit x 2 = $3,600 | | | | | | | |
| Totals: Loss of Use | | | 0.00 | 0.00 | 21,600.00 | 0.00 | 21,600.00 |

### Final Cleaning

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 75. Final cleaning - construction - Commercial | 2,718.00 SF | 0.25 | 0.00 | 135.90 | 815.40 | (0.00) | 815.40 |
| Totals: Final Cleaning | | | 0.00 | 135.90 | 815.40 | 0.00 | 815.40 |

### Mitigation Allowance

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 76. Mitigation Allowance* | 1.00 EA | 10,000.00 | 0.00 | 0.00 | 10,000.00 | (0.00) | 10,000.00 |
| Totals: Mitigation Allowance | | | 0.00 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 77. Finish carpentry labor minimum | 1.00 EA | 59.09 | 0.00 | 11.82 | 70.91 | <0.00> | 70.91 |
| 78. Framing labor minimum | 1.00 EA | 274.41 | 0.00 | 54.88 | 329.29 | (0.00) | 329.29 |
| Totals: Labor Minimums Applied | | | 0.00 | 66.70 | 400.20 | 0.00 | 400.20 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

**Line Item Totals: 60SPIVEY_LLC_BLDG_8**          1,181.51      19,430.00      157,929.88          0.00      157,929.88

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 153,179.88 | 96.99% | 153,179.88 | 96.99% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 4,750.00 | 3.01% | 4,750.00 | 3.01% |
| Total | 157,929.88 | 100.00% | 157,929.88 | 100.00% |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 132,568.37 |
| Material Sales Tax | 1,181.51 |
| Subtotal | 133,749.88 |
| Overhead | 9,715.00 |
| Profit | 9,715.00 |
| **Replacement Cost Value** | **$153,179.88** |
| **Net Claim** | **$153,179.88** |

Michael Michio

 **Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Summary for Contents

| | |
|---|---:|
| Line Item Total | 4,750.00 |
| | |
| **Replacement Cost Value** | **$4,750.00** |
| **Net Claim** | **$4,750.00** |

Michael Michio



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

|  |  |
|---|---|
| Insured: | Spivey 60, LLC_Bldg 9 |
| Property: | 2507 Rex Road |
|  | Ellenwood, GA 30294 |

|  |  |
|---|---|
| Estimator: | Michael Michio |
| Company: | Underpaid Claims Management |
| Business: | 1261 S. Fort Harrison Ave., Ste. B |
|  | Clearwater, FL 33756 |

**Claim Number:** 261561GO          **Policy Number:** ACP BP013200620241          **Type of Loss:** Water Damage

|  |  |  |  |
|---|---|---|---|
| Date of Loss: |  | Date Received: |  |
| Date Inspected: |  | Date Entered: | 2/20/2024 2:00 PM |

|  |  |
|---|---|
| Price List: | GAAT8X_FEB24 |
|  | Restoration/Service/Remodel |
| Estimate: | 60SPIVEY_LLC_BLDG_9 |

*This estimate was prepared with the information that we have available to use at this time. Should additional information become available, we reserve the right to modify our estimate to reflect the most accurate information. Any estimate submitted in the future will supersede this estimate.*



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### 60SPIVEY_LLC_BLDG_9

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| $15,000.00 based on the size of the job | | | | | | | |
| 2. Material Only Sheathing - plywood - 3/4" CDX | 320.00 SF | 1.35 | 34.56 | 93.32 | 559.88 | (0.00) | 559.88 |
| 1 dumpsters at a time | | | | | | | |
| Protect driveway from dumpster and vehicle traffic - laid prior to drop off of the container.  Sheating is good for the entire job and multiple drops of container. | | | | | | | |
| 3. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 816.00 | 0.00 | 163.20 | 979.20 | (0.00) | 979.20 |
| **For non roof related debris.** | | | | | | | |
| 4. General Demolition - per hour | 30.00 HR | 50.78 | 0.00 | 304.68 | 1,828.08 | (0.00) | 1,828.08 |
| 4 people per day - 1 hour per day - 30 work days | | | | | | | |
| General labor to broom sweep and clean up work site. | | | | | | | |
| **Totals:  General Conditions** | | | 34.56 | 561.20 | 3,367.16 | 0.00 | 3,367.16 |

#### OSHA and Legal Requirements

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 5. Temporary toilet (per month) | 3.00 MO | 174.00 | 0.00 | 104.40 | 626.40 | (0.00) | 626.40 |
| 5 portable toilets - 1 month | | | | | | | |
| 1915.88(d)(3)(i) The employer shall provide portable toilets, pursuant to paragraph (d)(2)(i) and Table to paragraph (d)(2) of this section, only when the employer demonstrates that it is not feasible to provide sewered toilets, or when there is a temporary increase in the number of employees for a short duration of time. | | | | | | | |
| 6. Temporary hand washing station (per month) | 3.00 MO | 240.00 | 0.00 | 144.00 | 864.00 | (0.00) | 864.00 |
| 1 month / 5 hand washing stations | | | | | | | |
| 7. Commercial Supervision / Project Management - per hour | 168.00 HR | 84.08 | 0.00 | 2,825.08 | 16,950.52 | (0.00) | 16,950.52 |
| 1 commercial supervisors - 8 hour work days - 21 days | | | | | | | |
| **Totals:  OSHA and Legal Requirements** | | | 0.00 | 3,073.48 | 18,440.92 | 0.00 | 18,440.92 |

#### Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 9.  Open and close slab for plumbing work - per LF | 24.00 LF | 435.70 | 26.65 | 2,096.70 | 12,580.15 | (0.00) | 12,580.15 |
| 10.  R&R Concrete slab on grade - 2" - finished in place | 2,253.00 SF | 6.79 | 299.20 | 3,119.42 | 18,716.49 | (0.00) | 18,716.49 |
| 11.  Concrete floor sawing - 4" slab | 24.00 LF | 12.19 | 0.00 | 58.52 | 351.08 | (0.00) | 351.08 |
| 12.  R&R Carpet | 2,253.00 SF | 3.41 | 416.35 | 1,619.82 | 9,718.90 | (0.00) | 9,718.90 |
| 13.  R&R Carpet pad | 2,253.00 SF | 0.77 | 93.72 | 365.70 | 2,194.23 | (0.00) | 2,194.23 |
| 14.  R&R Baseboard - 3 1/4" | 222.00 LF | 5.06 | 35.52 | 231.78 | 1,390.62 | (0.00) | 1,390.62 |
| 15.  Paint baseboard - two coats | 222.00 LF | 1.71 | 3.20 | 76.56 | 459.38 | (0.00) | 459.38 |
| 16.  Painter - per hour | 4.00 HR | 79.59 | 0.00 | 63.68 | 382.04 | (0.00) | 382.04 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Living Area** | | | **879.64** | **8,043.58** | **48,261.25** | **0.00** | **48,261.25** |

### Kitchen 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 18.  Open and close slab for plumbing work - per LF | 12.00 LF | 435.70 | 13.32 | 1,048.34 | 6,290.06 | (0.00) | 6,290.06 |
| 19.  R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 20.  Concrete floor sawing - 4" slab | 12.00 LF | 12.19 | 0.00 | 29.26 | 175.54 | (0.00) | 175.54 |
| 21.  Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 22.  Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 23.  Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 24.  R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 25.  R&R Baseboard - 3 1/4" | 48.00 LF | 5.06 | 7.68 | 50.10 | 300.66 | (0.00) | 300.66 |
| 26.  Paint baseboard - two coats | 48.00 LF | 1.71 | 0.69 | 16.56 | 99.33 | (0.00) | 99.33 |
| 27.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Kitchen 1** | | | **85.73** | **2,261.60** | **13,569.61** | **0.00** | **13,569.61** |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Kitchen 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 28. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 29. Open and close slab for plumbing work - per LF | 12.00 LF | 435.70 | 13.32 | 1,048.34 | 6,290.06 | (0.00) | 6,290.06 |
| 30. R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 31. Concrete floor sawing - 4" slab | 12.00 LF | 12.19 | 0.00 | 29.26 | 175.54 | (0.00) | 175.54 |
| 32. Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 33. Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 34. Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 35. R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 36. R&R Baseboard - 3 1/4" | 48.00 LF | 5.06 | 7.68 | 50.10 | 300.66 | (0.00) | 300.66 |
| 37. Paint baseboard - two coats | 48.00 LF | 1.71 | 0.69 | 16.56 | 99.33 | (0.00) | 99.33 |
| 38. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Kitchen 2** | | | **85.73** | **2,261.60** | **13,569.61** | **0.00** | **13,569.61** |

### Bathroom 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 39. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 40. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 41. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 42. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 43. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 44. R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 45. Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 46. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 1** | | | **51.24** | **1,621.44** | **9,728.52** | **0.00** | **9,728.52** |

### Bathroom 2



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 47. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 48. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 49. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 50. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 51. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 52. R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 53. Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 54. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 2** | | | **51.24** | **1,621.44** | **9,728.52** | **0.00** | **9,728.52** |

### Bathroom 3

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 55. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 56. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 57. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 58. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 59. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 60. R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 61. Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 62. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 3** | | | **51.24** | **1,621.44** | **9,728.52** | **0.00** | **9,728.52** |

### Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 63. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 64. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 65. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 66. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 67. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 69. Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 70. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 4** | | | **51.24** | **1,621.44** | **9,728.52** | **0.00** | **9,728.52** |

### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 71. Open- Unknown if plumbers will need to open slab in this area for plumbing access* | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **Totals: Exterior** | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

### Contents Packout

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 72. Contents pack out and pack in for construction * | 1.00 EA | 4,750.00 | 0.00 | 0.00 | 4,750.00 | (0.00) | 4,750.00 |
| Movers pack out $1,500.00 Storage $500.00/ month for 3 months = $1,500.00 Moving truck rental pack out $125.00 Moving truck rental pack in $125.00 Pack in $1,500.00 $4,750.00 total | | | | | | | |
| **Totals: Contents Packout** | | | **0.00** | **0.00** | **4,750.00** | **0.00** | **4,750.00** |

### Engineering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 73. Engineering* | 1.00 EA | 5,000.00 | 0.00 | 0.00 | 5,000.00 | (0.00) | 5,000.00 |
| Engineering drawings required by municipality and city for construction | | | | | | | |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Engineering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Engineering | | | 0.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 |

### Loss of Use

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 74. Loss of Rents* | 6.00 MO | 3,600.00 | 0.00 | 0.00 | 21,600.00 | (0.00) | 21,600.00 |
| LOSS OF USE/LOSS OF RENTS - $1800 per Month Per Unit x 2 = $3,600 | | | | | | | |
| Totals: Loss of Use | | | 0.00 | 0.00 | 21,600.00 | 0.00 | 21,600.00 |

### Final Cleaning

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 75. Final cleaning - construction - Commercial | 2,718.00 SF | 0.25 | 0.00 | 135.90 | 815.40 | (0.00) | 815.40 |
| Totals: Final Cleaning | | | 0.00 | 135.90 | 815.40 | 0.00 | 815.40 |

### Mitigation Allowance

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 76. Mitigation Allowance* | 1.00 EA | 10,000.00 | 0.00 | 0.00 | 10,000.00 | (0.00) | 10,000.00 |
| Totals: Mitigation Allowance | | | 0.00 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 77. Framing labor minimum | 1.00 EA | 274.41 | 0.00 | 54.88 | 329.29 | (0.00) | 329.29 |
| Totals: Labor Minimums Applied | | | 0.00 | 54.88 | 329.29 | 0.00 | 329.29 |
| Line Item Totals: 60SPIVEY_LLC_BLDG_9 | | | 1,290.62 | 22,878.00 | 178,617.32 | 0.00 | 178,617.32 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 173,867.32 | 97.34% | 173,867.32 | 97.34% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 4,750.00 | 2.66% | 4,750.00 | 2.66% |
| Total | 178,617.32 | 100.00% | 178,617.32 | 100.00% |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Summary for Dwelling

| | |
|---|---|
| Line Item Total | 149,698.70 |
| Material Sales Tax | 1,290.62 |
| Subtotal | 150,989.32 |
| Overhead | 11,439.00 |
| Profit | 11,439.00 |
| **Replacement Cost Value** | **$173,867.32** |
| **Net Claim** | **$173,867.32** |

Michael Michio



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Contents

| | |
|---|---|
| Line Item Total | 4,750.00 |
| **Replacement Cost Value** | **$4,750.00** |
| **Net Claim** | **$4,750.00** |

Michael Michio

 **Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| | |
|---|---|
| Insured: | Spivey 60, LLC_Bldg 10 |
| Property: | 2507 Rex Road |
| | Ellenwood, GA 30294 |

| | |
|---|---|
| Estimator: | Michael Michio |
| Company: | Underpaid Claims Management |
| Business: | 1261 S. Fort Harrison Ave., Ste. B |
| | Clearwater, FL 33756 |

**Claim Number:** 261561GO        **Policy Number:** ACP BP013200620241        **Type of Loss:** Water Damage

| | | |
|---|---|---|
| Date of Loss: | Date Received: | |
| Date Inspected: | Date Entered: | 2/20/2024 2:00 PM |

| | |
|---|---|
| Price List: | GAAT8X_FEB24 |
| | Restoration/Service/Remodel |
| Estimate: | 60SPIVEY_LLC_BLDG_25 |

*This estimate was prepared with the information that we have available to use at this time. Should additional information become available, we reserve the right to modify our estimate to reflect the most accurate information. Any estimate submitted in the future will supersede this estimate.*



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

**60SPIVEY_LLC_BLDG_25**

### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| $15,000.00 based on the size of the job | | | | | | | |
| 2. Material Only Sheathing - plywood - 3/4" CDX | 320.00 SF | 1.35 | 34.56 | 93.32 | 559.88 | (0.00) | 559.88 |
| 1 dumpsters at a time | | | | | | | |
| Protect driveway from dumpster and vehicle traffic - laid prior to drop off of the container.  Sheating is good for the entire job and multiple drops of container. | | | | | | | |
| 3. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 816.00 | 0.00 | 163.20 | 979.20 | (0.00) | 979.20 |
| **For non roof related debris.** | | | | | | | |
| 4. General Demolition - per hour | 30.00 HR | 50.78 | 0.00 | 304.68 | 1,828.08 | (0.00) | 1,828.08 |
| 4 people per day - 1 hour per day - 30 work days | | | | | | | |
| General labor to broom sweep and clean up work site. | | | | | | | |
| **Totals:  General Conditions** | | | 34.56 | 561.20 | 3,367.16 | 0.00 | 3,367.16 |

### OSHA and Legal Requirements

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 5. Temporary toilet (per month) | 3.00 MO | 174.00 | 0.00 | 104.40 | 626.40 | (0.00) | 626.40 |
| 5 portable toilets - 1 month | | | | | | | |
| **1915.88(d)(3)(i)** | | | | | | | |
| The employer shall provide portable toilets, pursuant to paragraph (d)(2)(i) and Table to paragraph (d)(2) of this section, only when the employer demonstrates that it is not feasible to provide sewered toilets, or when there is a temporary increase in the number of employees for a short duration of time. | | | | | | | |
| 6. Temporary hand washing station (per month) | 3.00 MO | 240.00 | 0.00 | 144.00 | 864.00 | (0.00) | 864.00 |
| 1 month / 5 hand washing stations | | | | | | | |
| 7. Commercial Supervision / Project Management - per hour | 168.00 HR | 84.08 | 0.00 | 2,825.08 | 16,950.52 | (0.00) | 16,950.52 |
| 1 commercial supervisors - 8 hour work days - 21 days | | | | | | | |
| **Totals: OSHA and Legal Requirements** | | | 0.00 | 3,073.48 | 18,440.92 | 0.00 | 18,440.92 |

### Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 9. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 10. R&R Concrete slab on grade - 2" - finished in place | 2,253.00 SF | 6.79 | 299.20 | 3,119.42 | 18,716.49 | (0.00) | 18,716.49 |
| 11. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 12. R&R Carpet | 2,253.00 SF | 3.41 | 416.35 | 1,619.82 | 9,718.90 | (0.00) | 9,718.90 |
| 13. R&R Carpet pad | 2,253.00 SF | 0.77 | 93.72 | 365.70 | 2,194.23 | (0.00) | 2,194.23 |
| 14. R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 15. Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 16. Painter - per hour | 4.00 HR | 79.59 | 0.00 | 63.68 | 382.04 | (0.00) | 382.04 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Living Area** | | | **827.11** | **6,491.90** | **38,951.34** | **0.00** | **38,951.34** |

### Kitchen 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 18. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 19. R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 20. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 21. Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 22. Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 23. Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 24. R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 25. R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 26. Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 27. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Kitchen 1** | | | **76.88** | **2,029.22** | **12,175.34** | **0.00** | **12,175.34** |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Kitchen 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 28.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 29.  Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 30.  R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 31.  Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 32.  Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 33.  Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 34.  Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 35.  R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 36.  R&R Baseboard - 3 1/4" | 8.00 LF | 5.06 | 1.28 | 8.34 | 50.10 | (0.00) | 50.10 |
| 37.  Paint baseboard - two coats | 8.00 LF | 1.71 | 0.12 | 2.76 | 16.56 | (0.00) | 16.56 |
| 38.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Kitchen 2** | | | **74.32** | **1,846.84** | **11,081.08** | **0.00** | **11,081.08** |

### Bathroom 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 39.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 40.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 41.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 42.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 43.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 44.  R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 45.  Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 46.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 1** | | | **46.00** | **1,579.76** | **9,478.50** | **0.00** | **9,478.50** |

### Bathroom 2



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 47.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 48.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 49.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 50.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 51.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 52.  R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 53.  Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 54.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |

| | | | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals:  Bathroom 2** | | | 46.00 | 1,579.76 | 9,478.50 | 0.00 | 9,478.50 |

### Bathroom 3

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 55.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 56.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 57.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 58.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 59.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 60.  R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 61.  Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 62.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |

| | | | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals:  Bathroom 3** | | | 46.00 | 1,579.76 | 9,478.50 | 0.00 | 9,478.50 |

### Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 63.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 64.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 65.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 66.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 67.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## CONTINUED – Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 69. Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 70. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 4** | | | **46.00** | **1,579.76** | **9,478.50** | **0.00** | **9,478.50** |

### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 71. Open- Unknown if plumbers will need to open slab in this area for plumbing access* | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **Totals: Exterior** | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

### Contents Packout

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 72. Contents pack out and pack in for construction * | 1.00 EA | 4,750.00 | 0.00 | 0.00 | 4,750.00 | (0.00) | 4,750.00 |
| Movers pack out $1,500.00 | | | | | | | |
| Storage $500.00/ month for 3 months = $1,500.00 | | | | | | | |
| Moving truck rental pack out $125.00 | | | | | | | |
| Moving truck rental pack in $125.00 | | | | | | | |
| Pack in $1,500.00 | | | | | | | |
| $4,750.00 total | | | | | | | |
| **Totals: Contents Packout** | | | **0.00** | **0.00** | **4,750.00** | **0.00** | **4,750.00** |

### Engineering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 73. Engineering* | 1.00 EA | 5,000.00 | 0.00 | 0.00 | 5,000.00 | (0.00) | 5,000.00 |
| Engineering drawings required by municipality and city for construction | | | | | | | |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

**CONTINUED - Engineering**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Engineering | | | 0.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 |

### Loss of Use

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 74. Loss of Rents* | 6.00 MO | 3,600.00 | 0.00 | 0.00 | 21,600.00 | (0.00) | 21,600.00 |
| LOSS OF USE/LOSS OF RENTS - $1800 per Month Per Unit x 2 = $3,600 | | | | | | | |
| Totals: Loss of Use | | | 0.00 | 0.00 | 21,600.00 | 0.00 | 21,600.00 |

### Final Cleaning

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 75. Final cleaning - construction - Commercial | 2,718.00 SF | 0.25 | 0.00 | 135.90 | 815.40 | (0.00) | 815.40 |
| Totals: Final Cleaning | | | 0.00 | 135.90 | 815.40 | 0.00 | 815.40 |

### Mitigation Allowance

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 76. Mitigation Allowance* | 1.00 EA | 10,000.00 | 0.00 | 0.00 | 10,000.00 | (0.00) | 10,000.00 |
| Totals: Mitigation Allowance | | | 0.00 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 77. Finish carpentry labor minimum | 1.00 EA | 22.37 | 0.00 | 4.48 | 26.85 | <0.00> | 26.85 |
| 78. Framing labor minimum | 1.00 EA | 274.41 | 0.00 | 54.88 | 329.29 | (0.00) | 329.29 |
| Totals: Labor Minimums Applied | | | 0.00 | 59.36 | 356.14 | 0.00 | 356.14 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

Line Item Totals: 60SPIVEY_LLC_BLDG_25          1,196.87     20,516.94     164,451.38     0.00     164,451.38

| Coverage | Item Total | % | ACV Total | % |
|----------|-----------:|---:|----------:|---:|
| Dwelling | 159,701.38 | 97.11% | 159,701.38 | 97.11% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 4,750.00 | 2.89% | 4,750.00 | 2.89% |
| Total | 164,451.38 | 100.00% | 164,451.38 | 100.00% |

 **Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Dwelling

| | |
|---|---|
| Line Item Total | 137,987.57 |
| Material Sales Tax | 1,196.87 |
| Subtotal | 139,184.44 |
| Overhead | 10,258.47 |
| Profit | 10,258.47 |
| **Replacement Cost Value** | **$159,701.38** |
| **Net Claim** | **$159,701.38** |

Michael Michio



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Contents

| | |
|---|---|
| Line Item Total | 4,750.00 |
| **Replacement Cost Value** | **$4,750.00** |
| **Net Claim** | **$4,750.00** |

Michael Michio



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| | |
|---|---|
| Insured: | Spivey 60, LLC_Bldg 11 |
| Property: | 2507 Rex Road |
| | Ellenwood, GA 30294 |

| | |
|---|---|
| Estimator: | Michael Michio |
| Company: | Underpaid Claims Management |
| Business: | 1261 S. Fort Harrison Ave., Ste. B |
| | Clearwater, FL 33756 |

**Claim Number:** 261561GO          **Policy Number:** ACP BP013200620241          **Type of Loss:** Water Damage

| | | |
|---|---|---|
| Date of Loss: | Date Received: | |
| Date Inspected: | Date Entered: | 2/20/2024 2:00 PM |

| | |
|---|---|
| Price List: | GAAT8X_FEB24 |
| | Restoration/Service/Remodel |
| Estimate: | 60SPIVEY_LLC_BLDG_11 |

*This estimate was prepared with the information that we have available to use at this time. Should additional information become available, we reserve the right to modify our estimate to reflect the most accurate information. Any estimate submitted in the future will supersede this estimate.*



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## 60SPIVEY_LLC_BLDG_11

### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| $15,000.00 based on the size of the job | | | | | | | |
| 2. Material Only Sheathing - plywood - 3/4" CDX | 320.00 SF | 1.35 | 34.56 | 93.32 | 559.88 | (0.00) | 559.88 |
| 1 dumpsters at a time | | | | | | | |
| Protect driveway from dumpster and vehicle traffic - laid prior to drop off of the container.  Sheating is good for the entire job and multiple drops of container. | | | | | | | |
| 3. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 816.00 | 0.00 | 163.20 | 979.20 | (0.00) | 979.20 |
| **For non roof related debris.** | | | | | | | |
| 4. General Demolition - per hour | 30.00 HR | 50.78 | 0.00 | 304.68 | 1,828.08 | (0.00) | 1,828.08 |
| 4 people per day - 1 hour per day - 30 work days | | | | | | | |
| General labor to broom sweep and clean up work site. | | | | | | | |
| **Totals:  General Conditions** | | | **34.56** | **561.20** | **3,367.16** | **0.00** | **3,367.16** |

### OSHA and Legal Requirements

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 5. Temporary toilet (per month) | 3.00 MO | 174.00 | 0.00 | 104.40 | 626.40 | (0.00) | 626.40 |
| 5 portable toilets - 1 month | | | | | | | |
| **1915.88(d)(3)(i)** | | | | | | | |
| The employer shall provide portable toilets, pursuant to paragraph (d)(2)(i) and Table to paragraph (d)(2) of this section, only when the employer demonstrates that it is not feasible to provide sewered toilets, or when there is a temporary increase in the number of employees for a short duration of time. | | | | | | | |
| 6. Temporary hand washing station (per month) | 3.00 MO | 240.00 | 0.00 | 144.00 | 864.00 | (0.00) | 864.00 |
| 1 month / 5 hand washing stations | | | | | | | |
| 7. Commercial Supervision / Project Management - per hour | 168.00 HR | 84.08 | 0.00 | 2,825.08 | 16,950.52 | (0.00) | 16,950.52 |
| 1 commercial supervisors - 8 hour work days - 21 days | | | | | | | |
| **Totals:  OSHA and Legal Requirements** | | | **0.00** | **3,073.48** | **18,440.92** | **0.00** | **18,440.92** |

### Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 9.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 10.  R&R Concrete slab on grade - 2" - finished in place | 2,253.00 SF | 6.79 | 299.20 | 3,119.42 | 18,716.49 | (0.00) | 18,716.49 |
| 11.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 12.  R&R Carpet | 2,253.00 SF | 3.41 | 416.35 | 1,619.82 | 9,718.90 | (0.00) | 9,718.90 |
| 13.  R&R Carpet pad | 2,253.00 SF | 0.77 | 93.72 | 365.70 | 2,194.23 | (0.00) | 2,194.23 |
| 14.  R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 15.  Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 16.  Painter - per hour | 4.00 HR | 79.59 | 0.00 | 63.68 | 382.04 | (0.00) | 382.04 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Living Area** | | | **827.11** | **6,491.90** | **38,951.34** | **0.00** | **38,951.34** |

### Kitchen 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 18.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 19.  R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 20.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 21.  Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 22.  Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 23.  Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 24.  R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 25.  R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 26.  Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 27.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Kitchen 1** | | | **76.88** | **2,029.22** | **12,175.34** | **0.00** | **12,175.34** |



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Kitchen 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 28. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 29. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 30. R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 31. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 32. Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 33. Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 34. Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 35. R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 36. R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 37. Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 38. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Kitchen 2** | | | 76.88 | 2,029.22 | 12,175.34 | 0.00 | 12,175.34 |

### Bathroom 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 39. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 40. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 41. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 42. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 43. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 44. R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 45. Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 46. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 1** | | | 46.00 | 1,579.76 | 9,478.50 | 0.00 | 9,478.50 |

### Bathroom 2



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 47.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 48.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 49.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 50.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 51.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 52.  R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 53.  Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 54.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 2** | | | **46.00** | **1,579.76** | **9,478.50** | **0.00** | **9,478.50** |

### Bathroom 3

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 55.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 56.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 57.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 58.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 59.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 60.  R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 61.  Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 62.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 3** | | | **46.00** | **1,579.76** | **9,478.50** | **0.00** | **9,478.50** |

### Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 63.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 64.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 65.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 66.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 67.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 69. Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 70. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 4** | | | **46.00** | **1,579.76** | **9,478.50** | **0.00** | **9,478.50** |

### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 71. Open- Unknown if plumbers will need to open slab in this area for plumbing access* | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **Totals: Exterior** | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

### Contents Packout

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 72. Contents pack out and pack in for construction * | 1.00 EA | 4,750.00 | 0.00 | 0.00 | 4,750.00 | (0.00) | 4,750.00 |
| Movers pack out $1,500.00 Storage $500.00/ month for 3 months = $1,500.00 Moving truck rental pack out $125.00 Moving truck rental pack in $125.00 Pack in $1,500.00 $4,750.00 total | | | | | | | |
| **Totals: Contents Packout** | | | **0.00** | **0.00** | **4,750.00** | **0.00** | **4,750.00** |

### Engineering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 73. Engineering* | 1.00 EA | 5,000.00 | 0.00 | 0.00 | 5,000.00 | (0.00) | 5,000.00 |
| Engineering drawings required by municipality and city for construction | | | | | | | |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

**CONTINUED - Engineering**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Engineering | | | 0.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 |

### Loss of Use

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 74. Loss of Rents* | 6.00 MO | 3,600.00 | 0.00 | 0.00 | 21,600.00 | (0.00) | 21,600.00 |
| LOSS OF USE/LOSS OF RENTS - $1800 per Month Per Unit x 2 = $3,600 | | | | | | | |
| Totals: Loss of Use | | | 0.00 | 0.00 | 21,600.00 | 0.00 | 21,600.00 |

### Final Cleaning

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 75. Final cleaning - construction - Commercial | 2,718.00 SF | 0.25 | 0.00 | 135.90 | 815.40 | (0.00) | 815.40 |
| Totals: Final Cleaning | | | 0.00 | 135.90 | 815.40 | 0.00 | 815.40 |

### Mitigation Allowance

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 76. Mitigation Allowance* | 1.00 EA | 10,000.00 | 0.00 | 0.00 | 10,000.00 | (0.00) | 10,000.00 |
| Totals: Mitigation Allowance | | | 0.00 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 77. Finish carpentry labor minimum | 1.00 EA | 16.25 | 0.00 | 3.26 | 19.51 | <0.00> | 19.51 |
| 78. Framing labor minimum | 1.00 EA | 274.41 | 0.00 | 54.88 | 329.29 | (0.00) | 329.29 |
| Totals: Labor Minimums Applied | | | 0.00 | 58.14 | 348.80 | 0.00 | 348.80 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

Line Item Totals: 60SPIVEY_LLC_BLDG_11               1,199.43      20,698.10    165,538.30        0.00    165,538.30

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 160,788.30 | 97.13% | 160,788.30 | 97.13% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 4,750.00 | 2.87% | 4,750.00 | 2.87% |
| Total | 165,538.30 | 100.00% | 165,538.30 | 100.00% |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 138,890.77 |
| Material Sales Tax | 1,199.43 |
| Subtotal | 140,090.20 |
| Overhead | 10,349.05 |
| Profit | 10,349.05 |
| **Replacement Cost Value** | **$160,788.30** |
| **Net Claim** | **$160,788.30** |

Michael Michio



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Contents

| | |
|---|---:|
| Line Item Total | 4,750.00 |
| **Replacement Cost Value** | **$4,750.00** |
| **Net Claim** | **$4,750.00** |

_____

Michael Michio



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| | |
|---|---|
| Insured: | Spivey 60, LLC_Bldg 12 |
| Property: | 2507 Rex Road |
| | Ellenwood, GA 30294 |

| | |
|---|---|
| Estimator: | Michael Michio |
| Company: | Underpaid Claims Management |
| Business: | 1261 S. Fort Harrison Ave., Ste. B |
| | Clearwater, FL 33756 |

**Claim Number:** 261561GO            **Policy Number:** ACP BP013200620241            **Type of Loss:** Water Damage

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 2/20/2024 2:00 PM |

| | |
|---|---|
| Price List: | GAAT8X_FEB24 |
| | Restoration/Service/Remodel |
| Estimate: | 60SPIVEY_LLC_BLDG_12 |

*This estimate was prepared with the information that we have available to use at this time. Should additional information become available, we reserve the right to modify our estimate to reflect the most accurate information. Any estimate submitted in the future will supersede this estimate.*



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### 60SPIVEY_LLC_BLDG_12

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1.  Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| $15,000.00 based on the size of the job | | | | | | | |
| 2.  Material Only Sheathing - plywood - 3/4" CDX | 320.00 SF | 1.35 | 34.56 | 93.32 | 559.88 | (0.00) | 559.88 |
| 1 dumpsters at a time | | | | | | | |
| Protect driveway from dumpster and vehicle traffic - laid prior to drop off of the container. Sheating is good for the entire job and multiple drops of container. | | | | | | | |
| 3.  Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 816.00 | 0.00 | 163.20 | 979.20 | (0.00) | 979.20 |
| **For non roof related debris.** | | | | | | | |
| 4.  General Demolition - per hour | 30.00 HR | 50.78 | 0.00 | 304.68 | 1,828.08 | (0.00) | 1,828.08 |
| 4 people per day - 1 hour per day - 30 work days | | | | | | | |
| General labor to broom sweep and clean up work site. | | | | | | | |
| **Totals:  General Conditions** | | | **34.56** | **561.20** | **3,367.16** | **0.00** | **3,367.16** |

#### OSHA and Legal Requirements

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 5.  Temporary toilet (per month) | 3.00 MO | 174.00 | 0.00 | 104.40 | 626.40 | (0.00) | 626.40 |
| 5 portable toilets - 1 month | | | | | | | |
| **1915.88(d)(3)(i)** | | | | | | | |
| The employer shall provide portable toilets, pursuant to paragraph (d)(2)(i) and Table to paragraph (d)(2) of this section, only when the employer demonstrates that it is not feasible to provide sewered toilets, or when there is a temporary increase in the number of employees for a short duration of time. | | | | | | | |
| 6.  Temporary hand washing station (per month) | 3.00 MO | 240.00 | 0.00 | 144.00 | 864.00 | (0.00) | 864.00 |
| 1 month / 5 hand washing stations | | | | | | | |
| 7.  Commercial Supervision / Project Management - per hour | 168.00 HR | 84.08 | 0.00 | 2,825.08 | 16,950.52 | (0.00) | 16,950.52 |
| 1 commercial supervisors - 8 hour work days - 21 days | | | | | | | |
| **Totals:  OSHA and Legal Requirements** | | | **0.00** | **3,073.48** | **18,440.92** | **0.00** | **18,440.92** |

#### Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 9.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 10.  R&R Concrete slab on grade - 2" - finished in place | 2,253.00 SF | 6.79 | 299.20 | 3,119.42 | 18,716.49 | (0.00) | 18,716.49 |
| 11.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 12.  R&R Carpet | 2,253.00 SF | 3.41 | 416.35 | 1,619.82 | 9,718.90 | (0.00) | 9,718.90 |
| 13.  R&R Carpet pad | 2,253.00 SF | 0.77 | 93.72 | 365.70 | 2,194.23 | (0.00) | 2,194.23 |
| 14.  R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 15.  Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 16.  Painter - per hour | 4.00 HR | 79.59 | 0.00 | 63.68 | 382.04 | (0.00) | 382.04 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Living Area** | | | **827.11** | **6,491.90** | **38,951.34** | **0.00** | **38,951.34** |

### Kitchen 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 18.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 19.  R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 20.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 21.  Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 22.  Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 23.  Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 24.  R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 25.  R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 26.  Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 27.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Kitchen 1** | | | **76.88** | **2,029.22** | **12,175.34** | **0.00** | **12,175.34** |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Kitchen 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 28.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 29.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 30.  R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 31.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 32.  Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 33.  Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 34.  Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 35.  R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 36.  R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 37.  Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 38.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Kitchen 2** | | | **76.88** | **2,029.22** | **12,175.34** | **0.00** | **12,175.34** |

### Bathroom 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 39.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 40.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 41.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 42.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 43.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 44.  R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 45.  Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 46.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 1** | | | **46.00** | **1,579.76** | **9,478.50** | **0.00** | **9,478.50** |

### Bathroom 2



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 47. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 48. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 49. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 50. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 51. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 52. R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 53. Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 54. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 2** | | | **46.00** | **1,579.76** | **9,478.50** | **0.00** | **9,478.50** |

### Bathroom 3

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 55. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 56. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 57. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 58. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 59. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 60. R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 61. Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 62. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 3** | | | **46.00** | **1,579.76** | **9,478.50** | **0.00** | **9,478.50** |

### Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 63. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 64. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 65. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 66. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 67. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## CONTINUED - Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 69. Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 70. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 4** | | | **46.00** | **1,579.76** | **9,478.50** | **0.00** | **9,478.50** |

### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 71. Open- Unknown if plumbers will need to open slab in this area for plumbing access* | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **Totals: Exterior** | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

### Contents Packout

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 72. Contents pack out and pack in for construction * | 1.00 EA | 4,750.00 | 0.00 | 0.00 | 4,750.00 | (0.00) | 4,750.00 |
| Movers pack out $1,500.00<br>Storage $500.00/ month for 3 months = $1,500.00<br>Moving truck rental pack out $125.00<br>Moving truck rental pack in $125.00<br>Pack in $1,500.00<br>$4,750.00 total | | | | | | | |
| **Totals: Contents Packout** | | | **0.00** | **0.00** | **4,750.00** | **0.00** | **4,750.00** |

### Engineering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 73. Engineering* | 1.00 EA | 5,000.00 | 0.00 | 0.00 | 5,000.00 | (0.00) | 5,000.00 |
| Engineering drawings required by municipality and city for construction | | | | | | | |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Engineering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Engineering** | | | 0.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 |

### Loss of Use

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 74. Loss of Rents* | 6.00 MO | 3,600.00 | 0.00 | 0.00 | 21,600.00 | (0.00) | 21,600.00 |
| LOSS OF USE/LOSS OF RENTS - $1800 per Month Per Unit x 2 = $3,600 | | | | | | | |
| **Totals: Loss of Use** | | | 0.00 | 0.00 | 21,600.00 | 0.00 | 21,600.00 |

### Final Cleaning

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 75. Final cleaning - construction - Commercial | 2,718.00 SF | 0.25 | 0.00 | 135.90 | 815.40 | (0.00) | 815.40 |
| **Totals: Final Cleaning** | | | 0.00 | 135.90 | 815.40 | 0.00 | 815.40 |

### Mitigation Allowance

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 76. Mitigation Allowance* | 1.00 EA | 10,000.00 | 0.00 | 0.00 | 10,000.00 | (0.00) | 10,000.00 |
| **Totals: Mitigation Allowance** | | | 0.00 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 77. Finish carpentry labor minimum | 1.00 EA | 16.25 | 0.00 | 3.26 | 19.51 | <0.00> | 19.51 |
| 78. Framing labor minimum | 1.00 EA | 274.41 | 0.00 | 54.88 | 329.29 | (0.00) | 329.29 |
| **Totals: Labor Minimums Applied** | | | 0.00 | 58.14 | 348.80 | 0.00 | 348.80 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

Line Item Totals: 60SPIVEY_LLC_BLDG_12          1,199.43      20,698.10     165,538.30        0.00      165,538.30

| Coverage | Item Total | % | ACV Total | % |
|----------|-----------:|--:|----------:|--:|
| Dwelling | 160,788.30 | 97.13% | 160,788.30 | 97.13% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 4,750.00 | 2.87% | 4,750.00 | 2.87% |
| Total | 165,538.30 | 100.00% | 165,538.30 | 100.00% |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 138,890.77 |
| Material Sales Tax | 1,199.43 |
| | |
| Subtotal | 140,090.20 |
| Overhead | 10,349.05 |
| Profit | 10,349.05 |
| | |
| **Replacement Cost Value** | **$160,788.30** |
| **Net Claim** | **$160,788.30** |

Michael Michio



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Summary for Contents

| | |
|---|---|
| Line Item Total | 4,750.00 |
| **Replacement Cost Value** | **$4,750.00** |
| **Net Claim** | **$4,750.00** |

Michael Michio



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| | |
|---|---|
| Insured: | Spivey 60, LLC_Bldg 13 |
| Property: | 2507 Rex Road |
| | Ellenwood, GA 30294 |

| | |
|---|---|
| Estimator: | Michael Michio |
| Company: | Underpaid Claims Management |
| Business: | 1261 S. Fort Harrison Ave., Ste. B |
| | Clearwater, FL 33756 |

**Claim Number:** 261561GO          **Policy Number:** ACP BP013200620241          **Type of Loss:** Water Damage

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 2/20/2024 2:00 PM |

| | |
|---|---|
| Price List: | GAAT8X_FEB24 |
| | Restoration/Service/Remodel |
| Estimate: | 60SPIVEY_LLC_BLDG_13 |

*This estimate was prepared with the information that we have available to use at this time. Should additional information become available, we reserve the right to modify our estimate to reflect the most accurate information. Any estimate submitted in the future will supersede this estimate.*



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### 60SPIVEY_LLC_BLDG_13

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| $15,000.00 based on the size of the job | | | | | | | |
| 2. Material Only Sheathing - plywood - 3/4" CDX | 320.00 SF | 1.35 | 34.56 | 93.32 | 559.88 | (0.00) | 559.88 |
| 1 dumpsters at a time | | | | | | | |
| Protect driveway from dumpster and vehicle traffic - laid prior to drop off of the container.  Sheating is good for the entire job and multiple drops of container. | | | | | | | |
| 3. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 816.00 | 0.00 | 163.20 | 979.20 | (0.00) | 979.20 |
| **For non roof related debris.** | | | | | | | |
| 4. General Demolition - per hour | 30.00 HR | 50.78 | 0.00 | 304.68 | 1,828.08 | (0.00) | 1,828.08 |
| 4 people per day - 1 hour per day - 30 work days | | | | | | | |
| General labor to broom sweep and clean up work site. | | | | | | | |
| **Totals:  General Conditions** | | | 34.56 | 561.20 | 3,367.16 | 0.00 | 3,367.16 |

#### OSHA and Legal Requirements

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 5. Temporary toilet (per month) | 3.00 MO | 174.00 | 0.00 | 104.40 | 626.40 | (0.00) | 626.40 |
| 5 portable toilets - 1 month | | | | | | | |
| **1915.88(d)(3)(i)** The employer shall provide portable toilets, pursuant to paragraph (d)(2)(i) and Table to paragraph (d)(2) of this section, only when the employer demonstrates that it is not feasible to provide sewered toilets, or when there is a temporary increase in the number of employees for a short duration of time. | | | | | | | |
| 6. Temporary hand washing station (per month) | 3.00 MO | 240.00 | 0.00 | 144.00 | 864.00 | (0.00) | 864.00 |
| 1 month / 5 hand washing stations | | | | | | | |
| 7. Commercial Supervision / Project Management - per hour | 168.00 HR | 84.08 | 0.00 | 2,825.08 | 16,950.52 | (0.00) | 16,950.52 |
| 1 commercial supervisors - 8 hour work days - 21 days | | | | | | | |
| **Totals:  OSHA and Legal Requirements** | | | 0.00 | 3,073.48 | 18,440.92 | 0.00 | 18,440.92 |

#### Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

**CONTINUED - Living Area**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 9. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 10. R&R Concrete slab on grade - 2" - finished in place | 2,253.00 SF | 6.79 | 299.20 | 3,119.42 | 18,716.49 | (0.00) | 18,716.49 |
| 11. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 12. R&R Carpet | 2,253.00 SF | 3.41 | 416.35 | 1,619.82 | 9,718.90 | (0.00) | 9,718.90 |
| 13. R&R Carpet pad | 2,253.00 SF | 0.77 | 93.72 | 365.70 | 2,194.23 | (0.00) | 2,194.23 |
| 14. R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 15. Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 16. Painter - per hour | 4.00 HR | 79.59 | 0.00 | 63.68 | 382.04 | (0.00) | 382.04 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Living Area** | | | 827.11 | 6,491.90 | 38,951.34 | 0.00 | 38,951.34 |

### Kitchen 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 18. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 19. R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 20. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 21. Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 22. Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 23. Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 24. R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 25. R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 26. Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 27. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Kitchen 1** | | | 76.88 | 2,029.22 | 12,175.34 | 0.00 | 12,175.34 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Kitchen 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 28. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 29. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 30. R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 31. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 32. Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 33. Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 34. Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 35. R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 36. R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 37. Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 38. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Kitchen 2** | | | **76.88** | **2,029.22** | **12,175.34** | **0.00** | **12,175.34** |

### Bathroom 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 39. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 40. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 41. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 42. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 43. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 44. R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 45. Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 46. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 1** | | | **46.00** | **1,579.76** | **9,478.50** | **0.00** | **9,478.50** |

### Bathroom 2



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 47. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 48. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 49. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 50. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 51. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 52. R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 53. Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 54. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 2** | | | **46.00** | **1,579.76** | **9,478.50** | **0.00** | **9,478.50** |

### Bathroom 3

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 55. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 56. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 57. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 58. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 59. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 60. R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 61. Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 62. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 3** | | | **46.00** | **1,579.76** | **9,478.50** | **0.00** | **9,478.50** |

### Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 63. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 64. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 65. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 66. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 67. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 69. Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 70. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| | | | | | | | |
| **Totals: Bathroom 4** | | | **46.00** | **1,579.76** | **9,478.50** | **0.00** | **9,478.50** |

### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 71. Open- Unknown if plumbers will need to open slab in this area for plumbing access* | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| | | | | | | | |
| **Totals: Exterior** | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

### Contents Packout

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 72. Contents pack out and pack in for construction * | 1.00 EA | 4,750.00 | 0.00 | 0.00 | 4,750.00 | (0.00) | 4,750.00 |
| Movers pack out $1,500.00 Storage $500.00/ month for 3 months = $1,500.00 Moving truck rental pack out $125.00 Moving truck rental pack in $125.00 Pack in $1,500.00 $4,750.00 total | | | | | | | |
| | | | | | | | |
| **Totals: Contents Packout** | | | **0.00** | **0.00** | **4,750.00** | **0.00** | **4,750.00** |

### Engineering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 73. Engineering* | 1.00 EA | 5,000.00 | 0.00 | 0.00 | 5,000.00 | (0.00) | 5,000.00 |
| Engineering drawings required by municipality and city for construction | | | | | | | |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

**CONTINUED - Engineering**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Engineering | | | 0.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 |

## Loss of Use

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 74. Loss of Rents* | 6.00 MO | 3,600.00 | 0.00 | 0.00 | 21,600.00 | (0.00) | 21,600.00 |
| LOSS OF USE/LOSS OF RENTS - $1800 per Month Per Unit x 2 = $3,600 | | | | | | | |
| Totals: Loss of Use | | | 0.00 | 0.00 | 21,600.00 | 0.00 | 21,600.00 |

## Final Cleaning

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 75. Final cleaning - construction - Commercial | 2,718.00 SF | 0.25 | 0.00 | 135.90 | 815.40 | (0.00) | 815.40 |
| Totals: Final Cleaning | | | 0.00 | 135.90 | 815.40 | 0.00 | 815.40 |

## Mitigation Allowance

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 76. Mitigation Allowance* | 1.00 EA | 10,000.00 | 0.00 | 0.00 | 10,000.00 | (0.00) | 10,000.00 |
| Totals: Mitigation Allowance | | | 0.00 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |

## Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 77. Finish carpentry labor minimum | 1.00 EA | 16.25 | 0.00 | 3.26 | 19.51 | <0.00> | 19.51 |
| 78. Framing labor minimum | 1.00 EA | 274.41 | 0.00 | 54.88 | 329.29 | (0.00) | 329.29 |
| Totals: Labor Minimums Applied | | | 0.00 | 58.14 | 348.80 | 0.00 | 348.80 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

Line Item Totals: 60SPIVEY_LLC_BLDG_13          1,199.43      20,698.10    165,538.30      0.00    165,538.30

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 160,788.30 | 97.13% | 160,788.30 | 97.13% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 4,750.00 | 2.87% | 4,750.00 | 2.87% |
| Total | 165,538.30 | 100.00% | 165,538.30 | 100.00% |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 138,890.77 |
| Material Sales Tax | 1,199.43 |
| Subtotal | 140,090.20 |
| Overhead | 10,349.05 |
| Profit | 10,349.05 |
| **Replacement Cost Value** | **$160,788.30** |
| **Net Claim** | **$160,788.30** |

Michael Michio

 **Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Contents

| | |
|---|---|
| Line Item Total | 4,750.00 |
| **Replacement Cost Value** | **$4,750.00** |
| **Net Claim** | **$4,750.00** |

Michael Michio



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

Insured:  Spivey 60, LLC_Bldg 14
Property:  2507 Rex Road
Ellenwood, GA 30294

Estimator:  Michael Michio
Company:  Underpaid Claims Management
Business:  1261 S. Fort Harrison Ave., Ste. B
Clearwater, FL 33756

**Claim Number:** 261561GO          **Policy Number:** ACP BP013200620241          **Type of Loss:** Water Damage

Date of Loss:                                          Date Received:
Date Inspected:                                       Date Entered:     2/20/2024 2:00 PM

Price List:  GAAT8X_FEB24
Restoration/Service/Remodel
Estimate:  60SPIVEY_LLC_BLDG_14

*This estimate was prepared with the information that we have available to use at this time. Should additional information become available, we reserve the right to modify our estimate to reflect the most accurate information. Any estimate submitted in the future will supersede this estimate.*



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### 60SPIVEY_LLC_BLDG_14

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| $15,000.00 based on the size of the job | | | | | | | |
| 2. Material Only Sheathing - plywood - 3/4" CDX | 320.00 SF | 1.35 | 34.56 | 93.32 | 559.88 | (0.00) | 559.88 |
| 1 dumpsters at a time | | | | | | | |
| Protect driveway from dumpster and vehicle traffic - laid prior to drop off of the container.  Sheating is good for the entire job and multiple drops of container. | | | | | | | |
| 3. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 816.00 | 0.00 | 163.20 | 979.20 | (0.00) | 979.20 |
| For non roof related debris. | | | | | | | |
| 4. General Demolition - per hour | 30.00 HR | 50.78 | 0.00 | 304.68 | 1,828.08 | (0.00) | 1,828.08 |
| 4 people per day - 1 hour per day - 30 work days | | | | | | | |
| General labor to broom sweep and clean up work site. | | | | | | | |
| **Totals:  General Conditions** | | | **34.56** | **561.20** | **3,367.16** | **0.00** | **3,367.16** |

#### OSHA and Legal Requirements

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 5. Temporary toilet (per month) | 3.00 MO | 174.00 | 0.00 | 104.40 | 626.40 | (0.00) | 626.40 |
| 5 portable toilets - 1 month | | | | | | | |
| **1915.88(d)(3)(i)** | | | | | | | |
| The employer shall provide portable toilets, pursuant to paragraph (d)(2)(i) and Table to paragraph (d)(2) of this section, only when the employer demonstrates that it is not feasible to provide sewered toilets, or when there is a temporary increase in the number of employees for a short duration of time. | | | | | | | |
| 6. Temporary hand washing station (per month) | 3.00 MO | 240.00 | 0.00 | 144.00 | 864.00 | (0.00) | 864.00 |
| 1 month / 5 hand washing stations | | | | | | | |
| 7. Commercial Supervision / Project Management - per hour | 168.00 HR | 84.08 | 0.00 | 2,825.08 | 16,950.52 | (0.00) | 16,950.52 |
| 1 commercial supervisors - 8 hour work days - 21 days | | | | | | | |
| **Totals:  OSHA and Legal Requirements** | | | **0.00** | **3,073.48** | **18,440.92** | **0.00** | **18,440.92** |

#### Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

**CONTINUED - Living Area**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 9.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 10.  R&R Concrete slab on grade - 2" - finished in place | 2,253.00 SF | 6.79 | 299.20 | 3,119.42 | 18,716.49 | (0.00) | 18,716.49 |
| 11.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 12.  R&R Carpet | 2,253.00 SF | 3.41 | 416.35 | 1,619.82 | 9,718.90 | (0.00) | 9,718.90 |
| 13.  R&R Carpet pad | 2,253.00 SF | 0.77 | 93.72 | 365.70 | 2,194.23 | (0.00) | 2,194.23 |
| 14.  R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 15.  Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 16.  Painter - per hour | 4.00 HR | 79.59 | 0.00 | 63.68 | 382.04 | (0.00) | 382.04 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Living Area** | | | 827.11 | 6,491.90 | 38,951.34 | 0.00 | 38,951.34 |

**Kitchen 1**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 18.  Open and close slab for plumbing work - per LF | 12.00 LF | 435.70 | 13.32 | 1,048.34 | 6,290.06 | (0.00) | 6,290.06 |
| 19.  R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 20.  Concrete floor sawing - 4" slab | 12.00 LF | 12.19 | 0.00 | 29.26 | 175.54 | (0.00) | 175.54 |
| 21.  Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 22.  Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 23.  Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 24.  R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 25.  R&R Baseboard - 3 1/4" | 48.00 LF | 5.06 | 7.68 | 50.10 | 300.66 | (0.00) | 300.66 |
| 26.  Paint baseboard - two coats | 48.00 LF | 1.71 | 0.69 | 16.56 | 99.33 | (0.00) | 99.33 |
| 27.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Kitchen 1** | | | 85.73 | 2,261.60 | 13,569.61 | 0.00 | 13,569.61 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Kitchen 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 28.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 29.  Open and close slab for plumbing work - per LF | 12.00 LF | 435.70 | 13.32 | 1,048.34 | 6,290.06 | (0.00) | 6,290.06 |
| 30.  R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 31.  Concrete floor sawing - 4" slab | 12.00 LF | 12.19 | 0.00 | 29.26 | 175.54 | (0.00) | 175.54 |
| 32.  Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 33.  Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 34.  Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 35.  R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 36.  R&R Baseboard - 3 1/4" | 48.00 LF | 5.06 | 7.68 | 50.10 | 300.66 | (0.00) | 300.66 |
| 37.  Paint baseboard - two coats | 48.00 LF | 1.71 | 0.69 | 16.56 | 99.33 | (0.00) | 99.33 |
| 38.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Kitchen 2** | | | **85.73** | **2,261.60** | **13,569.61** | **0.00** | **13,569.61** |

### Bathroom 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 39.  Open and close slab for plumbing work | 1.00 LF | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 40.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 41.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 42.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 43.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 44.  R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 45.  Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 46.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 1** | | | **51.24** | **1,621.44** | **9,728.52** | **0.00** | **9,728.52** |

### Bathroom 2



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 47. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 48. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 49. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 50. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 51. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 52. R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 53. Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 54. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 2** | | | **51.24** | **1,621.44** | **9,728.52** | **0.00** | **9,728.52** |

### Bathroom 3

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 55. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 56. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 57. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 58. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 59. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 60. R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 61. Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 62. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 3** | | | **51.24** | **1,621.44** | **9,728.52** | **0.00** | **9,728.52** |

### Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 63. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 64. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 65. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 66. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 67. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

**CONTINUED - Bathroom 4**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 69. Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 70. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 4** | | | 51.24 | 1,621.44 | 9,728.52 | 0.00 | 9,728.52 |

**Exterior**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 71. Open- Unknown if plumbers will need to open slab in this area for plumbing access* | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **Totals: Exterior** | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Contents Packout**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 72. Contents pack out and pack in for construction * | 1.00 EA | 4,750.00 | 0.00 | 0.00 | 4,750.00 | (0.00) | 4,750.00 |
| Movers pack out $1,500.00<br>Storage $500.00/ month for 3 months = $1,500.00<br>Moving truck rental pack out $125.00<br>Moving truck rental pack in $125.00<br>Pack in $1,500.00<br>$4,750.00 total | | | | | | | |
| **Totals: Contents Packout** | | | 0.00 | 0.00 | 4,750.00 | 0.00 | 4,750.00 |

**Engineering**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 73. Engineering* | 1.00 EA | 5,000.00 | 0.00 | 0.00 | 5,000.00 | (0.00) | 5,000.00 |
| Engineering drawings required by municipality and city for construction | | | | | | | |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Engineering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Engineering | | | 0.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 |

### Loss of Use

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 74. Loss of Rents* | 6.00 MO | 3,600.00 | 0.00 | 0.00 | 21,600.00 | (0.00) | 21,600.00 |
| LOSS OF USE/LOSS OF RENTS - $1800 per Month Per Unit x 2 = $3,600 | | | | | | | |
| Totals: Loss of Use | | | 0.00 | 0.00 | 21,600.00 | 0.00 | 21,600.00 |

### Final Cleaning

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 75. Final cleaning - construction - Commercial | 2,718.00 SF | 0.25 | 0.00 | 135.90 | 815.40 | (0.00) | 815.40 |
| Totals: Final Cleaning | | | 0.00 | 135.90 | 815.40 | 0.00 | 815.40 |

### Mitigation Allowance

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 76. Mitigation Allowance* | 1.00 EA | 10,000.00 | 0.00 | 0.00 | 10,000.00 | (0.00) | 10,000.00 |
| Totals: Mitigation Allowance | | | 0.00 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 77. Framing labor minimum | 1.00 EA | 274.41 | 0.00 | 54.88 | 329.29 | (0.00) | 329.29 |
| Totals: Labor Minimums Applied | | | 0.00 | 54.88 | 329.29 | 0.00 | 329.29 |
| Line Item Totals: 60SPIVEY_LLC_BLDG_14 | | | 1,238.09 | 21,326.32 | 169,307.41 | 0.00 | 169,307.41 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| Coverage | Item Total | % | ACV Total | % |
|---|---:|---:|---:|---:|
| Dwelling | 164,557.41 | 97.19% | 164,557.41 | 97.19% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 4,750.00 | 2.81% | 4,750.00 | 2.81% |
| Total | 169,307.41 | 100.00% | 169,307.41 | 100.00% |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Dwelling

| | |
|---|---|
| Line Item Total | 141,993.00 |
| Material Sales Tax | 1,238.09 |
| Subtotal | 143,231.09 |
| Overhead | 10,663.16 |
| Profit | 10,663.16 |
| **Replacement Cost Value** | **$164,557.41** |
| **Net Claim** | **$164,557.41** |

Michael Michio



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Contents

| Line Item Total | 4,750.00 |
|---|---|
| **Replacement Cost Value** | **$4,750.00** |
| **Net Claim** | **$4,750.00** |

_____
Michael Michio



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| | |
|---|---|
| Insured: | Spivey 60, LLC_OFFICE |
| Property: | 2507 Rex Road |
| | Ellenwood, GA 30294 |

| | |
|---|---|
| Estimator: | Michael Michio |
| Company: | Underpaid Claims Management |
| Business: | 1261 S. Fort Harrison Ave., Ste. B |
| | Clearwater, FL 33756 |

**Claim Number:** 261561GO          **Policy Number:** ACP BP013200620241          **Type of Loss:** Water Damage

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 2/20/2024 2:00 PM |

| | |
|---|---|
| Price List: | GAAT8X_FEB24 |
| | Restoration/Service/Remodel |
| Estimate: | 60SPIVEY_LLC_OFFICE |

*This estimate was prepared with the information that we have available to use at this time. Should additional information become available, we reserve the right to modify our estimate to reflect the most accurate information. Any estimate submitted in the future will supersede this estimate.*



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### 60SPIVEY_LLC_OFFICE

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| $15,000.00 based on the size of the job | | | | | | | |
| 2. Material Only Sheathing - plywood - 3/4" CDX | 320.00 SF | 1.35 | 34.56 | 93.32 | 559.88 | (0.00) | 559.88 |
| 1 dumpsters at a time | | | | | | | |
| Protect driveway from dumpster and vehicle traffic - laid prior to drop off of the container.  Sheating is good for the entire job and multiple drops of container. | | | | | | | |
| 3. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 816.00 | 0.00 | 163.20 | 979.20 | (0.00) | 979.20 |
| **For non roof related debris.** | | | | | | | |
| 4. General Demolition - per hour | 30.00 HR | 50.78 | 0.00 | 304.68 | 1,828.08 | (0.00) | 1,828.08 |
| 4 people per day - 1 hour per day - 30 work days | | | | | | | |
| General labor to broom sweep and clean up work site. | | | | | | | |
| **Totals:  General Conditions** | | | 34.56 | 561.20 | 3,367.16 | 0.00 | 3,367.16 |

#### OSHA and Legal Requirements

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 5. Temporary toilet (per month) | 3.00 MO | 174.00 | 0.00 | 104.40 | 626.40 | (0.00) | 626.40 |
| 5 portable toilets - 1 month | | | | | | | |
| **1915.88(d)(3)(i)** | | | | | | | |
| The employer shall provide portable toilets, pursuant to paragraph (d)(2)(i) and Table to paragraph (d)(2) of this section, only when the employer demonstrates that it is not feasible to provide sewered toilets, or when there is a temporary increase in the number of employees for a short duration of time. | | | | | | | |
| 6. Temporary hand washing station (per month) | 3.00 MO | 240.00 | 0.00 | 144.00 | 864.00 | (0.00) | 864.00 |
| 1 month / 5 hand washing stations | | | | | | | |
| 7. Commercial Supervision / Project Management - per hour | 168.00 HR | 84.08 | 0.00 | 2,825.08 | 16,950.52 | (0.00) | 16,950.52 |
| 1 commercial supervisors - 8 hour work days - 21 days | | | | | | | |
| **Totals:  OSHA and Legal Requirements** | | | 0.00 | 3,073.48 | 18,440.92 | 0.00 | 18,440.92 |

#### Office Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Office Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 9.  Open and close slab for plumbing work - per LF | 12.50 LF | 435.70 | 13.88 | 1,092.04 | 6,552.17 | (0.00) | 6,552.17 |
| 10.  R&R Concrete slab on grade - 2" - finished in place | 2,374.00 SF | 6.79 | 315.27 | 3,286.96 | 19,721.69 | (0.00) | 19,721.69 |
| 11.  Concrete floor sawing - 4" slab | 12.50 LF | 12.19 | 0.00 | 30.48 | 182.86 | (0.00) | 182.86 |
| 12.  R&R Carpet | 2,374.00 SF | 3.41 | 438.72 | 1,706.80 | 10,240.86 | (0.00) | 10,240.86 |
| 13.  R&R Carpet pad | 2,374.00 SF | 0.77 | 98.76 | 385.36 | 2,312.10 | (0.00) | 2,312.10 |
| 14.  R&R Baseboard - 3 1/4" | 56.00 LF | 5.06 | 8.96 | 58.48 | 350.80 | (0.00) | 350.80 |
| 15.  Paint baseboard - two coats | 56.00 LF | 1.71 | 0.81 | 19.32 | 115.89 | (0.00) | 115.89 |
| 16.  Painter - per hour | 4.00 HR | 79.59 | 0.00 | 63.68 | 382.04 | (0.00) | 382.04 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Office Area** | | | 881.40 | 7,054.52 | 42,326.77 | 0.00 | 42,326.77 |

### Kitchen

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 18.  Open and close slab for plumbing work - per LF | 12.50 LF | 435.70 | 13.88 | 1,092.04 | 6,552.17 | (0.00) | 6,552.17 |
| 19.  R&R Concrete slab on grade - 2" - finished in place | 144.00 SF | 6.79 | 19.12 | 199.38 | 1,196.26 | (0.00) | 1,196.26 |
| 20.  Concrete floor sawing - 4" slab | 125.00 LF | 12.19 | 0.00 | 304.76 | 1,828.51 | (0.00) | 1,828.51 |
| 21.  Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 22.  Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 23.  Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 24.  R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 25.  R&R Baseboard - 3 1/4" | 48.00 LF | 5.06 | 7.68 | 50.10 | 300.66 | (0.00) | 300.66 |
| 26.  Paint baseboard - two coats | 48.00 LF | 1.71 | 0.69 | 16.56 | 99.33 | (0.00) | 99.33 |
| 27.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Kitchen** | | | 67.85 | 2,501.08 | 15,006.37 | 0.00 | 15,006.37 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Bathroom 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 28. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 29. Open and close slab for plumbing work - per LF | 12.50 LF | 435.70 | 13.88 | 1,092.04 | 6,552.17 | (0.00) | 6,552.17 |
| 30. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 31. Concrete floor sawing - 4" slab | 12.50 LF | 12.19 | 0.00 | 30.48 | 182.86 | (0.00) | 182.86 |
| 32. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 33. R&R Cabinetry - lower (base) units - Deluxe grade | 5.00 LF | 631.93 | 228.93 | 677.72 | 4,066.30 | (0.00) | 4,066.30 |
| Cabinets have direct physical loss from water damage | | | | | | | |
| To access pipes must detach cabinets from walls; cabinets are permanently affixed and will not be able to be detached and reset | | | | | | | |
| R&R required | | | | | | | |
| Vanity | | | | | | | |
| 34. Plumber - per hour | 4.00 HR | 156.00 | 0.00 | 124.80 | 748.80 | (0.00) | 748.80 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 35. Sink - single - Detach & reset | 2.00 EA | 208.84 | 0.11 | 83.56 | 501.35 | (0.00) | 501.35 |
| 36. Toilet - Detach & reset | 1.00 EA | 338.42 | 0.68 | 67.82 | 406.92 | (0.00) | 406.92 |
| 37. R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 38. Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 39. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 1** | | | **283.74** | **2,799.86** | **16,798.92** | **0.00** | **16,798.92** |

### Bathroom 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 40. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 41. Open and close slab for plumbing work - per LF | 12.50 LF | 435.70 | 13.88 | 1,092.04 | 6,552.17 | (0.00) | 6,552.17 |
| 42. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 43. Concrete floor sawing - 4" slab | 12.50 LF | 12.19 | 0.00 | 30.48 | 182.86 | (0.00) | 182.86 |
| 44. R&R Cabinetry - lower (base) units - Deluxe grade | 5.00 LF | 631.93 | 228.93 | 677.72 | 4,066.30 | (0.00) | 4,066.30 |
| Cabinets have direct physical loss from water damage | | | | | | | |
| To access pipes must detach cabinets from walls; cabinets are permanently affixed and will not be able to be detached and reset | | | | | | | |
| R&R required | | | | | | | |
| Vanity | | | | | | | |
| 45. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Bathroom 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 46. Plumber - per hour | 4.00 HR | 156.00 | 0.00 | 124.80 | 748.80 | (0.00) | 748.80 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 47. Sink - single - Detach & reset | 2.00 EA | 208.84 | 0.11 | 83.56 | 501.35 | (0.00) | 501.35 |
| 48. Toilet - Detach & reset | 1.00 EA | 338.42 | 0.68 | 67.82 | 406.92 | (0.00) | 406.92 |
| 49. R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 50. Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 51. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 2** | | | **283.74** | **2,799.86** | **16,798.92** | **0.00** | **16,798.92** |

### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 52. Open- Unknown if plumbers will need to open slab in this area for plumbing access* | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **Totals: Exterior** | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

### Contents Packout

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 53. Contents pack out and pack in for construction * | 1.00 EA | 6,250.00 | 0.00 | 0.00 | 6,250.00 | (0.00) | 6,250.00 |
| Movers pack out $1,500.00 Storage $500.00/ month for 3 months = $1,500.00 Moving truck rental pack out $125.00 Moving truck rental pack in $125.00 Pack in $1,500.00 $6,250.00 total | | | | | | | |
| **Totals: Contents Packout** | | | **0.00** | **0.00** | **6,250.00** | **0.00** | **6,250.00** |

### Engineering



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 54. Engineering* | 1.00 EA | 5,000.00 | 0.00 | 0.00 | 5,000.00 | (0.00) | 5,000.00 |
| Engineering drawings required by municipality and city for construction | | | | | | | |
| **Totals: Engineering** | | | **0.00** | **0.00** | **5,000.00** | **0.00** | **5,000.00** |

### Final Cleaning

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 55. Final cleaning - construction - Commercial | 2,718.00 SF | 0.25 | 0.00 | 135.90 | 815.40 | (0.00) | 815.40 |
| **Totals: Final Cleaning** | | | **0.00** | **135.90** | **815.40** | **0.00** | **815.40** |

### Mitigation- Dryout

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 56. Mitigation Allowance* | 1.00 EA | 10,000.00 | 0.00 | 0.00 | 10,000.00 | (0.00) | 10,000.00 |
| Drying equipment and general water mitigation cleanup | | | | | | | |
| **Totals: Mitigation- Dryout** | | | **0.00** | **0.00** | **10,000.00** | **0.00** | **10,000.00** |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 57. Framing labor minimum | 1.00 EA | 274.41 | 0.00 | 54.88 | 329.29 | (0.00) | 329.29 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **54.88** | **329.29** | **0.00** | **329.29** |
| **Line Item Totals: 60SPIVEY_LLC_OFFICE** | | | **1,551.29** | **18,980.78** | **135,133.75** | **0.00** | **135,133.75** |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 128,883.75 | 95.37% | 128,883.75 | 95.37% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 6,250.00 | 4.63% | 6,250.00 | 4.63% |
| Total | 135,133.75 | 100.00% | 135,133.75 | 100.00% |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 108,351.68 |
| Material Sales Tax | 1,551.29 |
| Subtotal | 109,902.97 |
| Overhead | 9,490.39 |
| Profit | 9,490.39 |
| **Replacement Cost Value** | **$128,883.75** |
| **Net Claim** | **$128,883.75** |

Michael Michio



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Contents

| | |
|---|---|
| Line Item Total | 6,250.00 |
| **Replacement Cost Value** | **$6,250.00** |
| **Net Claim** | **$6,250.00** |

Michael Michio

 **Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| | |
|---|---|
| Insured: | Spivey 60, LLC_Bldg 16 |
| Property: | 2507 Rex Road |
| | Ellenwood, GA 30294 |

| | |
|---|---|
| Estimator: | Michael Michio |
| Company: | Underpaid Claims Management |
| Business: | 1261 S. Fort Harrison Ave., Ste. B |
| | Clearwater, FL 33756 |

**Claim Number:** 261561GO          **Policy Number:** ACP BP013200620241          **Type of Loss:** Water Damage

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 2/20/2024 2:00 PM |

| | |
|---|---|
| Price List: | GAAT8X_FEB24 |
| | Restoration/Service/Remodel |
| Estimate: | 60SPIVEY_LLC_BLDG_16 |

*This estimate was prepared with the information that we have available to use at this time. Should additional information become available, we reserve the right to modify our estimate to reflect the most accurate information. Any estimate submitted in the future will supersede this estimate.*



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### 60SPIVEY_LLC_BLDG_16

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| $15,000.00 based on the size of the job | | | | | | | |
| 2. Material Only Sheathing - plywood - 3/4" CDX | 320.00 SF | 1.35 | 34.56 | 93.32 | 559.88 | (0.00) | 559.88 |
| 1 dumpsters at a time | | | | | | | |
| Protect driveway from dumpster and vehicle traffic - laid prior to drop off of the container.  Sheating is good for the entire job and multiple drops of container. | | | | | | | |
| 3. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 816.00 | 0.00 | 163.20 | 979.20 | (0.00) | 979.20 |
| **For non roof related debris.** | | | | | | | |
| 4. General Demolition - per hour | 30.00 HR | 50.78 | 0.00 | 304.68 | 1,828.08 | (0.00) | 1,828.08 |
| 4 people per day - 1 hour per day - 30 work days | | | | | | | |
| General labor to broom sweep and clean up work site. | | | | | | | |
| **Totals:  General Conditions** | | | **34.56** | **561.20** | **3,367.16** | **0.00** | **3,367.16** |

#### OSHA and Legal Requirements

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 5. Temporary toilet (per month) | 3.00 MO | 174.00 | 0.00 | 104.40 | 626.40 | (0.00) | 626.40 |
| 5 portable toilets - 1 month | | | | | | | |
| **1915.8(d)(3)(i)** | | | | | | | |
| The employer shall provide portable toilets, pursuant to paragraph (d)(2)(i) and Table to paragraph (d)(2) of this section, only when the employer demonstrates that it is not feasible to provide sewered toilets, or when there is a temporary increase in the number of employees for a short duration of time. | | | | | | | |
| 6. Temporary hand washing station (per month) | 3.00 MO | 240.00 | 0.00 | 144.00 | 864.00 | (0.00) | 864.00 |
| 1 month / 5 hand washing stations | | | | | | | |
| 7. Commercial Supervision / Project Management - per hour | 168.00 HR | 84.08 | 0.00 | 2,825.08 | 16,950.52 | (0.00) | 16,950.52 |
| 1 commercial supervisors - 8 hour work days - 21 days | | | | | | | |
| **Totals:  OSHA and Legal Requirements** | | | **0.00** | **3,073.48** | **18,440.92** | **0.00** | **18,440.92** |

#### Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 9.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 10.  R&R Concrete slab on grade - 2" - finished in place | 2,253.00 SF | 6.79 | 299.20 | 3,119.42 | 18,716.49 | (0.00) | 18,716.49 |
| 11.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 12.  R&R Carpet | 2,253.00 SF | 3.41 | 416.35 | 1,619.82 | 9,718.90 | (0.00) | 9,718.90 |
| 13.  R&R Carpet pad | 2,253.00 SF | 0.77 | 93.72 | 365.70 | 2,194.23 | (0.00) | 2,194.23 |
| 14.  R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 15.  Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 16.  Painter - per hour | 4.00 HR | 79.59 | 0.00 | 63.68 | 382.04 | (0.00) | 382.04 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Living Area** | | | **827.11** | **6,491.90** | **38,951.34** | **0.00** | **38,951.34** |

### Kitchen 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 18.  Open and close slab for plumbing work - per LF | 12.00 LF | 435.70 | 13.32 | 1,048.34 | 6,290.06 | (0.00) | 6,290.06 |
| 19.  R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 20.  Concrete floor sawing - 4" slab | 12.00 LF | 12.19 | 0.00 | 29.26 | 175.54 | (0.00) | 175.54 |
| 21.  Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 22.  Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 23.  Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 24.  R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 25.  R&R Baseboard - 3 1/4" | 48.00 LF | 5.06 | 7.68 | 50.10 | 300.66 | (0.00) | 300.66 |
| 26.  Paint baseboard - two coats | 48.00 LF | 1.71 | 0.69 | 16.56 | 99.33 | (0.00) | 99.33 |
| 27.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Kitchen 1** | | | **85.73** | **2,261.60** | **13,569.61** | **0.00** | **13,569.61** |



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Kitchen 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 28. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 29. Open and close slab for plumbing work - per LF | 12.00 LF | 435.70 | 13.32 | 1,048.34 | 6,290.06 | (0.00) | 6,290.06 |
| 30. R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 31. Concrete floor sawing - 4" slab | 12.00 LF | 12.19 | 0.00 | 29.26 | 175.54 | (0.00) | 175.54 |
| 32. Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 33. Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 34. Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 35. R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 36. R&R Baseboard - 3 1/4" | 48.00 LF | 5.06 | 7.68 | 50.10 | 300.66 | (0.00) | 300.66 |
| 37. Paint baseboard - two coats | 48.00 LF | 1.71 | 0.69 | 16.56 | 99.33 | (0.00) | 99.33 |
| 38. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Kitchen 2** | | | 85.73 | 2,261.60 | 13,569.61 | 0.00 | 13,569.61 |

### Bathroom 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 39. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 40. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 41. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 42. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 43. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 44. R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 45. Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 46. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 1** | | | 51.24 | 1,621.44 | 9,728.52 | 0.00 | 9,728.52 |

### Bathroom 2



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 47. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 48. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 49. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 50. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 51. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 52. R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 53. Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 54. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 2** | | | **51.24** | **1,621.44** | **9,728.52** | **0.00** | **9,728.52** |

### Bathroom 3

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 55. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 56. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 57. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 58. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 59. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 60. R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 61. Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 62. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 3** | | | **51.24** | **1,621.44** | **9,728.52** | **0.00** | **9,728.52** |

### Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 63. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 64. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 65. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 66. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 67. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. R&R Baseboard - 3 1/4" | 40.00 LF | 5.06 | 6.40 | 41.76 | 250.56 | (0.00) | 250.56 |
| 69. Paint baseboard - two coats | 40.00 LF | 1.71 | 0.58 | 13.80 | 82.78 | (0.00) | 82.78 |
| 70. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 4** | | | **51.24** | **1,621.44** | **9,728.52** | **0.00** | **9,728.52** |

### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 71. Open- Unknown if plumbers will need to open slab in this area for plumbing access* | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **Totals: Exterior** | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

### Contents Packout

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 72. Contents pack out and pack in for construction * | 1.00 EA | 4,750.00 | 0.00 | 0.00 | 4,750.00 | (0.00) | 4,750.00 |
| Movers pack out $1,500.00 | | | | | | | |
| Storage $500.00/ month for 3 months = $1,500.00 | | | | | | | |
| Moving truck rental pack out $125.00 | | | | | | | |
| Moving truck rental pack in $125.00 | | | | | | | |
| Pack in $1,500.00 | | | | | | | |
| $4,750.00 total | | | | | | | |
| **Totals: Contents Packout** | | | **0.00** | **0.00** | **4,750.00** | **0.00** | **4,750.00** |

### Engineering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 73. Engineering* | 1.00 EA | 5,000.00 | 0.00 | 0.00 | 5,000.00 | (0.00) | 5,000.00 |
| Engineering drawings required by municipality and city for construction | | | | | | | |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Engineering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Engineering | | | 0.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 |

### Loss of Use

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 74. Loss of Rents* | 6.00 MO | 3,600.00 | 0.00 | 0.00 | 21,600.00 | (0.00) | 21,600.00 |
| LOSS OF USE/LOSS OF RENTS - $1800 per Month Per Unit x 2 = $3,600 | | | | | | | |
| Totals: Loss of Use | | | 0.00 | 0.00 | 21,600.00 | 0.00 | 21,600.00 |

### Final Cleaning

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 75. Final cleaning - construction - Commercial | 2,718.00 SF | 0.25 | 0.00 | 135.90 | 815.40 | (0.00) | 815.40 |
| Totals: Final Cleaning | | | 0.00 | 135.90 | 815.40 | 0.00 | 815.40 |

### Mitigation Allowance

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 76. Mitigation Allowance* | 1.00 EA | 10,000.00 | 0.00 | 0.00 | 10,000.00 | (0.00) | 10,000.00 |
| Totals: Mitigation Allowance | | | 0.00 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 77. Framing labor minimum | 1.00 EA | 274.41 | 0.00 | 54.88 | 329.29 | (0.00) | 329.29 |
| Totals: Labor Minimums Applied | | | 0.00 | 54.88 | 329.29 | 0.00 | 329.29 |
| Line Item Totals: 60SPIVEY_LLC_BLDG_16 | | | 1,238.09 | 21,326.32 | 169,307.41 | 0.00 | 169,307.41 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 164,557.41 | 97.19% | 164,557.41 | 97.19% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 4,750.00 | 2.81% | 4,750.00 | 2.81% |
| Total | 169,307.41 | 100.00% | 169,307.41 | 100.00% |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 141,993.00 |
| Material Sales Tax | 1,238.09 |
| Subtotal | 143,231.09 |
| Overhead | 10,663.16 |
| Profit | 10,663.16 |
| **Replacement Cost Value** | **$164,557.41** |
| **Net Claim** | **$164,557.41** |

Michael Michio



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Contents

| | | |
|---|---|---|
| Line Item Total | . | 4,750.00 |
| **Replacement Cost Value** | | **$4,750.00** |
| **Net Claim** | | **$4,750.00** |

Michael Michio



### Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| | |
|---|---|
| Insured: | Spivey 60, LLC_Bldg 17 |
| Property: | 2507 Rex Road |
| | Ellenwood, GA 30294 |

| | |
|---|---|
| Estimator: | Michael Michio |
| Company: | Underpaid Claims Management |
| Business: | 1261 S. Fort Harrison Ave., Ste. B |
| | Clearwater, FL 33756 |

**Claim Number:** 261561GO          **Policy Number:** ACP BP013200620241          **Type of Loss:** Water Damage

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 2/20/2024 2:00 PM |

| | |
|---|---|
| Price List: | GAAT8X_FEB24 |
| | Restoration/Service/Remodel |
| Estimate: | 60SPIVEY_LLC_BLDG_17 |

*This estimate was prepared with the information that we have available to use at this time. Should additional information become available, we reserve the right to modify our estimate to reflect the most accurate information. Any estimate submitted in the future will supersede this estimate.*



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### 60SPIVEY_LLC_BLDG_17

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| $15,000.00 based on the size of the job | | | | | | | |
| 2. Material Only Sheathing - plywood - 3/4" CDX | 320.00 SF | 1.35 | 34.56 | 93.32 | 559.88 | (0.00) | 559.88 |
| 1 dumpsters at a time | | | | | | | |
| Protect driveway from dumpster and vehicle traffic - laid prior to drop off of the container.   Sheating is good for the entire job and multiple drops of container. | | | | | | | |
| 3. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 816.00 | 0.00 | 163.20 | 979.20 | (0.00) | 979.20 |
| For non roof related debris. | | | | | | | |
| 4. General Demolition - per hour | 30.00 HR | 50.78 | 0.00 | 304.68 | 1,828.08 | (0.00) | 1,828.08 |
| 4 people per day - 1 hour per day - 30 work days | | | | | | | |
| General labor to broom sweep and clean up work site. | | | | | | | |
| **Totals: General Conditions** | | | **34.56** | **561.20** | **3,367.16** | **0.00** | **3,367.16** |

#### OSHA and Legal Requirements

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 5. Temporary toilet (per month) | 3.00 MO | 174.00 | 0.00 | 104.40 | 626.40 | (0.00) | 626.40 |
| 5 portable toilets - 1 month | | | | | | | |
| 1915.88(d)(3)(i) | | | | | | | |
| The employer shall provide portable toilets, pursuant to paragraph (d)(2)(i) and Table to paragraph (d)(2) of this section, only when the employer demonstrates that it is not feasible to provide sewered toilets, or when there is a temporary increase in the number of employees for a short duration of time. | | | | | | | |
| 6. Temporary hand washing station (per month) | 3.00 MO | 240.00 | 0.00 | 144.00 | 864.00 | (0.00) | 864.00 |
| 1 month / 5 hand washing stations | | | | | | | |
| 7. Commercial Supervision / Project Management - per hour | 168.00 HR | 84.08 | 0.00 | 2,825.08 | 16,950.52 | (0.00) | 16,950.52 |
| 1 commercial supervisors - 8 hour work days - 21 days | | | | | | | |
| **Totals: OSHA and Legal Requirements** | | | **0.00** | **3,073.48** | **18,440.92** | **0.00** | **18,440.92** |

#### Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 9.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 10.  R&R Concrete slab on grade - 2" - finished in place | 2,253.00 SF | 6.79 | 299.20 | 3,119.42 | 18,716.49 | (0.00) | 18,716.49 |
| 11.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 12.  R&R Carpet | 2,253.00 SF | 3.41 | 416.35 | 1,619.82 | 9,718.90 | (0.00) | 9,718.90 |
| 13.  R&R Carpet pad | 2,253.00 SF | 0.77 | 93.72 | 365.70 | 2,194.23 | (0.00) | 2,194.23 |
| 14.  R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 15.  Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 16.  Painter - per hour | 4.00 HR | 79.59 | 0.00 | 63.68 | 382.04 | (0.00) | 382.04 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Living Area** | | | **827.11** | **6,491.90** | **38,951.34** | **0.00** | **38,951.34** |

### Kitchen 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 18.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 19.  R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 20.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 21.  Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 22.  Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 23.  Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 24.  R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 25.  R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 26.  Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 27.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Kitchen 1** | | | **76.88** | **2,029.22** | **12,175.34** | **0.00** | **12,175.34** |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Kitchen 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 28. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 29. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 30. R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 31. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 32. Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 33. Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 34. Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 35. R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 36. R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 37. Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 38. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Kitchen 2** | | | **76.88** | **2,029.22** | **12,175.34** | **0.00** | **12,175.34** |

### Bathroom 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 39. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 40. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 41. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 42. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 43. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 44. R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 45. Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 46. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 1** | | | **46.00** | **1,579.76** | **9,478.50** | **0.00** | **9,478.50** |

### Bathroom 2



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 47.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 48.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 49.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 50.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 51.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 52.  R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 53.  Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 54.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 2** | | | **46.00** | **1,579.76** | **9,478.50** | **0.00** | **9,478.50** |

### Bathroom 3

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 55.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 56.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 57.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 58.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 59.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 60.  R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 61.  Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 62.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 3** | | | **46.00** | **1,579.76** | **9,478.50** | **0.00** | **9,478.50** |

### Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 63.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 64.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 65.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 66.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 67.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## CONTINUED - Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 69. Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 70. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 4** | | | **46.00** | **1,579.76** | **9,478.50** | **0.00** | **9,478.50** |

### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 71. Open- Unknown if plumbers will need to open slab in this area for plumbing access* | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **Totals: Exterior** | | | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** |

### Contents Packout

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 72. Contents pack out and pack in for construction * | 1.00 EA | 4,750.00 | 0.00 | 0.00 | 4,750.00 | (0.00) | 4,750.00 |
| Movers pack out $1,500.00 Storage $500.00/ month for 3 months = $1,500.00 Moving truck rental pack out $125.00 Moving truck rental pack in $125.00 Pack in $1,500.00 $4,750.00 total | | | | | | | |
| **Totals: Contents Packout** | | | **0.00** | **0.00** | **4,750.00** | **0.00** | **4,750.00** |

### Engineering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 73. Engineering* | 1.00 EA | 5,000.00 | 0.00 | 0.00 | 5,000.00 | (0.00) | 5,000.00 |
| Engineering drawings required by municipality and city for construction | | | | | | | |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Engineering

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Totals: Engineering | | | 0.00 | 0.00 | 5,000.00 | 0.00 | 5,000.00 |

### Loss of Use

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 74. Loss of Rents* | 6.00 MO | 3,600.00 | 0.00 | 0.00 | 21,600.00 | (0.00) | 21,600.00 |
| LOSS OF USE/LOSS OF RENTS - $1800 per Month Per Unit x 2 = $3,600 | | | | | | | |
| Totals: Loss of Use | | | 0.00 | 0.00 | 21,600.00 | 0.00 | 21,600.00 |

### Final Cleaning

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 75. Final cleaning - construction - Commercial | 2,718.00 SF | 0.25 | 0.00 | 135.90 | 815.40 | (0.00) | 815.40 |
| Totals: Final Cleaning | | | 0.00 | 135.90 | 815.40 | 0.00 | 815.40 |

### Mitigation Allowance

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 76. Mitigation Allowance* | 1.00 EA | 10,000.00 | 0.00 | 0.00 | 10,000.00 | (0.00) | 10,000.00 |
| Totals: Mitigation Allowance | | | 0.00 | 0.00 | 10,000.00 | 0.00 | 10,000.00 |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 77. Finish carpentry labor minimum | 1.00 EA | 16.25 | 0.00 | 3.26 | 19.51 | <0.00> | 19.51 |
| 78. Framing labor minimum | 1.00 EA | 274.41 | 0.00 | 54.88 | 329.29 | (0.00) | 329.29 |
| Totals: Labor Minimums Applied | | | 0.00 | 58.14 | 348.80 | 0.00 | 348.80 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

**Line Item Totals: 60SPIVEY_LLC_BLDG_17**    1,199.43    20,698.10    165,538.30    0.00    165,538.30

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 160,788.30 | 97.13% | 160,788.30 | 97.13% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 4,750.00 | 2.87% | 4,750.00 | 2.87% |
| Total | 165,538.30 | 100.00% | 165,538.30 | 100.00% |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 138,890.77 |
| Material Sales Tax | 1,199.43 |
| Subtotal | 140,090.20 |
| Overhead | 10,349.05 |
| Profit | 10,349.05 |
| **Replacement Cost Value** | **$160,788.30** |
| **Net Claim** | **$160,788.30** |

Michael Michio

 **Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Summary for Contents

| | |
|---|---:|
| Line Item Total | 4,750.00 |
| **Replacement Cost Value** | **$4,750.00** |
| **Net Claim** | **$4,750.00** |

Michael Michio



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| | |
|---|---|
| Insured: | Spivey 60, LLC_Bldg 10 |
| Property: | 2507 Rex Road |
| | Ellenwood, GA 30294 |

| | |
|---|---|
| Estimator: | Michael Michio |
| Company: | Underpaid Claims Management |
| Business: | 1261 S. Fort Harrison Ave., Ste. B |
| | Clearwater, FL 33756 |

**Claim Number:** 261561GO          **Policy Number:** ACP BP013200620241          **Type of Loss:** Water Damage

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 2/20/2024 2:00 PM |

| | |
|---|---|
| Price List: | GAAT8X_FEB24 |
| | Restoration/Service/Remodel |
| Estimate: | 60SPIVEY_LLC_BLDG_19 |

*This estimate was prepared with the information that we have available to use at this time. Should additional information become available, we reserve the right to modify our estimate to reflect the most accurate information. Any estimate submitted in the future will supersede this estimate.*



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### 60SPIVEY_LLC_BLDG_19

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1.  Taxes, insurance, permits & fees (Bid Item) | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| $15,000.00 based on the size of the job | | | | | | | |
| 2.  Material Only Sheathing - plywood - 3/4" CDX | 320.00 SF | 1.35 | 34.56 | 93.32 | 559.88 | (0.00) | 559.88 |
| 1 dumpsters at a time | | | | | | | |
| Protect driveway from dumpster and vehicle traffic - laid prior to drop off of the container.  Sheating is good for the entire job and multiple drops of container. | | | | | | | |
| 3.  Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 816.00 | 0.00 | 163.20 | 979.20 | (0.00) | 979.20 |
| For non roof related debris. | | | | | | | |
| 4.  General Demolition - per hour | 30.00 HR | 50.78 | 0.00 | 304.68 | 1,828.08 | (0.00) | 1,828.08 |
| 4 people per day - 1 hour per day - 30 work days | | | | | | | |
| General labor to broom sweep and clean up work site. | | | | | | | |
| **Totals:  General Conditions** | | | **34.56** | **561.20** | **3,367.16** | **0.00** | **3,367.16** |

#### OSHA and Legal Requirements

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 5.  Temporary toilet (per month) | 3.00 MO | 174.00 | 0.00 | 104.40 | 626.40 | (0.00) | 626.40 |
| 5 portable toilets - 1 month | | | | | | | |
| **1915.88(d)(3)(i)**  The employer shall provide portable toilets, pursuant to paragraph (d)(2)(i) and Table to paragraph (d)(2) of this section, only when the employer demonstrates that it is not feasible to provide sewered toilets, or when there is a temporary increase in the number of employees for a short duration of time. | | | | | | | |
| 6.  Temporary hand washing station (per month) | 3.00 MO | 240.00 | 0.00 | 144.00 | 864.00 | (0.00) | 864.00 |
| 1 month / 5 hand washing stations | | | | | | | |
| 7.  Commercial Supervision / Project Management - per hour | 168.00 HR | 84.08 | 0.00 | 2,825.08 | 16,950.52 | (0.00) | 16,950.52 |
| 1 commercial supervisors - 8 hour work days - 21 days | | | | | | | |
| **Totals:  OSHA and Legal Requirements** | | | **0.00** | **3,073.48** | **18,440.92** | **0.00** | **18,440.92** |

#### Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 8.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### CONTINUED - Living Area

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 9.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 10.  R&R Concrete slab on grade - 2" - finished in place | 2,253.00 SF | 6.79 | 299.20 | 3,119.42 | 18,716.49 | (0.00) | 18,716.49 |
| 11.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 12.  R&R Carpet | 2,253.00 SF | 3.41 | 416.35 | 1,619.82 | 9,718.90 | (0.00) | 9,718.90 |
| 13.  R&R Carpet pad | 2,253.00 SF | 0.77 | 93.72 | 365.70 | 2,194.23 | (0.00) | 2,194.23 |
| 14.  R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 15.  Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 16.  Painter - per hour | 4.00 HR | 79.59 | 0.00 | 63.68 | 382.04 | (0.00) | 382.04 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Living Area** | | | **827.11** | **6,491.90** | **38,951.34** | **0.00** | **38,951.34** |

### Kitchen 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 17.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 18.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 19.  R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 20.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 21.  Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 22.  Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 23.  Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 24.  R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 25.  R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 26.  Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 27.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Kitchen 1** | | | **76.88** | **2,029.22** | **12,175.34** | **0.00** | **12,175.34** |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

### Kitchen 2

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 28. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 29. Open and close slab for plumbing work - per LF | 8.00 LF | 435.70 | 8.88 | 698.90 | 4,193.38 | (0.00) | 4,193.38 |
| 30. R&R Concrete slab on grade - 4" - finished in place | 144.00 SF | 9.43 | 37.56 | 279.10 | 1,674.58 | (0.00) | 1,674.58 |
| 31. Concrete floor sawing - 4" slab | 8.00 LF | 12.19 | 0.00 | 19.50 | 117.02 | (0.00) | 117.02 |
| 32. Plumber - per hour | 2.00 HR | 156.00 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| To rerun p traps and sink hook ups for detach and reset | | | | | | | |
| 33. Sink - single - Detach & reset | 1.00 EA | 208.84 | 0.05 | 41.78 | 250.67 | (0.00) | 250.67 |
| 34. Detach & Reset Cabinetry - lower (base) units - Deluxe grade | 10.00 LF | 83.37 | 0.00 | 166.74 | 1,000.44 | (0.00) | 1,000.44 |
| Vanity | | | | | | | |
| 35. R&R Vinyl floor covering (sheet goods) | 144.00 SF | 4.16 | 21.43 | 124.08 | 744.55 | (0.00) | 744.55 |
| 36. R&R Baseboard - 3 1/4" | 8.00 LF | 5.06 | 1.28 | 8.34 | 50.10 | (0.00) | 50.10 |
| 37. Paint baseboard - two coats | 8.00 LF | 1.71 | 0.12 | 2.76 | 16.56 | (0.00) | 16.56 |
| 38. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Kitchen 2** | | | **74.32** | **1,846.84** | **11,081.08** | **0.00** | **11,081.08** |

### Bathroom 1

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 39. Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 40. Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 41. R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 42. Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 43. R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 44. R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 45. Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 46. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 1** | | | **46.00** | **1,579.76** | **9,478.50** | **0.00** | **9,478.50** |

### Bathroom 2



## Underpaid Claims Management

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 47.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 48.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 49.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 50.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 51.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 52.  R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 53.  Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 54.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 2** | | | **46.00** | **1,579.76** | **9,478.50** | **0.00** | **9,478.50** |

### Bathroom 3

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 55.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 56.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 57.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 58.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 59.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |
| 60.  R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 61.  Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 62.  Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals:  Bathroom 3** | | | **46.00** | **1,579.76** | **9,478.50** | **0.00** | **9,478.50** |

### Bathroom 4

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 63.  Open and close slab for plumbing work | 1.00 EA | 2,051.96 | 5.00 | 411.40 | 2,468.36 | (0.00) | 2,468.36 |
| 64.  Open and close slab for plumbing work - per LF | 10.00 LF | 435.70 | 11.10 | 873.62 | 5,241.72 | (0.00) | 5,241.72 |
| 65.  R&R Concrete slab on grade - 2" - finished in place | 100.00 SF | 6.79 | 13.28 | 138.46 | 830.74 | (0.00) | 830.74 |
| 66.  Concrete floor sawing - 4" slab | 10.00 LF | 12.19 | 0.00 | 24.38 | 146.28 | (0.00) | 146.28 |
| 67.  R&R Vinyl floor covering (sheet goods) | 100.00 SF | 4.16 | 14.88 | 86.18 | 517.06 | (0.00) | 517.06 |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

**CONTINUED - Bathroom 4**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. R&R Baseboard - 3 1/4" | 10.00 LF | 5.06 | 1.60 | 10.44 | 62.64 | (0.00) | 62.64 |
| 69. Paint baseboard - two coats | 10.00 LF | 1.71 | 0.14 | 3.44 | 20.68 | (0.00) | 20.68 |
| 70. Painter - per hour | 2.00 HR | 79.59 | 0.00 | 31.84 | 191.02 | (0.00) | 191.02 |
| Touch up work to walls from base trim removal | | | | | | | |
| **Totals: Bathroom 4** | | | 46.00 | 1,579.76 | 9,478.50 | 0.00 | 9,478.50 |

**Exterior**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 71. Open- Unknown if plumbers will need to open slab in this area for plumbing access* | 1.00 EA | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| **Totals: Exterior** | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**Contents Packout**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 72. Contents pack out and pack in for construction * | 1.00 EA | 4,750.00 | 0.00 | 0.00 | 4,750.00 | (0.00) | 4,750.00 |
| Movers pack out $1,500.00 Storage $500.00/ month for 3 months = $1,500.00 Moving truck rental pack out $125.00 Moving truck rental pack in $125.00 Pack in $1,500.00 $4,750.00 total | | | | | | | |
| **Totals: Contents Packout** | | | 0.00 | 0.00 | 4,750.00 | 0.00 | 4,750.00 |

**Engineering**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 73. Engineering* | 1.00 EA | 5,000.00 | 0.00 | 0.00 | 5,000.00 | (0.00) | 5,000.00 |
| Engineering drawings required by municipality and city for construction | | | | | | | |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

**CONTINUED - Engineering**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Engineering** | | | **0.00** | **0.00** | **5,000.00** | **0.00** | **5,000.00** |

### Loss of Use

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 74. Loss of Rents* | 6.00 MO | 3,600.00 | 0.00 | 0.00 | 21,600.00 | (0.00) | 21,600.00 |
| LOSS OF USE/LOSS OF RENTS - $1800 per Month Per Unit x 2 = $3,600 | | | | | | | |
| **Totals: Loss of Use** | | | **0.00** | **0.00** | **21,600.00** | **0.00** | **21,600.00** |

### Final Cleaning

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 75. Final cleaning - construction - Commercial | 2,718.00 SF | 0.25 | 0.00 | 135.90 | 815.40 | (0.00) | 815.40 |
| **Totals: Final Cleaning** | | | **0.00** | **135.90** | **815.40** | **0.00** | **815.40** |

### Mitigation Allowance

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 76. Mitigation Allowance* | 1.00 EA | 10,000.00 | 0.00 | 0.00 | 10,000.00 | (0.00) | 10,000.00 |
| **Totals: Mitigation Allowance** | | | **0.00** | **0.00** | **10,000.00** | **0.00** | **10,000.00** |

### Labor Minimums Applied

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 77. Finish carpentry labor minimum | 1.00 EA | 22.37 | 0.00 | 4.48 | 26.85 | <0.00> | 26.85 |
| 78. Framing labor minimum | 1.00 EA | 274.41 | 0.00 | 54.88 | 329.29 | (0.00) | 329.29 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **59.36** | **356.14** | **0.00** | **356.14** |



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

Line Item Totals: 60SPIVEY_LLC_BLDG_19                1,196.87      20,516.94    164,451.38          0.00    164,451.38

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 159,701.38 | 97.11% | 159,701.38 | 97.11% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 4,750.00 | 2.89% | 4,750.00 | 2.89% |
| Total | 164,451.38 | 100.00% | 164,451.38 | 100.00% |

 **Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 137,987.57 |
| Material Sales Tax | 1,196.87 |
| Subtotal | 139,184.44 |
| Overhead | 10,258.47 |
| Profit | 10,258.47 |
| **Replacement Cost Value** | **$159,701.38** |
| **Net Claim** | **$159,701.38** |

Michael Michio



**Underpaid Claims Management**

Underpaid Claims Management
261 S Fort Harrison Ave
Clearwater, FL 33756

## Summary for Contents

| | |
|---|---|
| Line Item Total | 4,750.00 |
| **Replacement Cost Value** | **$4,750.00** |
| **Net Claim** | **$4,750.00** |

Michael Michio

E-FILED IN OFFICE - YS
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
24-A-11141-1
12/14/2024 1:00 PM
TIANA P. GARNER, CLERK

## IN THE SUPERIOR COURT OF GWINNETT COUNTY
## STATE OF GEORGIA

SPIVEY 60 LLC,        )
                       )
      **Plaintiff,**       )
                       )
**v.**                     )     **CIVIL ACTION FILE NO.:**
                       )
**NATIONWIDE GENERAL INSURANCE** )     24-A-11141-1
**COMPANY,**                )
 **a foreign corporation,**     )
                       )
      **Defendant.**      )

## CERTIFICATE OF SERVICE

      This is to certify that I have served the foregoing upon the Defendant Nationwide General Insurance by serving them with the ***Summons, and Complaint & Exhibits***, and in accordance with the Court's rules to Defendant Nationwide General Insurance Company at the address listed below:

**Corporation Service Company**
**Registered Agent for Defendant Nationwide General Insurance Company**
**2 Sun Court, Suite 400**
**Peachtree Corners, GA 30092**

      Respectfully submitted, this 14th day of December, 2024.

                                  THE HUGGINS LAW FIRM, LLC

                                  J. Remington Huggins, Esq.

110 Norcross Street                     Georgia Bar No.: 348736
Roswell, GA 30075                    Michael D. Turner, Esq.
(o) (770) 913-6229                   Georgia Bar No.: 216414
(e) remington@lawhuggins.com      *Attorneys for the Plaintiff*
(e) mdturner@lawhuggins.com