# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SPIVEY 60 LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>NATIONWIDE GENERAL INSURANCE COMPANY,<br><br>*Defendant*. | Case No. 1:25-cv-00213-ELR |

## PARTIES' NOTICE OF SETTLEMENT AS TO MATERIAL TERMS

Plaintiff Spivey 60 LLC and Defendant Nationwide General Insurance Company have reached an agreement on material terms to settle this action, subject to agreeable release language. The Parties, therefore, request at least sixty (60) days to draft the release and position this case for a stipulation of dismissal.

Dated: October 20, 2025

**SHOOK, HARDY & BACON L.L.P.**

*/s/ W. Clark Richardson*
Eric L. Foster
Georgia Bar No. 424347
efoster@shb.com
1230 Peachtree St. NE, Suite 1200
Atlanta, Georgia 30309-3591

(470) 867-6000 (phone)

W. Clark Richardson (*pro hac vice*)
wrichardson@shb.com
2555 Grand Blvd.
Kansas City, MO  64108-2613
Telephone: (816) 474-6550

*Attorneys for Nationwide General Insurance Company*

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SPIVEY 60 LLC,<br><br>*Plaintiff*,<br><br>vs.<br><br>NATIONWIDE GENERAL INSURANCE COMPANY,<br><br>*Defendant*. | Case No. 1:25-cv-00213-ELR |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of October, 2025 I served the *Parties' Notice of Settlement as to Material Terms* via electronic mail upon the following attorneys of record:

>J. Remington Huggins, Esq.
>The Huggins Law Firm
>110 Norcross Street
>Roswell, GA  30075
>remington@lawhuggins.com

>*/s/ W. Clark Richardson*
>W. Clark Richardson